```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

     - v. -                       :

DO HYEONG KWON,                   :

               Defendant.         :

- - - - - - - - - - - - - - - - - x
```

**SEALED ORDER**

S1 23 Cr. 151 (JPC)

Upon the application of the Government, it is found that the superseding indictment S1 23 Cr. 151 (JPC) in the above-captioned action (the "Superseding Indictment") is currently sealed;

It is further found that the defendant Do Hyeong Kwon is expected to be presented in this District on January 2, 2025 and the Government has applied to have a version of the Superseding Indictment unsealed as of 9 a.m. on that date;

It is further found that the Government has requested that the version of the Superseding Indictment that is unsealed omit Attachment 1 because it includes complete financial account numbers (the "Proposed Public Superseding Indictment");

It is therefore ORDERED that the Proposed Public Superseding Indictment and the Government's unsealing application shall be unsealed as of 9 a.m. on January 2, 2025;

It is further ORDERED that after 9 a.m. on January 2, 2025, the Government may provide a complete version of the Superseding Indictment to the defendant and any person or entity as needed to effectuate the instrument's forfeiture provisions.

Dated:  New York, New York
        December 31, 2024

_____
THE HONORABLE JOHN P. CRONAN
 UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK