UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                               23-CR-151 (PAE)

DO HYEONG KWON,                                   SCHEDULING ORDER

Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

It is hereby ORDERED that a conference in this matter is scheduled for **January 8, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: January 7, 2025
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge