UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    - v. -    23 Cr. 151 (PAE)

DO HYEONG KWON,

    Defendant.

------------------------------------------------------------x

    Upon the motion of the United States of America dated January 6, 2025, it is found that: (a) the Government estimates that the number of victims in this case exceeds hundreds of thousands of individuals and entities, and potentially totals more than one million, and (b) it is impracticable to accord all of the potential victims the rights described in Title 18, United States Code, Section 3771(a).

    It is further found, pursuant to Title 18, United States Code, Section 3771(d)(2), that the procedures described below regarding victim notification and victims' rights are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

Accordingly, it is hereby ORDERED

    That the following procedures are reasonable and give effect to the notification rights contained in Title 18, United States Code, Section 3771(a):

    1.    The United States Attorney's Office will post notification about scheduled public proceedings on its Internet website at http://www.usdoj.gov/usao/nys on a page for this case and that page will also provide the following information:

        a.    The caption, case number and assigned judge for the case;

        b.    A substantially verbatim listing of the rights provided for in Title 18, United States Code, Section 3771(a);

      c.      A listing of public proceedings scheduled in the case; and

      d.      The name and contact information for a United States Attorney's Office official with responsibility for addressing victims' rights.

2.    The Government will update its Internet posting relating to this case to reflect scheduled public proceedings within a reasonable period of time of such scheduling.

Dated: January 8, 2025

New York, New York

 

*Paul A. Engelmayer*

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE