UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                    -v-                                     :        23-CR-151 (PAE)
                                                            :
DO HYEONG KWON,                                             :        SCHEDULING ORDER
                                                            :
                                        Defendant.          :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

    For the reasons stated on the record at Wednesday's conference, the Court hereby sets the following schedule and deadlines:

- The next conference in this case is scheduled for **March 6, 2025** at **11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **March 6, 2025**.

- Trial in this matter is scheduled for **January 26, 2026** at **9 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Dated: January 10, 2025
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge