**Hecker Fink LLP**

350 FIFTH AVENUE | 63 RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    929.294.2529
DIRECT EMAIL   mferrara@heckerfink.com

January 23, 2025

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007
EngelmayerNYSDChambers@nysd.uscourt.gov

     Re: *United States v. Do Hyeong Kwon*, 23-cr-151

Dear Judge Engelmayer,

  We represent Defendant Do Kwon in the above-captioned case and write to provide the Court with an acknowledged copy of the proposed protective order in this case, pursuant to the Court's January 21, 2025 Order (ECF No. 26). The proposed protective order with Mr. Kwon's and his counsel's signed acknowledgment is attached as Exhibit A.

                  Respectfully submitted,

                  Michael Ferrara