UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DO HYEONG KWON,

                Defendant.

23-CR-151 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the Government's letter, filed Friday, February 28, 2025, see Dkt. 29, proposing, on behalf of all parties, an adjournment of the next conference in this case, presently scheduled for March 6, 2025. The Court adjourns the next conference until **April 10, 2025, at 10:30 a.m.**, in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y. For the reasons stated by the parties, including to enable the defense to review voluminous discovery, the Court excludes time until April 10, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A).

The Court also sets the following deadlines:

- Any pretrial motions shall be filed by **July 1, 2025**.
- Responses to any pretrial motions shall be filed by **August 11, 2025**.
- Replies in support of any pretrial motions shall be filed by **August 25, 2025**.
- The Government's expert and 404(b) notice shall be filed by **October 31, 2025**.
- Any motions *in limine* shall be filed by **November 14, 2025**. Requests to charge and proposed voir dire shall also be filed by **November 14, 2025**.
- Responses to any motions *in limine* shall be filed by **December 2, 2025**.

1

2

- Replies in support of any motions *in limine* shall be filed by **December 16, 2025**.

- Trial remains scheduled for **January 26, 2026**.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: March 3, 2025
       New York, New York