UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DO HYEONG KWON,

Defendant.

---

23-CR-151 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court sets the following schedule:

- The next conference in this case is scheduled for **June 12, 2025** at **11 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, N.Y.

- Trial is rescheduled for **February 17, 2026**.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **February 17, 2026**.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 10, 2025
       New York, New York