

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javitz Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

May 15, 2025

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE)

Dear Judge Engelmayer:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

    by: _____/s_____
    Jared Lenow
    Assistant United States Attorney
    (212) 637-1068