**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mferrara@heckerfink.com

June 9, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:  *United States v. Do Hyeong Kwon*, 23-cr-151 (PAE)

Dear Judge Engelmayer,

    We represent Do Kwon in the above-captioned case. We write to respectfully request an adjournment of the conference currently scheduled for Thursday, June 12, 2025, to a date at the Court's convenience during the week of June 23, 2025. The government joins in this request.

    The parties are currently engaged in discussions around pretrial motions and related issues. An adjournment would allow the parties to continue those productive discussions and potentially avoid certain pretrial motion practice.

    This is Mr. Kwon's first request for an adjournment of this conference. The Court previously granted Mr. Kwon's request for an adjournment of an earlier conference, which the government joined. (ECF No. 26).

Respectfully submitted,

Michael Ferrara