**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

dpatton@heckerfink.com

June 27, 2025

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

    Re:    *United States v. Do Hyeong Kwon*, 23-cr-151

Dear Judge Engelmayer:

    We represent Do Kwon in the above-captioned case. First, the parties respectfully request a two-week extension of the deadline to file pretrial motions (and the deadlines for responses and replies), which are currently due July 1, 2025.  (The government joins in this request.) Though Mr. Kwon is prepared to file motions by July 1, the parties continue to engage in productive discussions around pretrial motions and related issues. An extension of the deadline would allow the parties to continue those discussions and potentially avoid unnecessary motion practice. The parties believe that no other deadlines would be affected by such an extension.

    Second, the parties have met and conferred about the deadline for Mr. Kwon's expert disclosures. The parties propose that Mr. Kwon provide expert disclosures by December 1, 2025, which would be one month after the government's disclosures on October 31, 2025, and at least two months before the scheduled trial date.

GRANTED.

SO ORDERED.

                    */s/ Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge

Respectfully submitted,

*/s/ David Patton*

David Patton

Dated: June 30, 2025
       New York, New York