# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

mferrara@heckerfink.com

July 14, 2025

**BY ECF AND EMAIL**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007
EngelmayerNYSDChambers@nysd.uscourts.gov

Re:   *United States v. Do Hyeong Kwon*, 23-cr-151

Dear Judge Engelmayer:

    We represent Do Kwon in the above-captioned case. With sincere apologies for seeking this extension within the 48 hours contemplated by Your Honor's Individual Rules of Practice, we respectfully request a further two-week extension of the deadline to file pretrial motions (and the deadlines for responses and replies), which are currently due July 15, 2025. (The government joins in this request.) The parties have requested one prior extension of this deadline, which was granted. *See* ECF 40, 41.

    Though Mr. Kwon is prepared to file motions by July 15, the parties continue to engage in productive discussions around pretrial motions and related issues. A further extension of the deadline would allow the parties to continue those discussions and potentially avoid unnecessary motion practice. The parties believe that no other deadlines would be affected by such an extension.

Respectfully submitted,

/s/ Mike Ferrara

Mike Ferrara

GRANTED. The Clerk of Court is requested to terminate the motions at Dkt. No. 40 & 42.

7/14/2025

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge