UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA,              :

               -v-                          :        23-CR-151 (PAE)

DO HYEONG KWON,                    :        <u>SCHEDULING ORDER</u>

                    Defendant.            :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

       The Court has been advised that the defendant may enter a change of plea. The Court schedules a conference for this purpose on **August 12, 2025** at **10:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       In accordance with Section 5(B) of the Court's Individual Rules and Practices for Criminal Cases, defense counsel should, in advance of the proceeding, review with the defendant any plea agreement or *Pimentel* letter. Additionally, the defendant should be prepared to give a narrative allocution that incorporates all elements of the offense(s) to which the defendant is pleading guilty. In the interest of clarity and efficiency, the Court encourages counsel to assist the defendant in writing an allocution that can be read in open court during the plea proceeding.

       SO ORDERED.

Dated: August 11, 2025
       New York, New York

                                                PAUL A. ENGELMAYER
                                                United States District Judge