# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

dpatton@heckerfink.com

November 26, 2025

BY CM/ECF

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *United States v. Do Hyeong Kwon*, No. 23-cr-151

Dear Judge Engelmayer,

      We represent Do Kwon in the above-captioned case. We write, at the government's request, for permission to seal Exhibits F and G to Mr. Kwon's sentencing memorandum, which are documents the government produced to Mr. Kwon in this case.

      We also write to request permission to seal brief portions of Mr. Kwon's sentencing memorandum concerning the bankruptcy Plan Administrator in the case *In re Terraform Labs PTE Ltd.*, No. 23-10070 (BLS) (Del. Bankr.). We have asked counsel for the Plan Administrator whether we may file those portions publicly, but did not receive an answer by our deadline to file.

      We have also redacted, in Mr. Kwon's sentencing memo and accompanying letters of support, information designated as "sensitive information" and "information requiring caution" under the Southern District's ECF Policy and Section 2 of Your Honor's Individual Rules of Practice for Sentencing Proceedings. We understand that those redactions do not require Court approval.

Respectfully submitted,

David Patton

: