# EXHIBIT B

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

November 17, 2025

Dear Judge Engelmayer,

      My name is Daeun Lee, and I am Do Kwon's wife and the mother of our four-year-old daughter, Luna. I have known Do for over sixteen years, since our final year of high school in Korea. Over that time, I have accompanied him on his journey—from boyhood into adulthood, through the rise and fall of his first and second ventures, and through the many evolutions of his character amid life's inevitable highs and lows. My purpose in writing to Your Honor is to provide a candid account of Do as I have known him: his nature, his integrity, and the qualities that have defined him long before these proceedings.

      We started dating when Do returned to Korea after graduating from Stanford, to build his first startup, Anyfi. Even after spending countless hours grinding for the company, only to watch it fail, he simply stood up, dusted himself off, and began thinking about the next big thing. Having felt lost and jaded in the early years of my own corporate life (I started out as an equity analyst), I often thought of Do as a soldier. Spartan, I would call him. He never fussed or faltered, never let setbacks bruise him. Instead, he treated them like small, amusing puzzles waiting to be solved. With nothing but a weathered leather backpack holding a laptop, he carried himself as if sheer guts and conviction were enough to take on the world. Hyper-functional as he was, he would spend hours sealed to a desk, coding, writing, conquering. And when he wasn't working, he devoted every free minute to me, making me feel like I was the only person in his world.

      His problem-solving ability naturally made him a magnet for friends seeking help. A college friend with a repeatedly failing app business came to him every few weekends for guidance. A banker friend, disillusioned with his career, found the courage to leave his job and begin a new venture after long conversations with Do. Another friend he met during military service, unemployed for two years, secured a job after Do reached out to everyone he knew. He was still fresh out of college then, with little influence or leverage, yet he poured himself into helping others navigate their fundamental questions and aspirations. For someone who believed time was the most valuable currency and kept exacting standards for how he used his own, he was extraordinarily generous when it came to helping out friends. It often felt as though he had a reserve of patience set aside just for them. I remember asking him once, half-exasperated, "Why do you take on so much for your friends? And why does it always become your responsibility to help?" My frustration wasn't unfounded. Weekends we planned for ourselves would sometimes turn into long hiking trips with his group of friends, and quiet dinners meant for the two of us often became impromptu counseling sessions for someone going through a crisis.

      Building Terra led him to think about and tackle problems on a far larger scale, but his instincts remained the same. I would sometimes find myself exasperated that he missed our plans to help people he barely knew—often "weird crypto nerds," as I jokingly called them—many of whom he had never met in person and, in some cases, didn't even know by name because they hid behind cartoon-character profile pictures. With the immense network and social capital he gained,

he supported peers, employees, and countless people in the Terra community. Their problems became his. Each day, he immersed himself in hundreds of active chat rooms on Slack, Quip, Telegram, and email. Before project launches, he would roll up his sleeves and spend long nights with its founders. Some days were spent working through complex engineering and architectural issues; on others, he would discover a bug in the code and leap to his laptop to fix it. Once I asked him, "Aren't there dozens of top engineers at your company? Why are you still fixing the bugs yourself?" He replied that he and another engineer had written most of the core code of the Terra blockchain and so he believed he ought to fix his own bugs.

Do had a special place in his heart for young, struggling, and proactive founders. One after another, he took young founders under his wing, mentoring and guiding them. He was as captivated by their energy as they were inspired by him. In many of them, he saw earlier versions of himself. He was deeply committed to making Terra's ecosystem a kind of playground where they could explore ideas freely and watch them grow. Rather than hand-holding, he encouraged independence—nudging each of them to pursue their own directions and curiosities. At home, he kept a large whiteboard in the livingroom that became a gathering spot for many of these young founders. They would come over and stay late into the night brainstorming, tossing around early-stage ideas, sketching possibilities, and shaping them into something real.

The company had not always done well, and in its difficult periods some employees naturally left. But for those who stayed through it all, Do was fiercely loyal. He made sure they were generously compensated. Nothing much changed on his end, however. His operating principle for work remained the same: first one in, last one out. He wore an unending rotation of Terra logo-printed t-shirts as his uniform and continued biking between work and home. He was still cash-poor and had a credit limit of $4,000. When I asked why he treated his employees so generously, he said he wanted to help make their dreams come true, and believed that one day they would help make his come true as well.

I remember seeing his Calendly open from 6 a.m. until 1 a.m. He was perpetually on calls, shifting between roles and responsibilities, in and out of different contexts with barely a pause.  It often felt as though he was running on a kind of continuous momentum. Every week, a new project in the community was launching; every day, new partnerships were forming. More than once, I wondered how any of it was possible—how he held such a dense web of relationships, commitments, and moving parts together in his mind without breaking.

The week of the UST crash came just three weeks after our daughter Luna was born. I was still in a confinement center with a newborn when the news broke. I went to see Do immediately. He greeted me with an ashen face and admitted he had eaten only one burrito that entire week and had been smoking two packs of cigarettes a day. He looked it. For the first time since I had known him, there was uncertainty in his eyes, a look I had never seen before. It left me deeply unanchored.

In the chaotic weeks and months after the crash, while I was caring for a newborn, I saw Do flounder abysmally for the first time. It was as though he had misplaced his words, his direction, the sense of purpose that had always driven him. His hours vanished into endless calls with engineers, investors, community members, possibly anyone who might help him understand what to do next. But he seemed adrift. He would start sentences he couldn't finish, his thoughts fraying. True to form, he tried to shield me from the weight of everything, but I could see it clearly. The aftermath of the Crash was destroying him from the inside out.

Certain memories stay with you for a long time, replaying in your mind on repeat. One of mine is the first time (also the last, as they permitted no further visits) that I saw Do in prison in Montenegro. For a long period, we had almost no contact—he had no access to a phone

or even pen and paper to write letters. When I finally saw him, my heart dropped. He looked like he had lost half of his weight. The towering Do I knew had diminished; his face was gaunt, his hands bony and cold. I remember taking his hands in mine, rubbing them and trying to transfer whatever warmth I could. He was shivering, likely from the weight he had lost and the lack of food. All my life, Do had been the one who warmed my hands. And there I was, enveloping his large hands inside my own. In the quiet of those first few seconds, the devastation, the longing, the ache between us felt palpable.

When he finally managed to speak, his breathing was heavy, utterly drained. In the short fifteen minutes we were allowed, words failed us more than they came. I told him that our story, however long, however worn down by the years ahead, would still be a story of love and redemption. In past hardships, I had always told him he would pull through, that we would pull through. But this time, I wasn't sure, and I didn't know what assurance to offer. The days before us felt like a vast ocean of uncertainties. As we parted, I gathered whatever strength I could muster and shouted out to him, "Love will always win!"

These days, I am deeply grateful that we can speak regularly by phone each morning and night, especially after the two years of near-silence during Do's time in Montenegro, which felt like a period of complete darkness for us. Do always tries to speak with Luna, even if only for a short moment. But for a four-year-old who has no memory of ever seeing her father and recognizes him only by his voice, it can be difficult to keep her engaged. To reach her, Do becomes "Daddy Dony," a gentle pony who lives alone in a forest of wolves, and eats hay. Hearing him slip into this persona never fails to make Luna roar into laughter. It has become their small ritual and is his way of building a bond with her from afar.

As for myself, there were long stretches of time when nothing felt real, and I held on to whatever I could just to stay afloat. Reality pulled me very far from anything familiar, yet the crying newborn in my arms did not allow me even a moment to fall apart. I prayed constantly, for strength and direction, but there were moments when I felt so overwhelmed that I wished I could simply step outside of my own life for a while. The intense public scrutiny isolated me from the friends I once spent time with, both by circumstance and by choice. For more than a year, I lived with a persistent fear that I was being watched or followed. I could not have endured any of it without the unwavering support of my own family and of Do's.

Do's ailing parents, who run a small mom-and-pop store, worked day and night through their own grief. His mother visits weekly with groceries. The deep, hard lines formed on her face over the years reveal the weight she carries, though she tries to hide her devastation and longing for her son. She searches my face closely every time she visits, as if my expression might reveal how her son is truly doing. I smile back radiantly as possible and thank her, knowing this is the only comfort I can offer her. Watching her determination, I know where Do learned his own.

Your Honor, I understand that given the circumstances my husband now faces, it may be difficult to see him as anything other than the person before the Court today. But to me, he is still the starry-eyed entrepreneur I met many years ago—the man who stayed up with me late into the night, talking about how technology could set money free. He has always oriented himself toward what he called his "true north," giving his time, talent, and every ounce of his ability to a vision he genuinely believed could improve the future of decentralized technology and democratize financial tools.

This period has been profoundly humbling for our family. It has reshaped us, and reminded us of the fragility of life and circumstance. But it has also strengthened my belief in Do's character. I have seen how deeply he has reflected, how seriously he has reckoned with the weight of what

3

happened, and how earnestly he wishes to contribute meaningfully again—this time with a deeper sense of duty, responsibility, and awareness. I will stand by him as he closes this chapter of his life, and as he begins whatever new stories he chooses to write in the years ahead.

We want to raise our daughter with honesty, dignity, and a sense of purpose. She deserves to have her father present as she grows, learns, and discovers her place in the world.

Your Honor, I respectfully and earnestly ask that you allow Do the opportunity to return to his loving family as soon as possible.

Thank you, Your Honor, for your time and consideration.

Respectfully,
Daeun Lee, Seoul, South Korea

**Date : 8/27/2025 9:20:22 AM**
**From : "Kyle Davies"** ▮▮▮▮▮▮▮▮▮▮▮▮
**To : "** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **"Andrew Chesley"**
**achesley@heckerfink.com**
**Cc : "** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject : Sentencing Letter for Do: Kyle and Su**

[You don't often get email from kyleld@gmail.com. Learn why this is important at
https://aka.ms/LearnAboutSenderIdentification ]

This email was sent from outside the Firm.


Andrew Chesley,

We are writing to you today regarding the sentencing of Do Kwon. Our names are Kyle Davies and Su
Zhu, and we were some of the earliest and largest investors in the Terra ecosystem. We are the
founders of Three Arrows Capital and our fund invested approximately ▮▮▮▮▮▮▮ in LUNA via the
LFG round, second to only Jump's investment. We are among the project's most devastated victims.

Despite these catastrophic losses, we are writing not to seek retribution, but to offer a character
reference for Do and to provide context for the court that I believe is crucial for a fair sentencing.

We first invested in LUNA because of Do's vision. It wasn't just a pitch; it was a compelling argument
for a new financial paradigm in the context of a massive boom in the crypto market. His passion was
infectious and his commitment to solving big problems for the good of humanity was impressive. We
have met many founders and thinkers over the years, and Do stands out as one of the true greats.

We understand Do has pleaded guilty to hiring Jump Trading to defend the UST peg. It is critical for
the Court to understand that this practice, in and of itself, was standard industry procedure in 2020 and
2021. Virtually every significant cryptocurrency project at the time worked with market-making and
trading firms for two primary reasons:

1. Exchange Listings: Major exchanges require projects to have a market maker providing liquidity as
a prerequisite for listing. This was non-negotiable.
2. Volatility and Peg Management: It was common for projects with stablecoins or tokens prone to
volatility to engage firms to help smooth out market imbalances. These relationships were almost
universally governed by strict confidentiality agreements dictated by the trading firms themselves. A
project simply did not-and often was legally forbidden from-publicly discussing the specifics of these
arrangements. Do's conduct in this regard was a function of standard industry practice and legal
constraint, not unique malice or deceit.

The tragedy of Terra was not the vision, which was brilliant, or the initial product execution, which
was groundbreaking. The failure was strategic: the buildup of the Luna Foundation Guard (LFG)
reserves was poorly planned, and the defense of the peg during the fatal bank run was ultimately
unsuccessful. It was a bold experiment that failed catastrophically in the harsh reality of market
dynamics and leverage. We knew the risks when we invested; all of us in the crypto space did. We do
not hold my losses against Do. We see them as the cost of believing in a bold, ambitious, but
ultimately flawed experiment that he fought earnestly to make succeed.

We have forgiven him because we believe his intent was pure, even if his execution was imperfect.
The man we know is not a fraud, but a fallen innovator who cared deeply about his project and his
community.

We firmly believe that Do Kwon has learned invaluable lessons from this failure and still has immense
positive potential to contribute to the world of technology. We look forward to seeing what he builds
next. We urge you to consider a sentence that is restorative rather than purely punitive, allowing him
the opportunity to eventually rebuild his life and contribute positively to society.

Thank you for your time and consideration.

Kyle Davies and Su Zhu

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

August 27, 2025

Dear Judge Engelmayer,

My name is William Chen. I am the technical founder of an AI startup focused on developer tools. I first met Do Kwon at a blockchain meetup in Shanghai in 2018, where I was immediately struck by his eloquence and vision. We maintained contact, and when I was at my lowest point—struggling with ████████████████, experiencing ████████████ challenges, and unable to complete my studies at UC Berkeley—he offered me a position at Terraform Labs in October 2019 as Developer Relations Engineer. I reported directly to him until October 2021.

I write to provide the Court with my perspective on Do Kwon's character, particularly his demonstrated capacity for genuine compassion and mentorship.

When Do hired me in 2019, I was 23 years old, in and out of ████████████████, dealing with █████████████. My life was unraveling. Rather than viewing me as a professional liability, Do extended an extraordinary offer: "Berkeley doesn't seem good for you right now—why don't you stay with me instead? I'll take care of you and feed you." This wasn't an empty gesture. He opened his home to me for three months, taking personal responsibility for my wellbeing during the darkest period of my life.

Do's support extended far beyond providing shelter. He possessed an unusual ability to sense when something was wrong, often reaching out through text messages at the exact moments I was struggling most, before I had mentioned anything to anyone. He understood that leadership meant caring for his team members as whole people; their physical and emotional wellbeing, not merely their professional output. When I confided my insecurities about dating and social situations, he took time to mentor me through these personal challenges. For a young man who desperately needed guidance but found it difficult to ask, this kind of patient, personal mentorship meant everything. These were not the actions of someone simply fulfilling professional obligations; they were the actions of someone who genuinely cared.

The Do Kwon I knew was undeniably intense, competitive, and brilliant. But he was also capable of profound empathy and personal investment in others' growth and happiness. He served as both a demanding leader and a supportive mentor—pushing me professionally while ensuring I had the emotional foundation I needed to succeed. During one particularly difficult conversation about my uncertain future, he told me, "Whatever you end up deciding on, you'll have my support." Whether or not he fully grasped the weight of those words, they came from someone who understood what I needed to hear in that moment of despair.

As a young employee receiving primarily token compensation, I regularly converted my LUNA holdings to cover basic living expenses rather than accumulating significant wealth. After Terra's collapse, however, I invested my personal savings into supporting and rebuilding the ecosystem. I hired developers, built infrastructure, and brought new people into the community. I dedicated three critical years of my career to these efforts before ultimately leaving the cryptocurrency industry entirely.

I must acknowledge something difficult: after Terra's initial success, Do became intoxicated by his crypto persona's adulation online. The mentor who once showed me such care began performing for the worst corners of crypto Twitter—amplifying bravado and dismissiveness for an audience that celebrated confrontation over human connection. This wasn't Do; it was a character born from a toxic culture that rewards hubris over empathy. Watching him lose himself to this manufactured facade was painful. The callous figure portrayed in the media isn't the person I knew, but an inauthentic caricature manufactured for an audience, which ended up consuming him.

The person who opened his home to someone struggling ████████████, who intuitively recognized when his team members needed support, who invested personally in their wellbeing beyond any professional obligation—that person was real. I find myself holding two truths in conflict: I understand that Do's actions negatively impacted many people's lives financially and that they have been wronged. At the same time, he was a mentor and friend who saved me when I needed it most. I believe that capacity for genuine care still exists within him.

Thank you for considering my perspective on Do Kwon's character. While I cannot speak to the legal matters before you, I felt it important that the Court know there is someone behind the headlines who has demonstrated genuine compassion and who possesses the capacity to positively impact others' lives again.

Respectfully,

William Christopher David Chen
San Francisco, California, USA

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007

1 September 2025

## Character Reference and Personal Plea Regarding Do Kwon

Dear Judge Engelmayer,

I am writing to you today as both an early participant in the cryptocurrency space and as someone deeply impacted by the events surrounding Terra Luna. Whether you've been involved in crypto since 2017, like myself, or are a new believer in blockchain technology, one thing becomes clear very quickly: the uncharted crypto jungle is a place where you must always remain vigilant. It is a space filled with incredible innovation, but also one where, unfortunately, there are always people with the wrong intentions. If you succeed too much as a crypto or blockchain founder, you get pushed back, and if you are too weak, people take advantage of you.

Despite these risks and the presence of bad actors, there are also visionary leaders and projects in this space that inspire trust and hope for the future. In my own journey, I discovered Terraform Labs, Terra Luna, and its founder, Do Kwon. What immediately drew me in was the visionary thinking behind the project. Under Do Kwon's leadership, some of the brightest developers were working on what they believed to be the financial ecosystem of the future. It wasn't just about creating a product, it was about building an entire thriving ecosystem of apps and services, and for a while, that's exactly what happened.

I also want to provide some context regarding what happened to Terra Luna. I firmly believe that the platform was the target of an extremely sophisticated attack, or hack, in which around three billion dollars was used to destabilize the ecosystem. The question naturally arises: who has the resources and motives to orchestrate such a massive attack? This is rarely the work of individuals with good intentions. More often than not, such actions are driven by fear — fear from powerful players or established institutions that feel threatened by disruptive innovation.

It is important to understand that Do Kwon's vision for an algorithmic stablecoin was bold and ahead of its time. His approach with TerraUSD aimed to create a decentralized, scalable alternative to traditional fiat-backed stablecoins, using an innovative dual-token model. While the Terra ecosystem ultimately collapsed, I believe it was the result of an ambitious experiment that failed, not fraud or malicious intent. In fact, years later, many researchers and projects continue to build upon similar concepts, refining and improving algorithmic stablecoin mechanisms inspired by the lessons learned from Terra. To me, this underlines that Do Kwon was a visionary, and his ideas were far from reckless.

Do Kwon stood out to me personally because of his openness and accessibility. He regularly hosted Q&A sessions on Telegram, sometimes almost daily, where anyone could ask him questions directly. His transparency, honesty, and willingness to engage with the community were unlike anything I had seen from other founders. It made many of us believe deeply in both him and the vision he was pursuing.

I also want to provide context around one of the charges related to hiring Jump Trading to defend the UST price peg. In the crypto industry, working closely with trading firms to stabilize assets was not unusual. In fact, partnerships like these were common knowledge and often considered a responsible measure to protect users and maintain confidence in the system. To me, this demonstrates that Do Kwon acted in good faith, pursuing what he believed was best for the ecosystem and its community.

On a personal level, my family and I lost millions during the Terra Luna collapse. Yet, despite this devastating loss, we do not blame Do Kwon. I believe with conviction that what happened was the result of external forces, not malice or negligence on Do Kwon's part. To this day, I see him as a brilliant, hardworking, and visionary entrepreneur who took bold risks in pursuit of innovation.

Finally, I would like to humbly ask you to take into consideration that, in my view, Do Kwon has already suffered enough through everything that has happened. I sincerely hope you will grant him the chance to reunite with his family and continue contributing his talent and vision to the world.

Do Kwon is one of a kind, and his contributions to the crypto industry and its community should not be overlooked. I sincerely believe he still has much to offer, and I hope you will take into consideration not only the charges before you, but also his character, intentions, and the positive impact he has had on countless lives, including mine.

Thank you for taking the time to read my perspective and for considering my words in your deliberation.

Respectfully,
M. Ten Klei, Netherlands

Dear Judge Engelmayer,

I'm writing in support of Mr. Do Kwon as you prepare to render your sentencing decision. I had the privilege of knowing and working with Do during the years when he was building the Terra ecosystem, and I want to share my perspective on his character, his ideas, and his conduct.

When I first encountered Do and Terraform Labs, I had been running my media business for over two years, serving both traditional and web3/crypto clients in the US. My partner and I were quickly captivated by Do's vision of decentralized stablecoins and the Terra ecosystem, to the point that we began producing podcasts dedicated to UST and Terra.

The products that Do brought to life were thoughtfully designed financial tools that inspired genuine excitement in the community. Having worked in and around crypto media since 2017, I hadn't encountered much else that felt as real, innovative, and full of promise.

One of my early memories of Do was at a conference in Lisbon. He was having lunch with representatives from Jump Trading, venture capitalists, and other "important" figures. Yet when he saw my partner and I arrive, he immediately left the table to walk and talk with us about interesting ideas in the Terra ecosystem.

He treated us with sincerity and respect, despite our smaller role in the industry. In every conversation I had with him, he came across as thoughtful, and above all *genuine* about his mission.

As Terra grew, it was well understood that the UST peg was being maintained by arbitrage mechanisms. The community discussed this openly, and it was common knowledge that institutional partners like Jump Trading played an important role alongside public arbitragers.

Later, when Terraform Labs began purchasing Bitcoin to further fortify the peg, the design again relied on widely known and discussed arbitrage opportunities. These mechanisms were never hidden; they were core to the system's design and were, in my understanding, transparent to anyone paying attention.

After the collapse, I was struck by Do's response. Rather than retreat or hide, he reached out to me within days, seeking to engage with the community and explore ways to move forward.

Personally, I had committed a great deal: abandoning traditional clients, investing in UST and Anchor, and tying much of my professional identity to Terra. When the crash happened, I lost my investments, my business focus, and much of my professional network overnight. Yet despite these losses, I never once felt misled by Do. I had done my own research, understood the risks, and always believed in his sincerity.

Your Honor, I respectfully ask that you take these points into account in considering leniency for Do. I truly believe the world is better with him free to continue creating, learning, and contributing, rather than behind bars.

Thank you for your time and consideration.

Respectfully,
Evan Schindler

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007


09/03/2025

Dear Judge Engelmyer,

I would like to offer this character letter of support for Do Kwon, the founder of the Terra Luna project. It is with a strong sense of urgency, careful thought, and respect that I wish to offer my viewpoint, which ultimately prompted the writing of this letter.  I was and remain a fervent supporter of Mr. Kwon, the Terra Luna project, and the freedom to make investments as an informed citizen, realizing that all investments contain risk that may equal or exceed the potential for reward.  I believe Do Kwon to be a person that possesses high character, immense intellectual capacity, and a truly altruistic nature who was railroaded by those who sought to "reign in" his personality and ultimately profit from his demise.

At the time of the events which led to the UST/Luna collapse of May 2022, my personal investment of ███████ was completely lost, along with a potential of ███████ in unrealized profits. At no time was I under the delusion that this investment and the potential profits from said investment were not my responsibility to carefully consider and inherent to my participation in what I believed (and still believe) was a truly inspirational, benevolent, and potentially world changing financial and technological venture.  I am a statistician and researcher by trade and can say with full confidence and clarity after careful evaluation of the low probability/uncharacteristic selling/buying patterns in the month preceding  the UST depeg and eventual Luna collapse, that Mr. Kwon should NOT be held responsible.  I believe he acted honorably and put his own financial and personal safety in peril in an attempt to stabilize and preserve the investments of his supporters.  I remain a supporter of Do Kwon as evidenced by this letter.

As a man of science, I would offer the following two excerpts from a recent mathematical analysis of the Terra Luna collapse and likelihood of bad external agents(PLEASE SEE: Cheick Tidiane Ba, Ben Steer, Matteo Zignani, and Richard Clegg. 2025. Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure of the Ethereum Stablecoin Ecosystem. ACM Trans. Web 19, 3, Article 31 (August 2025), 20 pages. https://doi.org/10.1145/3726869).  The article states the following:  "*This reveals that among the users contributing to anomalous peaks, some exhibit coordinated efforts, appearing active exclusively on peak days or displaying interconnected movements. Given the extremely unusual distribution of sales (five/six) wallets with approximately the same number of sales dominating  of the market there can be little doubt that the individuals (or single individuals or organization) controlling these wallets is deliberately participating in an attempt to destabilize Luna/Terra*".

The team's analysis revealed that on key dates, just five or six traders accounted for nearly all the trading activity, with each controlling almost exactly the same share of the market. This level of

coordination is virtually impossible by chance in a normal trading environment and strongly suggests that these individuals were working together to trigger the collapse.

In closing, I want to thank you for the time you took to read this letter of support.  I remain an investor in crypto markets, still fully aware the potential for loss and gain.  Much of my continued inspiration to do so is a direct result of my association with the Terra Luna project.  Although I never met Do Kwon directly, I do have close friends who know him personally and professionally.  Thay all fervently believe him to be a man of strong character, a loving Husband and Father, and a person who truly wanted to bring financial access and freedom to all.  I pray God lays on your heart to show leniency and bring him home to his family.

Very Respectfully,

Jay A. Campbell, PhD
Winston Salem, NC, USA

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

2025/09/05

Dear Judge Engelmayer,

I am Matt Dillon, a car designer with a Master's degree in Transportation Design and 25 years of experience in the field. My profession requires me to envision the future, often three to five years ahead, which has honed my ability to anticipate trends and innovations. This forward-thinking mindset led me to engage with the world of cryptocurrency, where I first became aware of Do Kwon and his work with Terra Luna in 2020.

I am writing to attest to Do Kwon's good character and to advocate for his potential as a productive member of society upon his release. While I did not have direct communication with him, I gained a strong sense of his character through my involvement in a group of like-minded crypto investors. The leader of our group had direct communication with Do Kwon, which provided me with valuable insights into his vision and leadership. Additionally, Do Kwon's interactions with the wider crypto community, including interviews and other public communications, further reinforced my positive impression of him.

Do Kwon consistently projected an image of a warm, caring individual combined with a sharp sense of humour which really appealed to me. This impression, coupled with the innovative and user-friendly design of the Terra ecosystem, drew me to Luna as an investment.

As a successful car designer, I can attest that good design is immediately recognisable, and this was evident in the sheer number of developers working on Terra blockchain-based projects and services. I was particularly drawn to Do Kwon's vision of developing the crypto space into something beyond mere financial speculation. Terra had real-world utility, which aligned with my own values and aspirations for the industry.

While it is true that Terra had a design flaw, Do Kwon and the Terraform Labs team were proactive in addressing this issue. Prior to the broader crypto market crash, they had begun purchasing Bitcoin to protect the Terra UST peg to the US dollar. Unfortunately, these measures were not enough to prevent the collapse. I personally lost over 90% of my investment in the crash, but I hold no grudge against Do Kwon. Investing in cryptocurrency is a personal choice, and I accept the risks that come with it.

The fact that Terraform Labs released a version 2 of Luna, aiming to make investors 'whole again,' demonstrates their commitment to the crypto space and their unwillingness to abandon their responsibilities. Do Kwon is an entrepreneur with world-changing ideas and a positive mindset, qualities that I believe will allow him to succeed and make a significant impact on society if given the opportunity.

I respectfully request that you consider these points as you deliberate on Do Kwon's case.

I hope you can see from my letter that I support the view that Do Kwon can be more than just a productive member of society, he has the potential to transcend that and be a real force for good. Thank you for taking the time to consider my perspective.


Sincerely,

Matt Dillon
Yokohama, Japan

**The Honorable Paul A. Engelmayer**

United States District Court
Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007

Friday 5 september 2025

**Dear Judge Engelmayer,**

My name is Matthieu Barret. I have been active in the crypto space since 2017. I first discovered the technology while trying to off-ramp video game skins at age 16, but my professional journey began after discovering the Terra ecosystem. While pursuing my studies at the Sorbonne, I ███████████████████████████████. I am also engaged in various finance-related activities. I have known Do Kwon since 2020 through his role in Terra Luna. I am writing to attest to his good character, to explain why his vision and talents should not be wasted in prison, and to share the direct impact he has had on my life and career.

Do is a rare visionary. His ambition and courage to think beyond ordinary limits inspired me, and many others, to dream bigger. While some may view this boldness as a flaw, it is what defines true innovators: they challenge constraints and push society forward. As Oscar Wilde once wrote, *"An idea that is not dangerous is unworthy of being called an idea at all."* Do's ideas carried that daring quality, ambitious and world-changing.

Thanks to Do and the ecosystem he built, I worked for several projects in the Terra community. Those experiences and connections ultimately led me to found my own company 2.5 years ago. I became a first mover in my sector, something I would not have had the courage to attempt without Do's example. His vision gave me the conviction to build something new, unprecedented, and ambitious.

At the time, I held most of my assets in tokens from the projects I worked on and in NFTs. I had accumulated nearly ████████, which I lost entirely after the depeg. I was only 20 years old. Despite those losses, I felt no resentment toward Do or his team. I understood that the collapse was not intentional but the result of an external attack. My background in finance at the Sorbonne taught me how markets exploit vulnerabilities. Even in traditional finance, sovereign bond spreads in Europe, such as between Italy and Germany, have widened during crises and been amplified by speculation. The European Central Bank repeatedly intervened to stabilize those markets, whether during the 2010–2012 debt crisis, through quantitative easing in 2015, or during the COVID-19 shock with emergency bond purchases.

In decentralized finance, founders do not have a central bank to protect them. They must defend their systems on their own. Using Jump Trading to defend the peg of UST was a rational response, and consistent with industry practice. Stablecoins are natural targets for coordinated financial and communication attacks, as their stability depends on trust, much like national currencies. In the early days of DeFi, uncertainty was high, and trust was fragile. Preserving the peg was one of the hardest market challenges, and Do's decision to engage Jump was logical and justified.

Beyond his influence on individuals, Do's story demonstrates how much value he can still bring to society. Allowing such talent to languish in prison would be a profound waste. The United States would gain far more by channeling his intellect and energy toward constructive work. Offering him a chance to collaborate with authorities, rather than condemning him, would align with America's goal of leading in crypto innovation.

I respectfully ask that you consider the positive impact Do has had, the good he has done for his community, and the potential he still holds to contribute meaningfully to society. His ambition, vision, and brilliance should not be wasted behind bars.

Thank you for taking the time to consider my perspective.

Respectfully,

Matthieu Barret

Paris, France

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 10, 2025

Dear Judge Engelmayer,

My name is Jesse Chung. I am the founder of ███████, a research lab dedicated to high performance Blockchains. I worked at Terraform Labs as an Infrastructure Lead between 2020-2022, contributing to the global infrastructure of the Terra network, making sure every user had the ultimate experience participating in the network. I write this letter to attest to the good character of Do Kwon through personal and professional anecdotes, having engaged with him on both levels.

My first encounter with Do Kwon was nothing short of surprising. I still remember the final interview call with him. It was scheduled for an hour, and I had prepared a lot expecting me to be the main speaker on the call. I ended up speaking for only 5 minutes. The remaining 55 minutes were dominated by Do unfolding his vision for "decentralized finance" and his plans. It was 2021 and the entire landscape of DeFi was chaotic; everybody was struggling to define what it was, some trying to make predatory profits.

Amidst all this, Do stood out as that one daring person who was genuinely excited about the decentralized future he was building towards. The future he had envisioned was detailed and thoughtful - so much so that the one hour interview fundamentally shifted my understanding of decentralized finance. I walked out of the call feeling inspired and purposeful.

As far as I can attest, every task at Terraform Labs was undertaken only to carry on the mission. At one town hall gathering, Do mentioned that the ultimate goal of Terraform Labs as a company was to 'cease to exist' - meaning the infrastructure would become so decentralized and self-sustaining that it wouldn't need a central company anymore. This struck me as both ambitious and selfless; we weren't building for corporate control, but to create infrastructure that would truly belong to its users. Looking around today, I don't see many projects with this level of genuine stewardship.

To this day, I haven't come across anyone who bore the same level of excitement, was mission-centric, and most importantly, caring for the world he created. Do may not have come across as the nicest person due to his alleged online presence, but I would argue that it was merely a tactic he employed to get the message across; for the sake of accuracy, the Internet has become filled with worse personalities ever since. On a personal front, he was just a collected, courageous, everyday person who was also a proud father who named his daughter after his creation.

I was in the war room as the depeg happened. We failed to bring effective measures in time, but it's not true that we let it slip as many have accused. I know for a fact that good intentions aren't enough to excuse misbehaviour. However, everyone on the deck, including Do, was selflessly pouring themselves into resolving the matter. This is why I still support Do while I too lost everything during the depeg; we did care.

Startup founders often ask the question of "What would [someone] do?" in an attempt to simulate the thought process of somebody greater. For me, that person is Do. His work ethic and genuine care for the project's impact continue to influence how I approach my own work today.

Your honour, I hope my testimony provides useful context about Do's character and motivations. I ask you to consider these aspects of the person I came to know as you deliberate.

Respectfully,

Jesse Chung
Seoul, Korea

2

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 9, 2025.

Dear Judge Engelmayer,

My name is Maslin Edwin. I am the ███████████████, an AI content monetization platform. Before starting my own company, I worked at Terraform Labs as a Communications Associate and at ██████ ████ I am a mechanical engineer by education who transitioned into technology and later into building companies.

I first came to know Do Kwon during my time at Terraform Labs, where I worked under his leadership for nine months. I joined the company because of the mission that he set out, to bring economic freedom and access to people around the world through technology. I saw first-hand how he built a team that was highly motivated and committed, not out of obligation, but because of the sense of purpose he gave us.

I am writing this letter to attest to his good character and to share my perspective from working alongside him. During my time at Terraform Labs, I saw Do support initiatives that protected users, encourage his teams to grow, and lead with calmness even in the most chaotic moments. I believe that he is someone who, given the opportunity, can continue to be a productive member of society and use his talent and vision in ways that benefit others.

The early days were all about one mission, bringing UST as freedom to the people. Every month we had town halls where teams from different regions shared stories of how many people got access to new tools, how many got some kind of economic freedom because of what we were building. We celebrated those wins like family. Nobody forced me to work long hours, nobody demanded weekends. I worked my ass off for the company because I believed it mattered. I believed we were doing something bigger than us, something that could bring freedom to people everywhere.

When I first joined, I came with some experience in online ads and search optimization. Very quickly I saw scammers running Google ads pretending to be Luna projects, tricking users into losing their money. We reached out to Google but they did not respond. Instead of ignoring it, we as a company decided to fight back. We spent our own company money on ads, not to make profit, but to block those fraudsters and protect our people. That was millions of dollars in user funds saved. This whole initiative was fully backed by Do. He cared deeply that we took care of people in our ecosystem and he gave us his full support.

Most projects in the industry at that time were chasing whales and big investors. The standard practice was to run after liquid funds, big brand deals, marketing splashes. Do was different. He told us clearly, start from the ground up. This is freedom for the people. We even organized events in institutions in India to educate people about blockchain, to show them that this tech can bring freedom. We bridged the gap

and gave them the knowledge. That approach was pure Do. He was ambitious, yes, but his ambition was not selfish. It always showed through our managers and our team culture. He always dared us to dream bigger than our small tasks, always inspiring us to push further. I have been in this industry five years and no other team I worked with came close to the energy and culture I saw at TFL.

Then came the Luna depeg event. Many outsiders will never understand what it felt like on the inside. The easy thing would have been to walk away. But the team did not. Everyone overclocked. Everyone gave everything we had to try to deliver for the vision. I was in the comms team then, trying to secure domains for the new chain. Sabotage was happening, domains were being stolen the moment I tried to buy them. Chaos all around. I was angry and sent Do a message, telling him how bad it was. His response was simple: "I do understand." That one line stayed with me. In that moment he was calm in chaos. He did not blame. He did not throw people under the bus. He steadied me with empathy. That was Do as a leader.

I will never forget when Do shared with us the birth of his daughter. He named her Luna, after the project he had poured himself into. He showed us her photo with pride. For me, that showed this was not some abstract project. It was personal. He wanted to build a world his own child could grow up in. That human side of him is what stays with me most even today.

I was only there nine months, but everywhere I go I carry the pain of that product failure. People call us names. They make fun of us. But what lets me sleep at night is the truth that we tried hard, we worked with Do, and we shared his vision. We strived for something bigger, something even governments were afraid of because it meant freedom for people. I know in my life I will never again work with a more skilled team than TFL. The bar was set there.

From what I have seen in the last 5 years, Market makers and trading firms in crypto are like elephants. They dominate the space. As a startup you depend on them to protect your token and give liquidity. They hold the keys. Founders are often at their mercy, and fast-growing companies like TFL had to work with the firms everyone in the industry trusted. That is the reality. Many failures and rug pulls you see today were orchestrated by market makers, not founders. Founders often end up as pawns. That is why the Luna failure hurts deeper because Do's intention was about something bigger, and he had to play in a system where the biggest players always hold the advantage.

Do's influence has stayed with me far beyond my time at Terraform Labs. Today I am building ██████, a platform to protect creators in the age of AI. Around the world, companies are scraping content from creators and training AI models without consent, without licensing, and without compensation. My work now is to fight against that, to give a voice to the voiceless and ensure that creators are protected. The inspiration to take on this mission comes directly from Do. The way he spoke about economic freedom for ordinary people continues to shape how I think about building technology, and it has driven me to dedicate my own company to empowering those who are too often left behind.

Your Honor, I do not write this letter to excuse what happened. I write to share my truth of what I saw and lived. Do Kwon was a visionary founder who gave ordinary people like me belief in something greater than ourselves. He was a leader who backed his team to protect users even when billion-dollar companies

ignored us. He was calm when everything burned around him. He was a father who wanted to build a world for his daughter to inherit. That is the man I knew.

I ask you respectfully to take this side of his character into account as you make your judgment.

Respectfully,

Maslin Edwin
Bangalore, India.

**Date : 9/13/2025 10:31:51 AM**
**From : "Sam"** ▮▮▮▮▮▮▮▮▮▮▮▮
**To : "** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    **"Andrew Chesley"**
**achesley@heckerfink.com**
**Subject : character reference letter - Do**

You don't often get email from ▮▮▮▮▮▮▮▮▮▮▮▮    Learn why this is important

This email was sent from outside the Firm.

The Honorable Paul A. Engelmayer

United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Character Reference in Support of Do Kwon

Dear Judge Engelmayer,

I am writing this letter as a character reference in support of Do Kwon, who is awaiting sentencing in your court. As an early supporter and enthusiast of the Terra ecosystem, and as a Christian guided by compassion and belief in second chances, I have followed Terra's development closely and interacted with Do on occasion. I have no personal or financial ties that would bias my perspective beyond my genuine admiration for the project and its founder. I respectfully ask that you consider this letter as part of your deliberations, highlighting Do's innovative contributions, his good intentions, and why I do not hold him responsible for Terra's collapse.

I discovered Terra in its early days and was instantly drawn to its promise of mainstream adoption through a fully decentralized stablecoin - a breakthrough that the crypto space still lacks to this day. The vision of decentralized money, often considered the holy grail of crypto, was brilliantly realized through Terra's innovative mint-and-burn mechanism, economically similar to how the Federal Reserve manages monetary policy. Court documents reveal that Jump Trading viewed their ownership of Luna as akin to owning a part of the Federal Reserve itself. Terra created one of the smoothest user experiences in the space, with simple yet brilliant products that made complex financial concepts accessible.

One standout example was the Anchor Protocol, which offered high-yield savings accounts. Some yields were subsidized through minting UST, while others came from underlying yield-bearing assets users could borrow against. I read Terra's whitepaper and fell in love with its vision of decentralized money. Terra's growth strategy mirrored Amazon's - forgoing short-term profits to expand rapidly across markets. For instance, the Chai payment app achieved remarkable penetration, with about 4% of Korea's population using it for payments when I first encountered it. Terra also attracted major backers like Binance, Galaxy Digital (where Mike Novogratz famously got a Luna tattoo when the token reached $100), and prominent market makers and funds.

Another innovative product was the Mirror Protocol, which was ahead of its time, allowing users to trade synthetic assets mirroring real-world stocks, providing access to U.S. equities for price speculation. Today, platforms like Robinhood offer similar synthetic stock products, but Terra pioneered this in crypto.

As an early ecosystem supporter, I invested significant resources and incurred severe losses due to collapse however I never once blamed Do for its failure. It was clear that Terra was attacked multiple times, with answers to who orchestrated these attacks likely found in the books of companies like Genesis. When you build something with the potential to change the world ( decentralized money free from single-entity control ) you expose yourself to such attack vectors. While I did not support Do's occasional cockiness, I firmly believe Terra could have revolutionized stablecoins forever, creating the fastest-growing stablecoin at the time and addressing a gap that persists in crypto today.

Regarding the accusations against Do, it was well-known that major market makers like Jump supported Terra and helped restore the peg during the first attack, with the protocol's mint-and-burn mechanism performing as designed. The second attack, however, was too massive and occurred during a vulnerable moment - a Saturday, amid the UST liquidity switch from Curve's 3-pool to 4-pool. Do was always accessible, not hiding like a typical scammer. I spoke to him occasionally, and he took on numerous interviews to share his vision. He even named his firstborn daughter Luna in honor of what he created - a decision no one would make if they anticipated collapse and chaos in crypto markets.

As a Christian, my faith in Jesus Christ inspires me to show compassion and believe in the potential for redemption and growth. I see Do not as a criminal, but as a bright developer and visionary who sought to make the world better through innovation. He did not lead a lavish lifestyle, and I hold no blame against him for Terra's collapse. To Do, I want to say that I support his vision and believe in his ability to contribute positively in the future, as my faith encourages me to see the best in others. Great leaders, like those who pioneered electricity despite many failures and lives lost, take risks to change the world, and experiments sometimes fail. I ask you, Judge Engelmayer, to consider Do's contributions, his good intentions, and his potential for continued positive impact, reflecting the compassion and opportunity for second chances that guide my beliefs.

Thank you for taking the time to read this letter. I am available to provide additional information and can be reached at the contact details above.

Sincerely,

Sam Staniec
████████████
Suwanee, GA 30024
Phone # ████████████

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 15, 2025.

Dear Judge Engelmayer,

I hope this letter finds you well. My name is Woojin Lim, a current startup founder and former protocol builder on the Terra ecosystem. During a two-year leave from Harvard College, I worked under Do's mentorship as an Entrepreneur in Residence at Terraform Labs (TFL) and later spun out my own project, ███████. I write to offer a personal character account of Do based on direct, first-hand interactions. I do not presume to comment on the legal questions before the Court; my aim is to share what I observed of the person I knew as a friend and mentor.

I first met Do in Seoul during the COVID-19 pandemic in 2021, while I was on leave from Harvard where I studied philosophy and government. At the time, I had been exploring how NFTs (as a new fundraising vehicle) might help artists and creators earn a living. I had been interviewing indie Korean digital artists, including animators, installation exhibitors, op-doc producers, and short-form filmmakers who struggled to monetize their work, and so I began sketching out an idea for an art-focused NFT marketplace. On a whim, I searched up "top crypto investors and projects in Seoul," stumbled upon Hashed and Terra, and sent Do a cold message on LinkedIn. He pinged back within a few hours and agreed to meet in-person the next day.

Our first meeting took place on the second floor of Bluestone Tower, where TFL kept a modest office. We sat in camping chairs. Do pulled out a whiteboard, and with quick sketches, mapped out my marketplace idea and Terra's broader vision. Despite my young age and lack of experience, he engaged with my ideas seriously, offered candid feedback, and encouraged me to use the office as a place to test and learn. In the weeks that followed, he introduced me to fellow ecosystem protocol builders, helped refine my approach, and provided all the base resources (including early legal and auditing costs) to build and launch. Do had a particular willingness to mentor student founders, including many others beyond myself, and to invest in young talent.

Many of my other young Stanford and Yale friends (aspiring founders) have shared the same story of Do being open to supporting new ideas, hop on a cold Zoom call, and give back in a mentorship capacity, going out of his way to support hungry and aspiring college students in whom he perhaps saw a younger version of himself. I remember how Do told me about how difficult and on-a-tight-budget his first startup, Anyfi, was, as he and his co-founder strappily ran around Seoul to help people connect to the internet. For many other TFL interns and employees around my age at the time (~19/20 years old), Do would especially help them map out long-term career paths and fellowships, and write out stellar letters of recommendation. In one case, though of course I may be missing some nuances, Do acqui-hired a young team that had taken on debt for their former project and helped them pay that off via employment with a generous offer; and in another, helped other former employees secure second jobs or prestigious fellowships.

One of the early lunches with Do that I think convinced me to build on Terra was when we went to this shabby $5 Vietnamese pho noodle place near the office, where he pulled up in flip-flops and worn-down shorts. Quite unlike the many typical crypto bros who'd don designer merch head-to-toe or strap on watches that'd cost an annual salary, Do was never a flashy, extravagant person, who'd much rather save and spend on tteokbokki (hot spicy ricecakes) takeout for his employees or occasionally would rollerblade into the office. For someone with an unfathomable amount of money at the time, I respected how he operated with vision and (not stinginess but) frugality. One of the first questions he asked me that lunch was "If you had a billion dollars, how would you change the world?" That breadth of perspective and scale of thinking really inspired me to dream big. (My first answer was "I want to travel more," to which he retorted "Well, you could do that without having billions with a B. What legacy would you want to leave behind?")

As for my own case, I began to ease into the life of the TFL office, hung out with the other employees, ordered in late-night dinner delivery, and sometimes even crashed on the beds in the nap/resting area for employees a few floors above the office. I was drawn by the vision and intellectual audacity of the Terra project. Myself a philosopher eager to reimagine the currently dominant economic system and think about its alternative forms, I was drawn by the arc of monetary history (e.g. from barter, commodity money, gold standards, banknotes, to fiat) and Terra's place within it: an earnest attempt to explore a programmable, algorithmic form of fiat. TFL functioned like a lively builder's workshop, full of fresh, new experimental ideas that top researchers from the world's best schools were captivated by, and Do was at the center of it all.

Do was a under a lot of pressure and burdens, having grown the project the scale and size he did, and yet, he always maintained a calm demeanor. One standout case was when there was a crisis management case with our project, Pylon, after a coding-error from one our developers, and in spite of all my panic, Do clearly helped us clearly mapped out the paths forward. He himself must have had immense psychological stress weighing down on him, and yet, he always wanted to take that on for himself and never let that affect his employees. One of his conduits to let off steam was on Twitter/X, where he intentionally played a strong, brash, over-the-top persona (likely for the views and clicks, a tactic crypto Twitter/X has called for ages "engagement farming"). In person, however, from what I could gleam, Do wasn't at all like that: he was kind to those around him, thought very academically and extensively (hence the range of early research papers on the mechanism design of UST, including Terra's founding whitepaper being co-authored by Harvard Business School professor Marco Di Maggio), and cared deeply about the Terra ecosystem of builders and investors.

As the company rapidly scaled, Terra went from a "time-is-elastic" ship-at-all-costs mentality to a focus on stability and global co-working. That transition point, unknowing for us all, was perhaps when the ship was set on the collision track to hit the inevitable iceberg. As the company continued to scale, despite the chaos of everything, Do would always make an effort to regularly check in, not just on how the project was going, but also asked how I was doing mentally and personally. He'd reiterate how important not wasting time in the 20s were, how he would give back every dollar he'd ever made to turn back time to his early 20s, and how he viewed life as that one brave act of putting all eggs into one basket without hedging. For we all live only once.

After the collapse of UST in May 2022 and the effort to revive it with Terra 2.0 (an earnest effort to salvage and mitigate the damage done to ecosystem builders and investors by forking the chain with a new airdrop proportional to old UST and LUNA holdings, a project called LUNA V2), I went to visit Do in Singapore. After the hell he'd been through and having become self-knowingly "the most hated man on the Internet," as morally dejected and hurt he was, he had one goal to make things right and do what he could to help those displaced find new jobs or investors, and devoted his 120% to make LUNA V2 work.

On some days he expressed optimism that he could rebuild, and yet, on others days he doubted whether, given the damage done, he could ever fully rebuild. With his new daughter being born, named Luna, one sign of true endearment for the project (FYI his dog was also named Terra), Do wrestled with whether to step back: to quit it all and spend his limited life-time with his daughter and loved ones, versus the obligation to pursue redemption and repair through LUNA V2. There are many founders in his exact position who could've easily given up. Do persevered relentless.

In one of our early conversations at a coffee shop before his daughter was born, I once asked Do, "What was the happiest moment of your life?" He stopped, took a long pause, and was wordless for a while. He recounted his road trip to California from Seattle, the window rolled down, the gentle breeze on his fingers. He brought up a trip to Bali with his wife, the soft sands, the sunset. The trip to Machu Picchu, the trip to Berlin, his favorite city. That first day of launching Terra.

All in all, I understand the gravity of the matters before the Court. I also understand that final outcomes in complex systems beyond our grasp can inflict harm regardless of intent. Yet, my request is to ask that in weighing Do's conduct and character, you consider the person I knew: a mentor who opened doors for young builders; a visionary technologist, even if sometimes brash, driven by the belief shared by many academics at the time that software could expand access to financial tools; and, above all, a caring human being capable of reflection, growth, and repair.

Thank you for considering this perspective. If it would assist the Court, I am willing to provide further details about my work as a builder on the Terra ecosystem, my interactions with Do, or the specific ways in which his mentorship and friendship shaped my trajectory as a founder.

Respectfully,

Woojin Lim

Seoul, Republic of Korea

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

September 15, 2025

## Re: United States v. Kwon, 23 Cr. 151 (PAE)

Dear Judge Engelmayer:

I am writing to you as a former colleague and admirer of Do Hyeong Kwon, respectfully urging the Court to consider leniency in his sentencing. My name is Jason Timothy Arnold, and I had the privilege of working closely with Do as one of TFL's early U.S.-based hires. I served as Technical Product Manager for Anchor Protocol, Terra's flagship decentralized savings platform, before rising to Head of Grants, where I managed TFL's treasury to fund innovative projects within the Terra ecosystem until the project's collapse in May 2022. In these roles, I worked closely with Do on product development, ecosystem growth, and supporting innovative projects built on the Terra blockchain. I have over five years of experience patenting blockchain technologies at ███████████ and other leading law firms, with a Bachelors of Science in Computer Science from Marquette University.

I have no personal stake in this case beyond my genuine belief in Do's character and a desire to provide essential context for his actions. Having worked side-by-side with Do, I wish to share my perspective on his character, the legitimate vision behind Terra, and the industry context surrounding his actions, in hopes of providing a fuller picture of the man behind the charges and differentiating this case from schemes built on intentional fraud and opacity.

### Background and Relationship with Do Kwon

Do's vision for a decentralized, algorithmic stablecoin (UST) captivated me from day one. UST aimed to maintain a $1 peg through arbitrage with LUNA, Terra's native token, offering a censorship-resistant alternative to centralized stablecoins like Tether's USDT or Circle's USDC. This wasn't a get-rich-quick scheme but a bold attempt to create an internet-native currency accessible to anyone, particularly in underserved regions. Unlike opaque, "black box" fraudulent ventures, Terra's entire mechanism was open-source and publicly auditable. Inspired, I left my role at ███████████ to join TFL full-time. Under Do's leadership, we scaled Anchor Protocol to over $20 billion in total value locked (TVL) by late 2021, making it the largest decentralized finance (DeFi) application of its time. This reflected the need of millions of users worldwide for high-yield stablecoin products, from developers building payment platforms to individuals saving in UST for stability.

Do was a remarkable leader. Brilliant, hands-on, and deeply committed. He consistently fostered a positive and supportive environment within TFL. As Head of Grants, I worked with him to fund more than 100 startups and community initiatives, ranging from micro-lending apps in Southeast Asia to NFT marketplaces, distributing millions of dollars to empower builders. Do personally engaged with young entrepreneurs, offering feedback and connecting them with valuable resources. For example, in 2021, he spent weekends mentoring a team building a charitable giving platform on Terra (Angel Protocol), helping them launch a product that served thousands. On a personal level, Do was incredibly supportive. When I faced burnout during Anchor V2 launch, he checked in regularly, sharing advice on resilience and ensuring I had space to recharge. Do often quietly covered for employees, regardless of their seniority. Whether it be paying travel expenses or granting paid leave, Do was a leader who inspired and uplifted those around him, not the callous, malicious figure portrayed in some media.

## Terra's Vision and Viability

The Terra ecosystem was built on a legitimate and innovative premise: a decentralized stablecoin that could empower users globally with high-yield products and novel financial building blocks, without reliance on traditional financial systems. UST's algorithmic design, detailed in TFL's 2019 whitepaper, was transparent about its mechanics and risks, explicitly stating that stability depended on LUNA's value and market incentives. The whitepaper noted that UST could withstand a LUNA price drop of up to 91%, a threshold openly debated in community forums. Anchor Protocol, offering 16-20% APY on UST deposits, was a cornerstone of this vision, attracting billions by providing accessible, high-yield savings. The launch of Anchor V2 introduced a dynamic yield module that allowed for a variable yield based on a variety of factors. Anchor's high-yield growth model was not an outlier, but rather a precursor to successful high-yield stablecoin projects today. For instance, Ethena's staked USDe, approaching a $14 billion market cap in Q4 2025, offers ~10-30% APY through delta-neutral strategies, outperforming major ETFs. Sky's staked USDS, backed by government bonds, delivers ~8.5% yields and manages over $12 billion, while Ondo's USDY, secured by US Treasuries, provides access to treasury yields across blockchains. These projects validate Anchor's approach, showing that high-yield DeFi products can thrive with robust design, underscoring that Do's vision was forward-thinking and aligned with enduring industry trends.

Do took proactive steps to ensure UST's stability. In 2021, he spearheaded the creation of the Luna Foundation Guard (LFG), amassing billions in Bitcoin reserves to back UST, an uncommon safeguard for algorithmic stablecoins and a move made with complete transparency. When Anchor's yield reserve dwindled in early 2022, Do directed the LFG to inject tens of millions to sustain depositor returns and publicly announced on 𝕏 (formerly known as Twitter). These actions reflect his commitment to users and the ecosystem's integrity, not deception or hidden dealings. The Terra ecosystem, peaking at over $70 billion in network value, fostered a vibrant community of apps and services, demonstrating Do's ambition to build long-lasting, impactful financial products, not a fleeting scheme built on intentional fraud, such as we saw with Sam Bankman-Fried's FTX.

**UST Peg Defense and Standard Industry Practices**

Regarding the charges, I offer context on Do's decision to engage Jump Trading to defend UST's peg during a May 2021 market crash, when UST briefly fell to $0.90 USD. UST was a lifeline to every user of the Terra blockchain, and a prolonged depeg risked catastrophic losses. Collaborating with market makers like Jump Crypto, one of the leading crypto-native firms at the time, was a standard practice in the industry to ensure liquidity and stability. Other stablecoin issuers, including Circle's USDC and MakerDAO's DAI, rely on similar partnerships to manage volatility. Jump deployed capital to buy UST, restoring the peg, while TFL later adjusted vesting terms on Jump's LUNA holdings as compensation. It was well known within the community that Terra had brokered a deal with industry leaders to save UST, a deal that was applauded by the community and seen as a necessary protective measure, not manipulation.

While Do has acknowledged he should have disclosed Jump's role more clearly, his intent was unequivocally to safeguard users, not to defraud them. He gained no personal profit from the intervention, and such actions were consistent with industry norms under crisis conditions. Recent research, including a 2024 study by Queen Mary University of London, suggests the 2022 collapse was driven by coordinated external attacks designed to destabilize the ecosystem, thereby necessitating Do's actions as defensive responses to systemic pressures beyond his control, rather than deliberate fraudulent acts.

**Risk Transparency and Personal Losses**

The Terra collapse was personally devastating. I invested nearly my ▉▉▉▉▉▉▉▉ into the Terra Ecosystem and dedicated nearly two years of my life to TFL, sacrificing invaluable family time to lead Anchor and fund ecosystem projects across the world. When UST and LUNA crashed, ▉▉▉▉▉▉▉▉▉, and the startups we supported faced ruin. Yet, I harbor no resentment toward Do.

Whether it be the TFL team or the community at large, we all understood the risks of pioneering a new financial system. Innovation often comes with failure. Do poured his heart into Terra, working tirelessly to address the needs of our community. Post-collapse, he expressed profound regret, supported community recovery efforts, and advocated for compensating small holders from remaining reserves. His remorse was genuine, as was his attempt to salvage what he could. Do always acted in good faith, driven by a vision to revolutionize finance, not to deceive. Thanks to Do, the lessons from Terra's failure have already reshaped the industry. Many of the leading stablecoin projects today have foundational risk management practices that mandate exogenous assets within their ecosystem, often crediting Terra for the most robust designs in the space (albeit less transparent than Terra).

**Plea for Leniency**

Your Honor, I respectfully urge leniency in Do Kwon's sentencing. He is not a malicious actor driven by greed or deceit, but a passionate innovator who dared to tackle an unprecedented challenge with an open and transparent design, unlike the deliberately fraudulent behavior of "black box" entities like FTX. His accountability is evident in his cooperation.

A harsh sentence would stifle future innovation and overlook the complex external factors, such as alleged coordinated attacks, that contributed to Terra's collapse. Do has already lost his reputation, wealth, and freedom, and he carries the immense weight of the community's losses. At the young age of 34, he remains a brilliant mind with the potential to contribute positively to this rapidly growing blockchain industry, whether through restitution, advancing safer financial technologies, or mentoring the next generation of innovators. His compassion — whether through his mentoring of young founders, supporting employees in times of hardship, or funding charitable initiatives — shows a man whose intentions were constructive and empathetic, not exploitative.

A lenient sentence would not excuse the harm caused by Terra's collapse, but it would recognize the vital distinction between failed innovation and deliberate fraud. It would allow Do the opportunity to rebuild, to give back to the community, and to contribute his unique expertise to ensure that future financial technologies are more resilient and transparent.

For these reasons, I respectfully request leniency in Do Kwon's sentencing. I am available to provide further details, if needed — please feel free to reach out to me at any time.

 Thank you for your consideration.


Sincerely,

Jason T. Arnold
+█████████████
Chicago, IL, United States

Former Head of Grants, Terraform Labs
(Technical Product Manager, Anchor Protocol)

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 24, 2025.

Dear Judge Engelmayer,

I hope this letter finds you well. Do Kwon is not the malicious person the media often portrays. He has always been among the most sincere and visionary founders I have had the privilege to know. As someone who worked as a key member of his first startup, Anyfi, and has observed his journey for more than a decade, I respectfully wish to share the Do I have come to know and the side of him I have personally witnessed.

My name is Joowon, and I am the founder of ███████, an ad-tech startup based in New York and Seoul, South Korea. Before starting my own company, I worked as a founding engineer at Do's first startup, Anyfi, from 2016 to 2018.

I first met Do Kwon when I was in my final year of high school. At that time, I was scraping by, coding part-time while living in a small share house to make ends meet. Despite those circumstances, I was eager to learn and searching for a path forward in technology. Meeting Do changed everything. He recognized my potential, offered me a meaningful opportunity at his startup, and — more importantly — believed in me before I truly believed in myself.

Encouraged by his confidence, I made the bold decision to forgo college and join Anyfi full-time. Do didn't just give me a job; he invested in my growth, constantly challenging me to take on responsibilities beyond what I thought I could handle. Without his support and trust, it would have been difficult for me to build a meaningful career. Because of Do, I found the confidence to take risks and eventually start my own company.

During my time at Anyfi, I saw firsthand Do's rare ability to pair an ambitious vision with disciplined execution. From the beginning, he set out to build a better internet infrastructure through a decentralized peer-to-peer network — a bold idea that drew talented engineers who shared his belief in reshaping how connectivity could work. He was never content to stay at the level of strategy alone; he immersed himself in every aspect of the business — research, development, sales, operations, and hiring — and constantly pushed us to deliver our best. Working with him during such a formative stage of my career shaped how I later approached entrepreneurship and problem-solving.

As a leader, he was open and principled. He voiced opinions candidly, grounding them in a clear philosophy about technology, people, and leadership. That frankness sometimes left him vulnerable; when the company began facing difficulties, his direct style was occasionally mistaken for contentiousness. Those tensions contributed to a dispute with a co-founder, which ultimately led to Do's departure from the very company he had built. Even then, I never doubted

his integrity or constancy. His honesty and consistency earned my respect, and I supported him long after he moved on.

When Anyfi's finances grew strained and salaries were delayed, I later learned he had sold part of his personal equity and savings to make payroll — a sacrifice he never publicized. He bore the burdens of leadership quietly and with maturity beyond his years. When my own path eventually took me away from the company, Do gave a heartfelt recommendation to help me secure my next role and remained a mentor and supporter afterward, even providing angel investment when I launched my own startup. That steady generosity, more than anything, reflects the Do Kwon I have known.

After leaving Anyfi, Do did part-time coding jobs for a couple of months to get by. He began trading cryptocurrencies, which got him to delve deeper into blockchain technology. I remember that he also met many different founders, which eventually brought him into contact with Daniel Shin, the chairman of TMON, and together they began the work that became Terra.

At Anyfi, we were often grappling with problems for which there was little market demand, and despite our efforts, the business struggled to gain traction. Terra was different. In that venture, I watched as Do's vision met an eager audience. The challenge of creating a truly stable algorithmic stablecoin was immense — perhaps even reckless in its difficulty — but Do and his team approached it with extraordinary focus and commitment. Their dedication enabled Terra to grow at an astonishing pace and to achieve financial success on a scale none of us had previously seen.

When the company prospered, Do did not hoard its rewards for himself. He shared generously, ensuring that the people who had walked the path with him also benefited. Even back in the Anyfi days, he had often said that if he ever succeeded, he would take care of those who believed in him early on. At Terra, he honored that promise, a testament to how consistent he has always been with his own word.

Yet, despite the wealth Terra created, Do was never motivated by money. He often remarked that after earning his first five million dollars, nothing in his personal life truly changed, and he felt no need for more. I never once saw him indulge in luxury. He preferred worn sweatshirts and old trainers, devoting nearly every waking hour to building Terra. It became not just his work but the organizing purpose of his life — so much so that he named his daughter Luna.

Do has been the most influential mentor and role model in my life. Because of his guidance and example, I was able to build my own company. I am not alone in this. Many who worked with Do drew inspiration and tangible support from him, and they, too, have grown into entrepreneurs whose work will continue to create value far beyond themselves.

It is true that Do's failure caused enormous financial losses for many. I was among them: when Terra collapsed, I lost ██████████████ almost overnight. Friends and colleagues who had stood beside him suffered as well. The impact on my personal life and on my company was severe. Yet I do not place blame on Do. Terra was, at its core, an algorithmic stablecoin — a product that, by design, could never absolutely guarantee a one-dollar peg. I understood that risk and, in hindsight, should have managed my own exposure better.

What I witnessed during that crisis was not a man running from responsibility but someone pouring his own resources into an effort to protect the ecosystem and its users. Even in the final hours, he stayed with the community, striving to limit the damage and honoring his obligations as far as anyone reasonably could. Since then, he has continued to face the consequences of his actions with honesty, seeking to learn from mistakes and to rebuild trust.

I respectfully ask the Court to consider the whole of Do's character — the mentor who opened doors for young builders, the principled entrepreneur who shared success rather than hoarding it, and the father who dared to align his work with the future of his child. I believe that if given the chance, Do can again contribute positively, not only to technology but also to the people and communities he has always sought to empower.


Respectfully,

Joowon Ryoo

Jersey City, New Jersey, United States

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

9th of October, 2025

Dear Judge Engelmayer,

My name is Jose Maria Macedo, and I'm one of the cofounders at Delphi Labs and Delphi Ventures. We were investors in LUNA and other Terra-based projects, and I was also one of its most vocal public supporters. When Terra collapsed, I suffered a ███████ loss which represented the ██████████ ████████████ Delphi Ventures lost > ██████ that it had invested in LUNA, and Delphi Labs suffered over ███████████ of losses on locked tokens held on its balance sheet.[1] We also endured years of legal costs, stress, and reputational damage stemming from our public association with Terra.

Despite this, I do not and have never blamed Do for any of these losses. I believed in the vision of decentralised money and its importance to the world. The system was open and transparent, as were its risks. I understood these risks upfront (in fact I regularly discussed them publicly)[2] and I made the investment with eyes wide open.  You'll find this sentiment reflected among many in the Terra community. It's striking that most of those who suffered the most catastrophic losses continue to harbour no ill will towards Do. In this vein, I am writing to you not to seek retribution, but to provide a character reference on Do, as well as some context on the Terra collapse which I believe to be crucial for a fair sentencing.

Before I go into specifics, it's worth starting off by addressing the question that has long puzzled me: how can it be that so many of Terra's largest supporters, many of whom suffered catastrophic losses as a result of the collapse, still do not blame Do?

The answer, I believe, lies in their understanding of the system itself. Those closest to the project knew that its failure was not the result of anything Do did, said, or didn't do, but of a fundamental design flaw in Terra's underlying stability mechanism. Crucially, this flaw was never concealed, but rather was clearly disclosed in the original Luna whitepaper, auditable in the open-source code, and discussed ad nauseum by various commentators over the years, including even many LUNA proponents such as myself.[3] The Luna Foundation Guard (LFG) was an attempt to counteract this flaw by raising external reserves to break the reflexive loop and defend the peg, but this was never guaranteed to work as I myself pointed out a few months before the collapse:

"While exogenous collateral puts $LUNA in a much better place, with $15b in UST supply and growing it's reasonable to ask whether $3b in BTC is enough to backstop the peg. The answer is no one knows.

[1] https://members.delphidigital.io/reports/learnings-from-last-week
[2] https://x.com/ZeMariaMacedo/status/1504508934727639047?lang=ar-x-fm
[3] https://x.com/ZeMariaMacedo/status/1402274958563328008

This is uncharted territory and we're definitely not out of the woods"[4]

Everyone involved understood, or should have understood, that this was an inherently risky, ambitious experiment. We invested not because we thought there was no risk, but rather because we made a probabilistic judgment that the potential upside if it worked, which was not just financial but structural,[5] justified the risk. We were wrong, and we paid the price.

Turning to the specifics of the case brought against Do, it is my understanding that Do pled guilty to hiring Jump Trading to defend the UST peg without disclosing it. While in an ideal world this agreement would indeed have been disclosed publicly, it's worth noting a few key things – not to relitigate the case, but I believe these are relevant in evaluating the degree of egregiousness of the underlying conduct:

First, this practice was, and still very much is market standard[6], across the crypto industry. Every crypto project works with market makers to establish liquidity for their coins, secure exchange listings, and, in the case of nascent stablecoin projects, ensure peg stability. These agreements are almost universally governed by strict confidentiality agreements which prevent the projects from discussing them publicly. In fact, I cannot think of a single large crypto project that publishes its market-maker arrangements.

Second, everyone in the industry was aware that Jump Trading was working with Terra on the UST peg. Kanav, then president of Jump Crypto, often discussed his involvement with Terra during interviews and panel discussions.[7] They were actively involved in Terra governance, posting multiple highly technical proposals on how to improve various parameters around the on-chain liquidity parameters with the explicit goal to "help maintain the peg".[8] Jump Crypto also led the initial $1b LFG raise, with Kanav becoming one of the members of LFG.[9] Jump even posted the proposal describing how the Bitcoin on-chain reserve would work to create arbitrage incentives for traders like Jump "to support UST during downwards peg deviations".[10]

In fact, far from this being something hidden that people didn't know about, Jump's involvement was a core part of many people's thesis around Terra. While no one knew the precise details of their involvement, this kind of confidentiality was common practice as previously discussed. The fact that such a large, reputable trading firm was so deeply involved in Terra inspired confidence in its design and resilience.

---

[4] https://x.com/ZeMariaMacedo/status/1504508955107725314
[5] See https://www.fsb.org/uploads/Blockchain-Association.pdf ("the establishment of global financial infrastructure based on permissionless decentralized systems would create a more accessible, equitable, and efficient financial system…. "Permissionless decentralized stablecoin arrangements (and permissionless decentralized financial infrastructure more broadly) can play a part in realizing these potentialities" because"decentralized stablecoins do not depend on centralized intermediaries, they reduce the risk of single points of failure, censorship, or regulatory capture.").
[6] There has only very recently been discussion of a move toward transparency (that still is not yet implemented or mainstream). See https://blockworks.co/news/token-transparency-framework.
[7] https://x.com/i/broadcasts/1BdGYwpzpjXxX
[8] https://classic-agora.terra.money/t/liquidity-parameters-3/3895
[9] https://www.theblock.co/post/134871/luna-founation-guard-token-sale
[10] https://classic-agora.terra.money/t/bitcoin-reserve-pool/5259

Before I move on to Do's character, there's one last point I'd like to make on the case, once again not for the sake of resentencing but because I consider it relevant to the sentencing. The prosecutors contend that Do misrepresented how Terra worked by claiming it maintained its peg using a "computer algorithm", whereas in reality they argue it was Jump's intervention that restored the peg.[11] This claim appears to reflect a misunderstanding of how the Terra algorithm worked. It's not a magic algorithm that automatically restores the peg – such a thing would defy the laws of economics. Rather, the algorithm serves to create incentives for rational, self-interested actors (such as Jump) to buy UST below $1 and redeem it for $1 of LUNA, collecting the arbitrage profit and re-pegging UST in the process. As should be obvious by now, this was not without risk. Many entities did this profitably in 2021, and then got entirely wiped out doing it in 2022. This kind of behaviour is exactly what the algorithm was meant to incentivise.

Nevertheless, after a collapse of this magnitude, it is natural that people seek someone to blame. Do, with his sometimes brash public persona, became an easy and unsympathetic target. Given this, perhaps it's useful to provide my own private perspective on him. I spoke to him regularly over 18 months, and got the chance to see him operate up close during Terra's ascent. My view of him, like that of many who knew him personally, differs sharply from his public persona.

Firstly and most importantly, it is my sincere conviction that Do truly believed in Terra's mission of decentralised money and its importance to the world. It was the sheer size of this vision and his fervent belief in it that drew so many to the Terra ecosystem.

Secondly, Do genuinely believed that Terra would succeed. While he regularly acknowledged the death spiral risk, he thought this could be overcome by a combination of: a) creating real, counter-cyclical demand for UST via the Terra suite of applications and b) supplementing this with external asset reserves via LFG.

With the benefit of hindsight, this belief may seem hopelessly naive, but it is important to understand that this was by no means obvious at the time. Many smart investors such as Galaxy, Coinbase Ventures, and others backed Do's vision and believed it could succeed. Basis Cash and Celo had the same algorithmic design and raised >$200M combined from a16z, Bain Capital, Google Ventures, Lightspeed, Stan Druckenmiller, Kevin Warsh (ex Fed Chair), Reid Hoffman, and others. No one believed in the design more than Do himself. This was evident both in his words and in his actions (TFL held the majority of its balance sheet in LUNA, UST, and Terra related tokens), but perhaps the clearest proof of all is that he chose to call his firstborn daughter Luna. As he put it: "my dearest creation named after my greatest invention".[12]

In addition to this, he also cared deeply about the Terra community and those who believed in him doing well. I witnessed this many times, as he spent hours interacting with and taking feedback from community members, both in-person and online. In crypto, there are often perverse incentives for

---

[11] https://www.justice.gov/usao-sdny/pr/do-kwon-pleads-guilty-fraud?
[12] https://x.com/stablekwon/status/1515501798442008577?

founders to benefit themselves at the expense of their communities. Do had ample opportunity to do this, and yet I saw him consistently choose to do right by the community, often taking on extreme personal risks in order to do so. For instance, after the collapse, rather than hide, run away or blame others like so many others in his position have done, he instead chose to stick around, take responsibility, and work tirelessly alongside the community to relaunch the Terra chain and build towards a new vision for the ecosystem. There is no doubt in my mind that it would've been better for him personally to lay low instead, but this just isn't who Do is.

As for his capabilities, as someone who has invested in over 200 founders over the last 7 years, I can say with confidence Do is one of the best founders I've ever backed. He possesses a rare combination of vision, first-principles thinking, deep technical understanding, relentlessness, and the charisma and communication skills to pull the best and brightest into his orbit. His strength as a founder allowed him to assemble some incredible talent around him, and made TFL one of the most effective organisations in the space. While he was by many accounts a demanding person to work for, many of those who worked with him still remember their time there fondly, as you'll read in some of their letters.

All said, I believe Do is an exceptional talent that still has an enormous amount to contribute to the world, at a time where we need talents such as his more desperately than ever. While he made mistakes along the way – I do believe he took responsibility for them and it's important to understand that the system's ultimate failure stemmed from structural flaws that were publicly acknowledged. This context matters because it shows his intent was never malevolent with a goal to mislead – he genuinely believed the system could succeed.

Do has already paid a profound price. He watched the project he loved – enough to name his daughter after – collapse. He suffered enormous personal losses, saw his community devastated, and endured public condemnation, litigation, and even death threats. Rather than disappear, he took responsibility and worked tirelessly to help rebuild until his arrest. He has now spent nearly three years in prison, including 2 years in the brutal conditions of a Montenegrin prison.

I believe this ordeal has made him a humbler and wiser man, capable of using his experience for good. I respectfully ask that your judgment be restorative rather than purely punitive, allowing him to reunite with his young family and continue contributing his considerable talents to society.

Thank you for taking the time to consider my perspective.

Yours faithfully,

Jose Maria Macedo

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

October 6, 2025

Dear Judge Engelmayer,

My name is Zack Guzman and I am a leading financial journalist who has spent the better part of the last five years covering the crypto industry. I am writing to the court with the utmost admiration for what I've witnessed in what I consider to be a very similar arena to the one I operate in. While I spend my time searching for truth in the court of public opinion, I have spent more and more time in the Southern District of New York covering many cases that have stemmed from the crypto fallouts in 2022.

I first met Do Kwon before all of that happened back in 2021 and interviewed him a few times before that for my previous employer, ███████████, as Terra was just beginning to climb the ranks as a promising crypto project. I had also interviewed a few notable backers of the project, including a few venture capitalists that had backed Do and his team. Indeed, one of my interviews with Do was even cited in the superseding indictment.

It was clear to me at the time that what Do was building had the potential to be the biggest story in finance. It was an all-or-nothing project. It would either continue its exponential rise, or collapse. Given the market mechanics, there could be no in-between.

Part of my interest with the project stemmed from why I got into crypto in the first place. As an undergraduate studying economics, I was fascinated by pegged currency experiments of the past and had even studied abroad in Argentina, where one of the largest currency failures in history occurred in 2001. The Argentine government had pegged their peso to the U.S. dollar – and that worked, right up until the moment it triggered an economic collapse that the country, in many ways, is still recovering from.

The reason I'm writing this letter is not to provide the court with an economics lesson. Nor is it to wade into the charges Do has accepted responsibility for. But having witnessed many of the crypto collapses and legal trials here in the Southern District that have stemmed from them over the last two years, I did feel inclined to write this letter to at least provide important context from my experiences interacting with Do and my own personal reflections having lost some of my own savings in the collapse.

While I personally lost money in Terra's collapse, it is also true that some people made incredible sums during the project's ascent. Part of that ascent stemmed from a mission that connected with so many people in crypto. It was a tenet that Do had repeated often: "A

decentralized economy needs decentralized money." That is difficult to pull off. Terra was not the first stablecoin to collapse, and likely won't be the last.

As we covered in our post-crash mini-documentary at Coinage, the crypto media outlet I founded, the main reason Terra failed to hold its intended dollar-peg was because it was not backed by cash reserves.

It's probably not a surprise that after Terra's $40 billion collapse, Congress enacted the GENIUS Act. The law restricts companies from issuing stablecoins that aren't fully collateralized by cash reserves or U.S. treasuries held in custody. But even with those new rules in place, bank runs or panics around stablecoins can still exist. Indeed, we witnessed that in 2023 when USDC, the second largest stablecoin in circulation, broke its dollar peg as well, falling below $0.90 at one point in March of 2023 after the market became aware that the issuer held some of its reserves at a failing bank. The crisis was only averted when The Fed stepped in to save the failed bank and make depositors whole. Obviously there is no "lender of last resort" in crypto. And Terra's de-peg led to a collapse many had warned could happen without one.

In the lead up to the collapse, I had reached out to Do to set up an interview. Coincidentally, we had scheduled that interview for what would eventually become the week of the collapse in May. As he went into crisis mode, our interview was cancelled.

I remember sitting there as I watched the money I had put into Terra algorithmically disappear into nothing. I felt numb, stupid, and unsurprised at the same time. A collapse like this was always the risk, but at some point the mission of "decentralized money" and Terra's rise became something more than just an investment. It became a community, which was all the more devastating to witness suffer in the fallout.

Eventually, after the dust had settled, I reached back out to Do. The allegations of misdeeds were stacking up, and as someone who had documented Terra's rise and experienced the fall, I figured I'd be able to tell the story more accurately than someone who had never used any of the tools Terra had built. Do agreed, and we lined up an interview in Singapore.

Unlike other founders in the wake of crypto collapses that came after, Do accepted our offer to answer questions on the record. He specifically said he wanted to correct the record about what happened. Obviously, as a journalist in the court of public opinion, I don't have subpoena power and our interview wasn't under oath, but there wasn't a single question that Do refused to answer.

After we finished the interview, Do showed me texts from his legal team that had advised him not to do the interview.

In sprinting back to New York, we rushed to publish the interview. At the time, I had just started my production company. (As we disclosed in our mini-documentary, Terra was an earlier investor among many in the production company I founded.) When we published our piece, it

was evident the anger among people who had lost money in the collapse was still overwhelming. Understandably so.

Since 2022, I've covered more than just Terra. I interviewed Sam Bankman-Fried in his parents' home after FTX imploded. I watched Celsius founder Alex Mashinsky get sentenced here in SDNY as well. I saw the crypto industry rally around Tornado Cash founder Roman Storm for his case. And I saw founders at other projects that collapsed walk away without even so little as a fine despite misrepresenting risks to customers.

Again, I don't purport to understand what goes into some misdeeds crossing over from the court of public opinion into actual court, but it is interesting to consider those who were also involved in Terra, and how they handled things leading up to the collapse. I am also aware that the collapse is not what's being weighed here so much as the conduct in the lead up to it, but considering many of those who backed Terra were still publicly promoting it while privately selling is something to note.

I do not envy the responsibility of a judge to sentence people in cases like these. To weigh all the circumstances and facts and calculate what is most just. (In that sense, it may be a bit easier to operate in my court than yours.) But at the very least, when it was most obvious he would be best served to stay silent in the aftermath, Do Kwon answered the tough questions when I asked, again and again. Even in his responses he didn't blame anyone but himself, which is more than I can say for many of the other crypto defendants over the wave of collapses.

As I've reflected on my own investment decisions since the Terra collapse, I've thought a lot about what crypto is really all about. Some people look at it solely as an avenue to make money. Something to buy, sell, or trade. Some people look at it as an onramp to find community online. Some people defend it – as was the case with Roman Storm and Tornado Cash – as an important right to experiment with new technology. It can be a lot of things.

Indeed, some stablecoins built in the same vein of avoiding the banking system altogether still exist. Some Bitcoin-backed stablecoins exist as well, which is not too dissimilar from the direction Terra was heading leading up to the collapse. One of the largest, Ethena USDe, is backed by "delta neutral strategies" on various crypto assets and has swollen to $14 billion, or nearly a third of the size Terra at its peak. Will any collapses in any of these be looked at the same?

When I left Do after our interview in Singapore, there was a weight in the air knowing that a collapse of Terra's size likely meant it was inevitable that it would end in a situation like this. It also didn't surprise me to find out Do had pleaded guilty. The remorse I saw was not apparent from other founders who found themselves in similar situations, and it was clear the collapse left a profound impact on Do. I do not believe hurting people is what Do set out to do in building Terra.

I appreciate you reading and taking my perspective into consideration.

Respectfully,

Zack Guzman
Brooklyn, New York

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007


Dear Judge Engelmayer,

My name is Jacob Gadikian.  I was a ███████████████, and this provided me with a unique view of the Cosmos ecosystem, which includes Luna.  Cosmos is a blockchain framework. It's the blockchain framework that Terra was built on top of, and allows teams to independently implement a blockchain with its own unique features. A set of issues in the Cosmos-SDK and Tendermint were responsible for the depeg, and the issue was largely technical and unprecedented.

Shortly after the financial catastrophe I wrote a paper called WTF happened to Luna, my first and main touchpoint with the ecosystem on the terra/Luna blockchain.  I'm going to attempt to present a simplified version of my paper in this letter, to help you to understand what occurred with UST.

My paper is attached to this letter.

I have known Do Kwon since 2021, when we met around optimizing performance of cosmos blockchains.

**Luna/UST was attacked**

I'm writing today because I know that Luna was attacked by third parties other than Do Kwon. My paper, WTF happened to Terra, is attached.  Since writing that paper I have made additional discoveries about the attack.  There was a pivotal point: 2,000 contracts were migrated simultaneously, causing the production of new blocks to halt.

I'll attempt to explain: this action took the chain down for around 19 minutes. During that time, arbitrage strategies were executed on centralized and decentralized exchanges off the chain, causing the price of USD to collapse. Do Kwon did not do this, the chain itself was exploited, allowing arbitrageurs to attack the UST peg.


**Why it matters that the chain was down**

The blockchain actually being up allowed it to maintain a price peg: this is its primary/vital function.  Without uptime, it was impossible for the chain to fulfill its vital functions and allow for arbitrage to adjust prices normally, leading to collapse.

The crash of UST did cause me to lose money, specifically on all of the pools on the osmosis blockchain that were tied to UST. I don't blame Do Kwon for these losses because there was a technical exploit that occurred. If the chain had remained live, UST would have been able to maintain its peg price. While the white paper for Luna did mention the possibility of a run to zero, no one anticipated that the chain might fully stop. This was an unprecedented occurrence.

**The Unprecedented Technical and Economic Occurrences**

There had never been an attack like this before. Instead of targeting the coin, someone targeted the chain. After the UST explosion, myself and others in the Cosmos ecosystem attempted to understand what happened.

I was not the only one to find this to be an unprecedented technical occurrence. Following the attack, others in the cosmos ecosystem found issues that caused chain downtime during the Luna crisis. It was in many ways a test of how systems could fail catastrophically.

In a paper authored by Queen Mary University of London scholars that I have attached to this letter, you'll find a detailed analysis that concludes that there was also an attack on the economy. Combined, these were devastating, and led to the evaporation of billions of dollars in value.

**A future for Do Kwon**

Do is young and has a young child. He can contribute much to society. While he has certainly made and admitted mistakes, I hope that he can resume his life and his work because he has so much to offer. I'm sure that this experience has tempered him, and that he wouldn't repeat the same mistakes again. He believed deeply in the quality of his work, and the issue with UST clearly comes from coordinated actions to deter the peg.

Thank you for going through this highly technical analysis of what happened during the depeg. I think it's important that this be understood when considering Do's sentencing because the disaster had a clear cause that wasn't connected to Do's company or Do himself.

Respectfully,

Jacob Gadikian
Buffalo, NY, USA

2



# Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure of the Ethereum Stablecoin Ecosystem

CHEICK TIDIANE BA, EECS, Queen Mary University of London, London, United Kingdom of Great Britain and Northern Ireland

BEN STEER, Pometry Ltd, London, United Kingdom of Great Britain and Northern Ireland

MATTEO ZIGNANI, Computer Science, University of Milan, Milano, Italy

RICHARD CLEGG, Queen Mary University of London Faculty of Science and Engineering, London, United Kingdom of Great Britain and Northern Ireland

Blockchain technology and cryptocurrencies have garnered considerable attention over the past 15 years. The term Web3 (sometimes Web 3.0) has been coined to define a possible direction for the web based on the use of decentralisation via blockchain. Cryptocurrencies are characterised by high market volatility and susceptibility to substantial crashes, issues that require temporal analysis methodologies able to tackle the high temporal resolution, heterogeneity, and scale of blockchain data. While existing research attempts to analyse crash events, fundamental questions persist regarding the optimal timescale for analysis, differentiation between long-term and short-term trends, and the identification and characterisation of shock events within these decentralised systems.

This article addresses these issues by examining cryptocurrencies traded on the Ethereum blockchain, with a spotlight on the crash of the stablecoin TerraUSD (UST) and the currency LUNA designed to stabilise it. Utilising complex network analysis and a multi-layer temporal graph allows the study of the correlations between the layers representing the currencies and system evolution across diverse timescales. The investigation sheds light on the strong interconnections among stablecoins pre-crash and the significant post-crash transformations. We identify anomalous signals before, during, and after the collapse, emphasising their impact on graph structure metrics and user movement across layers.

This article is novel in its use of temporal, cross-chain graph analysis to explore a cryptocurrency collapse. It emphasises the importance of temporal analysis for studies on web-derived data. In addition, the methodology shows how graph-based analysis can enhance traditional econometric results. Overall, this research carries implications beyond its field, for example, for regulatory agencies aiming to safeguard users could use multi-layer temporal graphs as part of their suite of analysis tools.

CCS Concepts: • **Mathematics of computing → Time series analysis**; • **Networks → Network economics**; **Network dynamics**; • **Applied computing → Economics**; • **Information systems → Digital cash**; **Web mining**;

This work is partly funded by the Cisco research gifts scheme.

Authors' Contact Information: Cheick Tidiane Ba, EECS, Queen Mary University of London, London, United Kingdom of Great Britain and Northern Ireland; e-mail: c.ba@qmul.ac.uk; Ben Steer, Pometry Ltd, London, United Kingdom of Great Britain and Northern Ireland; e-mail: ben.steer@pometry.com; Matteo Zignani, Computer Science, University of Milan, Milano, Milan, Italy; e-mail: matteo.zignani@unimi.it; Richard Clegg, Queen Mary University of London Faculty of Science and Engineering, London, United Kingdom of Great Britain and Northern Ireland; e-mail: r.clegg@qmul.ac.uk.



This work is licensed under a Creative Commons Attribution 4.0 International License.

© 2025 Copyright held by the owner/author(s).
ACM 1559-1131/2025/08-ART31
https://doi.org/10.1145/3726869

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 46

Additional Key Words and Phrases: Transaction network, temporal network, cryptocurrency, Web3, multi-layer graph

**ACM Reference Format:**
Cheick Tidiane Ba, Ben Steer, Matteo Zignani, and Richard Clegg. 2025. Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure of the Ethereum Stablecoin Ecosystem. *ACM Trans. Web* 19, 3, Article 31 (August 2025), 20 pages. https://doi.org/10.1145/3726869

## 1 Introduction

Analysing multi-layer, temporal networks at scale is an important problem in the study of complex networks. In particular, there are issues of understanding the best timescale to analyse, how to determine long-term and short-term trends, and how to recognise and characterise shock events in such a system. In this article, we look at six cryptocurrencies traded over the Ethereum blockchain. We use multi-layer, temporal network analysis techniques, which allow us to simultaneously look at how temporal networks evolve in time and at different timescales while considering several network layers together.

Digital currencies remain an important but potentially volatile market. In particular, there is the possibility that a particular currency will completely crash, wiping the value of that coin to a tiny fraction of its previous trade value: these events can destroy investments and savings, impacting the lives of investors. It is, therefore, important to analyse the events that lead up to a crash and to look at whether the effects of a crash can destabilise other currencies. "Stablecoins" are an attempt to make cryptocurrencies that can be used for trading rather than speculation by "pegging" the value of the coin to a fixed exchange rate (often one dollar to one stablecoin). The stablecoin **TerraUSD (UST)**[1] was pegged to trade for \$1 and was associated with a companion currency LUNA that was intended to stabilise it. Over a few days in May 2022 both UST and LUNA had collapsed and never regained their value. The collapse is believed to have been precipitated by deliberate and coordinated large-scale sales of UST in an attempt to crash UST, drive down the price of **Bitcoin (BTC)** and derive profit from this. Some authors [13, 15] claim that it was the collapse of the Luna-Terra ecosystem that led to the well-known failure of FTX.

In this article, we use techniques from complex network analysis and, in particular, temporal multi-layer analysis to look at the events leading up to and immediately following the collapse of LUNA and UST. UST and LUNA were traded on a cryptocurrency platform known as Terra and this data is not available to us. However, the two currencies were also traded in a "wrapped" form on the Ethereum platform, **USTC (US Terra classic)** and **WLUNC (wrapped Luna classic)**, respectively. From the available set of Ethereum trades, we look at USTC and WLUNC trades and compare them with the other most highly traded stablecoins on the platform. This gives us a pool of six currencies trading over the same platform that can be compared as they evolve in the weeks before and after the collapse, hence the analysis considers 26,209,860 transactions occurring in a symmetrical analysis period around the day of the crash.

This article uses temporal, cross-chain, graph analysis to look at the collapse of a cryptocurrency. The analysis in this article can only be achieved with multi-layer temporal graph systems as it is necessary to look at correlations between different graph layers and to consider the evolution of the system at different timescales. We show that the six currencies are initially highly correlated in terms of the number of sales but, post-crash, separate into two groups where the "failed" currencies correlate with each other but not the other four. We show that two high-volume selling events on UST had a significant effect on the structure of sales volumes before the crash (one event exactly

---

[1]Throughout this article, we will refer to currency by the shortened name it was commonly traded under.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 47

Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure       31:3

Table 1.  Currencies under Study, the Acronym Is the Label That the Currency Uses for Trading

| Acronym | Short description | Comment |
|---|---|---|
| LUNA | Luna | Cryptocurrency, unwrapped version, not in our dataset. |
| UST | Terra USD | Stablecoin, unwrapped version, not in our dataset. |
| BTC | Bitcoin | Cryptocurrency, not part of this study. |
| WLUNC | Wrapped Luna Classic | Wrapped cryptocurrency |
| USTC | Terra USD Classic | Wrapped stablecoin |
| USDT | Tether | Stablecoin |
| USDC | USD Coin | Stablecoin |
| DAI | Dai | Stablecoin |
| USDP | Pax Dollar | Stablecoin |

coinciding with the crash) effectively decoupling its sales volume from all other currencies. We also characterise a significant "rally" event that temporarily caused large changes to the UST and LUNA ecosystems shortly after the collapse. The collapse event has significant effects on graph metrics such as graph density and average degree but also effects on measures like clustering coefficient and weakly connected components.

## 2   Background

Stablecoins are digital currencies that attempt to peg their value to some other reference asset, for example, the U.S. dollar or a fixed amount of gold [1]. This is designed to reduce the volatility of the currency as the high volatility of some currencies can put users off adopting them for use as currency (as opposed to speculation). Many different stablecoins exist traded over several different blockchain systems. Digital currencies can be traded between different blockchains by a process known as "wrapping." In this process, a currency token originating on chain A is held in place and a wrapped coin representing the same token is minted on chain B [9]. This allows, for example, BTC to be spent on the Ethereum chain as **Wrapped Bitcoin (WBTC)**.

In this article, we study the ecosystem around the currencies Terra and Luna, which ran on their own blockchain known as Terra. UST was a stablecoin pegged at one U.S. dollar. **Luna (LUNA)** was a cryptocurrency designed to ensure the stability of the Terra stablecoin. This was achieved by an algorithmic process known as "Anchor," which automatically would swap Terra with Luna currency to adjust their prices: In fact, the protocol kept the UST exchange rate stable by varying the pool of Terra available [8], generating or destroying tokens when needed. The Terra blockchain data is unavailable to us, however, we can study wrapped versions of UST and LUNA traded on the Ethereum blockchain. We provided a summary of the currencies under study in Table 1.

The interest in studying the Terra/Luna ecosystem comes from the sudden complete crash of UST in May 2022. A timeline extracted from References [8, 34] is as follows:

— 3rd April 2022 (S1): Anomalous UST selling event discovered during this analysis. We denote this event as **sale 1 (S1)**.
— 19th April 2022 (S2): Anomalous UST selling event discovered during this analysis. We denote this event as **sale 2 (S2)**.
— 20th April 2022: UST becomes the third largest stablecoin.
— 5th May 2022: The start of strong and persistent selling pressure is evident on BTC and LUNA.
— 7th May 2022: Agreement is made to buy a large number of UST for BTC greatly reducing the liquidity in the pool. Simultaneously a large number of UST tokens are put up for sale (which caused the first UST de-pegging, below $0.99 [8]).

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 48

— 8th May 2022: UST loses its peg against the dollar falling to $0.99 and the Luna Foundation group uses reserve funds in BTC to prop up the currency.
— 9th May 2022 (C): UST depegs again falling in value to $0.35 leading to customers trying to sell their reserves to exit the market. We denote this event as a **crash (C)**.
— 10th May 2022: Luna Foundation Guard sells reserve BTC to attempt to restore the peg.
— 12th May 2022: LUNA has collapsed by almost 99%.
— 13th May 2022: Terra temporarily halts its Blockchain and Binance suspends LUNA trading.
— 25th May 2022: Proposal [28, 30, 38] for the launch of a new blockchain Terra 2.0 is official.
— 27th May 2022 (T2): Terra 2.0 is live. Original LUNA tokens became **Luna Classic (LUNC)**. The original UST stablecoin became **TerraClassicUSD (USTC)**. Unlike the original Terra network, Terra 2.0 has no algorithmic stablecoin [26]. We denote this event as **Terra 2.0 (T2)**.

The final consequence was not only the collapse of the Terra platform, UST and LUNA but also a decrease in the price of BTC. The motivation speculated for the attack is that the attackers were short-selling large amounts of BTC. Short selling is, in effect, a bet that a traded asset will decrease in price. The short seller contracts to borrow and sell the asset now and buy it at a later date at market price. If the price drops, then the seller has profited by the amount of the price drop. In some markets, short selling is highly regulated as it has been implicated in market crashes [24]. In our case study, there is a belief that high levels of selling of Bitcoin observed in the days prior to the crisis were linked to short selling [8].

*Related works.* The Luna crash serves as an interesting case study due to its relevance within the stablecoins ecosystem, attracting attention from both industry and the research community. There are many works describing the ecosystem and the properties of the Terra system. For instance, Uhlig [39] proposes a theoretical framework for the analysis of hourly data on prices and market capitalisation data, delineating the gradual unfolding of the crash. Limited research leverages on-chain data. Cho [11] investigates the underlying causes of the de-pegging event focusing on the token economics of the Terra Blockchain. They utilise on-chain data focusing on transactions converting USTC to LUNC over the four days following the May 9 crash, identifying critical design flaws in the conversion process exploited by attackers. These works focus mainly on Terra. However, various studies explore the impact of the crash on other currencies. De Blasis et al. [16] examine the impact of the USTC collapse on other stablecoins by using proprietary minute-by-minute price transaction data of various cryptocurrencies, over a symmetrical 40-day period around the USTC crash of May 9th. Their work shows the presence of significant contagion from the USTC collapse, which could be explained by traders' herding behaviour, i.e., users reacting to the crash by moving to other currencies. Briola et al. [8] provide a background on the Terra project and describe the main events that led to the crash, before delving into an analysis focused on the hourly price data time series. They study the evolution of dependencies between 61 cryptocurrencies, by leveraging the price time series to define a network structure among currencies, a correlation network: their analysis seems to exclude the presence of herding behaviour. The importance of analyzing cross-chain behaviour is denoted by other works as well. Barthere et al. [7] analyses proprietary data from Terra and Ethereum to identify the main users involved in the crash. They assert that a small subset of users initiated the crash by leveraging system vulnerabilities, benefiting significantly by converting USTC to other coins before the crash. Liu et al. [27] employ a similar dataset and approach, leveraging proprietary transaction data from Terra and Ethereum. Their extensive analysis across multiple chains and assets reveals the complex nature of the run on Terra. At the same time, they believe the crash was exacerbated by concerns about system sustainability and not just a concentrated market manipulation. Although they have user transaction data, in their study,

the authors do not focus on the transaction networks but focus more on describing the events and identifying the main actors. Meanwhile Vidal-Tomás et al. [15] look at the wider context including the well-known FTX crash from the perspective of the Luna–Terra crash, citing the latter as a significant contributing factor to the former. Conlon et al. [13] take a similar view.

A key limitation in these works is while they provide important results on the crash, they neglect the analysis of the transactions among users from a network standpoint: indeed, the circulation of tokens within the ecosystem can be effectively represented as networks or graphs [6] a useful tutorial is found in Reference [25]. In this representation, nodes (or vertices) symbolise users, while links (or edges) denote the dynamic interactions or relationships among them. This modelling and analysis approach for currency systems through networks has significantly enhanced our understanding of financial transaction networks [2, 14]. Moreover, temporal networks [21] have proven to be a valuable framework for comprehending web-based currency systems such as Bitcoin [18, 29, 31, 40] and Ethereum [17, 20, 32, 35], as well as in the context of new-generation social media platforms [4, 5, 19]. However, none of these works analyses the stablecoin ecosystem from a network standpoint. Recent works analyzing the Chartalist dataset by Shamsi et al. [34] highlighted the importance of network structure in the stablecoin system. For instance, Huang et al. [22] focus on change detection on dynamic graphs, proposing a spectral method to create dynamic graph embeddings and an associated anomaly score can be used to detect significant changes. The main result is that they detected anomalies in the graph embeddings three days before the crash; however, the work used a unique graph, without distinguishing the stablecoins, hence the detected anomalies before it may not necessarily be related to the Luna-Terra system or the crash. Similarly, Zhu et al. [41], focuses on the task of trend detection in blockchain-based networks, with a method focused on core decomposition to detect a change in the activity in the temporal transaction network. Among the selected datasets for evaluation, they rely on a single dataset: the authors can detect a perturbation in network structure caused by the crash, but they too model the entire transaction data as a homogeneous temporal network.

While network structure seems an important factor to analyse, none of the current works analyse the transaction network in relation to the crisis; and those who leverage network structure failed to properly separate the different currencies, treating the transactions across different currencies as the same object of the study.

## 3   Research Motivation

The cryptocurrency and stablecoin ecosystem here consists of several heavily interlinked currencies that can be studied together both before and after the shock. This article studies the effects of the shock on the currencies most directly affected but also on those that are related. This is consistent with the suspicion that the attack on Terra/Luna was intended as an attack on the price of BTC. The article answers the following research questions:

*What is the nature of the cryptocurrency ecosystem before and after the attack?* Can we see commonalities in the signals between the different currencies? Are users investing in several currencies or specialising in one? We analyse the cross-correlation of various measures (e.g., number of trades and number of tokes traded) between currencies to ask whether similar patterns of selling and buying were occurring over time within the system.

*Can we anticipate the crash by looking at trade volumes of cryptocurrencies in the days leading up to it? What are the effects of the crash on trade volume?* Are the events preceding it unusual in scale or characteristics? Are they isolated to just one currency? We look at the volume and number of trades in each currency over the immediate time period before the attack to find those unusual "whale" events that precede the crash and the aftershocks from the event.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

*What are the effects of the attack on the system on the most directly affected currencies?* We look at the size and number of trades after the crash event to consider the effects of the crash focusing on the most affected currencies and considering different time windows.

*Can the after effects of the attack be seen on graph structure as a whole?* We look at traditional graph measures such as reciprocity, clustering coefficients, weakly connected components, mean degree and graph density on each currency treated as an individual graph. We ask whether there are short and longer term trends visible in these graph measures as a result of the crash.

*Where did user interest move post-crash?* We look at how users changed their investment strategies after the crash event. Did users of currencies not directly affected change their behaviour? Where did users in the most directly affected currencies move their investments?

*Can we locate individuals associated with the crash?* We will deepen the analysis of user activity on days characterised by anomalous user activity. Are the anomalies detected caused by a few individuals or the result of a widespread change of behaviour? Are there common actors active during the anomalous events?

## 4 Methodology

In this section, we give a description of our dataset and the methodology we will use for analysis. It should be remembered throughout Sections 4 and 5 that the analysis of USTC and WLUNC are looking only at those transactions that can be seen on the Ethereum blockchain. The number of transactions on the Terra blockchain (that we cannot observe) where Terra and Luna are traded natively are likely to be far larger in volume. Our analysis is conducted using the open-source, temporal graph software Raphtory developed at Queen Mary University of London and Pometry Ltd. [36]. The software allows us to conduct analysis across multiple layers, over multiple time windows simultaneously.

### 4.1 Dataset

The dataset we rely on is the stablecoins dataset presented in Chartalist datasets by Shamsi et al. [34]. It covers the activity of users of the top stablecoins traded on Ethereum ordered by market capitalisation at the time of the crash, alongside USTC and WLUNC. The dataset consists of 70,678,297 transactions, occurring between 1st April 2022 and 1st October 2022, covering a month prior to the crash and six months after the crash. We are focused on specific details, namely, the sender ( from_address) and the receiver (to_address) of the currency, the transfer timestamp (time_stamp), the token amount sent (value), and the smart contract address (contract_address) that identifies the currency traded. The currencies under examination are associated with the Terra Ecosystem: USTC and WLUNC.[2] Additionally, the dataset encompasses user transactions involving other stablecoins, including **Tether (USDT)**, a collateral-backed cryptocurrency stablecoin [23]; Dai, a USD-pegged stablecoin maintained through smart contracts, governed by MakerDAO [37]; **Pax Dollar (USDP)**, a stablecoin collateralized 1:1 by USD in Paxos-owned US bank accounts and approved by Wall Street regulators [33]; and **USD Coin (USDC)**, managed by the Centre consortium, backed by a dollars in reserve or other undisclosed "approved investments" [10]. We provided a summary of the currencies in Table 1.

We also integrate the available data with currency daily prices. We recover the price data from the web platform CoinCodex [12]. The obtained data is presented in Figure 1. From Figure 1(a), we can see how Luna was extremely valuable with a peak value surpassing $120 a token. Figure 1(b)

---

[2]In the dataset, WLUNC is denoted as LUNC, but the contract address points to Wrapped LUNA https://etherscan.io/token/0xd2877702675e6ceb975b4a1dff9fb7baf4c91ea9, currently traded as WLUNC.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure    31:7



(a) Close values log                    (b) Close values norm starting value

Fig. 1. Daily price of the currencies under study, in the periods covered by the full dataset. We represent the closing prices on April 1st and onward, normalising the values of each by dividing by the starting value in the observed period. In the insets, we provide a zoomed version around the value of 1 USD.



Fig. 2. Illustration of the construction of the temporal multilayer network. Given a set of transactions, we can model them as a network, where each layer represents one of the currencies under study.

presents an alternative version of the plot that gives us a better view of the stablecoins. The plot is normalized by the starting value observed in the period, highlighting the fall of USTC while other stablecoins largely exhibit their designed behaviour, holding a value very close to one dollar.

### 4.2 Analysis Methods

The data is analysed as a directed, multilayer temporal graph. A node represents an Ethereum wallet. A directed edge represents a transaction between two wallets, the weight represents the amount of currency, the direction represents the direction in which money is transferred and the layer represents the individual currency. This is illustrated in Figure 2.

Using the Raphtory system [36], we can easily perform analysis using sliding windows to consider the trades within different parts of the data and investigate how the temporal graph behaves within a time period.[3] If we define a time window $T = [t_1, t_2)$, then that window will include trades made at all times $t \leq t_1$ and $t < t_2$.[4] The degree of a node within a time window is a measure of the number of trading partners that the wallet has within that time window. The balance of the weights of inbound minus outbound link weights is the node's income during the period.

---

[3]Code will be made publicly available in case of acceptance.

[4]The closed/open interval means we do not double count trades that occur exactly on a border if, for example, we move a window forward every hour we do not want trades occurring exactly on the hour to be in two different windows.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.



Fig. 3. Methodology pipeline. The illustration summarises the selected time filters and the different temporal versions of the graphs we analyse.

Table 2. Network Statistics in the Full Graph and Each Layer

|              | Full graph  | USDC        | DAI        | USDT        | USTC     | WLUNC    | USDP    |
|--------------|-------------|-------------|------------|-------------|----------|----------|---------|
| $|V|$        | 2,908,261   | 1,025,672   | 147,966    | 1,824,419   | 39,365   | 67,756   | 6,163   |
| $|E|$        | 5,963,549   | 2,169,372   | 288,935    | 3,451,307   | 76,016   | 106,464  | 9,115   |
| Trades total | 26,209,860  | 10,222,791  | 1,569,005  | 13,264,318  | 394,319  | 699,345  | 60,082  |
| Active out   | 2,336,953   | 870,624     | 121,329    | 1,429,503   | 32,433   | 32,906   | 5,013   |
| Active in    | 2,547,837   | 907,951     | 126,998    | 1,580,164   | 37,074   | 66,339   | 4,289   |
| Sources      | 360,424     | 117,721     | 20,968     | 244,255     | 2,291    | 1,417    | 1,874   |
| Sinks        | 571,308     | 155,048     | 26,637     | 394,916     | 6,932    | 34,850   | 1,150   |

Active: source (out) or target (in) of at least one transaction. Sinks perform no out action, while sources perform only out actions.

For analysis purposes, we want to separate the data into a pre-crash and post-crash period to investigate the normal behaviour of the market and to see if it returns to the same situation after the crash occurs. Obviously, when such an event ends is somewhat arbitrary. For the purposes of this article, we have chosen the 9th May 2022 as the centre of the crash event, and we exclude that day and a week on either side. This leads to a 15-day exclusion period with the pre-crash period including all data up to the end of 1st May and the post-crash period including all data from the beginning of the 17th May. This gives us 30 days of complete data before the exclusion zone, and by considering all data up to the end of 15th June, we have 30 days after the exclusion zone. In Figure 3, we present a summary of the methodology and selected filters for reproducibility.

The exclusion zone is plotted on all graphs as a light red area with $C$ marking the centre. Graphs are also marked with $S1$ and $S2$ for the two major selling events on 3rd April 2022 and 19th April 2022 that preceded the crash (see the timeline in Section 2) and with $T2$ for the launch of Terra 2.0 blockchain on 27th May 2022.

### 4.3 Basic Network Statistics

Considering the different currency transactions as layers in a multi-layer graph, we first want to establish the size of each layer/currency in terms of nodes ($|V|$), edges ($|E|$), and total trades/transactions. This can be seen in Table 2. The layers exhibit considerable heterogeneity in size. It can be easily seen that USDT is by far the largest and USDP the smallest. Notably, the two directly involved layers, USTC and WLUNC, are not among the largest layers, but they still surpass one of the layers (USDP). This observation is intriguing, especially considering that USTC and WLUNC are the wrapped versions of the original currencies. Across all layers, a predominant pattern emerges where most users are typically active either as senders or receivers, with a higher

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 53

Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure          31:9



(a) Degree full period                    (b) Degree pre crash                    (c) Degree post crash

Fig. 4. Probability distribution for node degree on the full data set, pre-crash period and post-crash period. The axes are logarithmic on both scales.

Table 3. Active Users

| Layers | Full data users | | Pre-crash users | | Post-crash users | |
|---|---|---|---|---|---|---|
| 1 | 2,727,485 | 93.78 % | 1,201,638 | 95.43 % | 1,305,639 | 94.86 % |
| 2 | 161,004 | 5.54 % | 51,758 | 4.11 % | 64,523 | 4.69 % |
| 3 | 17,610 | 0.61 % | 5,174 | 0.41 % | 5,737 | 0.42 % |
| 4 | 1,848 | 0.06 % | 470 | 0.04 % | 362 | 0.03 % |
| 5 | 258 | 0.01 % | 65 | 0.01 % | 87 | 0.01 % |
| 6 | 56 | 0.00 % | 26 | 0.00 % | 29 | 0.00 % |

We represent in how many layers are users active.

frequency of activity as receivers. Additionally, a notable portion of users exclusively serves as sources, solely sending out currency, or act as sinks, exclusively receiving currency.

Figure 4 shows the degree distribution of the different stable coins and WLUNC pre- and post-crash as well as the full data set. The degree of a node is the number of different trading partners that the node has. Currencies with a larger userbase will tend to have higher degree nodes and hence stretch to the bottom right of the probability distribution function. The full data is a larger set of trades, hence we expect slightly larger node degrees to result. When comparing the pre- and post-crash data, we can see that post-crash WLUNC has a stretched distribution indicating traders with a larger number of trading partners in this period. By contrast, USTC has fewer trades in the post-crash period. The other coins have quite a similar distribution pre- and post-crash.

## 5   Results

Using the methodology from the previous section, we set out to answer various research questions concerning the stablecoin ecosystem.

### 5.1   What Is the Nature of the Cryptocurrency Ecosystem Before and After the Attack

Table 3 shows the number of users active classed by the number of layers they are active in before and after the crash and in the full data. It can be seen that most users trade only a single currency. The number of users trading in all six currencies is low. One possible reason for this is that stablecoins, if they work correctly, are supposed to hold a pegged value. A user who believes this will happen might have little incentive to trade multiple stablecoins.

An obvious question to ask about the system is whether the trading patterns within one currency correlate with those patterns within another currency. To do this for every day, we extract the raw number of edges in the graph, the raw number of transactions and the total value of transactions converted to USD. This gives us some different time series. We use the normalised cross-correlation function $\rho(k) \in (-1, 1)$, where $k$ is the lag in days. Here $\rho(k) = 1$ is perfect correlation, $\rho(k) = -1$

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 54

C. T. Ba et al.



(a) Cross-correlation $\max_k(\rho(k))$ for the raw number of transactions per day pre-crash (left), post-crash (right).



(b) Cross-correlation $\max_k(\rho(k))$ for the number of graph edges per day pre-crash (left), post-crash (right).



(c) Cross-correlation $\max_k(\rho(k))$ for the total trade value per day pre-crash (left), post-crash (right).

Fig. 5.  Cross-correlation $\max_k(\rho(k))$ of trade patterns for the six currencies studied.

a perfect anti-correlation, and $\rho(k) = 0$ no correlation at all. We plot the maximum $\max_k(\rho(k))$ for all $k$ as a matrix of heatmaps in Figure 5, with separate heatmaps for the pre-crash and post-crash. In almost all cases this occurred when $k = 0$.

From the analysis of Figure 5, the most obvious conclusion is that many of the currencies have an extremely high correlation in the pre-crash period. The number of trades and graph edges (pairs of trading partners) show extremely high correlation in this period. Some degree of correlation might be expected, since currency fluctuations are driven by the same external events (for example,

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure    31:11



(a) Transactions each day

(b) Edges each day

(c) Tokens transferred/traded each day

(d) Tokens transferred/traded (USD value) each day

Fig. 6. Fluctuations in trading volume where each line represents one of the currencies under study. The number of transactions is the total transactions that day. The number of edges is the number of unique pairs of buyers transacting. The tokens transferred are the raw number of tokens and the value in USD uses the close price of that day's trading to convert this.

earlier crashes). However, the extremely high correlations in the left-hand side of Figures 5(a) and 5(b) are remarkably high, and this correlation can be clearly seen looking at the raw transaction traces on the left-hand side of Figure 6(a). The graph of total trade value shows less correlation even in the pre-crash period, but the currency USDT is a marked anomaly having low correlation compared with the others. The likely reason for this is a small number of large volume trade events in the pre-crash period, that appears to be part of the attempt to destabilise the WLUNC, USDT system. In the post-crash period, the system has split into two with the remaining four stablecoins extremely highly correlated with each other, but USDT and WLUNC have a much lower correlation. It is also interesting to note that WLUNC and USDT correlate well with each other in almost all analyses apart from the pre-crash trade value, which is disrupted for USDT as previously described. The major conclusion of this analysis is that pre-crash all currencies exhibited extremely similar trade patterns (by this measure at least) but post-crash WLUNC and USDT have become a separate eco-system.

## 5.2 Can We Anticipate the Crash by Looking at the Cryptocurrencies in the Days Leading Up to It?

In Figure 6, various aspects of the studied currencies are monitored. First, we examine the daily number of transactions in Figure 6(a). The currencies exhibit different trading volumes, reflective of the size of their active user bases. When observing changes over time, we note the instability in

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 56

values, with clear peaks visible for some currencies during the crash. Notably, currencies directly involved in the crash, WLUNC and USTC, demonstrate larger variations during this period. Post-crash, both currencies show a downward trend, although USTC displays a secondary peak in transaction volume. Similar observations are made when considering the number of edges in Figure 6(b). Pre-crash, we observe a lack of anomalous behaviour, followed by a surge during the crash period for WLUNC and USTC. Post-crash, WLUNC and USTC experienced a sudden increase in links to other users, interrupting a declining trend in transaction volume. Analyzing token movements in terms of total token transfers, presented in Figure 6(c), reveals noteworthy patterns. Before the crash, two anomalous peaks in USTC token transfers were observed on the 3rd April 2022 and the 19th April 2022 (labelled in the plot as S1 and S2, respectively). Other layers do not exhibit significant movements before the crash. The layers most influenced by the crash are primarily WLUNC and USTC, with WLUNC tokens experiencing a substantial increase in movements. Post-crash, the number of WLUNC tokens transferred remains high but eventually decreases. This decline can be attributed to the decreasing USD value of the tokens, as depicted in Figure 6(d). Despite a consistent number of tokens transferred, their value diminishes over time. Other layers display relative stability, with a slight rise in USDC, USDT, and USDP token movements during the crash. In summary, suspicious anomalies can be observed before the crash, particularly in USTC token transfers.

### 5.3  What Are the Effects of the Attack on the System Beyond the Most Directly Affected Currencies?

Our objective is to examine the driving forces behind the system, discerning whether it is propelled by returning users who consistently contribute or by new users who have not been encountered previously. To achieve this, we adopt a methodology inspired by prior research [3], wherein distinctions are made between new users or edges within a specified window. These entities encompass users and pairwise interactions occurring within the window and have not been active at any time prior to the selected window. The adjustment of the window size $\tau$ enables varied definitions of an active user. We monitor, for each layer, the number of new interactions according to daily, weekly, and bi-weekly windows. An edge is considered new if it is the first time window it occurs in.

We show the main currencies WLUNC and USTC, in Figures 7(a) and 7(b), respectively. In both currencies, an intriguing pattern emerges. There are two peaks in the number of new edges, with the first peak coinciding with the crash period. This is likely a result of currency holders responding by engaging in trades with new users (disposing of the coin) while new users enter the system, likely driven by speculative motives. The second notable surge in USTC and WLUNC plots aligns with the launch of Terra 2.0 discussed in Section 2. A plausible explanation for this second surge stems from the criteria for distributing new LUNA tokens on Terra 2.0 [30, 38]. The proposal specifies eligibility criteria for users to receive tokens, based on selected snapshots pre-attack and post-attack. The Governance chose 7th May 2022 at 11 p.m. for the pre-crash snapshot and 27th May 2022 at 3.59 a.m. for the post-crash snapshot. Notably, this choice favours the users who were invested in Terra or Luna before the crash. With the voting concluding on 25th May 2022, making the plan official, and the target launch date on 27th May 2022, users who sold during the crash but intended to join Terra 2.0 had an incentive to purchase WLUNC tokens before the 27th May 2022 deadline. This potentially explains the spikes in USTC and WLUNC on 26th May 2022.

By contrast, other currencies exhibit different behaviour. Their plots resemble that of USDT in Figure 7(c), with most currencies showing only one peak immediately following the crash. While the crash induces a behaviour change, the launch of Terra 2.0 does not significantly impact the other layers.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure    31:13



(a) New Edges in WLUNC layer                    (b) New Edges in USTC layer

(c) New Edges in USDT layer

Fig. 7. Monitoring the new edges between unique user pairs across different window sizes. Here *new* means that this is the first window in which they are present. On the X-axis: Time. On the Y-axis: number of edges according to the selected time window.

## 5.4 Can the Aftereffects of the Attack Be Seen on Graph Structure as a Whole?

We hypothesize that a crash could lead to changes to the graph structure. Therefore, we delved into the presence of short and long-term trends using traditional graph measures, including reciprocity, clustering coefficients, weakly connected components, mean degree, and graph density. The analysis was conducted layer by layer, treating each currency as an individual graph, and the results are presented in Figure 8.

The reciprocity measure (see Figure 8(b)) remains relatively stable for all currencies. Notable spikes are observed on the WLUNC Layer before the crash, and on the USTC layer, a rising trend is evident during the crash. However, post-crash values return to a range similar to pre-crash levels. The other currencies do not exhibit significant changes in their reciprocity levels. Examining the size of the largest weakly connected component (see Figure 8(c)), we observe a drop in the days right after the crash (labelled C), impacting all layers, with notable shifts in the USDC and USDT layers. However, post-crash values revert to the pre-crash range. A small change is noted preceding the launch of Terra 2.0 (labelled T2). The density measure (see Figure 8(f)) shows a significant drop right after the crash (labelled C) for Luna and USTC layers, likely influenced by an increasing number of active users during that time. Density values recover after the crash. Additional changes in density values align with the launch of Terra 2.0, particularly the rise on the USTC layer. The other currencies exhibit similar behaviour, with a drop in density values during the crash; but are characterised by relatively stable density values throughout the observation period. The clustering

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

C. T. Ba et al.



Fig. 8. Graph measures over time. We monitor different graph measures over time, For each day, the interactions on each currency are treated as an individual graph. On the X-axis: Time. On the Y-axis: the selected graph measures values over time. For clustering coefficient (c), one of the layers exhibits outlier values, so we focus on the main currencies in the main plot, while we provide the complete figure as an inset.

coefficient measure (see Figure 8(d)) showcases fewer changes. On the WLUNC layer, there is a drop after the crash, while the USTC layer sees a rise in the last days of the crash, with values remaining high post-crash. The other layers do not experience significant changes. Similarly, the mean degree (Figure 8(e)) does not highlight substantial changes, except for temporary rises during the crash, aligning with the overall increase in activity.

In summary, certain graph measures confirm that the graph structure undergoes changes during the observation period, especially during the crash. However, users who remain active tend to re-establish a similar graph structure after the disruptive events pass.

## 5.5 Where Did User Interest Move Post-crash?

We might expect users to react to the crash in WLUNC and USTC by diversifying into other currencies. Figure 9 shows the number of layers that users are present in (equivalently to the

Investigating the Luna-Terra Collapse through the Temporal Multilayer Graph Structure    31:15



(a) Number of layers for all users

(b) Number of layers (users that use WLUNC)    (c) Number of layers (users that use USTC)

Fig. 9. Number of layers in which users are active. At each timestep, we check the number of layers in which the users are active, giving them a label (1…6). Each line represents the changes in the possible cases (1…6). On the X-axis: Time. On the Y-axis: fraction of each possible value.

number of currencies they trade that day). For all users (see Figure 9(a)), we can see very little difference but perhaps a small increase immediately after the centre of the crash (label C). If we look at only those users who trade WLUNC (see Figure 9(b)), then we can see the opposite behaviour a decrease in the number trading multiple currencies (the apparently smaller increase in the number of trades of a single currency is caused by the log scale). The likely cause is the large increase in users trading WLUNC on those days who are simply trying to sell their WLUNC and are not interested in other trades. A similar but less pronounced trend is seen in the graph of users who trade USTC (see Figure 9(c)) and this figure also shows a similar trend around event T2.

To gain a deeper understanding of how user behaviour evolved, we conducted an additional analysis focusing on users' favourite layers—indicating the layer where they are most active—before and after the crash. We presume that users may shift their attention to different currencies post-crash, especially away from the currencies most involved in the crash. The shifts are visualised using Sankey diagrams in Figure 10. The Sankey diagrams reveal that users that were active before the crash tend to be inactive after the crash. Across all currencies, among those who remain active, there is a notable trend of shifting focus to different currencies; however, there are differences among currencies. Specifically, in the currencies directly involved in the crash, Terra and Luna (see Figures 10(b) and 10(a)), we can observe how among those who remain active, there is a notable trend of shifting focus to different currencies. For example, in the case of WLUNC, users predominantly migrate to USDC and USDT. Instead, on the other layers (DAI, USDC, USDT, USDP), a higher proportion of users remain faithful, showing less migration to other currencies.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.



(a) Favourite layer shift for users active on WLUNC     (b) Favourite layer shift for users active on USTC





(c) Favourite layer shift for users active on DAI     (d) Favourite layer shift for users active on USDC




(e) Favourite layer shift for users active on USDP     (f) Favourite layer shift for users active on USDT

Fig. 10. Changes of favourite layer for users selected pre-crash and observed post-crash. Each graph is focused on a layer: given a layer, we select users that had at least one transaction on that layer. A node is labelled with its favourite layer, i.e., the layer in which they have the most Edges.

## 5.6  Can We Locate Individuals Associated with the Crash?

The global analysis identified anomalous selling activity on two specific days, namely, the 3rd April 2022 and the 19th April 2022. What remains uncertain is whether this activity stems from a widespread increase in overall activity or is driven by a few specific user accounts. Additionally, we aim to ascertain if there is overlap in users across different days, particularly whether the same users are involved in the anomalous days. To investigate, we analysed the token amounts sold on these selected days, aiming to determine each user's contribution to the total sales for a given day. We computed the percentage of total sales attributed to each user, visualising the top 10 users,

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.



Fig. 11. Top 10 addresses in terms of USTC tokens sold during selected days. We represent the two anomalous days in terms of pre-crash USTC selling, 3rd April 2022 and 19th April 2022, and some control days without anomalies. We represent the percentage of tokens sold over the selected day by the top 10 users, the rest are condensed as the tail. Users from the top 10 that were active on both anomalous days are coloured in red, while users recurrent on other days are coloured in green.

and the remaining are condensed into a single entity, the tail. This visual representation aims to distinguish between scenarios. If the surge in selling activity is due to a general increase in overall activity, then we expect to observe a more evenly distributed subdivision among the top 10 users, with a significant portion of sales originating from the remaining users in the tail. Conversely, if the increase in token movements is driven by a few users, then we anticipate a diminished impact from users outside the top 10. To validate the anomaly, we conducted a parallel analysis on control days, specifically the start and end of the pre-crash period (2nd April 2022, 1st May 2022), and a day between the two peaks (11th April 2022). In the analysis, we excluded the Zero address (0×0...0) whose outward movements represent token creation (minting).

Figure 11 illustrates the segmentation of the top token sellers on both the anomalous days and the control days. Observations indicate that on peak days (3rd April 2022, 19th April 2022), a few top users dominate the token movement, accounting for a significant percentage of total token sales—almost 99% on both days. In contrast, on control days, sales are more evenly distributed, with the top 10 users contributing a lesser percentage to total sales, we observe a maximum of around 65%. Another important aspect is the presence of recurrent users across the various days. In general, we observe that some users are active across different days. Users A, B, and C consistently appear in the top 10 during the two anomalous days, driving the anomalous peaks. However, their activities on non-peak days are comparatively subdued. Notably, user C displays activity between peaks but not afterwards, resurfacing only on the last control day. Other accounts intermittently appear in the top 10 on regular days, yet their influence is eclipsed by the substantial movements of users A, B, and C. This reveals that among the users contributing to anomalous peaks, some exhibit coordinated efforts, appearing active exclusively on peak days or displaying interconnected movements. Given the extremely unusual distribution of sales (five/six) wallets with approximately the same number of sales dominating 99% of the market there can be little doubt that the individuals (or single individuals or organisation) controlling these wallets is deliberately participating in an attempt to destabilise Luna/Terra. It is also important to remember though that this study is only on those transactions over ethereum and this is discussed in more detail in the next section.

C. T. Ba et al.

## 5.7 Discussion

It is important to note the key limitations of this study. The most important one is that we do not directly have access to data from the Luna/Terra ecosystem. The Luna/Terra transactions we study are "wrapped" transactions in WLUNC/USTC traded on the ethereum system and the original data is not available to researchers. While it is impossible to be one hundred percent certain that the answers to our research questions would transfer directly it seems likely that the majority would. There is no economic reason why the trading patterns should be particularly different. With access to the original data then other wallets would presumably be found associated with the attack as discussed in our final research question. It would be very difficult to prove if the wallets we found belong to one individual, one organisation, or multiple individuals and it would be even more difficult to do that across different chains even if that data were available.

How would the techniques used here transfer to investigation of other cryptocurrency attacks? It is very hard to say as each attack has a different nature. The attack investigated here was interesting to study precisely because it was attack based upon selling patterns and attacking the algorithmic behaviour of the cryptocurrency associated with the stablecoin. Other cryptocurrency failures have been based on problems that would certainly manifest differently (for example, theft from wallets or security problems). We would not usually expect to be able to identify events such as S1 or S2 leading up to such events. However, the broad range of techniques used in this article will surely prove useful: correlations between currencies, unusual patterns in trading, and mapping the transition between currencies as users lose confidence. The ability to do network analysis at different timescales, across time, and between different layers is really the heart of the approach we advocate rather than the exact analyses included in this article.

## 6 Conclusions

This work underscores how novel temporal network analysis can reveal new details in data from crytocurrency transactions, one of the novel paradigms for the Web. It emphasises the importance of separating transactions in layers in the analysis of temporal heterogeneous data, such as transaction data from the web. Using the Raphtory software, we were able to simultaneously look at multiple layers (currencies) and multiple timescales and track events as time evolved.

In this study, our focus was on examining the events leading up to and immediately following the collapse of the Luna-Terra ecosystem, employing temporal multilayer analysis. This approach enabled a layer-by-layer exploration of the ecosystem, allowing us to assess the crash's impact across currencies. Our research addressed various questions related to the crash, revealing the synchronisation of stablecoin ecosystems before the crash and the new equilibrium found afterwards. We found that the vast majority of users concentrate their activity on just a single layer of the network. Post-crash, we find a small, temporary rally in trading but actually very little change in the majority of traditional graph measures considered. We show that the majority of users trading the affected currencies simply exited trading any of the currencies examined. Finally, we show definite evidence of collusion among a very small number of users in coordinating events leading up to the crash.

## References

[1] Lennart Ante, Ingo Fiedler, Jan Marius Willruth, and Fred Steinmetz. 2023. A systematic literature review of empirical research on stablecoins. *FinTech* 2, 1 (2023), 34–47.

[2] Sabeur Aridhi and Engelbert Mephu Nguifo. 2016. Big graph mining: Frameworks and techniques. *Big Data Res.* 6 (2016), 1–10.

[3] Naomi A. Arnold, Benjamin Steer, Imane Hafnaoui, Hugo A. Parada G., Raul J. Mondragón, Félix Cuadrado, and Richard G. Clegg. 2021. Moving with the times: Investigating the alt-right network gab with temporal interaction graphs. *Proc. ACM Hum.-Comput. Interact.* 5, CSCW2 (2021), 1–17.

[4] Cheick Tidiane Ba, Andrea Michienzi, Barbara Guidi, Matteo Zignani, Laura Ricci, and Sabrina Gaito. 2022. Fork-based user migration in blockchain online social media. In *Proceedings of the 14th ACM Conference on Web Science (WebSci '22)*. Association for Computing Machinery, New York, NY, 174–184. DOI : https://doi.org/10.1145/3501247.3531597

[5] Cheick Tidiane Ba, Matteo Zignani, and Sabrina Gaito. 2023. Characterizing growth in decentralized socio-economic networks through triadic closure-related network motifs. *Online Soc. Netw. Media* 37-38 (2023), 100266. DOI : https://doi.org/10.1016/j.osnem.2023.100266

[6] Albert-László Barabási. 2013. Network science. *Philos. Trans. Roy. Soc. A: Math. Phys. Eng. Sci.* 371, 1987 (2013), 20120375.

[7] Aurelie Barthere, Beili Baraki, Yong Li Khoo, Philip Grushyn, Xin Yi Lim, and Joshua Ho. 2022. On-chain forensics: Demystifying TerraUSD De-peg. *Nansen Res.* 27 (May 2022).

[8] Antonio Briola, David Vidal-Tomás, Yuanrong Wang, and Tomaso Aste. 2023. Anatomy of a Stablecoin's failure: The Terra-Luna case. *Finance Res. Lett.* 51 (2023), 103358.

[9] Giulio Caldarelli. 2022. Wrapping trust for interoperability: A preliminary study of wrapped tokens. *Information* 13, 1 (2022). DOI : https://doi.org/10.3390/info13010006

[10] Centre. 2018. USD Coin USDC Whitepapers—Whitepaper.io. Retrieved from https://whitepaper.io/document/716/usd-coin-whitepaper.

[11] Jaewoo Cho. 2023. A token economics explanation for the de-pegging of the algorithmic stablecoin: Analysis of the case of terra. *Ledger* 8 (2023).

[12] CoinCodex. 2023. Crypto Prices, Charts and Cryptocurrency Market Cap | CoinCodex. Retrieved from https://coincodex.com/.

[13] T. Conlon, S. Corbet, and Y. Hu. 2023. The collapse of the FTX exchange: The end of cryptocurrency's age of innocence. *Brit Account Rev* (2023).

[14] Michele Coscia. 2021. The Atlas for the Aspiring Network Scientist. Retrieved from https://arXiv:2101.00863.

[15] D. Vidal-Tomás, A. Briola, and T. Aste. 2023. FTX's downfall and Binance's consolidation: The fragility of centralised digital finance. *Physica A: Stat. Mech. Appl.* (2023).

[16] Riccardo De Blasis, Luca Galati, Alexander Webb, and Robert I. Webb. 2023. Intelligent design: Stablecoins (in) stability and collateral during market turbulence. *Financ. Innov.* 9, 1 (2023), 85.

[17] Alessia Galdeman, Matteo Zignani, and Sabrina Gaito. 2022. Disentangling the growth of blockchain-based networks by graph evolution rule mining. In *Proceedings of the IEEE 9th International Conference on Data Science and Advanced Analytics (DSAA'22)*. IEEE, 1–10.

[18] Nicolas Gensollen and Matthieu Latapy. 2020. Do you trade with your friends or become friends with your trading partners? A case study in the G1 cryptocurrency. *Appl. Netw. Sci.* 5, 1 (2020), NA–NA.

[19] Barbara Guidi, Andrea Michienzi, and Laura Ricci. 2021. A graph-based socioeconomic analysis of steemit. *IEEE Trans. Comput. Soc. Syst.* 8, 2 (2021), 365–376.

[20] Dongchao Guo, Jiaqing Dong, and Kai Wang. 2019. Graph structure and statistical properties of Ethereum transaction relationships. *Info. Sci.* 492 (2019), 58–71.

[21] Petter Holme and Jari Saramäki. 2019. *Temporal Network Theory*. Vol. 2. Springer, New York, NY.

[22] Shenyang Huang, Jacob Danovitch, Guillaume Rabusseau, and Reihaneh Rabbany. 2023. Fast and attributed change detection on dynamic graphs with density of states. In *Proceedings of the Pacific-Asia Conference on Knowledge Discovery and Data Mining*. Springer, 15–26.

[23] Tether Limited Inc. 2022. Tether USDT Whitepapers—Whitepaper.io. Retrieved from https://whitepaper.io/document/6/tether-whitepaper.

[24] Haiyan Jiang, Ahsan Habib, and Mostafa Monzur Hasan. 2022. Short selling: A review of the literature and implications for future research. *Eur. Account. Rev.* 31, 1 (2022), 1–31.

[25] Arijit Khan and Cuneyt Gurcan Akcora. 2022. Graph-based management and mining of blockchain data. In *Proceedings of the ACM International Conference on Information & Knowledge Management*.

[26] Terraform Labs. 2023. Exchange Migration Guide | Terra Docs. Retrieved from https://docs.terra.money/migration/exchange-migration.

[27] Jiageng Liu, Igor Makarov, and Antoinette Schoar. 2023. *Anatomy of a Run: The Terra Luna Crash*. Technical Report. National Bureau of Economic Research.

[28] Luna 2022. LUNA Go Forward Proposal—#2 by zhew2013—Governance & Proposals—Terra Research Forum. Retrieved from https://web.archive.org/web/20220519104921/andhttps://agora.terra.money/t/luna-go-forward-proposal/7136/2.

[29] Damiano Di Francesco Maesa, Andrea Marino, and Laura Ricci. 2018. Data-driven analysis of Bitcoin properties: Exploiting the users graph. *Int. J. Data Sci. Anal.* 6, 1 (2018), 63–80.

[30] MC. 2022. Terra 2.0—LUNA Airdrop. Retrieved from https://medium.com/terra-money/terra-2-0-luna-airdrop-cd08a6d9cfcd.

ACM Trans. Web, Vol. 19, No. 3, Article 31. Publication date: August 2025.

Page 64

[31] Sarah Meiklejohn, Marjori Pomarole, Grant Jordan, Kirill Levchenko, Damon McCoy, Geoffrey M. Voelker, and Stefan Savage. 2013. A fistful of bitcoins: Characterizing payments among men with no names. In *Proceedings of the Conference on Internet Measurement Conference*. 127–140.

[32] Matthieu Nadini, Laura Alessandretti, Flavio Di Giacinto, Mauro Martino, Luca Maria Aiello, and Andrea Baronchelli. 2021. Mapping the NFT revolution: Market trends, trade networks, and visual features. *Sci. Rep.* 11, 1 (2021), 1–11.

[33] Paxos. 2021. USDP Whitepaper. Retrieved from https://insights.paxos.com/hubfs/USDP-White-Paper.pdf.

[34] Kiarash Shamsi, Friedhelm Victor, Murat Kantarcioglu, Yulia Gel, and Cuneyt G. Akcora. 2022. Chartalist: Labeled graph datasets for UTXO and account-based blockchains. *Adv. Neural Info. Process. Syst.* 35 (2022), 34926–34939.

[35] Trishie Sharma, Rachit Agarwal, and Sandeep Kumar Shukla. 2023. Understanding rug pulls: An in-depth behavioral analysis of fraudulent NFT creators. *ACM Trans. Web* 18, 1, Article 8 (Oct. 2023), 39 pages. DOI : https://doi.org/10.1145/3623376

[36] Ben Steer, Naomi Arnold, Cheick Tidiane Ba, Renaud Lambiotte, Haaroon Yousaf, Lucas Jeub, Fabian Murariu, Shivam Kapoor, Pedro Rico, Rachel Chan et al. 2023. Raphtory: The temporal graph engine for Rust and Python. Retrieved from https://arXiv:2306.16309.

[37] Maker Team. 2020. The maker protocol: MakerDAO's Mulfi-Collateral Dai (MCD) system. *White Paper* (2020).

[38] Terra. 2022. Terra Proposal 1623 to Fork the Chain Gathers 90% Support From the Community with 7 Days Left to Vote—Ethereum World News. Retrieved from https://en.ethereumworldnews.com/terra-proposal-1623-to-fork-the-chain-gathers-90-community-support/.

[39] Harald Uhlig. 2022. *A Luna-tic Stablecoin Crash*. Technical Report. National Bureau of Economic Research.

[40] Kai Wang, Jun Pang, Dingjie Chen, Yu Zhao, Dapeng Huang, Chen Chen, and Weili Han. 2021. A large-scale empirical analysis of ransomware activities in bitcoin. *ACM Trans. Web* 16, 2 (2021), 1–29.

[41] Jason Zhu, Arijit Khan, and Cuneyt Gurcan Akcora. 2023. Core-based trend detection in blockchain networks. Retrieved from https://arXiv:2303.14241.

Received 29 January 2024; revised 24 January 2025; accepted 28 February 2025

# Notional Labs Incident Report
## Terra, May 15, 2022
## Jacob Gadikian
### Funded by Delegations to Notional Validators in Cosmos

## WTF HAPPENED TO TERRA?

First, what was terra?  It was a blockchain platform that included a price-feed based algorithmic stable coin mint mechanism.

This means that you could use terra in order to mint arbitrary algorithmic stable coins, which would follow the price of various international currencies, like USD, Korean won, euro, etc.  It did this by allowing users to swap between its native currency, Luna, and the algorithmic stable coins.  These swap functions used a concept, "burning".

So, you have 100 luna, value $10 each.

You can now mint 1000 UST, which tracks the price of the USD.  Your luna is now burned, and the supply of luna has been reduced, making luna more scarce, and theoretically increasing its value.

This mechanism was designed for use by arbitrageurs.  In many situations in fintech, arb seekers are our friends.  These arb seekers in the terra/luna case, would balance the supply of luna/ust.  So the chain was an open marketplace for the creation of price-pegged representative currencies.  In other words it was a dollar printing machine with a novel mechanism to ensure that the issued dollars were always exchangeable for an equal value stake of luna.

Now, the price of a dollar fluctuates daily.  As does the price of a luna.  As does the price of a UST.  We refer to the closeness between the price of a dollar and the price of a UST as "the peg".  The closer those are, the tighter the peg is, the better the product is performing.

UST/USD peg held well.

The founder of Luna/terra is Do Kwon.

Along the way, Do became convinced that he needed an external mechanism to try to reinforce the UST/USD peg.  Basically a team of internal arbitrageurs.  He is a bitcoin fan.

He started lfg.org which was the trading org designed to reinforce the peg.

They purchased billions of dollars of btw using UST, using a TWAP mechanism provided by 3 arrows capital. This put a whole bunch of new UST on the market, likely 3 arrows betrayed Do and lfg.org but we can't say for sure without an audit, which terraform labs says is pending.

Shortly after, the price of UST began to Depeg, initally, by about $.03 — it did not look like a big deal.

But the attackers had done their homework. They attacked terra both financially and on the blockchain infrastructure level.

It is my opinion that Terra validators did a really terrible job.

I recommend that you delegate away from those printing red streaks. Missing a couple of blocks while the chain is under stress is totally understandable. More than that is very bad, because the chain relies on validators to continue to exist, and to process user txns.



Let's call out quality, instead of attacking:

- Syncnode
- Bridgetower
- Allnodes
- Orion.money
- Everstakeone
- Aardvark
- Certus One



| # | | | |
|---|---|---|---|
| 29 ISS — 244 | 30 Accomplice Blockchain — 283 | 31 stake.systems — 38 | 32 BridgeTower — 14 |
| 33 Centauri Alpha — 31 | 34 Staking Fund — 96 | 35 Orbital Command — 1404 | 36 GT Capital — 506 |
| 37 Setten — 1542 | 38 Allnodes.com ✦ 0% fee — 5 | 39 Talis Protocol — 1798 | 40 Arrington XRP Capital — 3414 |
| 41 coinhall.org — 103 | 42 SCV — 4 | 43 Neptune Finance — 106 | 44 🚀 larry.engineer #IBCgang — 54 |
| 45 Luna Station 88 — 10 | 46 THORchain.BULL & 0xVe — 34 | 47 MANTRA DAO — 37 | 48 moonshot — 0 |
| 49 kytzu — 25 | 50 RockX — 230 | 51 StakeBin — 15 | 52 AUDIT.one — 481 |
| 53 Stakely.io — 31 | 54 BTC.Secure — 2 | 55 ChainLayer — 1055 | 56 Angel Protocol — 612 |
| 57 Synergy Nodes - Glory — 87 | 58 BlockNgine 🔪 Slash P — 3230 | 59 CoinBevy — 1266 | 60 Luna Burner 🔥 0% — 4 |
| 61 flipside — 1012 | 62 Marte Cloud — 941 | 63 0base.vc — 112 | 64 Easy 2 Stake — 123 |
| 65 Staker Space — 38 | 66 healings — 857 | 67 Top Shelf — 667 | 68 8moon — 671 |
| 69 ATEAM — 5718 | 70 Nexus Event — 2013 | 71 MCF — 58 | 72 Uranus — 5227 |
| 73 Leviathan — 211 | 74 KK Validator | == == — 30 | 75 wave — 11 | 76 Interdimensional Cable — 36 |
| 77 TerraDactyl — 779 | 78 Crypto Plant — 176 | 79 Un Fuego — 3680 | 80 Craig — 34 |
| 81 NITAWA — 17 | 82 High Stakes 🇨🇭 — | 83 Legend.X — 155 | 84 StakeSabai — 130 |

- Moonshot
- Scv
- Btc.secure
- Stakely.io
- Luna station 88
- Craig
- Wave
- NITAWA






| # | | | |
|---|---|---|---|
| 85 Inotel — 383 | 86 block42 — 73 | 87 Luna Rewards — 252 | 88 Stake N' Shake — 1000 |
| 89 Autism Staking — 96 | 90 Heavy Metal Finland — 2695 | 91 SeltonStake.com — 1866 | 92 PFC - OSS FTW — 37 |
| 93 AuraStake — 192 | 94 KiKi Finance — 98 | 95 gazua — 125 | 96 Sarah Kerrigan — 3048 |
| 97 TERRA-FIRMA — 1425 | 98 CAPAPULT — 4512 | 99 319B5FDFEF84 — 3291 | 100 Cosmic Validator — 1329 |
| 101 OneStar — 143 | 102 Terrascope — 435 | 103 Chaos Protocol — 2796 | 104 WeStaking — 1085 |
| 105 Blockdaemon — 6919 | 106 MoonDog — 2224 | 107 Terra World — 838 | 108 InfStones — 69 |
| 109 Rockaway Blockchain — 2322 | 110 MissionControl — 767 | 111 Zerg One — 87 | 112 SolidStake — 2640 |
| 113 Protoss One — 125 | 114 TaiPanich — 200 | 115 StakeBowl — 587 | 116 Nodeasy — 6 |
| 117 ✅ CryptoCrew Validator — 161 | 118 Mr.K — 366 | 119 FreshLUNA.com Enterp — 220 | 120 danku_zone w/ DAIC — 13 |
| 121 DACM — 683 | 122 LunaOrbit — 366 | 123 bc1 — 1788 | 124 Stake5 Labs — 232 |
| 125 Iron Star Finance — 3249 | 126 😎 uGaenn 🍪 — 2869 | 127 Galactic Punks Validato — 431 | 128 ChainofSecrets — 911 |
| 129 Pixy — 421 | 130 Staky.io — 5770 | | |

- Nodeasy
- Danku
- Autism Staking
- PFC Validator

Validators I've mentioned above, did notably well during the attack on Terra.

The chain was flooded with transactions.  This caused a series of cascading failures on the chain:

- leveraged positions were wiped out as prices fluctuated, "liquidated"
- the chain wasn't highly available.  Users could not transact because it was being flooded.
- On external markets, the adversary was working to lower the price of UST.  This reduced confidence.  People began to swap to luna.
- At some point, the total value of issued UST exceeded the total value of luna.
- The attacker knew that lfg.org had bitcoin.  They used capital to reduce the price of bitcoin all over the internet. Every market.
- lfg.org could not **effectively** use its bitcoin to reinforce the peg on external markets anymore.  It was no longer capital-efficient. There also may be fraud involved.  Surely the wallet is now empty.  Notional Labs is explicitly not accusing the Terra team of fraud, and advises that they release as much information as possible about the disposition of the lfg.org bitcoin.
- People began to move more and more ust into luna, to get the par value back.
- The supply of luna began to spiral upwards.  Zaki Manian, suggested that the chain may become consensus unstable because of this.
- the validators took the chain down to address consensus instability by disabling staking.
- Galois capital has claimed responsibility for the attack: https://twitter.com/Galois_Capital/status/1524365468752138241

BUT IT GETS WORSE

The chain was brought back up in a way that protected consensus, but did not disable the stable coin redemption mechanism.

The value of luna dropped.  This chain was aware of its prices externally through a price feed.

As the prices dropped, more and more Luna was minted.

Currently there's 6.9 trillion luna.

A week ago there were about 90 million luna, and each was worth $100.

Terra had three stages:

0) **Original state**, which became consensus unstable

1) **Zombie stage 1**, which had ibc connections to other chains, unrestricted minting, and staking disabled and this protected only Terra's consensus mechanism but didn't protect pools or exchanges connected to terra, or users from themselves or others.  Various fraud occurred in zombie stage 1.  If you're in the osmo-luna pool, this is where stuff got bad for you. Previous to zombie stage 1, I recorded "[Euthanize Terra](#)".  I don't take the idea of killing a chain lightly, but it was already undead.

After everyone shat their pants the chain was taken down a second time.

2) **Zombie Stage 2**, terra is brought back to life a second time with some IBC channels to external dexes turned off.  Those who did not have their channels turned off, every chain connected them with liquidity saw that liquidity taken from its pools. Foreign assets are sitting ducks.  The chain has a native token supply thousands of times higher than its norm.  We are here now.

## What should the user community do?

- You should take care of your mental health.  You can twitter DM me 24/7 at twitter.com/gadikian if you feel suicidal or unwell.  I will straight up call you if you need. I will tell you how far down I've fallen before and how high I managed to climb up afterwards.  The only thing that separates you from an improved future, is the notion of harming yourself.
- You should not buy Luna
- You should not buy UST
- You should remove all foriegn assets from Luna as quickly as possible
- You may have lost IBC assets.  There's little anyone can do about it.
- To some extent, you should be understanding:  the terra engineering team is going through an absolute nightmare scenario.  You should demand clarity on the Bitcoin.

## Is this document authoritative?

No.  This is a best-effort, firsthand account that I put together with the information that I have available to me as a scaled cosmos infrastructure provider.  I could easily have missed important information.



To whom it may concern

By way of introduction;

My name is Ran Neu-Ner and I am the founder of one of crypto's biggest media channel, I am also an investor and very publicly lost over ███ of my savings (over ██████) during the collapse of the Luna protocol.

To make matters worse, since I am in the media and am transparent about my positions, my viewer base and my credibility with my base was also devastated by this collapse.

The collapse of Luna was the toughest period of my business career.

Not only did I take my biggest financial loss ever but I lose the trust and credibility that took me years to build up with my viewers.

This one-two punch meant that for the last 4 years I have been struggling to rebuild my finances, business and my life.

Despite the devastating losses, I hold no anger ,resentment or ill feelings towards Do Kwon. In fact, if anything I have feelings of sympathy towards how his story has played out.

I first met Do Kwon in Korea whilst filming a documentary for CNBC about Blockchain Innovation and the smartest minds in Korea.

Do and his partners were building an algorithmic stablecoin that would later become the LUNA/UST project.

DO was young, ambitious and one of the smartest people I had met in the industry.

He was educated and passionate about making a big impact globally. Having spent time with many gifted founders, Do was one of the special ones.

When the opportunity presented itself,  I invested in the project and covered the progress.

The project was highly ambitious. No-one had ever succeeded in creating a currency that was algorithmically pegged to the Dollar. As such when I invested I was aware of the risks and as with most blockchain and other new industry projects!

I was fully aware that most projects fail and only a minute amount actually  succeed – those that do however, have the opportunity to make global impact.

I continued to follow the project, invest in it and share it with my global audience. The project and the momentum it was gaining was beyond any expectation and I watched Do become overwhelmed and perhaps a little carried away by the success.

Do was caught up in the momentum and in the real possibility that his project may truly revolutionize money as we know it.

Do was obsessed as most founders should be and his entire life revolved around the success and momentum of the project. He even named his first daughter Luna, after the protocol and I was always concerned as to how he was balancing his family and his obsession.

Given the groundbreaking nature of this kind of protocol, during the development process, Do and the team were constantly faced with intense challenges ranging for regulatory unclarity, scaling issues and then technological and mathematical issues in creating a stable currency that was not backed by the underlying asset.

During the process  and in most cases Do was always open to discuss these publicly on my platform and on various others. He was always pretty honest and transparent that this was an experiment and that it may or may not succeed.

The premise of investing in early stage investments and in particular in the blockchain space where, the traditional money system is being challenged,  and in an environment of extreme regulatory hostility is such that most investors should be aware of the risks. I know I was. I was fully aware that;

- Most early stage blockchain investments would fail
- Only a minute number would survive
- That there was huge regulatory risks\
- That no one had EVER achieved what Do and his team were attempting.
- That Do and his team were young founders and that this was a risk.

Despite this, I decided to invest a large portion of my savings into this protocol.

In hindsight it is clear that the protocol was always destined to fail by design  but at the time , the consensus was that it may possibly succeed.

Even the smartest investors in the world, investors with huge risk, quant and actuaries behind them did that maths and continued to invest.

Do was also always communicating , always visible , always transparent – right to the very end.

In hindsight, I am aware there also may have been things that Do and the team were not 100% transparent about and that  didn't report every single hurdle! However as an entrepreneur myself, I am aware that it is impossible to solve every problem and communicate every step and

I do believe that they were working in good faith to try and navigate uncharted waters in a very complex environment.

My feeling, even as someone who was devastated in many ways by the collapse of Luna is as follows;

In general, entrepreneurs that set out to solve big global challenges take huge risks.

They effectively enter a maze and a dimension that no one else has.

There are no roadmaps and if they try using tested solutions - we would never innovate and the world wouldn't progress.

Many of these mavericks are young and inexperienced and often that inexperience is the reason they attempt to do things that others have never attempted.

Blockchain investors, particularly in the period before the latest administration should have all been aware of the risks of investing in a new industry. Particularly one that is so complicated and global. Most knew or should have known how risky this was.

I followed Do Kwon throughout the journey! I watched him attempt many "crazy" things and many of them worked.

Many people hailed him as a revolutionary and one of the smartest minds in the industry and the world and to this day I believe this.

The collapse of the protocol and the demise of Do Kwon is sad.

The industry labelled him a fraudster and a scammer – as they do loosely when money is lost!

He was separated from his wife and very young daughter and has been fighting a legal battle from extremely unpleasant places, all whilst having to deal with the negativity and the extremely tough fall from grace!

I can only imagine that he has suffered tremendously over the last few years and that many of his actions after the collapse were made in desperation.

I don't believe he is a fraudster or a scammer! I believe he was a visionairy that tried in good faith to do something big and make an impact. We should celebrate people that try such thing and fail, because if they didnt we would never progress.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 27, 2025

Dear Judge Engelmayer,

My name is Taemin Park. I am the CEO and Co-founder of a B2B startup that has just gotten off the ground. I write this letter to share my personal experiences and perspectives on Do Kwon, and to attest that he is a good, warm-hearted, and generous person—someone who welcomed me as a teenager and continued to inspire me as I grew into a young professional. To me, he was like a window to a wider world, encouraging me to dream bigger and see beyond my immediate surroundings.

I first met Do in 2016, when I was only eighteen years old—a young hacker just beginning to explore the world of startups and technology. Despite my youth and inexperience, Do treated me with genuine respect and encouragement. At a time when most adults would have dismissed me as too young or unprepared, he saw potential in me. He invited me to work with him and made me feel that my ideas and efforts mattered.

When I decided to pursue higher education instead, Do did not react with disappointment or distance. Instead, he offered me one of the greatest gifts I have ever received: a recommendation letter for my Stanford application. Among all the letters I had gathered, his stood out as the most heartfelt, sincere, and persuasive. It was not only beautifully written, but also reflected how deeply he believed in me—at times even more firmly than I believed in myself. Although I was not fortunate enough to be admitted to Stanford, that letter remained with me as a source of strength. Even as I faced rejection from many other universities, it gave me the confidence to continue pursuing my career without losing faith in myself.

As I grew older, my relationship with Do continued to be a meaningful part of my life. We met a few times each year, regardless of how busy he was or what challenges he faced. Whether in a season of success or enduring setbacks, he always reached out. He invited me to meals, asked about my life, and encouraged me to stay focused on my path.

These gestures may sound simple, but to me, they carried profound significance. Do was not obligated to maintain this relationship—yet he did, consistently and warmly. His actions showed that he valued people beyond their immediate utility or achievements. He cared about others as human beings, offering kindness and support without expecting anything in return.

The inspiration I received from Do has shaped the way I approach both my career and my personal relationships. His belief in me at a young age gave me the courage to dream bigger, to trust myself, and to strive toward goals I once thought were impossible. Even now, when I reflect on my journey, I see the impact of his encouragement woven into many of the decisions I have made. It is no exaggeration to say that Do was one of the greatest inspirations behind my own

startup. Through him, I was first introduced to the world of cutting-edge technology, particularly Ethereum—the very foundation my company is now building upon. More importantly, I would never have had the courage to embark on this path without his consistent encouragement and cheerful blessing over the years.

I understand that public narratives often reduce people to their mistakes or controversies. However, having known Do personally for nearly a decade, I can attest that his character is far more nuanced than headlines suggest. He is someone who has consistently shown kindness, mentorship, and genuine care for others.

Your Honor, I do not intend to diminish the gravity of the circumstances surrounding this case. I only hope to provide you with a fuller picture of who Do is as a human being—beyond the courtroom and beyond the public eye. I respectfully ask that you consider the compassion, generosity, and mentorship he has shown to me and to many others in your judgment. I believe that he still has much to give to the world, not only through his professional talents but also through his personal capacity to inspire and support those around him. There are countless young people in technology—dreamers and hackers at the very beginning of their journeys—who need mentors like Do to guide and encourage them.

For all these reasons, I humbly appeal for your leniency in his sentencing.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Taemin Park
New York, New York, USA

2

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007


November 20, 2025


Dear Judge Engelmayer,


My name is Joseph Moon, CEO at Oxygen Intelligence, an Enterprise Data Analytics company, and a long-time friend of Do Kwon. I'm writing to give light to Do Kwon's character, in case this information can be beneficial in casting a more comprehensive light to the situation at hand.

I met Do Kwon through a mutual friend in the early 2010s, perhaps in 2014 or 2015. Some of my classmates at Harvard had been tutored by him in high school, worked with him on various entrepreneurial projects, and had known him as an interesting, albeit intense, man.

When I met Do in Korea for the first time, I was impressed by his articulateness and ambition. His intensity may have rubbed people the wrong way, but this aspect of him felt familiar and endearing to me. We became fast friends.

In the next few years, I got to witness both Do's vulnerability and courage as he built and ultimately shut down his first major entrepreneurial endeavor AnyFi, a decentralized internet service provider. During those years, he remained intellectually honest and candid about his situation, and made hard calls when necessary, and asked for help without pride. I built my respect for his grit, determination and intellectual honesty during these years.

During this time, I also got to learn what made Do tick. He is an intellectually curious, deep thinker, who is interested in solving hard problems. Money was not something we ever talked about.

Do is a hyper-competitive, ambitious individual that wanted to be *great*. The narrative that he defrauded investors and the market at large to amass a financial fortune does not align with what I have observed in Do's character. I believe that he tried to do what he could to protect his company from collapse, in the same way that a parent would protect his child.

As a long term observer of his character, I believe what he did during the unfolding of the Luna/Terra system was (perhaps an imperfect) attempt at saving his legacy and brainchild. I do not believe that there was a guided attempt at knowingly defrauding investors or manipulating the market. His actions were likely driven by fear, not measured intent.

Do was playing a dangerous game with massive consequences, at massive scale, with massive volatility during an unprecedented time in history (Covid). He was, like most young

entrepreneurs, idealistic, naïve, and unprepared for what he had to navigate. But I believe that he had no innate, first-order intention of committing fraud.

I hope this helps in shedding some amount of light to this complex situation.


Best regards

Joseph Moon

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

18 November 2025

Dear Judge Engelmayer,

My name is Javier Su Weijie. I was a software engineer at Terraform Labs, where I met Do Kwon upon joining the company. I began working closely with him on projects following the de-peg incident.

I have always looked up to Do Kwon, and even more so after working closely with him. My impression of him has been of someone completely uninterested in material gain. He would often show up at the office in an old, worn-out T-shirt stretched thin from countless washes. Instead of pursuing wealth, he focused on building things for the sake of proving that his bold ideas could work. He is bright, well-read, and consistently offers deep insights into how the world functions and how one might make a meaningful impact in it. He often described himself as a "toy maker," and he seemed to have an unlimited stream of ideas for interesting applications and tools. Someone like him could drive significant positive change in society if given the chance to start anew.

I worked with Do Kwon after the de-peg incident, and I can say with certainty that he worked tirelessly to revive the Terra ecosystem. Despite facing numerous threats and lawsuits, he continued to lead the company's efforts to brainstorm and develop new projects. He was an inspiring leader who left a lasting impact on me. I learned a great deal from working with him, and it would be a loss if he were unable to continue making a positive impact in the future.

Thank you for taking the time to read this letter. I sincerely hope you will take these views into account when deciding on an appropriate sentence for Do Kwon.

Respectfully,

Javier Su,
Singapore

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

10 November 2025

Dear Judge Engelmayer,

My name is Mark Chan. I currently work at the Terraform Wind Down Trust and was previously an employee of Terraform Labs, serving the Terra community. I first encountered Mr. Do Kwon's work in early 2021 as a community member and became deeply engaged with the vision I saw: using technology to make saving, investing, and spending simpler and more accessible, especially for those who are underserved by traditional finance. I write to share my first-hand observations of Mr. Kwon's character.

From our earliest interactions, Do consistently treated people with respect, regardless of seniority or role. Inside the company he made a point of speaking with everyone. He impressed on me that a job title should not be a cage. If an employee saw a way to create value, they were encouraged to contribute. I saw this daily in how he moved across teams, listened closely and tried to remove blockers so that others could succeed.

One memorable example of his approach to open discourse occurred when my team proposed an ecosystem incentives program on the governance forum, Agora. In many companies, proposals are screened before they are exposed outside the company. Do took the opposite view. He encouraged us to post publicly, and then he publicly set out his reasons for disagreeing. It was a clear demonstration of a principle he repeated often in private: logic and merit should trump rank. That posture fostered healthy debate and better decisions.

His concern for stakeholders showed most vividly in the difficult weeks following the May 2022 de-peg. I witnessed Do work day and night for weeks, coordinating teams to stand up the new chain and to craft an equitable airdrop for affected users and projects. He spent long hours reading messages from founders and community members, soliciting their views and engaging with their stories. On the day the de-peg began, he opened his home to staff and community members. We gathered, spoke honestly and tried to process events together. It was a very human moment that reflected empathy rather than distance.

In day-to-day conduct, Do was the hardest worker in the room. He stayed close to engineering while also checking in with other departments, challenging people to examine assumptions and to avoid doing things a certain way simply because that is how they had always been done. He also built inclusive teams. In my experience he judged people by capability and effort, not by age, education or background, and he took time to hear junior contributors out.

The qualities I describe above are why I believe he will continue to be a constructive, diligent and positive contributor to society.

Your Honour, I offer this letter solely as a character reference based on my direct interactions with Mr Kwon. I respectfully ask that you take his work ethic, integrity in discourse, and consistent care for colleagues and community into account during sentencing.

Thank you for your time and consideration.
Respectfully,

Mark Chan
Singapore

2

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

November 19, 2025

Dear Judge Engelmayer,

My name is Terence Lim Zheng Wei. I worked at Terraform Labs beginning 2022, first as an analytics manager. After the May 2022 de-peg, I moved into a more senior product role.

I first met Do Kwon in TFL's Singapore office, and I began working closely with him in the months following the de-peg incident, when the team was fighting around the clock to preserve and rebuild the Terra ecosystem. I am writing this letter because I believe deeply in Do's good character and because I want the Court to understand the person I know as a colleague and friend.

What I witnessed firsthand in my time working with Do, especially after the collapse, was a leader who refused to walk away. I saw a man that fought till the end to save the Terra ecosystem. And even upon its collapse, he was determined to rebuild to restore value to the ecosystem and its users.

Through my personal interactions with Do, I believe he's a person who doesn't chase wealth. He dressed simply, and his home was also humbly furnished. Instead, he finds joy in building things that benefit the world. I have seen him share amazing ideas that stretch across various domains - something I am still in awe of. Prior to the depeg, he was also actively developing an accelerator program intended to mentor and cultivate young entrepreneurs in Singapore, something I believe he did to benefit the next generation of entrepreneurs.

Do Kwon has already paid an immense personal price with years separated from his young family, his reputation destroyed, and the project he poured his life into reduced to zero. I believe someone with his intellect, creativity, and fundamental decency still has an enormous amount to contribute to society.

Thank you for taking the time to consider my perspective. I sincerely hope the Court will consider this perspective in deciding on an appropriate sentence for Do.

Respectfully,

Terence Lim Zheng Wei
Singapore

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

November 22, 2025.

Dear Judge Engelmayer,

I am writing this letter to ask for a generous and sympathetic consideration in your review of
Mr. Do Kwon's case. My name is Hanju Kim, and I have provided services for the operation
of the Terra Project since October 2018.

I first met Mr. Kwon in early 2018 at a café where he passionately explained his view on
blockchain technology and how stablecoins can play a role in the financial market system. He
expressed his vision to bring all existing currency functions onto the blockchain, which
would eventually result in a competitive cryptocurrency that will be used in everyday life and
in every way. Though I didn't have a deep understanding in the blockchain back then, his
idea was quite intriguing and innovative. Much interested in his idea, I asked various
questions, as well as challenges, on how his idea could actually work or whether there is a
better way to add feasibility to his idea. I was impressed at how he took each question
seriously, eager to learn new things and always ready to adopt better suggestions. After our
discussion, he introduced more of his plan to develop a new blockchain, Terra, and asked me
if I could provide technological support on establishing the blockchain payment system and
other maintenance of the infrastructure for Terra Blockchain.  While such suggestion was
rather sudden, I found myself already deeply impressed at Mr. Kwon's enthusiasm and
vision. After a careful consideration of his proposal, I decided to join the Terra Project.

As I have engaged in supporting the design of the Chai payment operations, working on
codes and operational analysis to realize Mr. Kwon's idea, I have, time to time, had more
chance to share Mr. Kwon's view on how decentralized finance can create a positive impact
in the traditional financial system and how Terra stablecoins can play such role. Although we
did not speak very often, I was consistently impressed by his enthusiasm, intellectual
curiosity, and unwavering commitment to innovation. His passion for the project never
weakened since we first met. He was always hard working and willing to study anything that
could contribute to the project that at some time, I was much surprised at how much he has
deepened his understandings even in source codes and technological matters. I still vividly
recall the all-night marathon we undertook to launch the Terra blockchain and the shared joy
that followed. He was a leader that was always present and on point. He was always ready
with initiatives and constructive suggestions, but was not the type that passes the buck or
burden to others, rather taking responsibility for himself. That is why I firmly believed that,
by faithfully fulfilling my duties, our project could leave our mark among great significant
results that have innovated the world.

I do not know the exact details and background of his plea, but the news that he pleaded
guilty to conspiring and committing fraud is a great surprise to me. Do Kwon is a man of
great pride and responsibility. He may be an aggressive character and be quite hostile towards

those who are sloppy, but he was never a person to neglect his duty or be willing to set up a scheme to take advantage of others.

Too much criticism and blame were made against the Terra project solely based on the magnitude of its collapse. However, it is unfair to blame the entire project was a scheme or deem the relevant businesses were fraud from the beginning. I can guarantee most, if not all, of the personnel being involved in Terra project can surely attest that the project was driven with hard work and devotion under an ideal to introduce to consumers an enhanced financial system enabled by Terra stablecoin and there was no place for any fraudulent attempt to intervene in the launching of the project.

Now, numerous approaches are being made by various businesses, and recognized globally, to provide a fast, secure, and cost-effective way to process payment and settlement using blockchain technology. Mr. Kwon's vision and design for Chai Payment system was to set up a transition period that would enhance the accessibility of traditional consumers to stablecoin and blockchain, which in turn would lead to their active and direct use of stablecoins, backed up by clear regulatory framework that would come in time, which is happening lately.

Despite the fall of Terra stablecoin, which is a tragedy, please kindly take into regard Mr. Kwon's pure willingness and passion towards an innovative blockchain ecosystem, and a lot of his co-workers can vouch for his integrity and devotion to provide a better service for the users.

Sincerely,

Hanju Kim

DocuSigned by:

*Hanju Kim*

BD0B18D6BAA144F...

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

November 21, 2025.

Dear Judge Engelmayer,

I am Yunsuk Yeo, a former employee at ████████, a company that provided server and
infrastructure maintenance for Terraform Labs.

I would like to respectfully request for your generous and reasonable review on the case.

All of the employees that worked for the project had to go under a lot of despair and distress
after the collapse of Terra coin on May 2022, but no one would feel more agony and
responsibility than Do Kwon himself. Terra stablecoin proved not only its potential and
possibility but its genuine utility over several years, earning recognition as the world's third
stablecoin in trade volume. While we still cannot clearly verify the exact cause of the depeg
on May 2022, the project, including the ones that engaged in the project have been globally
crucified mainly, if not solely, by the fact that it simply did not work out in the end.

While Do Kwon may not be totally free from his responsibilities as the founder of Terra
Project, I beg you to consider that Do Kwon started the project with pure passion and
integrity, allowing no fraudulent intent or deceptive means to intervene. Even after the
collapse, he was the last man standing to still make things right and restore the peg, as well as
to figure out the reason or attack that caused the sudden collapse.

Throughout the years I worked for Terra Project and interacted with Do Kwon, I came to see
him as someone wholly absorbed in his work, not for personal gain but out of genuine
passion for building. Whenever I met him, he was intensely focused, pouring all of his time
and energy into the project. Because of this, I do not believe, nor have I ever seen any
indication, that Terra was conceived as a scheme to deceive people. He was aggressive at
times in his ideas and communication style, but behind that was a leader with clarity,
conviction, and an unwavering belief in what he was building. In my career since then, it has
been rare to encounter someone with that level of drive and commitment.

Outside of formal work settings, I also saw aspects of Do's character that showed discipline
and responsibility. We occasionally shared drinks together after work, but even in those
informal settings he never once lost control or strayed from thinking about how to improve
the project. He had remarkable mental resilience, the kind of person who could relax with his
colleagues while still staying sharp enough to address urgent matters at any moment. He
often asked about the dreams and future goals of those around him and sincerely tried to
support them in taking steps toward those aspirations. That quality made him not just a strong
leader, but someone who uplifted the people working with him.

Even after the collapse of Terra, when most would have been consumed by their own
circumstances, he reached out to check on my well-being. I was no longer part of the core

team, yet he still took the time to ask if I was managing, both professionally and personally. To me, that showed a level of care and responsibility that contradicts the image of someone acting with malicious intent. Despite the immense pressure and public criticism he faced, his concern for former colleagues did not disappear. That is why I believe his intentions, even if the project ultimately failed, were rooted in earnest effort and a desire to build something meaningful.

Do Kwon was not, as most media and critics now criticize, presenting illusions to investors that Terra stablecoin will likely be adopted and used widely. Instead, he had a clear stance that any innovative technology is only "useful" if it gets widely "used". As such, he went through intense deliberation on the primary functions of currency and how to have cryptocurrencies serve those functions better than fiat. Naturally, Terra Project was a project that continuously studies and works to increase both the variety of financial products and the people who have access to them. Certain early approaches by the Terra Project may not have immediately paid off, but they were certainly going to a direction where it creates better user experience compared to traditional financial infrastructure using fiat currencies, which are now witnessed by successes of other decentralized financial services that follow the perspective of the Terra Project.

Please kindly consider that though Do Kwon and the Terra Project may not have been flawless in every aspect, Do Kwon's intention to create an innovation in both utility and accessibility in financial goods and services were sincere and intact, followed by hard work and integrity.

Thank you for your consideration,

Sincerely,

Yunsuk Yeo

DocuSigned by:

YEO YUNSUk

7F0236D8C56742E...

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 19, 2025.


Dear Judge Engelmayer,


I first met Mr. Kwon when I was asked to provide advice on building a decentralized financial protocol, an area in which I had long been interested, having previously worked as a ██████ ███████████████████████████████████████████████████████. Mr. Kwon presented his vision for the Terra project with great enthusiasm and conviction, and his ideas for creating a new monetary system were both innovative and compelling. At that time, key members with academic backgrounds from institutions such as Harvard, Stanford, and the University of Pennsylvania were already engaged in designing the Terra-Luna algorithm. I, too, was drawn to the Terra project's vision of establishing a new monetary system, and it was this vision that ultimately led me to join the project.


At the time of Terra's inception, there were no regulatory frameworks governing stablecoins or digital assets. Fiat-backed stablecoins required centralized institutions to manage legal tender, which conflicted with the decentralized philosophy of blockchain technology. Against this backdrop, Terra was created as an algorithmic stablecoin designed to operate automatically on the blockchain without reliance on centralized intermediaries.


Despite the uncertain regulatory environment, the Terra project consistently sought to comply with applicable laws. Neither Mr. Kwon nor any other participant in the project ever intended to operate illegally.


Having observed Mr. Kwon over several years, I came to recognize him as a leader who demonstrated unparalleled passion and dedication to the Terra project. He constantly contemplated ways to improve and advance the project. Although the Terra project faced early challenges, it endured for years largely due to Mr. Kwon's relentless ideas and commitment. Within the crypto and blockchain community, he emerged as a prominent and influential figure, serving as a role model to many participants.


Terra ultimately grew to become the world's third largest stablecoin and was operated successfully for several years. In May 2022, when the de-pegging occurred, the Terra team made significant efforts to mitigate the crisis, such as by adjusting parameters relating to the minting speed of LUNA. However, these measures proved insufficient to withstand what appeared to be a coordinated, large-scale malicious short-selling attack on the ecosystem. Once panic overtook the market, recovery became impossible.

Although the Terra project eventually failed, Mr. Kwon never acted with the intent to cause harm to others, nor did he establish the project with foreknowledge of its collapse. Those who know him can attest to his devotion to the Terra project and to his sincere aspiration to contribute to the development of a more advanced monetary and financial system through it.

Respectfully,

Chang Joon Han

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

082525

Dear Judge Engelmayer,

My name is Daniel Eliasson, and I am a father of three from Sweden, working as an investor and entrepreneur with a keen interest in innovative technologies like blockchain.
I first came to know Do Kwon in 2020 through my early investment in Terra (Luna) and followed his work at Terraform Labs (TFL) closely, engaging with him on various platforms. I am writing this letter to attest to Do's good character and to share my belief that he has the potential to be a productive member of society upon his release.

As an early investor in Luna, I understood the risks involved in such a volatile and experimental space. Despite the unfortunate collapse of the project, I remain convinced that Do's passion for creating something transformative was genuine. The decentralized applications (dApps) built by TFL and its community were exceptionally well-crafted, reflecting an extraordinary work ethic, pride, and vision. Do's leadership inspired a global community of developers and investors who shared his ambition to build something meaningful for the world. While I acknowledge that some of Do's decisions may raise questions, I firmly believe his intentions were rooted in a desire to innovate and create value for investors, the community, and beyond. Even after losing my investment, I support Do because I saw firsthand his dedication and the positive impact he had on fostering a vibrant, forward-thinking ecosystem.

Thank you for taking the time to consider my perspective. I respectfully ask for leniency in Do's sentencing, as I believe he has the capacity to contribute positively to society in the future.

Respectfully,

Daniel Eliasson
Sweden

**Date : 8/29/2025 1:42:03 PM**
**From : "marc petit"** ██████████████
**To : "**████████████████████████  **"Andrew Chesley"**
**achesley@heckerfink.com**
**Subject : A letter in support of Do Kwon**

You don't often get email from ████████████████████  <u>Learn why this is important</u>

This email was sent from outside the Firm.

Dear Judge Engelmayer

8-28-2025

My name is Marc Petit.
I live on the Outer Banks of North Carolina for 35 years. My wife and I have owned a retail business for 24 years.
I have been investing in crypto for the last 8 years. I know perfectly well that some investments go to the moon and some go to  O. These are risks that I am prepared to take when I am investing My hard earned money into a project.

When I first heard of TFL and Do Kwon,
I did a deep dive into the project and realized this was one of the better projects out there with a strong leader who would change the crypto world for the better. He made a positive impact on my outlook on this space and many other people as well. I thought he'd be in this space, making a positive impact for many years to come.

A few days before the depegging and collapse of Luna and USDT. I was saying to myself how this project would change the financial world for the better. And was excited about my return on this investment. Little did I know that a few days later this project would be attacked and would collapse. I invested ████ dollars into this project, and it turned into ██
████████ in a short amount of time.
After the dust settled and I came to realize what actually happened at no point did I ever blame Do Kwon, for this attack, this was his baby, he nurtured it and brought it to the world. A short time after the collapse, he even sent me the same amount of tokens that I lost, in the new luna project. I was totally surprised by this move. Made me think this is a standup guy and was looking forward to the outcome of the new project.

When he was arrested, I was outraged about this. In my opinion, there is no possible way that he should be held responsible for this attack. I just cannot think of anything he would have to gain by letting this happen.
And believe he did everything he could to stop it!

Having said that, I just hope you can show him leniency and allow him to work in the crypto field again in the future. The world is a better place with him in it.
His raw talent should not be stifled, It should be embraced.
Thanks for your time.
Marc Petit

Get Outlook for Android

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

30, August, 2025

Dear Judge Engelmayer,

My name is Emilian-Bogdan Harastasan. I am a Senior Software Developer that learned by doing, with a strong passion on the Bitcoin and Crypto industry. I have always a been very enthusiastic about the technology that Terra was being built on and it's overall ecosystem. I meet Do in the early 2021 from his presence on internet and afterwards on a work relation. I am writing this letter because I truly believe that there is very few people as brilliant as Do in the engineering and business field willing to take the difficult path of building against all odds and making of it his own life mission. Not just as an example but also by inspiring a lot of highly talented people with his ideas "A decentralized economy needs decentralized money".

Even thought a few years has already passed since the ecosystem collapse; based on what I know from Do's abilities. I believe that his engineering and business knowledge combined with his passion for the industry will be of a very good help for the currently more mature industry to keep on progressing. Finally, looking back on Do's trajectory it is full of impressive hard work and a willingness to make the world a better place thought creating useful technology meant to help people.

Thank you so much Honorable Judge Engelmayer for taking the time to read this letter.

Respectfully,
Emilian-Bogdan Harastasan,
Munich, Germany

Page 93

**Date : 8/30/2025 3:32:34 PM**
**From : "MB"** ▮▮▮▮▮▮▮▮▮▮
**To : "Andrew Chesley" achesley@heckerfink.com**
**Subject : Re: Sentencing of Do Kwon**

You don't often get email from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Learn why this is important

This email was sent from outside the Firm.

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007


August 30, 2025


Dear Judge Engelmayer,


My name is Minas, known in the community as MB. I have been an active member of the cryptocurrency space since late 2017. I have never personally met Mr. Do Kwon, but I came to know of him in late 2020 while researching different blockchain projects. Since then, I followed his work closely on Twitter and watched his interviews on YouTube.


What stood out to me was not only his intelligence, but also the way he matched the energy of the community. His online persona was often humorous, and those who knew him personally described him as calm, kind, and approachable. Through my interactions with fellow community members who met him, I came to understand him as someone who treated people with respect and carried himself with humility, despite the enormous attention he received.


I personally invested in LUNA, initially a ▮▮▮▮▮▮ sum, which at its peak grew to ▮▮▮▮▮▮. As a 26-year-old from Eastern Europe at the time, this was a life-changing amount of money for me. When Terra collapsed, I lost it all. But I have never blamed Do. From the beginning, I understood the risks of an algorithmic stablecoin — many had failed before, and just like any bank run, there was always a possibility of collapse. I chose to take that risk because Terra was an innovative experiment that stood apart from the rest of the industry.


It is also important to highlight that many careful observers of blockchain data saw evidence that Terra's collapse was accelerated by a deliberate attack from outside actors. On-chain activity suggests that large players exploited vulnerabilities in the system and profited from its fall. This

Page 94

was not orchestrated by Do himself, but rather opportunistic traders who saw a chance to trigger a downward spiral. That distinction matters, because it shows that the failure was not the result of fraud or manipulation by Do, but of external exploitation of a risky yet innovative design.

In my view, Do tried to innovate and he failed. Failure is not fraud, and I believe this distinction is important. In my experience, people in the crypto industry often invest without doing their own research, and when things go wrong, they rush to place blame. That attitude prevents real innovation. I accepted the risks knowingly, and I continue to see Do not as someone who intended harm, but as someone who genuinely sought to build something transformative.

I hope you will see him in this light — as a builder who dared to try, who inspired many of us, and who now deserves the chance to return to his family and contribute positively again in the future.

Thank you for considering my perspective.

Respectfully,

Minas (MB)

Athens, Greece

Sent from Proton Mail for iOS

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

31.08.2025

Dear Judge Engelmayer,

We are writing to you as a small group of friends and community members who wish to share a personal perspective on Do Kwon. We are not large investors, bankers, or beneficiaries of the crypto industry, but rather ordinary people living in Europe. Each of us invested a few thousand euros in Terra (LUNA/USTC). We did not invest for quick speculation or empty promises of wealth, but out of a genuine fascination with the technology, a cultural interest in the growing crypto ecosystem, and a belief in a broader vision: that of a freer and fairer financial infrastructure for the world.

We want to be honest: yes, we suffered losses when the project collapsed. We lost money, and with it, some hopes. But – and this is important for us to stress – we do not hold Do Kwon personally responsible in an accusing or malicious way. We saw Terra not as a scheme for easy profit, but as a bold experiment, much like the first human attempts to fly across the English Channel. Sometimes pioneers fail. And yet, their efforts open doors to futures that might never exist without their courage.

Do Kwon inspired us over many years. In public appearances he could sometimes be direct, even challenging, and perhaps at times he came across as too confident or distant. But within personal community interactions, we experienced him as helpful, witty, intelligent, and sincere. We witnessed how he encouraged people, motivated young founders, and created a sense of possibility where before there was only caution.

The idea of Terra was daring, perhaps too daring for that time – but it carried real value. Stablecoins and digital money are now widely discussed around the world, and in many ways Do Kwon was one of the pioneers who first brought these ideas together in practice and vision.

He did not simply put his reputation on the line—he gave this vision the very name of his daughter, Luna. No one intent on deception would choose to make their child's name the emblem of an alleged fraud. We ask you to recognize this as not the act of someone seeking to mislead, but as the unmistakable sign of a man who truly believed in his creation—so fully that he intertwined it with his own family.

We do not write this letter to excuse mistakes or diminish responsibility. Large-scale experiments have serious consequences, and Do himself has surely recognized the weight of this. But we want you to hear our conviction: this man is not a cynical deceiver, but a visionary who perhaps tried too much, too soon – yet did so in earnest conviction.

We respectfully ask you to take this aspect of his life and character into consideration: Do Kwon as a person who inspired, who sought, who laughed – and who still has so much good to offer. We

believe the world today needs courageous thinkers and doers, even if they have made mistakes, as long as they are given the chance to learn and to direct their energy toward more responsible, human-centered innovation.

Please, Your Honor: we ask you to take heart and allow not only the defendant but the wider world to be given a second chance, by granting Do Kwon the opportunity to continue contributing his talents to society.

Thank you for taking the time to consider our perspective.

Respectfully,

Jade Jacobs
On behalf of myself and my friends
Hamburg, Germany

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

8/31/25

Dear Judge Engelmayer,

My name is Ryan Nakao. I am a 37 year old financial analyst and have invested my own money in traditional financial markets since 2008, cryptocurrency markets since 2017, and Terra LUNA since 2021.

I have known Do Kwon since late 2021 and first heard about him through one of the projects called Mirror on the terra blockchain. With prior experience in options trading, I was impressed by the level of technology and number of users the project had.

I've never written a letter of this kind before, but I do believe Do to be a good person and so am very saddened to think he would go to prison for what he did.

I only know Do through "Twitter Spaces", a sort of group phone call where we could talk to Do regularly. I remember even if our group call was small, Do was glad to address our questions and share his knowledge. Despite people accusing him of being arrogant and malicious, that's not the Do we knew. He was humble, encouraging, and generous with his resources. He would often personally pledge time and money to help new projects get off the ground which he followed through on. I believe the ecosystem grew in large part because of Do's selflessness and service to others.

I lost over ███████ in the LUNA crash, which was substantial for me, but I do not at all hold Do responsible. I was aware of the risks and know that things like this can happen.

After the LUNA crash, I didn't expect to get anything and was surprised when Do initiated the airdrop of the second LUNA token to try and compensate investors. He didn't need to do that and for me it meant being able to pay bills when money was tight recently.

In my mind, Do is a visionary who meant well and got crucified trying to do something revolutionary.  All the people that I know do not hold Do responsible and in my experience it seems the people who are angry are few, yet very loud, and quick to shirk responsibility.  My hope is that this letter will help assure you that people like myself do not hold Do responsible and hope you will take this into account to grant a shorter sentence for Do.

In my own life, the mistakes I've made and the suffering I've endured have given me deeper humility, empathy, and a greater ability to help others. I see the same in Do—he has already suffered greatly, and I

believe he will use that experience to benefit others. A shorter sentence would give him even more opportunity to help others in this way.

Thank you for your time and considering what I have to say.

Respectfully,

Ryan Nakao
Pearl City, Hawaii, USA

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007


August 30, 2025


Dear Judge Engelmayer,


My name is Janghyo Park, and I am a small business owner operating a private hair salon in Gangnam-gu, Seoul, South Korea. I first met Do Kwon in 2013 during our mandatory military service in the Republic of Korea Army. From 2013 until late 2014, we served together in the 25th Infantry Division, stationed at the General Outpost (GOP) along the border with North Korea. Even in those difficult circumstances, Do demonstrated remarkable foresight and spoke often about creating systems that could contribute positively to society.


After completing his service, Do pursued his studies in the United States and later returned to Korea to establish Anyfi and subsequently Terraform Labs. His tireless dedication—working late into the night with passion and focus—was inspiring not only to me but also to many others who came to believe in his vision.


I would also like to share a personal experience that shows Do's impact on my own life. Before I officially launched my salon business in Seoul, Do took the time to mentor me. At a time when I had little capital and was uncertain about the direction of my career, he listened carefully to my ideas and encouraged me to build something unique. He advised me not to fear risks but to focus on creating genuine value for clients. His guidance directly influenced how I designed my salon around private, one-on-one service, which has since become the foundation of my business. To this day, I still remember his words: "Failure is part of the process, but not trying is the real failure." That mindset continues to guide me in my professional life.

Another memory that stands out occurred just one to two weeks before the Terra crisis. At the time, Do's wife had recently given birth, and while she was in postpartum care, I met Do for a drink. Even then, he spoke with confidence about the future Terra could create, and I saw firsthand his conviction and his determination to stabilize the UST structure. This moment is important to me because it showed that he remained sincere and committed to his vision until the very end, working not out of self-interest but out of belief in the system he was building.

Although the collapse of Terra resulted in financial losses for many, including myself, I have never doubted Do's sincerity or sense of responsibility. I believe the difficulties arose not from ill intent, but from the inherent risks of attempting to build an entirely new financial system. What impressed me most was that, even after the collapse, Do did not abandon the community. He continued to engage, explain, and face criticism directly—demonstrating accountability and resilience under immense pressure.

Your Honor, I fully recognize the seriousness of this case. At the same time, I respectfully ask you to consider Do's history, character, and his potential for constructive contributions in the future. He is not only an innovator in technology but also someone who has guided and inspired others personally, as he did for me. Granting leniency would give him the opportunity to redirect his talents toward meaningful and positive impact.

Thank you for your time and for considering my perspective.

Respectfully,

Janghyo Park

Gangnam-gu, Seoul, South Korea

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

09/03/2025

Dear Judge Engelmyer,

My name is Anne Tamporello and I am writing this character letter of support for Do Kwon, the founder of the Terra Luna project. I feel compelled to offer my perspective, which is one formed not only as an observer but as a significant participant who suffered considerable financial loss during the events of May 2022.

My personal investment in the Terra Luna ecosystem amounted to approximately ▉▉▉▉▉ in realized losses, with an additional nearly ▉▉▉▉▉ in unrealized gains erased. This was capital I had invested with a full understanding of the inherent risks involved in any novel financial or technological venture. It is critical to state unequivocally that I do not hold Mr. Kwon personally responsible for the collapse of the UST peg and the subsequent devaluation of LUNA.

Based on analysis of the events, the catalyst for the "death spiral" was not a fundamental flaw in Mr. Kwon's design, but rather the coordinated action of several large, external entities. I believe firms including FTX and Wintermute identified and ruthlessly exploited a temporary vulnerability, the period of lower liquidity during the protocol's migration to the 4pool (and later 3pool) design. Their actions appear to have been a calculated effort to trigger a cascade of redemptions to profit from the volatility and/or close their own in-house deficits.

Once this redemption cascade was initiated, a classic bank run ensued. The dynamics are little different from those seen in traditional finance for centuries: every system, no matter how sound its fundamentals, is vulnerable to a crisis of confidence and simultaneous mass withdrawal requests. The fact that FTX was later revealed to have illegally used billions of dollars in uncollateralized customer funds during this precise window only strengthens my conviction. Had market actors operated within legal and ethical boundaries, I am not convinced the story would have ended the same way.

My purpose in writing this is not to diminish the severity of the losses suffered by many, including myself, but to provide context. In my judgment, Do Kwon was an innovator who built an ambitious and, for a respectable time, highly successful system. The collapse was precipitated by bad actors exploiting a systemic vulnerability, a scenario that has played out repeatedly throughout financial history.

I am providing this statement voluntarily based on my firsthand experience and analysis of these events and I have never met Do Kwon on a personal nor professional level.

Respectfully,
Anne Tamporello
Waco, Texas, USA

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

03.09.2025

Dear Judge Engelmayer,

My name is Philipp Mager, and I am a Senior Software Developer and Architect working for a supplier of core banking software in Germany. I have a professional background in traditional finance and have also been part of blockchain communities and decentralized finance since 2021.

That was the year I began using Anchor and first became familiar with the work of Do Kwon. While I, like many others, lost funds during the Terra crash, I do not believe this was caused by deliberate actions on the part of Do Kwon. From my perspective, the ecosystem was targeted by external forces that sought to see Terra fail, through methods such as shorting and DDoS attacks that destabilized the UST algorithm. Despite the enormity of this setback, Do Kwon continued to engage openly with the community in its aftermath. I personally joined community calls where he explained ideas for the future, addressed concerns, and sought ways to rebuild.

Through those interactions, I came to see Do Kwon as a humble person who has carried the weight of responsibility for the losses experienced by so many. I witnessed his genuine desire to make people whole again and his willingness to keep engaging even during difficult times. In the crypto space, he has been an innovator, someone who pushed boundaries, supported many projects, and recognized potential in ideas long before others did. His vision and dedication have had a meaningful impact not only on me, but also on a broad community of builders and thinkers who were inspired to innovate because of his work.

Even though I suffered losses during the collapse, I remain supportive of Do because I believe in his character, his potential to continue contributing to society, and his ability to make a positive difference in the future.

Thank you for taking the time to consider my perspective.

Respectfully,
Philipp Mager

**Date : 9/4/2025 1:21:41 AM**
**From : "DH high"** ███████████████
**To : "**██████████████████████████ **"Andrew Chesley"**
**achesley@heckerfink.com**
**Subject : Character Reference Letter for Do Kwon – Submitted by Donghwan Kim**

You don't often get email from ███████████████ <u>Learn why this is important</u>

This email was sent from outside the Firm.

**Donghwan Kim**
███████████████

Ulsan, 44550
Republic of Korea

September 4, 2025

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**Re: United States v. Do Kwon**

Dear Judge Engelmayer,

My name is Donghwan Kim, and I work as an art instructor in Korea. I have known of Terraform Labs for about five years, during which time I have come to know Mr. Do Kwon through his work and leadership.

In my experience, Mr. Kwon has always demonstrated both creativity and diligence. What impressed me most was the way he communicated with the community and investors. He made sincere efforts to answer every question posed to him and consistently carried out his responsibilities with seriousness and dedication. From these interactions, I came to view him not merely as a businessman but as someone who truly values people and community.

I am fully aware of the seriousness of this case and the hardships many have faced. Nevertheless, I believe that Mr. Kwon has significant potential to contribute positively to society in the future. With his skills, experience, and lessons learned, I am confident that he can return as a more mature individual who will bring constructive impact to others.

Thank you for taking the time to read my letter and for considering my perspective. I respectfully ask that you take into account Mr. Kwon's character and his potential to serve society in determining your sentence.

Respectfully,

Donghwan Kim
Ulsan, Republic of Korea

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007


September 2nd, 2025


Dear Judge Engelmayer,

I am Daniel Thomas Speckhard, a ███████████████████████████
███████████████ in Germany. I greatly admire your work. As a student of history, I firmly
believe that companies require regulation; without it, we risk sliding back into the excesses
of the Gilded Age. I have always respected Theodore Roosevelt's "big stick" policies, and I
know that judges like yourself are what keep our country functioning. My hope is that the
judiciary can withstand today's challenges to its impartiality. That said, this letter is about my
friend Do Kwon, so I will set aside the longer political discussion.

I met Do during my first week at Stanford. We lived two doors apart in the freshman dorms,
quickly became close, and have remained friends ever since. Do has had an enormous
influence on my life and career. I write this letter to portray the man I know—someone far
more complex than the headlines or the image he projected as a CEO.

When I first met him, I was unimpressed. He wore sunglasses, trendy jeans, and cracked
constant jokes. I thought he was arrogant and wanted nothing to do with him. But one day
we sat together at lunch and began talking. He told me he had turned down Oxford's PPE
program to attend Stanford, and about the private school in Seoul where he studied from 8
a.m. to 10 p.m. daily. Coming from a school with far lower standards, I was astonished. Do
began at Stanford studying Economics and dove into one of the most difficult math courses
offered, which I avoided. Yet we still spent long hours together in the library. There, I
discovered the real Do—attentive, social, and generous. He helped me with math problems,
critiqued my essays, and encouraged me to develop a stronger voice and more confidence.
He introduced me to new people who became a community that carried me through
homesickness and self-doubt.

Do was relentless. He worked 12 to 16 hours a day and pushed me into a rhythm where I
could succeed in engineering despite being poorly prepared at the start. He taught me that
anyone can learn anything if they dedicate themselves. He managed to balance intensity
with playfulness. While I struggled to stay afloat, he learned to play guitar. At first his playing
was dreadful—two chords repeated endlessly—but he persisted months after most people
would give up (I myself had given up guitar after a month in high school). It inspired me to
take up guitar after college with a consistent practice that has blossomed into an emotional
outlet for me when I need it the most. He wasn't a good singer, but he sang confidently, and
that confidence made others feel safe to be themselves and not take life too seriously. His
room became a sanctuary in our dorm, a space of tea, music, and camaraderie.

He was also a gifted orator. In our debates, he could argue the most indefensible positions and force me to sharpen my reasoning. Once, I argued Omar al-Bashir was a dictator, while Do argued that his election disqualified him from being one. Do explained he had honed his skills by reading the *New York Times* each morning in high school and competing internationally in debate, even representing South Korea at world championships. At Stanford, he set debating aside and instead switched his major to computer science, a field he knew nothing about, and was definitely in a worse position than many students in the major who had some exposure to programming in their high schools. He mastered the discipline, methodically, piece by piece from the ground up.

After sophomore year, many of the South Korean students left for mandatory military service. Do waited another year, and it was during this sophomore year that he carried me through one of the lowest points in my life. After a painful breakup, I fell into depression, skipped meals, and withdrew from others. Do pulled me out—taking me to social events, checking in when I was unresponsive, or cooking ramen at 2 a.m. when I hadn't eaten. He introduced me to meditation. He gave me companionship and care when I least wanted it but most needed it. That summer, he worked two jobs: interning at Apple by day and freelancing at night to build an app, earning enough to cover his tuition which was exorbitant for international students. By the end, he looked exhausted, and military service almost served as a break. Unlike others, he never complained—he simply did what was required.

After college, I was surprised when Do returned to South Korea rather than stay in the U.S. I believe he wanted to start a company, but visa restrictions made that nearly impossible here. Still, his decision had positives: he proved a successful IT startup could be founded in South Korea, met his caring wife (whom I met in Berlin), and became a father. As a father myself, I know how important that role is. Do loves his daughter Luna deeply. He was so proud when she was born, and I believed it marked the beginning of a new chapter—one where he would balance his family with work after years of tireless 70-80 hour work weeks.. His separation from them now is, I am sure, the most painful punishment imaginable, and it is time that can never be regained.

My hope is that in these few paragraphs I've given you a glimpse of Do as the person I know: a caring friend, a disciplined and methodical learner, and someone whose public image was very different from his private character. The bold, eccentric founder persona was something he likely felt he needed to project, modeled on figures like Elon Musk during the 2010s, who we were taught to think of as role models. But behind it, Do was the friend who pulled me through depression, the student who taught me to challenge myself, the father who adored his child. Without him, I might have dropped out of Stanford—I seriously considered it. He gave me the courage to persist.

Lastly, as an American, I find it unfair that our president can launch a pump-and-dump meme coin—a clear Ponzi scheme—while Do sits in prison after years of tireless work to build a sophisticated payments platform. Yes, it failed. But failure is inherent in new technology. Even with old technology, is the British Pound a fraudulent currency scheme after George Soros shorted it and caused it to crash? I struggle to understand how anyone who invested in crypto could believe there were no risks. Software is risky by nature; every day companies are hacked and startups collapse. This inherent risk in everything, even our most reliable institutions, is why we have regulation. That is why the government insures deposits at

banks. I feel immense pain for those who lost money. I am sure Do does too. Many of his colleagues and close friends lost the most relative to their total assets. That given, I also think part of the fault needs to be laid on lawmakers who created a grey area of unregulated cryptocurrencies.

The Do I know mastered new skills, freelanced apps, helped build Apple's dominant technological ecosystem, and innovated in the emerging cryptocurrency space. My respectful request is that any sentence allow him the chance to see his family regularly and to work productively. His talents should not go to waste. I think it would be a real waste of his talent (or rather his unstoppable work-ethic) to not have him contribute to society. I think he could work remotely as a senior/staff/principal software engineer at many big companies. Having worked as an engineer at Google, I know the skill level required for these positions. It won't be easy as a convict but I have no doubts that he will overcome that challenge.I sincerely thank you for the opportunity to share a bit about the Do I know. Please do not hesitate to reach out if you have any questions.

Daniel Thomas Speckhard
 Berlin,
Germany

**Date : 9/4/2025 4:53:31 AM**
**From : "Tim Zielke"** ███████████████
**To : "Andrew Chesley" achesley@heckerfink.com,** ████████████████
████████████████

**Subject : Letter for Mr Do Kwon**

You don't often get email from ██████████████████     Learn why this is important

This email was sent from outside the Firm.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

04.09.2025

Dear Judge Engelmayer,

My name is Tim Zielke (25 years old). I'm a young father of a small daughter (3 months old now). I live in Germany, I have a computer science degree and have worked for almost 2 years for a cruise (ship) company. I have known (not personally) Do Kwon since the summer of 2020. I got to know him over a seminar I was attending while I was in University. Mr. Felix Hartmann (from Hartmann Capital) was teaching about Crypto & Blockchain and he mentioned Do Kwon & TFL multiple times during his lectures. After some research about the Terra Project, I was really fascinated about the vision Mr. Do Kwon had. Building decentralized, scaleable money.
I write this letter, because I still think that Mr. Do Kwon is innocent. He is father of a young daugther (just like myself, and I can't imagine how painful it must be for him, to not see his daugther for now over 2+ years). I feel like everybody who invested into LUNA/UST knew about the risk. And to punish a young men for the greed of others (nobody forced me to invest into the project) is not fair.

Yes he maybe not informed the community officialy about the fact that Jump Trading stepped in to save the peg, but I can attest that in 2021 I knew that even other firms like f.e. Hartmann Capital were stepping in to buy the UST depeg. And I would say that it was more or less public knowledge, that the liquidity was ingested otherwise how would it possible that the UST market cap nearly stayed the same, while the demand (the depeg) clearly was low.

Do Kwon & TFL build the most user friendly crypto app's I know till today. I remember sitting in my university lectures and downloading Terra Station to the phones of my university buddies and then sending us UST via the App. It was almost a PayPal like experience.

The way Mr. Kwon was leading the community is unmatched till today in my opinion, he had a sarcastic side but was always charismatic. He could explain complex topics really understandable for most people. Which is a huge talent IMO. Secondly, the way how he empowered & motivated young talented devs & entrepreneurs like myself to build user friendly apps is still very impressive. People from each continent were building on Terra. All the smartest people I knew, were on Terra. Respectively I know why, because of the ease of use, crypto users and even normal users were flocking to the Chain.

Another thing which shows the great character of Do Kwon, is the fact that after the depeg (collapse of Terra), Do Kwon remained committed to rebuild the chain. A lot of crypto founders quit or disapper after the first hard time or when made enough money to rug pull the token holders but even after all what happened to Terra, and the hate Terra received online. Do Kwon and TFL remained committed to make the holders whole. He openly said, that mistakes were made. I really respect, the responsibility Do Kwon took.

Respectfully,

Tim Zielke
Rostock, Mecklenburg-Vorpommern/Germany

**Best Regards**
**Tim**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

04 September 2025

Dear Judge Engelmayer,

My name is Finn Bömer, and I am from Germany. I became involved with Terra in 2019/2020, first as a community member and later as an independent builder. Before I started my own project, I contacted Do Kwon about a potential job, which he even offered me. While I ultimately chose to build independently, that interaction showed me very clearly the kind of person Do is — approachable, encouraging, and genuinely willing to give opportunities to others.

Throughout my time building on Terra, I saw firsthand how committed Do was to supporting not only the technology but also the people around it. Despite the huge responsibilities he carried, he always made time to help — whether it was answering questions, offering feedback, or simply being available. He also touched many of my friends in the ecosystem in similarly positive ways. The encouragement and connections we gained during those years still affect us in a positive way even today.

When Terra collapsed, I personally lost ████████████████ as well as the assets tied to my project. It was devastating. But I want to be clear: I do not see this as fraud. Terra was a system with flaws that some exploited, and in the end it failed. A failure is not the same thing as fraud. From my perspective, Do fought tirelessly and in good faith to build something innovative and meaningful. Even after my own losses, I continue to believe in his intent and his character.

I would also like to address his public Twitter persona, which has sometimes been portrayed negatively. In my experience, that persona was a marketing figure — not who Do truly is in real life. The Do I interacted with was respectful, thoughtful, and genuinely committed to the people in the community.

I hope the court can see that Do is not just a defendant in this case, but someone who has had a positive and lasting impact on many people. His generosity, passion, and willingness to help others left a deep impression on me, and I believe he can continue to contribute meaningfully to society.

Thank you for taking the time to consider my perspective.

Respectfully,


Finn Bömer
Germany

**The Honorable Paul A. Engelmayer**
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 4, 2025

**Subject: Character Letter in Support of Mr. Do Kwon**

Dear Judge Engelmayer,

My name is Aloïs Lien. I am a French citizen living in a small town in Brittany, where I raise my 3 wonderful daughters with my family. I have been involved in the cryptocurrency space as an enthusiast since 2018, drawn to its potential for innovation and positive change. I have followed Do Kwon's work closely through his contributions to the Terra ecosystem, though I have not met him personally. In my own words, I am writing this letter to attest to my belief in Do as a genuine innovator, to share why I see him as someone who can continue to contribute positively to society upon his release, and to provide some context about the impact of his work from the perspective of an everyday supporter.

I first became aware of the Terra ecosystem some years ago when I started exploring cryptocurrencies, and I quickly came to view it as one of the most remarkable achievements in the field. Unlike some who invested vast sums, I could « only » afford to put in about ██████████ (my modest savings at the time) but I truly cherished what Terra represented. It brought together groundbreaking innovations like the UST stablecoin, Mirror Protocol for synthetics, Anchor for savings, and early real-world asset integrations, all in a way that felt ahead of its time and accessible to people like me. From my personal experience, the crash that occurred seemed to stem from coordinated external pressures, such as attacks by large funds, rather than any intentional malice on Do's part. As someone who distinguishes between a bold innovation that unfortunately fails and a deliberate scam (drawing from my own life lessons in pursuing creative projects) I am convinced that Do's efforts were driven by a sincere vision to build something valuable, not to deceive.

On a more personal note, as a father of three daughters whom I love deeply, I find it hard to imagine that Do would name his own daughter Luna if he had any ill intent with the LUNA token. A parent simply wouldn't tie something so precious to an act of harm; it

speaks to me of his genuine passion and good faith. Living in France, a country I hold dear but where over-regulation and bureaucracy often stifle creativity, I have always admired the United States as a beacon for innovators worldwide, a place where bold ideas can flourish and contribute to global progress. I respectfully worry that a severe punishment for Do, one of the crypto world's most forward-thinking minds, might send a discouraging signal to others like him, potentially dimming that welcoming spirit.

I hope your judgment will thoughtfully differentiate between an innovation that did not succeed and a large-scale fraud with malicious intent, as this distinction is vital for fostering progress. While I experienced losses with the UST and LUNA events, I recognize that the open-source code was available for all to review, and I take full responsibility for my investment decisions. The crash, in fact, motivated me to deepen my understanding of blockchain technology, encouraging me to study the technical foundations of projects more thoroughly before investing. It would mean a great deal if his sentence could be reduced as much as possible, allowing him to reunite soon with his wife and daughter Luna and to continue making a positive impact. Thank you, Judge Engelmayer, for taking the time to consider this perspective.

Respectfully,
Mr. Aloïs Lien

 France

**Date : 9/4/2025 6:22:38 PM**
**From : "Chris DC"** ████████████████
**To : "** ██████████████████████████ **"Andrew Chesley"**
achesley@heckerfink.com
**Subject : Letter for Do Kwon**

You don't often get email from ███████████████████ [Learn why this is important](#)

This email was sent from outside the Firm.

**The Honorable Paul A. Engelmayer**
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

5/10/2025

Dear Judge Engelmayer,

My name is Christopher Dal Cin, I am writing to you from Sydney, Australia. I was an early member of the Terra community and followed its development closely. I am writing to share my personal experience with Do Kwon, explain why I believe he never intended harm, and provide context about Terra and UST.

Terra and its stable coin UST, were one of the most ambitious experiments I have seen in this space. UST was designed to act as a digital dollar that anyone could use, anywhere in the world, without needing access to a bank. Despite being very early technology, it was gaining massive adoption. People were using it to book vacations, buy financial instruments, and purchase Amazon and shopping mall gift cards. Seeing this kind of real world use convinced me it had the potential to change global finance for the better.

I believe the products Do created were light years ahead of anything else in the crypto industry at the time. What he built wasn't just another token it was an entire financial ecosystem with real utility. The collapse of Terra didn't just affect investors like myself it set the entire industry back years by discouraging innovation and delaying the development of open, global financial systems.

It's also important to understand that Terra didn't simply fail on its own the system was attacked. The blockchain was targeted with DDoS attacks, and markets were manipulated by bad actors, including major trading firms like FTX. These attacks created massive stress on the system, and despite Do and his team working tirelessly including partnering with professional trading firms like Jump to add liquidity the system could not recover.

I personally lost money and time when Terra collapsed, but I have never blamed Do. Everything I saw from him showed a person working around the clock to protect what he built and protect its users. i know he named his new Born after the project itself (Luna) he considered the project his baby and no one would ever want there baby not to succeed like it did, I also saw his generosity first hand he gave me permission to use his digital signature for an NFT project and supported other community members by providing resources to help them create Podcast content and tools. These are not the actions of someone trying to harm others for personal gain.

Do remains, to this day, the most driven and visionary builder I have met in the crypto space. I believe he still has much to contribute to society if given the chance. I respectfully ask that you take his intentions, the context of what happened, and the positive impact he has had on so many people into account when determining his sentence.

Thank you for taking the time to read this letter.

Respectfully,

Chris Dal Cin

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

4 September 2025

Dear Judge Engelmayer,

My name is Edward Zhao, and I work as a trader and consultant in the digital assets markets. I
had the opportunity to work closely with Do Kwon for several months prior to the collapse of
Terra, where I advised on market liquidity strategies related to the BTC purchases for the (Luna
Foundation Guard) LFG treasury. Through this professional engagement, and in the year that
followed, I also came to know Do personally, along with his wife and his young daughter, who is
nearly the same age as my own daughter.

In all of my interactions with Do, I experienced him as an upstanding person who consistently
placed the interests of UST and Terra community members at the forefront of his decisions.
During the most difficult period, as UST began to lose its peg, Do was actively seeking my
advice about how best to manage the situation responsibly. At no point did I see any sign that he
was motivated by personal gain or ill intent. On the contrary, he incurred enormous personal
losses as he worked to defend the UST peg, sacrifices that, in my view, came from a genuine
desire to support Terra investors and community members.

Beyond my professional observations, I also know Do as a husband and father. Our families have
spent time together, and our daughters occasionally played alongside one another. As a parent
myself, it is very difficult for me to see his daughter growing up without her father present, and I
know the absence weighs heavily on his family.

I am writing because the Do Kwon I know is not just someone who worked hard for his
community, but someone who cared deeply for those around him, both professionally and
personally. I respectfully ask that you take this into consideration when deciding his sentence.

Respectfully,

Edward Zhao,
Hong Kong

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Wednesday 3rd September

Dear Judge Engelmayer,

I am a UK citizen in my forties, a simple guy working as a tradesman in the construction industry. I have been investing in cryptocurrency since 2017. I lost ████████ in the crash, ████ ████████ of my total holdings when it happened, those funds would have enabled me to buy a home outright and could have made a huge difference to my life. It was pretty hard to take and from time to time it still haunts me a little but not for one second even a split second have I ever blamed Do Kwon.

Cryptocurrency is an experimental technology and its risky. Many cryptocurrencies I have invested in over the years have gone to zero value in multiple ways, some of them in hindsight were clearly scams. This is the risk we all knowingly take when participating in this industry. Just in the last three months the website to an exchange where I had three coins has vanished and I also lost access to a funded app wallet I had on my phone due to new UK regulations. The app was removed from the google play store due to the region that I live in.

Likewise there were no doubts of the risk involved with Luna/UST, it is the only ecosystem that I have ever seen with insurance available to purchase and never did Do once insinuate it was foolproof. All previous attempts at an algorithmic stable coin had failed. Terra Luna was a high quality cryptocurrency platform though, with many of the best builders in the space, it is just such a huge shame it was coordinately attacked in a very morally bankrupt way by bad actors. In my mind it was always common knowledge that Jump was there to help defend the price peg of UST, and I saw this as a huge bonus one that could only make the ecosystem stronger.

Terra Luna was by far the most exciting, forward-thinking and seamless cryptocurrency ecosystem I have ever used and Do was a huge part of that. I see him as a pioneer of the space, thinking outside the box in an attempt to create a blockchain ecosystem with multiple stablecoin denominations that could be highly beneficial and accessible to people from all parts of the world. He is one of the good guys in crypto, I really enjoyed listening to his thoughts, ideas and visions, and I think the greatest example of his genuine passion and commitment to it all was to name his daughter Luna. From a selfish perspective if there was ever an opportunity to invest in something that Do created in the future then there would be absolutely no hesitation from me to do so again.

Thank you for taking the time to consider my perspective

Adam
UK

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007


05 September 2025


Dear Judge Engelmayer,


My name is Sonya, and I am a writer and independent creator based in London. Alongside my creative work, I was also an early investor and follower of Mr. Do Kwon's projects, and I am writing to share my perspective on his character.


From the beginning, I saw in him a spark — someone whose vision inspired me and gave me confidence. Anchor was his creation, a project that delivered trust to its users and inspired progress within the industry. As an early investor, I often felt more like a member of something collaborative than simply part of a financial venture.


I also witnessed his generosity and mentorship. He supported contributors both financially and publicly so they could continue their work. This built an atmosphere of collaboration rather than competition, and many of us saw him as someone who encouraged others to grow.


Like many others, I lost money in the collapse. Yet the heavier loss was Anchor itself — the community, the daily interactions, and the belief in building something new. Losing that felt worse than the financial impact. To me, Terra was like a flame that vacillates in the wind — uncertain at times, yet still burning with passion. Mr. Kwon's efforts reflected ambition and vision, not malice.


I understand that Mr. Kwon has acknowledged mistakes and taken responsibility through his guilty plea. While I cannot speak to the legal matters, I can speak to the character I observed — someone creative, generous, and driven by vision rather than malice.

As someone who creates stories myself, I believe that when something is built with care and brings confidence to others, it is not designed to fail. Anchor was crafted to make financial tools intuitive and accessible. To me, it showed the drive of someone reaching for innovation, not deceit.

I did not always agree with the persona he presented on social media. But I believe he was transparent about the risks and driven by a desire to innovate, not to harm. In such an experimental industry, many ambitious projects have failed without legal consequences. To me, this shows that failure should not define his intentions or character.

I respectfully ask that you take into account his creativity, generosity, and leadership as you consider his case. Thank you for your time and consideration.

Respectfully,

Sonya

London, United Kingdom

**Re: Letter of Leniency for Do Kwon**

**To the Honorable Judge of the United States District Court,**

I am the father-in-law of Do Kwon. On behalf of his family, I would first like to extend my deepest and sincerest apology to the many investors and their families who suffered unexpected losses from the sudden collapse of Terra and Luna. I also apologize for the negative impact this incident has had on the broader cryptocurrency market.

When Do Kwon recently entered a plea agreement with the U.S. prosecutors and admitted guilt, I was greatly shocked. Until then, I had never believed that my son-in-law had engaged in any unlawful act. I had trusted that he would be able to clarify the allegations in court and eventually return to his family. Based on his upbringing and character, I never thought of him as someone who would deliberately deceive people or devise illegal schemes.

Do Kwon was raised in a middle-class Korean family that valued honor and family responsibilities. He studied tirelessly to achieve success and worked diligently to provide honorably for his wife and child. At home, he was a caring and responsible husband and father, even taking on small but important tasks such as cleaning the bathroom. When he began his business, clear legal frameworks for cryptocurrency were lacking. To avoid breaking any law, he sought advice from leading legal experts and other professionals before moving forward. One may also see his pride and trust in his work in the way he named his daughter "Luna" and his family's dog "Terra," after his cryptocurrency projects. He would never have done so if he believed his business was fraudulent or unlawful.

Since his detention, the entire family has endured severe hardship. As the head of the household, Do Kwon has been absent for more than three years. His company has gone bankrupt. His daughter, whom he left when she was barely 100 days old, is now three and a half years old, asking why her father cannot come home. My daughter, his wife, is doing her utmost to care for her husband in a foreign prison while struggling not to collapse herself. His parents, once proud of him as a rising figure in the crypto industry, are now heartbroken and ill from seeing him condemned as a criminal. Other family members try to fill the void, but it is extremely difficult.

Do Kwon has lost not only his honor but also his entire fortune, including his company, as a result of this incident. He has been under prosecution abroad for years, and once the U.S. proceedings conclude, he must also face further legal processes in Korea.

Nevertheless, he has clearly acknowledged his wrongdoing and is making every effort to help restore the losses of victims. He has already reached a civil settlement with the U.S. SEC to provide restitution. Our family also pledges to do everything possible to assist in restitution and compensation efforts.

Through this painful experience, Do Kwon has surely learned a profound lesson in life. He is still at an age when many young people are only just starting their first careers. I respectfully ask that he be given the chance to atone for his past mistakes and rejoin society as an ordinary, law-abiding member. Please allow him to return as soon as possible to his young daughter and wife so that he may continue to pursue the modest dreams he once held.

With the utmost respect, I appeal to Your Honor's wisdom, fairness, and compassion. I sincerely and humbly request that, within the bounds of the law, you extend mercy and leniency in determining his sentence.

**Respectfully submitted,**


**Lee, Duk Haeng**
**(Father-in-law of Do Kwon)**

Michael Merz
South Bound Brook, New Jersey

September 5, 2025

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Dear Judge Engelmayer,

My name is Michael Merz. I am a software developer and technology professional from the New York metropolitan area, and a former employee of Terraform Labs (TFL). I was deeply engaged as both a developer and a user of the Terra blockchain, contributing to its ecosystem and investing significant personal resources. I am writing to share my perspective on Do Kwon, whom I have known since 2021, when my team placed second in a Terra-based hackathon. I first met Do during a follow-up call after the hackathon and later interacted with him through public platforms such as X, the Terra Discord, and Telegram. In February 2023, after the UST/Luna de-peg, I joined TFL as an employee, working directly under Do until his arrest, motivated by my belief in TFL's mission and the need to support recovering users.

As a Terra user profoundly affected by the Luna crash, I feel compelled to attest to Do's character. I was a builder on the network, staking significant financial resources in Luna and holding substantial funds in UST. The de-peg event caused significant personal and professional losses, as my protocol failed when Terra collapsed. Despite these setbacks, I firmly believe Do acted with integrity and in good faith, striving to serve his users and investors. I respect the court's decision, but I see Do as a dedicated leader, a brilliant technical and financial mind, and a compassionate individual—a friend, husband, and father. My decision to join TFL as an employee, even after my losses, reflects my confidence in his honorable conduct during the crisis. Rather than return to a prior career in IT, I committed to TFL's recovery efforts, inspired by Do's leadership and vision.

One of my earliest experiences with Do was during the hackathon follow-up call in 2021. Even at the height of Terra's success, Do took time to engage with my team, offering thoughtful support and guidance. His genuine interest in what builders were creating and his willingness to provide feedback left a lasting impression. When I joined TFL in 2023, Do's commitment to the community remained steadfast, as he worked diligently to address the fallout and support recovery efforts. These experiences highlight his dedication and leadership, qualities that I believe will enable him to contribute positively to society upon his release.

Do's influence has transformed my life. Through my engagement with Terra and the broader Cosmos SDK ecosystem, I gained a deeper understanding of blockchain-based financial tech-

nologies, leading to a fulfilling career that surpasses my previous work in IT. Do's vision inspired me to pursue this path, and I am confident he has the capacity to continue making a positive impact. Thank you for considering my perspective and my firsthand account of Do Kwon's character.

Respectfully,

Michael Merz
South Bound Brook, New Jersey

2

**Vinicius Marino – Australia**

Your Honor,

I respectfully submit this letter in support of Mr. Do Kwon. I am writing from my personal experience as both an investor and a professional contributor to the Terra Blockchain ecosystem.

## My Background and Involvement

I have worked in the field of cybersecurity for more than twenty years, specializing in identifying risks and improving resilience in critical infrastructure. I became involved in the Terra Blockchain both as an investor and as a validator. At the height of the ecosystem, I was actively validating transactions, supporting applications, and engaging with the community.

Like many others, I suffered significant financial losses during the events of May 2022, approximately ███████ in value. These losses were life-changing, yet I do not hold Mr. Kwon personally responsible. In my view, Terra Blockchain was an ambitious experiment, pursued in good faith, that ultimately faced extraordinary circumstances.

## My Interactions with Mr. Kwon

I had several direct interactions with Mr. Kwon, and every one of them left me with the impression of a founder who was passionate, dedicated, and approachable. He actively engaged with not only large institutions but also individual developers, validators, and community contributors.

In my role as a cybersecurity professional, I shared observations about technical issues that naturally arise in rapidly evolving blockchain environments. These were not "red flags," but rather the kinds of challenges common in an emerging industry where new attack vectors are constantly appearing as technology advances. Mr. Kwon did not dismiss these conversations. Instead, he showed genuine interest in understanding the issues and asked thoughtful questions about possible improvements.

This collaborative spirit even influenced my own professional path. With his encouragement, I founded SCV-Security, a firm dedicated to strengthening blockchain projects. SCV worked to help make Terra Blockchain and its applications more robust, while also supporting many other projects across the broader Cosmos-SDK ecosystem. His support was instrumental in that journey.

## The Value of Terra Blockchain and UST

The Terra Blockchain was unique in its vision. UST was designed as a decentralized stablecoin, using the burn-and-mint mechanism with LUNA to balance supply and demand. This model was radically different from centralized stablecoins that relied on custodial reserves.

The idea resonated widely, fueling a thriving ecosystem of developers and applications. For many of us, it represented an opportunity to build truly decentralized financial infrastructure. Mr. Kwon's leadership and vision were central to that momentum.

## Industry Context

I understand that Mr. Kwon has agreed to plead guilty to working with Jump Trading to defend the UST peg. While I defer to the Court on legal matters, I would note that at the time, partnerships between blockchain projects and trading firms were common. These relationships were generally seen as part of responsible ecosystem management, helping to stabilize systems that were still young and experimental.

## The Collapse and Its Circumstances

As a validator during the collapse, I witnessed the overwhelming transaction volume, at one point, approximately 700 transactions per block. This was far beyond normal activity and did not appear organic. In my professional view, the Terra Blockchain faced what resembled a deliberate, coordinated pressure event, rather than a gradual or organic failure. Given the state of blockchain infrastructure in 2022, very few systems could have withstood such stress.

## Closing Reflections

Despite my personal losses, I do not harbor resentment toward Mr. Kwon. I believe he acted in good faith, with a sincere vision for what Terra Blockchain and UST could become. He was a founder who listened, engaged, and inspired many in the community to build and contribute.

Your Honor, I hope this letter provides helpful context as you consider Mr. Kwon's case. My intention is to share my direct experiences of his character and the broader environment in which Terra Blockchain operated.

Thank you for your consideration.

Respectfully,

**Vinicius Marino**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Dear Judge Engelmayer,

My name is Chris Amani and I'm writing to you on behalf of Do Kwon. I have known Do since 2022. I was first introduced to Do through his interviews explaining the Terra ecosystem. I was immediately inspired by Do's vision for Terra. It was an audacious undertaking, and carried risk, but I thought it was one worth trying. I've worked in technology my entire professional career, with many successful companies and founders, but Do was one of the most impressive I'd ever seen. I joined the Terra community as an investor and admirer, went to meetups with other community members, and eventually met Do in 2021. Shortly after, I reached out to him to see if there were any open positions at Terraform Labs and he hired me onto the team.

I joined the company in December 2021 in an operations role, where I had the responsibility over ensuring the company was able to scale with its success. I ensured we were hiring the right people, communicating with each other and our community, and essentially making sure the day to day operations of the company went smoothly. I worked closely with Do in that capacity, ensuring employees were happy, knew what they should be focused on and well taken care of in term of having what they needed to be successful. Do was a demanding boss, but was also very empathetic, especially as it related to how his team was doing outside of work. Many of us had young families and he was always understanding about our need to balance work and our personal lives. He had a young family himself who came to some company events and I was able to get to know his wife and see him with his daughter and see what kind of person he was.

I stayed with the company after the depeg to help it rebuild, still inspired by Do's mission and commitment to TFL, and notwithstanding that I, too, lost money in the depeg. After the depeg, I worked closely with Do to help the entrepreneurs who had built on Terra and were having major issues with their business as a result of the depeg. He worked hard to help them figure out how to stay in business. I saw him work tirelessly to speak to as many of our community members as possible, to hear them, and offer support. He didn't shy away from them; he acknowledged the failure and committed to do everything he could to try to rebuild on their behalf. And I witnessed him do just that up until the day he was detained.

I don't blame him for what happened, and I'm still in awe of the empathy he showed to his community, employees, and investors in the aftermath.

Thank you for taking this letter into consideration.

Chris Amani

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 7, 2025

Dear Judge Engelmayer,

My name is Andreas Finke. I worked at TFL as a researcher around the time of the collapse of
the Terra stablecoin. Before, I used to be a PhD student in astrophysics.
Despite multiple postdoc offers, I left academia to join TFL. I am writing this letter to attest that,
despite all, Do had a remarkable and positive impact on my life and I thank you for your time to
read this letter.

In 2021, I became increasingly fascinated with blockchain technology and its promises to reduce
corruption and govern some parts of society rigorously with code and math. At the end of the
year, the Terra project stood out to me in its ambitiousness and beauty of its core algorithmic
invention. Do was already famous then, so I was positively surprised when he replied to me on
Twitter, where I was a nobody, and set up a channel for my unsolicited application.
Do giving me this chance meant the world to me. After a challenging interview process that got
me excited about the talent density at TFL, I joined the company in 2022,
about four months before the collapse in May.

I had only a few direct interactions with Do in the following few months, but I
will never forget them. He was incredibly passionate not only about his work as a founder but
also about mentoring people. For example, he realized quickly that what held me back was
not communicating in clear, simple-enough terms, and he pushed me hard to improve—
something nobody in academia or my family had done before to any comparable extent. I know
that this one interaction alone, that involved him reaching out to me personally after a call,
explicitly for this particular reason, has had a measurable and positive impact on my life.

Despite leaving a potential career in academia behind to join TFL, a startup that failed so
dramatically only months later, I never blamed Do for this bad luck, because the risk and the
effort to reduce it (this included hiring me!) was always clear. Instead,
like many of the talented people Do was able to hire and build up, I have now embarked on the
journey of being a startup founder in tech myself. I am very certain that without Do and TFL I
would not have had the insight to invent something relevant in fintech, the connections to start
raising a round, and the bravery to take on the risk that comes with this rewarding position.
However, I now also know firsthand how demanding and stressful being a founder can be, even
at a much smaller scale, and how exceptional Do was in this role and as a visionary.

I wish for Do to get the chance to be there for his family and his friends in the same way that I know he was there for his team at TFL.


Respectfully,

Andreas Finke
Geneva, Switzerland

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 1007

Dear Judge Engelmayer,

My name is Andrew, I am a construction worker in the United States. I am a husband and a father and it is my responsibilty to manage the investments of my family. Cryptocurrency became a focus of mine in 2020, mostly because of the project being created by Do Kwon. I am writing to express that although the amount of money I lost in Terra Luna was quite substantial for my income bracket, I have never thought to blame Do Kwon personally for the failed project. I do not know him personally, but I have to express that in my time engaging with his creation he expressed attributes of a man with proper character.

Before the crash of his project Do Kwon would be consistently providing updates on his vision, he was open to ideas and partnerships, and often expressed a willingness to pass on quick financial gain. His long term goal was to solidify the secure functioning of a project with real world usage. I have invested in many companies and projects over the years. Within traditional finance as well as cryptocurrency. I have been the victim of numerous misleading projects in cryptocurrency. Ones that I do not know if there is a better word to describe them than, a scam. I have never considered Terra Luna to be such a project.

Do Kwon was trasparent throught the course of his project and even after its failure he made honorable decisions to make investors whole again with the creation of Luna2. I have had  stocks in the traditional market run me to great loss without any explanation from those in charge let alone an apology. Do Kwon gave numerous interviews explaining his vision and how his creation operated. I never felt more informed as an investor than when I was investing in Terra Luna.

I do not wish to take much more of your time Judge. Do Kwon's project had a flaw, the failure of said project set my family back significantly. I take full responsibilty for my decision to invest in Terraform Labs, I hold zero grudge towards any employees of Terra Form Labs, especially Do Kwon. The thought of him missing his daughter grow up upsets me deeply. His project had real world utility and he was the most transparant innovator the cryptocurrency space has seen. He was a positive entreprenaur whom I honestly feel intended and intends only to benefit society. I am sure it can be proven that if he was working so extensively only to benefit himself financially that he had plenty of oppourtunties to leave the project extremely wealthy.

Thank you for considering my point of view in determining the future of his family. I wish you well and good fortune to you in your own investments.

Sincerely,

Andrew

United States of America

The Honorable Paul A Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007

7th September 2025


Dear Judge Engelmayor,


With the upmost respect Please Set Do Kwon Free, I am Mr. Steve Templeton from the UK a self-employed Electrician and 50 years old.

I am writing to ask to you to be lenient whilst sentencing Do as he is needed back in society not only for people like me but more importantly for his family.

I have never met Do; I only know him from trying to secure a better future for myself via the innovative space of Crypto. My first real big investment was after using Luna and watching Do in his interviews  and Educational videos online. He's the sincerest man I've seen to date in this industry and what he created was utter genius. I lost ███████████ and I am still in ███████████ but this man doesn't deserve any sentence at all in my mind.

 I can see why he pleaded guilty but he was only guilty of helping men like me to have a secure future and freedom of controlling my money and investments.

Thank you for reading my letter.

Respectfully


Steve Templeton.

United Kingdom

8th September 2025

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re: Character Reference for Mr Do Kwon

Dear Judge Engelmayer,

My name is Brad Leonard, and I am an Australian citizen. I became involved with the Terra blockchain community in its early days and, in time, I became deeply committed to its growth and development. Today, I serve as a ██████████████████████, the organization created by the Terra community to steward the Terra 2 blockchain after Mr. Kwon's company, Terraform Labs, stepped away. Terra continues to this day as a much smaller yet still vibrant blockchain ecosystem thanks to the dedication of its community members.

Before taking on this role, I participated in Terra as both a private investor and a validator service provider. My professional background spans several decades of international business management, including time with the Asia-Pacific corporate office of a Fortune 200 company. I mention this only to explain that I have seen a wide range of leaders in different contexts and that perspective shapes how I view Mr. Kwon and his intentions.

Although I was not close to Mr. Kwon, I participated and observed him often through community calls, presentations, and his engagement with developers and contributors. I recall his willingness to seek out and take onboard the views and opinions of others in the community often.

What struck me most was not just Mr Kwon's intelligence but his deep sense of mission. The vision of Terra was to provide financial tools for people who had none: the unbanked populations of the world living in unstable economies, struggling with hyperinflation, or lacking access to reliable banking. In wealthier countries we take for granted being able to store money safely, transfer it easily, and protect it from political or economic instability. Mr. Kwon's vision was to make these same basic financial rights available to people everywhere.

For many of us in the community, this wasn't just an abstract idea. It was inspiring. I remember discussions about how Terra's stable digital currencies could give families in countries with collapsing local currencies a way to protect their savings. It could give small businesses new ways to trade without fear of government confiscation or runaway inflation. I note that some early business infrastructure for this vision had been established in African and Asian markets for local users. In many conversations, writings, and presentations, Mr. Kwon made it clear his belief that this technology could change lives and was at the heart of what Terra sought to achieve.

I also believe his personal choices reflected his deep connection to the project. When he named his first daughter "Luna" — after Terra's native token — it seemed to me a profound symbol of how much this work meant to him. That is not the action of someone treating a venture casually or cynically, but of someone who identified with his creation in the most personal way possible.

With regard to the collapse of the original Terra blockchain in 2022, I know this Court has made its determinations. It was devastating for many of us in the community. I personally lost a very significant amount of capital invested into the ecosystem. Yet from the perspective of the Terra community, it remains important to acknowledge that many including myself believe the collapse was not a direct result of Mr. Kwon's actions. Rather, it has been well documented that sophisticated financial actors—including short sellers and failing institutions such as FTX—played a decisive role in the destabilization of Terra. The dynamic was not unlike a traditional "bank run," where panic and opportunistic exploitation can overwhelm even robust systems.

In my current role overseeing the Terra 2 blockchain, I know that many thousands of community members, including myself, continue to hold the view that the collapse was triggered externally rather than being the product of deliberate misconduct by Mr. Kwon. While the original Terra chain failed, it did not erase the sincerity of Mr. Kwon's vision and his efforts to achieve them.

Your Honor, I do not wish to excuse the seriousness of the situation before you. But I hope you may take into account that the man you are sentencing is not someone who set out to exploit or harm others. From what I witnessed, he is a brilliant but fallible young man whose ambition sometimes outpaced his caution, but whose intentions were rooted in a genuine desire to solve real problems and to build something meaningful.

Thank you for considering my perspective. I hope it helps convey not only the impact Mr. Kwon had on those around him but also the sincerity with which he pursued his vision.

Respectfully,

*Brad Leonard*

Brisbane
Australia

Contact: █████████████

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 7, 2025

Dear Judge Engelmayer,

My name is Safwan Siddiqui. I write not as a bystander or colleague, but as a long-time friend of Do Kwon. I hope to offer the court a window into the Do I know, by sharing experiences that reflect his loyalty, generosity, and character.

I am a Pakistani-born American engineer and entrepreneur. I hold degrees from Stanford University and London Business School. Over the past decade, I have built technology products at scale, including leading the launch of multiple generations of the iPhone ███████. I now serve as ███████████████████ at a venture-backed medical technology company in New York.

I share this background not to boast, but to convey that my perspective on Do's character is not offered lightly. It comes from someone experienced in making high-stakes judgments about people and integrity.

I have known Do Kwon for the better part of thirteen years. I met him one summer at Stanford through my close friend Daniel Speckhard. Having grown up as an expat myself, we bonded quickly as international students adjusting to life in America. From our first encounter, I was struck by his effortless generosity and warmth. Simply due to our mutual connection with Daniel, he welcomed me as a friend without hesitation. We spent the summer hanging out when we had free time, and Do left to serve in the Korean army after the summer ended.

For two years, communication with him was rare. Yet in one of his first letters that he wrote to Daniel, he specifically asked about me and even sent me his love. At the time, I hadn't realized he considered our friendship to be so close. Even while serving under such difficult and isolating conditions, he carried others in his heart. That small gesture spoke volumes about the depth of our bond, and I realized how rare and enduring his friendship truly is.

After graduating from Stanford, I stayed in the Bay Area and began working at ████. Do went back to Korea after finishing his studies, and again, our communication faded. I never worried, as I knew that our relationship was such that whenever we met again, we would pick up right

where we left off. And that's exactly what happened. During my tenure at ████, I had a chance to visit Korea in 2017 to work with one of our suppliers. By then, Do was building an IT startup. Despite his demanding schedule, he regularly made the effort to see me. He went out of his way to make me feel at home in a country and culture unfamiliar to me. One of the most memorable moments was when he introduced me to his now-wife, Dae-un. I saw his eyes light up when he was around her, his smile brighter, his laughter deeper. What struck me most was how he extended the same generosity to my coworker, whom he had never met, including him in everything and making him feel equally welcome. That ability to make both friends and strangers feel like family is a hallmark of his character. It was the same kindness that I had witnessed in our first encounter years ago, and formed the basis of our relationship. Our communication stayed frequent after I returned from my trip, but once again dwindled as we both got busy in our respective lives. I always knew our friendship would endure, no matter the time apart.

I do not consider myself a crypto investor. I do consider myself a technologist, however, and I can appreciate the intricacies of stablecoin technology. From my perspective, Terra/Luna was a bold but untested experiment that ultimately failed under extraordinary market pressure. I cannot speak on the financial or legal complexities, but I cannot overlook the predatory opportunism of hedge funds who profited aggressively from its collapse.

Your Honor, I humbly ask that you consider these reflections as you consider Do's future. What has defined him in my eyes is not his career, but the consistency of his loyalty, generosity, and warmth. These are enduring traits that shape how he treats his family and those around him. My hope is that he is given the opportunity to direct those qualities in the next chapter of his life, through meaningful work and his role as a husband and father. Allowing him that chance would ensure that the best parts of him can continue making a positive impact on the world.

Respectfully,

Safwan Siddiqui
New York City, NY

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

9/8/2025

Dear Judge Engelmayer,

My name is Matthew Lee. I'm a small hobbyist audio engineer who was given the chance to do something pretty special for an ecosystem and community that still holds a place in my heart. I have known Do Kwon since October 2021, although never had the privilege of meeting him in person. At the time a friend of mine had asked if I would be interested in recording some audio discussions for this new crypto ecosystem they were all getting excited about. It sounded interesting so I said sure, let's see where this goes.

One thing led to another and the end result was Do Kwon offering to fund this audio recording idea, not as a for profit business, but as a public service for the Terra Luna ecosystem. From 2021 until 2024 I had the pleasure of archiving over 4,000 audio discussions through public twitter spaces, from not only the Terra Luna ecosystem, but the greater Cosmos ecosystem as well. Every time I heard Do Kwon speak in those early days, it was always for the benefit and the good of the ecosystem he had created, and with the passion of a builder who was on the verge of building something great.

I remember hearing the discussions of all the interesting things people were building to help improve the Terra Luna ecosystem and bring value to the community. This wasn't just some pump and dump crypto scam like you read about in the papers and news feeds. This was a real community building real applications that actually seemed to help real people. The passion in their voices when they discussed different tools or apps during these spaces was very satisfying.

Then the crash happened. There's a lot of speculation about the why and how of it all, but at the end of the day, it felt like nothing more than a failed experiment. Just another modern day Icarus who flew a little too close to the sun. There were a lot of tears shed during those spaces after the big crash happened, and even more so when everyone in the community had learned Do had been arrested.

Do I think there was any malicious intent on the part of Do Kwon when 40 billion dollars got wiped out? I'm certainly no lawyer, and I did not know the man personally beyond our interactions setting up TerraSpaces, but from my vantage point, I believe people knew the risk of what they were doing and Do Kwon seemed to do everything he could to right the ship before it finally sank. Most grifters you see in the crypto space simply disappear with whatever money

they can when things start failing. But Do Kwon did not. He stayed with the community and did, what I believe to be his best, in order to save his most beloved experiment.

Thank you so much for your time, and for taking the time to consider the perspective of the community that Do Kwon helped build.

Respectfully,

Matthew Lee
Eugene, Oregon, USA

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

9-Sep-2025

Dear Judge Engelmayer,

I work in the technology field, having served in technology leadership positions for several large
name-brand companies. I hold an MBA, and B. Science degrees,  and have been involved in
technology for 20+ years including leadership positions during the dotCom boom of early
2000's.  I have known Do Kwon since 2021.  I first met him in a job interview for a role in his
Anchor product, but knew of him before that through social media. I am writing this letter to
attest to his character, and my interactions with him while involved with TFL.

Do, as I knew him, had multiple personas. One public facing, which was quick-witted,
sometimes acerbic when provoked, and a completely different one when in non-social media
meetings with community and ecosystem members. When most people think of him, they recall
his social presence. The infamous lines like 'your size is not size' or 'deploying more capital'.

Most people are very aware of his online presence, but not how he was outside of this. He was
very generous with his technical knowledge, and networks of people. Often introducing new
ideas and people to conversations, and 'lending' his staff to ecosystem projects (for no charge). I
believe this is what fostered a lot of admiration and respect for him in the bigger crypto
community outside of social media.

He was not without his flaws, pre-collapse he suffered what I call the 'smartest person in the
room syndrome'. Do's opinion, once formed, was difficult to change, and like most successful
technical leaders, thought they understood/knew areas better than experienced people in their
respective fields. His expertise in debating was not useful in these cases.

He misjudged the US legal system when he created the 'mirror' application, and relied on crypto
market makers, who he trusted, to give him good advice on how traditional finance operated,
when it came to the creation of the LFG fund. Sadly their lack of experience in trading in
traditional markets, creating a large honey pot for someone with large enough capital backing to
break and take a profit from, similar in my eyes to what George Soros did with the Bank of
England in 1992. Sadly his money maker friends were not large enough to weather the storm,
and left him and other holders swinging in the wind.

Post collapse, Do was a broken man. I believe he sincerely blamed himself for the loss of
people's money. His primary concern, as I saw it, was how to make the general Luna holder
right, and return some of their funds back to them, unlike others from Celsius, FTX, and 3
arrows capital. In discussions, the blustering bravado was replaced with contriteness and sorrow.

Several companies survived the collapse (for example kujira, pryzm, mars, and astroport to name a few) and that was due to his hard work.

I lost ███████████ when Luna/UST collapsed, but I don't blame Do or TFL for this, people need to take responsibility for their own investment decisions, and the web3 space is extremely volatile and unregulated. Luna's collapse did not change this sadly.  I still support Do as a person, and think he has suffered emotionally and physically from this ordeal.

I guess the big question for me is how much I relied on the Chai product or the market maker 'saving' the peg in 2021 to make my investment decision. At the end of the day I would have probably made the same decision to invest as I did at the time, or lost it in some other volatile token instead.

Thank you for taking the time to consider my perspective


Respectfully,

Ian
Australia

Heungbeom Kim

███████████

Seoul, Korea 06802

███████████

The Honorable Paul A. Engelmayer
United States District Court Southern District of New York
40 Foley Square, Room 2201,
New York, New York 10007

September 9, 2025

Dear Judge Engelmayer,

I am writing to you today as a character witness for Do Kwon. I have known Do Kwon for over a decade as a close friend, and I respectfully ask that you consider my perspective on his character as you weigh the appropriate outcome in his case.

I have always known Do Kwon to be an ambitious and sincere individual. While the public narrative has focused on the outcome of his endeavors, I have consistently seen him as a person who genuinely believed in his work and was driven by a desire to innovate and make a positive impact. His actions, from my point of view, were born from goodwill to succeed and to create something meaningful.

I was present at the public introduction of Terra (Luna) and witnessed firsthand his and his colleagues' genuine excitement to reshape and reimagine finance. While the project evolved and grew, its core mission of inventing programmable money remained consistent. Having witnessed the entire journey—from its inception to its unfortunate end—I can confidently say that the intention and endeavor were always rooted in a sincere belief in the project. The public narrative may focus on the outcome, but from my perspective, the goodwill and vision that drove his efforts were consistent from day one.

Beyond his professional life, the person I know is a kind and grounded human being who is a loving and dedicated family man. He is a fierce protector of his family's privacy and has always prioritized their well-being. This personal side of him, which is often unseen by the public, reveals a compassionate and caring individual who is deeply devoted to those he loves. The person I know is in stark contrast to the public image and words that have been presented.

I understand the gravity of the charges and the seriousness of these proceedings. However, I respectfully plead for mercy and compassion. I believe that an act of leniency would be a just consideration for a man who, at his core, is a good person.

Thank you for your time and for considering my words.

Sincerely,
Heungbeom Kim

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

11 September 2025

Dear Judge Engelmayer,

I am a U.S. citizen in my 50s from New Jersey with 10 years in crypto. My earliest investment in Terra was in mid 2020. I ran a private group of over 80 independent investors; many with exposure to Terra—many suffering great losses—with my personal Terra Luna UST losses well ██████████. This letter is an attempt to provide what I feel is important context before sentencing. It is also an appeal to set Mr. Do Kwon free, and more importantly; an appeal to return a father to a 3 year old girl currently growing up without one.

When I first heard that Do Kwon pleaded guilty I was disappointed because I wanted the chance to take the stand. I wanted to tell a jury how I personally witnessed real time Chai KRT purchases from a Korean convenience store in 2020 which registered live on the Terra blockchain— how I was part of a small community council which had private access to Mr. Kwon—-and how I never saw his integrity falter.  I wanted to publicly testify that Do Kwon is not a scammer but rather; a young man of great purpose and honor.

Jump Trading's relationship with Do Kwon and Terra—first as an investor in 2019—and then more importantly as Terra's official market maker, was public knowledge. If Do Kwon never yelled from a rooftop that Jump helped restore the UST peg in May 2021 that's because anyone with a fair stake in Terra understood this. Market making and maintaining the UST peg on Terra was literally Jump's job. And the Terra Luna community appreciated them for it. For Terra investors Do Kwon's partnerships and backing of Jump, Galaxy Digital, Arrington Capital and Binance was what gave us more confidence that Terra could eventually achieve escape velocity. Not one person I know was investing because of a 'flawless algorithm'.

For many Terra investors it wasn't even what we were investing in as much as who we were investing in: Do Kwon—a visionary leader who worked long into the nights while helping builders implement their dreams and build their businesses on Terra. Everything about Do's life seemed organized to direct maximum energy and efficiency towards Terra's growth, safety and success. From late 2020 until the 2022 collapse, Terra moved at juggernaut speeds. I called Do 'the best executive in all of crypto'. Because he was. And I was proud to be invested in the work of this extraordinary multi-talented prodigy—and even more proud to consider him a friend.

I never witnessed Do Kwon overstate the effectiveness of the Terra Luna UST mint/burn algorithm. Terra was essentially just a start up, yet its design was confidently praised and lauded

by economists and mathematicians alike. Still, Mr. Kwon didn't rest on these published academic accolades. Instead he was always innovating to strengthen Terra while simultaneously executing on new apps which directly helped maintain the UST peg via economic expansion. Claims that Do was promoting the mint/burn mechanism as the sole peg savior and stabilizer are absurd.

For instance, Terra had 'UST peg insurance' available to purchase on Anchor Savings Protocol (Risk Harbor), and created a $2.4 billion 'Luna Foundation Guard' (LFG) Bitcoin Reserve in 2022 as strategies to aid the algorithm in times of high stress or failure. Both measures are clear public admissions that Terra's mechanism to maintain the peg might not always work perfectly—rather it was a constant work in progress with real risks to continually mitigate.

Do Kwon did such an great job at bolstering and improving on Terra's peg safeguards that its 2022 saboteurs were required to put between $2.5 and $3 billion at risk in a multi-pronged highly sophisticated attack to bring Terra down; first buying OTC and then dumping nearly a billion dollars of UST in the Curve pool to start the depeg and subsequent panic which led to them shorting it all into the ground for massive (I'd argue; massively illegal) profits at the expense of many small investors.

On May 7, 2022 early in the day I witnessed and have screenshots of the coordinated bot attacks (spreading lies) on socials like X swarming copy pasta messages that "…the UST peg is failing…Luna investors need be careful!"—long before it actually was. These bot messages were designed to make fear and panic go viral, and it did. I also witnessed malicious ddos attacks on the blockchain validators themselves to gunk up and prevent important transactions from going through—transactions which may have foiled the attack. These were all just a part of the criminally coordinated malevolence to trigger panic, massive stress and failing transactions on the blockchain, and ultimately public hysteria leading to a bank run. It is a very curious thing why these serious market manipulations were never investigated, certainly not prosecuted, by the Department of Justice. Instead they grabbed the lowest hanging fruit and scapegoated Do Kwon.

The greatest error by Do Kwon was in underestimating Terra's (and perhaps his own) enemies—a naive failure to grasp the depths and extent that these powerful wealthy entities would go to for profit while being perfectly fine with destroying many lives in the process. But like the 9/11 attack on America, scarcely one could have imagined such evil at the time. And today these crimes against Terra investors go unchecked and unpunished as Do Kwon sits in a jail cell for two vague tweets is it? Whatever the case, from my highly informed viewpoint this is a very dissatisfying version of justice.

Humbly Your Honor, I request that you release Mr. Do Kwon with time served. I apologize if I've come off in any way as being disrespectful to the justice system. But I can't unsee the injustice that I feel has been committed here and would hate myself if I didn't make a strong and impassioned plea for this young man and his family. I'm confident the truths will come to light—a light the DOJ and former SEC simply didn't seem too interested in for whatever reason—a most curious thing.  May God soon shed light on the real Truths here!

Freeing Do Kwon would be a start to a real healing process for all those effected. Certainly Do Kwon has already paid significant price for any mistakes or sins of omission he may have committed. I pray you end the punishment on the young Kwon family by extending your power with great mercy.


Respectfully,


Donald J. Bacsoka

Parlin, New Jersey, USA

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, NY 10007


Dear Judge Engelmayer,

My name is Jonathan Caras. I have been involved in the blockchain and cryptocurrency space for several years as a member of the crypto community. I am writing to share my perspective on Do Kwon, based on my personal experience.

Like many others, I was drawn to Terra because of its innovative approach and the energy of its community. I interacted with Do Kwon on a number of occasions, both in public forums and through community channels, which gave me insight into his person and character. In all of my personal interactions with Do, I consistently found him to be a kind, genuine, and compassionate individual, guided by a sense of fairness and integrity. He treated others with respect and empathy.

When it came to the protocol, Do was generally open to questions and feedback, and he was willing to discuss the risks and challenges facing the project. He never claimed that Terra or UST were risk-free, and it was widely understood among participants that this was experimental technology. From my perspective, most people in the community knew that the ecosystem was still developing and that not everything would work as planned or be free of risk.

When Terra collapsed, I, like many others, suffered significant losses. It was a difficult experience, but I do not believe that Do Kwon set out to mislead the community or act with malicious intent. The risks were real, and the outcome was the result of a combination of factors, including market volatility and external pressures.

Beyond these events, I believe strongly that Do Kwon is a rare visionary in the space. His ideas, leadership, and willingness to push boundaries inspired many people, myself included, to think

bigger and try new things. He energized a global network of developers and builders and encouraged open conversation and creativity. I have no doubt that, if given the opportunity, Do Kwon can continue to make a meaningful and positive contribution to society. His capacity to innovate and inspire others would be a real loss if not put to good use.

Thank you for taking the time to consider my perspective.

Sincerely,

Jonathan Caras

**Date : 9/14/2025 10:57:17 AM**
**From : "Arthur Cheong"** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**To : "** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **"Andrew Chesley"**
**achesley@heckerfink.com**
**Cc : "YK Pek"** ▮▮▮▮▮▮▮▮▮▮▮▮
**Subject : Sentencing Letter for Do Kwon - Arthur Cheong**

You don't often get email from ▮▮▮▮▮▮▮▮▮▮▮▮▮    Learn why this is important

This email was sent from outside the Firm.

Hi Gigi,

I've included my sentencing letter for Do Kwon below.

------------------------------------------------------------------------------------------------------------------------

To the Honorable Judge Engelmayer,

I am writing to respectfully share my perspective on Mr. Do Kwon, whom I have known since late 2021, when Terra began gaining prominence and Do started engaging with global crypto investors, including myself in my capacity as ▮▮▮▮▮▮▮▮▮▮▮▮ of ▮▮▮▮▮▮▮▮▮.

What struck me most upon meeting Do in person was how different he was from the image often portrayed on social media. Contrary to the brash, outspoken online persona, Do came across as ambitious yet humble, confident but approachable. In our conversations, he acknowledged that his public comments were more performative than reflective of his true nature. In private, he was thoughtful, pleasant, and genuinely passionate about what he was building.

Do consistently demonstrated conviction in his vision for Terra and UST. He not only believed in its potential to become one of the leading stablecoins but also recognized the risks of a purely algorithmic design. To mitigate this, he spearheaded the ambitious effort to raise a $1 billion Bitcoin reserve, a step intended to make UST more robust and partially collateralized. Our fund made one of our largest ever investments in LUNA, reflecting both his execution ability and the strength of his thesis at the time.

While the eventual collapse of Terra resulted in severe losses, including the entirety of our investment, I do not place blame on Do for this outcome. Innovation always carries risk, and in the face of extraordinary challenges, Do did not run away. Instead, he shouldered responsibility, remained engaged with the community, and worked tirelessly to find solutions. Even after the collapse, I observed him dedicating all his energy to reviving the protocol, a commitment that was evident both publicly and in my direct interactions with him.

From my perspective, Do has endured a humbling experience and has learned profoundly from it. He is not someone who acted with malice or disregard for others, but rather someone whose ambition and vision outpaced the safeguards needed for stability. I truly believe he deserves a second chance to contribute positively to society and the broader technology community.

Thank you for your time and consideration of this perspective.

Respectfully,
Arthur Cheong

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 15, 2025

Dear Judge Engelmayer,

 I am writing to provide a character reference for Do Kwon, whom I have known since 2021 through my involvement in the Terra cryptocurrency ecosystem. My name is Jeremy Salupo, a 41-year-old entrepreneur from Richfield, Ohio, where I reside with my wife and five-year-old son. For 15 years, I operated a construction business before transitioning to Web3 development during the COVID-19 pandemic. In 2021, I founded White Whale, a decentralized application on the Terra blockchain, in which Do Kwon invested. My project enabled retail users to protect the UST peg through a decentralized arbitrage vault, giving me a front-row perspective on the Terra ecosystem and its collapse in 2022. While my personal relationship with Do was limited, my professional engagement with him and Terra offers insight I believe is relevant to your sentencing decision.

 The Terra collapse was personally and professionally devastating. My protocol's treasury lost over ███████, and I personally lost approximately ██████, nearly ████████ and ████████████. Despite this, my team persevered, launching an independent blockchain on the Cosmos network. Having been active in cryptocurrency since 2017, I have witnessed numerous malicious and negligent incidents in the industry. The Terra collapse, however, was unique—a result of ambitious innovation rather than malice.

 I offer this perspective to highlight Do Kwon's character as a visionary leader. Do was deeply committed to creating a decentralized currency to transform global finance, a once-radical idea that has since gained broader acceptance. His ambition was driven not by personal gain but by a genuine belief in his vision. While his public persona could sometimes appear brash, those within the Terra ecosystem, including myself, were inspired by his ability to attract talented builders and foster innovation. My decision to build White Whale on Terra stemmed directly from Do's leadership and conviction.

 At the time of the collapse, White Whale's UST vault held approximately $20 million in retail user deposits. These were not institutional investors but everyday individuals who believed in Terra's mission and chose to keep their funds in our vault until the end, despite having no restrictions on withdrawals. Their trust reflected the strength of Do's vision, even if the ecosystem's design flaws ultimately led to its failure. The $20 million in our vault was insufficient to stabilize a $40 billion ecosystem, but it underscored the faith Do inspired.

 Do Kwon's achievements were extraordinary. Building a $40 billion decentralized currency ecosystem was a remarkable feat, even if its collapse revealed vulnerabilities. This reminds me of early SpaceX rocket failures, where setbacks were seen as opportunities for growth. Similarly, the Terra collapse, while catastrophic, reflects the inherent risks of pioneering transformative projects.

Even after my significant loss, I would still invest in any future Do Kwon venture without hesitation, simply because I know his capabilities and conviction.

Having experienced significant personal and professional humbling, I believe Do has the potential to apply his exceptional abilities with greater wisdom and restraint. A humbled Do Kwon could contribute meaningfully to society if given the opportunity.

 I respectfully ask that you consider these aspects of Do Kwon's character and potential in your sentencing decision. Thank you for taking the time to review my perspective.

Respectfully,

Jeremy Salupo
Richfield, Ohio

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 13, 2025

Dear Judge Engelmayer,

My name is Evan, and I worked at TFL for three years. During that time, I came to know Do Kwon as both a boss and as a leader of the Terra community. I am writing this letter to attest to his character and to share my perspective on the kind of person he is.

Do always made it clear that any employee, regardless of position, could approach him with concerns or ideas. I did so on several occasions, even when I was new to the company, and he not only listened respectfully but also acted on my feedback. He consistently put the well-being of employees first, ensuring that we had access to the resources we needed to succeed. He encouraged us to pursue our interests and take initiative, often telling us that he wanted every one of us to grow into founders of our own companies someday. Thanks to his leadership, I was able to develop professionally and build skills that I carry with me to this day.

Do also showed remarkable dedication to the Terra community. Despite his demanding schedule, he always took time to engage directly with community members, often responding to strangers and relaying their feedback to the company. I recall him once sharing that he regularly corresponded with a farmer from the Terra community in the Middle East, who would update him on his family and daily life. I have worked many places, and I don't know any other CEOs who would take the time to personally interact with the community as much as Do did.

When the Terra crash happened, I, like so many others, lost everything. I was devastated both financially and personally, as the projects I had worked so hard on collapsed overnight. Many in his position would have walked away. I was sure that TFL would shut down.

But in an all-hands meeting shortly after, Do made it clear that his intention was to keep building and to keep the community together. A lot of people would've taken the chance to abandon their mistake and leave the community behind. However, Do decided to stay and put all of his energy toward helping to rebuild.

In the days that followed, I remember him working without sleep, calling community members one by one and listening to them. The next few weeks, he worked around the clock with the team to launch the new chain. He tried everything he could to give the community a better future and the opportunity for any community member to have an equivalent stake in the new chain.

Even with all I lost, I do not blame Do. I understood the risks of investing in cryptocurrency and accepted the volatility that came with it. What matters to me is that Do did not abandon the community when everything fell apart. He resolved to keep building. I think the fact that he stayed and dedicated himself to making things right speaks volumes about his character.

I believe the world is a better place with Do in it. I have seen his capacity for compassion and his dedication to his community firsthand. He is one of the brightest minds I have ever known, and I am confident that if given the chance, he will devote his energy and intelligence to making a positive impact on society for the rest of his life.

Respectfully,
Evan Taborga
Santa Cruz, CA

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 4, 2025

Dear Judge Engelmayer,

I first came to know Do Kwon in 2020, when I was briefly an intern at Terraform Labs and later founded a startup that was among the companies affected by the Terra collapse.

Publicly, Do has often been portrayed as arrogant or brash, and I understand why. Many of his tweets and media comments were distasteful, and I do not excuse them. But I feel it is important to provide context. In 2021 and 2022, the crypto industry was in a period of excess, where provocative personalities thrived. The person I knew in private was temperate, gracious, and humble, which contrasted with the internet persona he sometimes projected.

From my time as an intern, I recall that Do kept a modest lifestyle, commuting by bicycle, dressing plainly, and focusing his free time on quiet, everyday routines. Despite his professional accomplishments, I always found him grounded and approachable.

Do was one of the most well-spoken and clear-minded leaders I have had the privilege of working under. At times, he could be direct with his words, and some people were put off by this. But I never found him malicious or deceitful. He was a strong personality who recognized the leverage his accomplishments gave him and used it to open doors for others.

I cannot speak to the final months of Terra, and I am not in a position to comment on the legal matters before this Court. What I can share is my firsthand experience: Do was a highly capable leader and supportive mentor. I believe he has the capacity to learn from his failures and contribute meaningfully to society. I do not excuse the harm caused by the collapse of Terra, but I hope my perspective helps the Court see another dimension of his character.

Thank you for taking the time to consider my perspective.

Respectfully,
Echul Shin

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

15. Sep. 2025

Dear Judge Engelmayer,

My name is Johny Miric. I run a wellness business, and on the side, I invest in cryptocurrencies and stocks.

I never met Do Kwon personally, but I first learned about him on Twitter when I discovered his startup, Terra, toward the end of 2020. I was impressed by what he was building and by the way he communicated with the Terra community.

By 2021, Do had become one of the most inspiring leaders in the crypto space, with hundreds of thousands of devoted fans, followers, and investors. I was especially drawn to his vision of a decentralized, immutable stablecoin, and I invested heavily in various projects within the Terra ecosystem.

To be clear, most of us understood that Terra was experimental and carried real risks. Algorithmic stablecoins were new, and there were many unknowns. But risk is something investors in crypto often accept. When UST first showed signs of depegging, many of us still believed the team could stabilize it. Unfortunately, that wasn't the case. I ended up selling my UST and LUNA at a serious loss, an amount of money that was very meaningful to me.

At first, I was angry at myself, and perhaps a little at the Terra team for not responding more effectively at that critical moment. But with time, I no longer hold bad feelings toward Do or his team.

To me, Do Kwon was a true leader — fearless, brave, and honest. He was a pioneer who took risks, and we took those risks alongside him. Things didn't turn out as we hoped, but I never thought of Do as a fraudster or a scammer. If he walked out of prison today and launched another project, I would invest in him again without hesitation. And I know tens of thousands of Terra investors would do the same.

I understand that some of his actions may have fallen into legal grey areas, but I believe the punishment being considered is far too harsh. The law should not punish pioneers for experimentation, because that is how progress happens. To punish him severely would also be to punish us, the many people who believed in him, who still see him as innocent, and who would gladly support him again.

Thank you for giving me the chance to share my thoughts. I am sure you will receive many letters like this, because it reflects what so many of us genuinely feel. We truly hope you will allow Do to reunite with his young family soon.

Respectfully,

Johny Miric

Split, Croatia

VICTOR VAUTRIN

███████████████

09/15/2025

Honorable Judge Engelmayer,

I invested in Terra fully aware of the risks. Everyone in crypto knows nothing is guaranteed, and I never saw Do Kwon as someone making false promises. What I saw was someone chasing a bold idea with conviction, an innovator and a fearless leader.

Do inspired a global community, myself included. He had this ability to give people energy and make them believe they could build something meaningful on top of Terra. I remember how active he was, constantly pushing forward, even when the pressure was overwhelming. He wasn't hiding.

When Terra collapsed, I lost a lot of money like many others. But I've never held that against Do. To me, it was an honest experiment. A lot of projects in crypto don't even try to innovate, but Terra was different - it created jobs, launched new apps, and gave people a sense of purpose.  It was the first time I saw a project in crypto that "made sense"

I also know he has pleaded guilty to working with Jump Trading. From where I stand, partnerships like that were standard practice. It didn't feel deceptive; it felt like an attempt to protect something that mattered to a lot of people.

Do's vision ultimately failed, but it was genuine. That's why I still respect him and believe he deserves leniency. He's not just a founder, he's also a father and a husband and I hope he'll get the chance to keep contributing and to be there for his family.

Respectfully,

VICTOR VAUTRIN

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Tuesday 16th September 2025

Dear Judge Engelmayer,

My name is Jacob Paczesny. I'm a citizen of the United Kingdon and am an Information Technology Management Professional working in the Music Industry. I have a Bachelor's and a Master of Science degrees and would consider myself well educated. I'm a family man, married with three young children and have been trading, specifically cryptocurrencies, since 2017 to try and grow my family's wealth. I do not know Do Kwon personally, however, have been invested in Luna since April 2021. I am writing this letter in support of someone I believe to be an innocent man.

I was introduced to the Luna project by a friend in April 2021. This person had direct contact with Do, as an advisor to the project. I came to know Do's persona on X, formerly Twitter, and in Telegram chat rooms and online interviews. He was a strong leader and had a vision for a decentralized economy that needed a decentralized stable coin at its heart. This proposition aligned closely with my values. I began to take note of the project, follow progress, updates, future roadmaps etc and eventually invested my capital as I believed in the project, in the future of UST across the crypto currency landscape and, of equal importance, believed in its leadership. I saw how hard Do worked, was clearly committed to Luna, was extremely competence and I could feel his passion. He was an entrepreneur devoted to excellence. If I'm being honest, I invested my money in the man Do Kwon as much as I did the protocol. I believed in him.

The buzz and excitement I felt within the Terra ecosystem I have never felt before, and unfortunately since in a project. The apps being built, Anchor Protocol in specific, the exponential growth of users, were well ahead of the other blockchains and you just had to look at the developer talent being attracted to work there. It was also growing at an exponential rate. Do's demands of these devs was high as he himself worked round the clock to ensure the growth of Luna. The risks around the UST peg stability were clearly known, with Jump Trading having to help defend the peg in May 2021. That's why extra safeguards were taken by Luna Foundation Guard in purchasing a bitcoin reserve to provide further protection. Do Kwon excelled at building partnerships and investments to further protect the UST peg, this was transparent to all investors and the risks with an algorithmic stable coin known and documented.

Classified : Confidential

I lost ███████ in the Terra collapse. I do not hold Do Kwon to account for this loss. Terra, along with all crypto currencies., are experimental technologies. I have had similar losses throughout my journey since 2017. This was not a classic 'rug pull' you see on an hourly basis in crypto. Do Kwon was not looking to defraud investors, in fact quite the opposite. His vision was bold, a decentralized economy, that is shared with many crypto purists. It failed, however, his response to the attack on Luna by nefarious entities to depeg UST, showed his true character. He tried his best to make investors whole by launching Terra 2.0.

Judge Engelmayer, I ask you to review the nuances of this case in great detail. Do Kwon has already served nearly 4 years in jail, without trail, missing his daughters magical first few years being alive. I can't imagine the mental suffering he has faced as a parent, being one myself, it is unimaginable. He danced in the devils playground that is called crypto and has been burned. Make no mistake your honour, there are really nefarious characters in this space, such as Bitconnect associates. Do Kwon was not one of these, he was one of the good guys. Please show him mercy.

Respectfully,

Jacob Paczesny, London, UK

UNOFFICIAL

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

17th September 2025

Dear Judge Engelmayer,

My name is Louie Bakreski, and I am a respected government employee with the ███████
███████. I have dedicated my career to public service and take pride in working with
integrity and responsibility.

I wish to be upfront that I do not know Do Kwon personally. However, I was deeply inspired
by his vision of building a decentralized economy for the people. I believed in the potential of
his ideas to change the financial landscape in a way that could give more opportunity and
fairness to everyday individuals. For that reason, I invested in the Terra/Luna project fully
aware of the risks involved. Unfortunately, I lost a significant amount of money — money
that could have greatly benefited my family and friends. Even so, I do not place the blame on
Do Kwon. I made the decision as an informed investor, and I still believe his intentions were
rooted in innovation and a genuine desire to create something positive for society.

From my perspective, Do Kwon is more than just the defendant in this case. He is a person
with remarkable talent, vision, and the ability to contribute meaningfully if given the
opportunity. While mistakes were made and consequences have followed, I truly believe he
has the potential to rebuild and redirect his skills toward productive and beneficial
endeavours for communities and individuals worldwide.

Thank you for taking the time to consider my perspective. I hope my words help provide a
fuller picture of Do Kwon's character and potential.

Respectfully,

Louie Bakreski
Sydney, Australia

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York40 Foley Square, Room 2201

New York, New York 10007

September 17, 2025

Dear Judge Engelmayer,

My name is Rohan Pai and I am a friend of Do Kwon. I was not involved with Terraform Labs, though I did make a small personal investment and did experience a financial loss.

I first met Do while traveling in South Korea and later spent more time with him while living there. We were introduced through mutual friends, and although we did not have a close business relationship, he was generous with his time. He made numerous introductions for me to people in Korea and was always willing to meet or spend time together. That openness and thoughtfulness stood out, and it left me with the impression of someone who valued human connection beyond professional and business ties.

As Terra became more successful, I also saw Do thinking about ways to mentor and develop others in the South Korea technology ecosystem. He spoke about helping younger founders and contributing to the broader community. To me, that reflected not only his intellectual drive but also his desire to support others.

From my perspective, Do showed himself to be kind, thoughtful, and intellectually engaging. I never sensed any malicious intent or desire to mislead people. On the contrary, he came across as someone genuine and considerate toward others.

I understand the seriousness of this case, but I believe it is important to recognize this side of Do as well. Based on my experience, he has the capacity to learn from this moment and to contribute in positive and constructive ways going forward.

Thank you for considering my perspective.

Respectfully,

Rohan Pai

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

17 August 2025

Dear Judge Engelmayer,

My name is JP Thor, the founder of THORChain - one the largest decentralized exchange protocols in the world. I have been building in the crypto industry since 2013 and am deeply intimate with the industry's norms and expectations. I have known Do Kwon since 2018 when he was first launching the Terra Protocol. We built our protocols together on similar time-frames and supported each other over the years until 2021. We even worked together to launch LUNA/UST trading on THORChain, committing and raising around $30m in liquidity for the protocol.

I am writing this letter in support of Do, since he is a highly-respected peer of mine and we went through similar things. I can attest to Do's hard-work, his deep care for innovation and execution and his charismatic attitude to building.

I personally lost of ███ in the LUNA/UST crash and THORChain lost over ███ in liquidity owned by our treasuries and users during the time. Despite that, I bear no grudge or resentment to Do or TFL. They were acting dynamically in an extremely tough time. In 2021, Crypto was experimenting with novel "DeFi" primitives - we saw the first on-chain liquidity, lending and stablecoin models. We all wanted to build new primitives and did want we could to add safeguards, caps and audit code. Despite that, mistakes were made, but these were not mistakes that imply Do's irresponsibility at all. For example - despite our best efforts, THORChain was hacked for ███ in 2021, and in 2025 also went through at ███ on-chain bankruptcy. You do what you have to do to make things right and move on.

I believe Do did exactly this - faced with an impossible situation he tried his best to make things right for users - including trying to maintain the peg of UST (as a stable coin - the single most important thing is its peg) and after - to try and fork the chain and airdrop new tokens to users to start again. Note: many other protocols have faced similar situations, ie, Ethereum's DAO hack required a hard fork and on-chain rescuing of stolen funds in 2015. In 2010, Satoshi himself rolled the Bitcoin blockchain back by almost a day to prevent a giant malicious mint of Bitcoin. In both of these situations - the founders of ETH/BTC had to take extraordinary steps to save their protocols and only just survived. Unfortunately the scale of LUNA/UST at the time was too big and it failed.

I believe Do is a force for good. I would love to see Do's redemption arc - where he faces this battle, survives and comes back out in the industry to make things right for all. Knowing Do - he would do this. I hope you can see through this mistake of his and recognize the good in Do, just like I do.

Respectfully,

JP Thor
Founder, THORChain
Melbourne, Australia.

2

**Honorable Paul A. Engelmayer**

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007

September 19, 2025

Dear Judge Engelmayer,

My name is Cheolhwan Sim.

I am a Korean male in my thirties. I worked as a software developer at Terra. I joined the team in 2019.

I am writing this letter in support of Do Hyeong Kwon.

The company's slogan was "Make money free." I found this simple and meaningful, and it matched well with the spirit of DeFi innovation.

Because it was a completely new field, we often had to make decisions without any reference or precedent. Still, he always presented the vision of Terra without hesitation. He was very intelligent.

He also cared for employees. He often arranged private meals, not only with his closest staff but also with others. In those settings, I saw him speak with clarity about future plans. From his words and from his eyes, I never felt any trace of fraudulent intent.

He believed in Luna and UST with all his heart and was ready to defend it at any cost. He even named his daughter Luna. Nobody would name their child after something if they had built it with dishonest intentions.

The losses came because the business failed. I personally held Luna tokens, which at the time were worth about ▋▋▋▋▋▋▋▋. I lost them all when the value collapsed. It was a very large amount. However, I never thought it was due to his wrongdoing. He was a pioneer and an innovator. DeFi is always in motion, and cryptocurrency is by nature risky.

In fact, the greater tragedy was that outside attacks destroyed the project. It had taken years to build, reached the fourth largest market capitalization at one point, and was both successful and innovative.

His talent should not be wasted. He always tried to make real what others only imagine. I respectfully ask the Court to take his character and integrity into consideration.

Respectfully,

Cheolhwan Sim

Seoul, Republic of Korea

Page 159

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007
Sept 18th 2025

Dear Judge Engelmayer,

My name is Newen Fara. I'm a senior software engineer living in The Netherlands. I came into crypto in 2017 and haven't considered other forms of investment for my family than crypto projects because of the decentralised and empowering focus it has for the evolution of finance and what the blockchain technology offers in matters of security and transparency.

I started investing in Luna at the end of 2020 and believed in the power of the project to actually have a positive impact on our society and our lives. I got to a point where my wife and I didn't have to work for money anymore and we were living financial freedom, This happened only because of the rise of crypto, mainly because of Luna, as it was the bigger part of my portfolio.

A while after the crash that brought Luna down I have had to start working again as the family finances didn't allow to continue living as we had for almost 2 years.

From my experience in the crypto investment world, I have seen many project with anonymous leaders and teams, offering the heaven and making shiny promises. In this world of anonymity, it is encouraging and hopeful to see people like Do Kwon come forward publicly and work on a project that they believe can make the world better.

I believe that Do Kwon should not be held away from his family because the project that he lead, worked and believed in, didn't work in the end.

To this day, I hold only myself accountable and fully responsible for my investment decisions. Bad as they were, of having most of my portfolio in one single asset. It was my choice and one I did willingly and consciously.

If anyone thinks someone else should be to blame for their own poor capacity in making financial choices then I can only say that they don't want to take responsibility for themselves.

I hope I can see Do Know free and working again to build a new better world and a better life. I really hope I can see that day.

Sincerely,
Newen Fara
Amsterdam, The Netherlands.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

19 September, 2025

Dear Judge Paul A. Engelmayer,

My name is Floris Hartmann and I have a Masters-degree & background in the field of Psychology. Since the spring of 2021 I have been an active member of the Terra Luna community and a regular user of its ecosystem. I lost a significant portion of my investment when the Terra ecosystem was attacked in May 2022, leading to the de-peg of UST and the collapse of LUNA's value. Since then, I have worked to understand why this happened. I never spoke to Do Kwon directly, but I followed his public messages and actions through the Terra community. My observations about him and his case reflect what many other LUNA holders also experienced.

In my view, the case against Mr. Kwon is fundamentally different from a typical boiler-room fraud case. Rather than committing fraud, he set out to build an ambitious system — one that ultimately failed in a dramatic way. I want to make very clear that I do not hold Mr. Kwon personally responsible for my losses. What sets this case apart is the commitment he has consistently shown toward the Terra ecosystem and its community — before, during, and after the attack on Terra that caused the de-peg of UST and LUNA.

Before the attack on Terra, Mr. Kwon was widely recognized as the lead developer with extraordinary technical skills, a strong work ethic, and deep passion for the project. In 2020, most other crypto platforms were clunky, costly, and unreliable — with high fees, downtime, and confusing interfaces. Terra stood out by offering one of the smoothest user experiences in the industry, with near-instant payments and intuitive apps — a testament to his vision. In the community, Mr. Kwon's role at Terra was compared to Steve Jobs at Apple, as a leader who insisted on usability and user experience. He even named his daughter Luna, reflecting his personal commitment.

During the attack on Terra that led to the de-peg of UST and LUNA, developers following events in real time — and familiar with the system's technical foundations — documented what appeared to be a coordinated move by sophisticated, well-capitalized actors with precise knowledge and striking timing. The key question remains what type of institution or actor would have both the means and the motive to carry out such an attack. At the same time, Mr. Kwon did everything within his power to defend the peg and prevent collapse. In my view, there was little more he could have done.

After the attack on Terra, Mr. Kwon lost nearly everything — including wealth, reputation, friendships and the chance to see his daughter grow. Yet his commitment to the Terra community did not waver. He arranged for prior LUNA holders to receive new tokens in roughly a one-to-one ratio and committed himself to rebuilding the network, this time without a stablecoin, in order to restore value. His focus on rebuilding continued right up until his arrest.

One of the charges against Mr. Kwon concerns the May 2021 recovery of UST, when outside support helped restore the peg. I understand why the government views this as problematic, but to me it is not fundamentally different from how central banks have sometimes intervened during crises while publicly reassuring the public that the system was sound. It is particularly unfortunate that the very LUNA holders who suffered most from the collapse now also bear the consequences of Mr. Kwon's arrest and conviction.

To me, this reflects a double standard — a concern long voiced in the crypto community. The retroactive classification of LUNA and UST as securities in the SEC's civil case compounded the hardship for the Terra ecosystem and its token-holders after the collapse. This reinforces the perception of unfairness, since rules were applied after the fact rather than prospectively. As an investor who lost significantly in the collapse, I sometimes feel that protecting people like me has not been the main focus. Instead, the process has seemed to prioritize defending the system over addressing the real harms to the community.

Dear Judge Engelmayer, thank you for taking the time to read my letter. When I look at Mr. Kwon, I see an exceptional developer with extraordinary passion for his work and empathy for his community. He has already suffered profound losses as a result of Terra's collapse, yet his defining qualities — vision, resilience, and the drive to keep building — show he can still be an extraordinarily productive member of society. Above all, he longs to be with his family — his wife and his daughter Luna — and rebuild his life. My hope is that you will take these considerations into account.


Sincerely,

Floris Hartmann
Bennekom, The Netherlands

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

09/21/2025

Dear Judge Engelmayer,

My name is CRISTESCU Matei Serban. I am 34 year old physician from Romania, specialized and working in sports medicine for almost 10 years now. I am currently working with the ████████████████████████ assisting junior national teams. My line of work involves mostly helping athletes to overcome injuries and maximize their performance. During my practice often I have to assist patients to recover from injuries and I do have some experience recognizing warrior and winner mentalities over those of lesser heart.
While I have never met Do Kwon, I have known of Do Kwon since 2020, when I was first introduced to Terra ecosystem by one of my friends. At that time I did not have much financial education as I did not have much wealth to be interested in investing. But all that changed when I started looking into Terra and especially Do Kwon. I started watching most of his interviews and educate myself to understanding the technical aspects of his projects. I noticed his warmth, wittiness and genuinely caring about his work.

The reason I am reaching out, from a place somewhere between Korea and USA, is because his intentions I believe have always been to improve the life of all, regardless of who you are or where you are. To provide a path to a life with more financial freedom. I strongly believe that the world can benefit from a man with that kind of brilliance and talent. He surely did some mistakes, but just like in some athletes, I was seeing someone that gets up and search for new solutions and approaches. The main word for "sin" in Hebrew is חטא (het), which in its root meaning translates to "miss the mark", just like an archer shooting an arrow and missing the target. Do has just missed his target of building his projects to maturity. He is the founder of a crypto platform unique in the crypto world.
My trust in Do Kown has grown when his proved he stands by his words. As the Terra token reached higher levels ($5-$10-$20) he could have sold and closed shop, as many others who scam so many other people out there every day. He chose to stand, work and build better. Another point worth mentioning is who and why anyone would bother spending 3 billion dollars to hack the crypto system? That hack has too much circumstantial evidence to the malicious intent of its action.
I feel he has been punished enough already through unfair process. His daughter, Luna, a child condemned to grow up without a father for the last 3 years, deserves the chance to have both parents at her side.

I have been an investor in Luna and while I have had significant losses, I fully take responsibilities for my decisions, and I do not hold any grudge or resentment towards Do Kwon. If anything, I am looking forward to any of his future projects, whenever those may take form, because of his remarkable passion and developer skills I have had the privilege witnessing.

Thank you for taking the time to read my letter and to consider my viewpoints. I wish you well and good health.

Sincerely,

Matei Cristescu
Bucharest, Romania

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 22, 2025

Dear Judge Engelmayer,

My name is Alex Kim, and I am an engineer who was part of the Terra project from its earliest days. For nearly thirty years I have lived as a developer, driven since my teenage years by the conviction that digital technology and the internet can help create a more just and ideal world.

I first met Mr. Do Kwon in 2018. He introduced me to the concept of stablecoins and invited me to collaborate on building services that could be powered by them. Having long been disillusioned by the corruption and misconduct I witnessed in centralized systems, I was deeply drawn to the vision of a decentralized world—one where agreements could be executed automatically by smart contracts, free from human interference or fraud. That vision motivated me to join the Terra team.

From the beginning, I came to see Do as an exceptional talent, someone capable of turning ideals into concrete design and execution. Thanks to his vision, I was able to focus on building services that made this system accessible to ordinary people, and the work gave me deep satisfaction and joy.

One example stands out. Most web and app services rely on centralized servers to deliver data efficiently to users. Do insisted that in a decentralized service, this approach was inconsistent with the mission. He directed the engineering team to design an architecture in which anyone could run a server to provide blockchain data. It was a daunting and unprecedented technical challenge, yet the system was completed and released as open source. If fraud had been his intent, there would have been no reason to take on such a painful and resource-intensive effort; a simple centralized server would have sufficed. Instead, he ensured that anyone could contribute to the system, that all data was transparent, and that access was open to everyone.

Do also worked to make everything participatory and transparent. He ensured that services incorporated governance modules, enabling anyone to propose ideas, vote, and see their decisions transparently reflected. In this system, participants could not only access all data but also contribute to source code, propose modifications, and even operate their own services if they wished. If the intent had been deception, there would have been no reason to make all of this open and available. Transparency of this kind is extremely demanding and requires enormous energy and commitment—and yet he chose it.

In my experience working with him, Do was relentless in pursuing ideals while exercising clear judgment in bringing them to life. He devoted his energy to building systems that could deliver

on promises without deception. While his public persona was sometimes brash or confrontational, I cannot deny that his genuine aim was to drive innovation and positive change.

I do not believe, even now, that he ever intended to cause the collapse of Terra/Luna or to commit fraud. It is also widely known that coordinated short-selling attacks by large financial actors played a role in undermining the system. In my view, those who exploited vulnerabilities for profit—creating victims in the process—bear greater blame than a young innovator striving to create change.

Your Honor, I respectfully ask that you grant leniency. Please allow this young innovator the opportunity to once again contribute to society and apply his talents toward building systems that can benefit people around the world.

Thank you for your time and consideration.

Respectfully,

Alex Kim

Seoul, Republic of Korea

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007


22 September 2025


Dear Judge Engelmayer,

My name is Chris Smith. I'm just a normal guy who lives in the UK and works as a software developer. I first got involved in crypto in late 2020 and joined the Terra/Luna community (*the Lunatics*) early in 2021. I just wanted to share my own experience of Do Kwon - what it felt like as part of that community every day.

In hindsight, I put more money into Terra than I really should have. At one point I even borrowed, thinking I was making a smart move (turns out I wasn't!). When everything collapsed, my losses were bigger than my yearly salary and I was left in debt. With no other assets to fall back on it was a horrible time and it took me years to get back on my feet. It was really hard, but I never felt angry at Do personally. I always knew crypto was risky, and I never felt tricked, lied to or cheated in any way.

What really stood out to me was how he treated the everyday members of the community. He regularly replied to them, shared their posts, and encouraged those who were trying to build things. He even shared a silly picture I made of him as a woman by posting it for all his followers to see on Twitter. He could laugh at himself, with us, and wanted to be part of the community not above it.

When Jump came in to support the peg, it didn't strike me as shady or anything. These sorts of things are pretty normal with things like stablecoins when times get rough (as they often do in crypto). To me and the other community members I regularly interacted with it just seemed like a smart way to steady the ship.

I know people lost huge amounts of money. I did too. However the people I know, who were deeply involved in the Terra community, never turned on Do, even when everything came undone. We knew the risks and accepted them. Much of the loudest anger I saw came from those outside the community, who seemed less connected and more in search of someone to blame. I never felt that Do acted in bad faith or tried to deceive anyone and still think he is an incredibly smart person who could do a lot of good if given the chance.

Thank you for taking the time to read this, and I hope I've been able to show things from the perspective of someone who was there at the time.

Respectfully,

Chris Smith

United Kingdom

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 23, 2025

Dear Judge Engelmayer,

My name is Alessandro Candeago. I am a frontend developer from Belluno, Italy. I first interacted with Do Kwon in 2021 through the Terra Discord community where I was very active, and officially joined Terraform Labs in early 2022 as an intern frontend developer. Since I was still in my teens, this was my first "real" work experience after doing only some freelance work. I am writing to attest to Do's character and explain why, despite my personal losses, I believe he acted in good faith and deserves your consideration.

When I first discovered Terra, I was captivated by watching videos explaining how UST worked. The mechanism impressed me deeply – it offered a way to create stablecoins pegged to any currency in a fully decentralized manner, potentially bringing financial access to anyone in the world regardless of their banking situation. What drew me in was the combination of this ambitious vision for economic freedom and the complete transparency of the project. Everything was open-source – the code, the mechanisms, the risks. Anyone who took the time to understand the system knew exactly how it worked and what they were participating in.

Initially, as a remote-working intern, I had limited interaction with Do. This changed after the UST collapse in May 2022. While some left, I chose to stay because I saw the team genuinely wanted to continue building and supporting the community. I became one of the main maintainers of Station Wallet, and our team began having weekly meetings with Do. During this incredibly difficult period, after everything we had built collapsed, he never abandoned us and remained focused on new ideas and products to build.

On a personal level, I held both UST and Luna, and while the nominal amount might not seem huge to some, I was very young at the time of the crash, and what I lost represented a significant portion of my savings. But more than the money, I lost a vibrant community I had been part of for years. Despite these losses, I fully support Do and do not blame him for any of it, I understood the mechanism and recognized the risks involved with it.

The distinction between Terra and fraudulent schemes is crucial. UST was not an obscure system where users didn't know where their money was going. The mechanism was publicly documented, and the risks were inherent in the experimental nature of algorithmic stablecoins. This was an honest, ambitious experiment in creating a truly decentralized financial system, not a deceptive scheme.

Working at TFL during both its peak and its collapse taught me invaluable lessons about resilience, innovation, and integrity in the face of adversity. Do's leadership during the crisis, his commitment to the team and community even when everything was falling apart, showed me what it means to continue pursuing a purpose even in the darkest moments.

Your Honor, I hope this firsthand account of Do's leadership and Terra's transparent approach provides helpful context for your deliberations.

Thank you for considering my perspective as someone who experienced both the vision and the collapse, and who still believes in the good faith behind the experiment.


Respectfully,

Alessandro Candeago

Alessandro Candeago

Belluno, Italy

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

19/Sep/2025

Dear Judge Engelmayer,

I am writing in support of Do Kwon as he faces sentencing. I had the pleasure of working with him in my position as a Software Engineer at Terraform Labs.

By way of background, I graduated with a degree in Computer Science in 1998 and have spent most of my career building software for traditional mining companies. Several years ago, I chose to change direction and devote my efforts to blockchain technologies. The reason for this shift was the inspiring work being done by Do and Terraform Labs. Out of all the companies in the space, Terraform Labs was the only one I wanted to join, and I was fortunate enough to be offered a position.

For me, this was truly a dream job. Do Kwon was a visionary founder who passionately believed in building a decentralized financial ecosystem, and that passion was shared by the team. Working under his leadership gave me purpose and opened an entirely new professional chapter in my life.

On a personal level, I suffered significant losses, including much ██████████ when the UST depeg occurred. I also saw months of hard work vanish overnight. Yet despite this impact, I carry no resentment toward Do Kwon. Instead, I have deep gratitude for the role he played in my journey. I would not be where I am today without the opportunities, inspiration, and mentorship I received during my time at Terraform Labs.

I respectfully ask that you take these reflections into consideration as you make your decision.

Respectfully,

Cain O'Sullivan

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 22, 2025

Dear Judge Engelmayer,

My name is Tae Kim, and I am a startup founder who has known Do Kwon for nearly half of my life, since we first met as teenagers while trying out for South Korea's national high school debate team. I write not to comment on the legality of Do's case but to share my perspective on his character and the impact he has had on my life.

I first invested in Terra when Do was collecting early investments from friends and family in 2018. At the time, I was only one year out of college, and the ████ I put in represented ████████. As the project grew, I continued to invest a significant portion of my income in the open market, and even procured a bank loan to increase my exposure. Altogether, I invested more than █████. At the peak of Luna's valuation, had I still been holding, my position would have been worth around ██████. But in reality, I had sold my holdings at a loss only a couple of months before that peak, and in the end I lost the majority of what I had invested. Despite this, I have never blamed Do. To this day, I believe that my investment in Terra was the most rational choice I could have made at the time. The idea of a decentralized stablecoin was a legitimate and compelling value proposition, and I invested not only because I believed in the vision but because if anyone were to lead a complex technical project with potential regulatory risk, I wanted it to be Do. I had known him for almost a decade at that point, and I judged him to be someone whose personal sense of risk and reward would never align with taking illicit opportunities because it would not be a rational decision for him.

Although Do could have brushed me off during our chance encounter at the tryouts in highschool as an upperclassman at a rival school, over the years, I came to rely on Do's perspective at critical junctures in my own path. When I was applying to colleges, he was willing to share his own essays and resume and offered practical advice on what to consider in choosing a school. Later, when I was questioning the value of a job I had secured, he not only shared how his own time at a large institution had prepared him to start a company, but followed up by connecting me with people in his personal network who had made similar transitions and could share relevant experience.

When I became deeply dissatisfied in my second job, he reframed the situation for me in business terms: that I should think of myself as a business model that could pivot to better margins if the opportunity presented itself. Furthermore, he helped me act on that idea by introducing me to the first investor in my startup. Even after I launched, he invited me several times to his office to spend long sessions discussing monetization and paths to profitability. These were not brief conversations; he devoted hours of his time and energy to help me think through my business.

I'd like to note that this is all after I raised frustrations about my early investment in Terra losing value at almost every encounter I had with Do over years, to which he responded with patience. He listened, he endured my frustrations, and he kept giving his time. That patience, I now realize as a founder myself, was extraordinary.

Page 171

Do's generosity was not reserved for me alone. I know personally of several high school friends who were in between jobs to whom Do was willing to provide opportunities and guidance when they needed it most.

From my experience, Do has consistently acted as someone motivated by building and problem-solving, and by helping those around him move forward. I believe it is important to acknowledge that, alongside the events before the Court, there are also many people who experienced him as a source of consistent support and encouragement in their lives.

Thank you for considering my perspective.

Respectfully,
Tae Kim

Seoul, South Korea

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 27, 2025

Dear Judge Engelmayer,

My name is Taemin Park. I am the CEO and Co-founder of a company that helps onboard enterprises to Ethereum. I write this letter to share my personal experiences and perspectives on Do Kwon, and to attest that he is a good, warm-hearted, and generous person—someone who welcomed me as a teenager and continued to inspire me as I grew into a young professional. To me, he was like a window to a wider world, encouraging me to dream bigger and see beyond my immediate surroundings.

I first met Do in 2016, when I was only eighteen years old—a young hacker just beginning to explore the world of startups and technology. Despite my youth and inexperience, Do treated me with genuine respect and encouragement. At a time when most adults would have dismissed me as too young or unprepared, he saw potential in me. He invited me to work with him and made me feel that my ideas and efforts mattered.

When I decided to pursue higher education instead, Do did not react with disappointment or distance. Instead, he offered me one of the greatest gifts I have ever received: a recommendation letter for my Stanford application. Among all the letters I had gathered, his stood out as the most heartfelt, sincere, and persuasive. It was not only beautifully written, but also reflected how deeply he believed in me—at times even more firmly than I believed in myself. Although I was not fortunate enough to be admitted to Stanford, that letter remained with me as a source of strength. Even as I faced rejection from many other universities, it gave me the confidence to continue pursuing my career without losing faith in myself.

As I grew older, my relationship with Do continued to be a meaningful part of my life. We met a few times each year, regardless of how busy he was or what challenges he faced. Whether in a season of success or enduring setbacks, he always reached out. He invited me to meals, asked about my life, and encouraged me to stay focused on my path.

These gestures may sound simple, but to me, they carried profound significance. Do was not obligated to maintain this relationship—yet he did, consistently and warmly. His actions showed that he valued people beyond their immediate utility or achievements. He cared about others as human beings, offering kindness and support without expecting anything in return.

The inspiration I received from Do has shaped the way I approach both my career and my personal relationships. His belief in me at a young age gave me the courage to dream bigger, to trust myself, and to strive toward goals I once thought were impossible. Even now, when I reflect on my journey, I see the impact of his encouragement woven into many of the decisions I have made. It is no exaggeration to say that Do was one of the greatest inspirations behind my own

startup. Through him, I was first introduced to the world of cutting-edge technology, particularly Ethereum—the very foundation my company is now building upon. More importantly, I would never have had the courage to embark on this path without his consistent encouragement and cheerful blessing over the years.

I understand that public narratives often reduce people to their mistakes or controversies. However, having known Do personally for nearly a decade, I can attest that his character is far more nuanced than headlines suggest. He is someone who has consistently shown kindness, mentorship, and genuine care for others.

Your Honor, I do not intend to diminish the gravity of the circumstances surrounding this case. I only hope to provide you with a fuller picture of who Do is as a human being—beyond the courtroom and beyond the public eye. I respectfully ask that you consider the compassion, generosity, and mentorship he has shown to me and to many others in your judgment. I believe that he still has much to give to the world, not only through his professional talents but also through his personal capacity to inspire and support those around him. There are countless young people in technology—dreamers and hackers at the very beginning of their journeys—who need mentors like Do to guide and encourage them.

For all these reasons, I humbly appeal for your leniency in his sentencing.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Taemin Park
New York, New York, USA

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 18, 2025

Dear Judge Engelmayer,

My name is Thomas Le. I am a software developer and blockchain expert based in Oklahoma City. I met Do Kwon once at a blockchain event in New York City four years ago, where I was struck by his technical knowledge and genuine passion for innovation in decentralized finance.

While my personal interaction with Do was limited to that brief meeting, I followed his work closely as a member of the Terra community. His technical presentations and public communications consistently demonstrated not only brilliance in blockchain development but also a sincere commitment to building technology that could benefit users worldwide. Through his public engagements with the community, Do showed dedication to making financial services more accessible through blockchain innovation. He was responsive to developers' questions and remained accessible to those building on the Terra platform.

I want to be transparent with the Court: I personally invested in LUNA and lost approximately ▉▉▉▉▉ when the ecosystem collapsed. Despite this significant financial loss, I am writing this letter because I believe Do acted with good intentions throughout his leadership of Terra. Subsequent analysis by blockchain researchers has indicated that the Terra ecosystem's collapse was at least partially the result of coordinated attacks that exploited vulnerabilities in the algorithmic stablecoin mechanism. While the cryptocurrency space is inherently volatile and experimental, I believe Do genuinely sought to build something beneficial for the broader community. His technical contributions to blockchain development demonstrate his capacity to continue making positive contributions to society.

I respectfully ask the Court to consider Do's potential for rehabilitation and his ability to contribute positively to the technology sector upon his release.

Thank you for your time and consideration of my perspective.


Respectfully,

Thomas Le
Oklahoma City, OK

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007


September 29th, 2025


Dear Judge Engelmayer,


My name is Esteban Mendez, and I am a psychologist with twenty years of experience in the field. I have known Do Kwon since I first encountered him online in 2021. I am writing to you today to offer my perspective on his character and to attest to the positive qualities I have observed in him, both as a leader and as an individual.


What initially captivated me about Do was his ambitious vision for Terra Luna. He understood that to build a truly decentralized economy, it required actual usage and real-world application. As someone who has lived in Latin America, I deeply understood the enormous power of this idea: the potential to offer people financial sovereignty, free from the failed monetary policies of irresponsible governments. While his online persona could be abrasive, I interpreted it as a display of bold confidence, a quality often found in disruptive innovators. Even with minimal direct communication, I saw his constant drive to connect with and empower builders all over the world, uniting people toward a common cause.


I later had the opportunity to meet Do in person at the TeFi Alpha event in New York. The man I met was starkly different from his online persona. He was kind, witty, and genuinely charming. His focus was not on himself, but on others, constantly asking how he could help them build their own projects on the platform. This experience solidified my belief in his underlying good intentions. Members of the Terra community, myself included, knew the experimental nature of this project entailed significant risks. We were aware that it could collapse, but many of us were inspired by the mission and the collective effort to build a strong foundation.

What speaks most to his character, in my view, is what happened after the crash. I received a message from one of his team members, and Do himself spoke with me for thirty minutes. He was not hiding or deflecting; he was determined to make things right and to reach out to the community he had helped build. I see Do as a visionary, a dreamer in the vein of figures like Steve Jobs, who are driven to take matters into their own hands to realize a grand idea. He is a highly intelligent individual whose talents and drive would be far more beneficial to society if he is given a chance to contribute, rather than being incarcerated.

Thank you for your time and for considering my perspective on Do Kwon's character.

Respectfully,

Esteban Mendez
Mexico City, Mexico

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

9/25/25

Dear Judge Engelmayer,

My name is Jared. I am a business owner, and engineer. I have known Do Kwon 2021, for 4
years. I was working in the food industry, and moonlighting as a developer. Do Kwon gave me
the opportunity to advance my career in engineering. He hired me to work as a Community
Manager, and eventually as an Engineering Manager. I am writing this letter in the hopes that
you consider my testimonial when sentencing. I believe Do has a positive impact on those
around him, and will benefit any community he is part of.

When I started working for Do I left my job, took a 75% pay cut, and my wife supported me
through the transition. Shortly Do rewarded my hard work, and recognized my capabilities. It
was never a jovial relationship, but it was always focused on my development. Through our
work together I am now able to lead technical teams, and develop quality software. Nothing but
the best work was allowed to progress at Terraform Labs. Without his leadership I would not be
in a top level position in my career.

I had the privilege to meet him, and his wife during a visit to the US. I will always remember his
humility. His professional persona was larger than life. He projected himself as an immovable
object, and as the final word in all decisions. In person, with his family, there is no kinder man.
Whenever his wife walked into a room he dropped everything we were doing to attend to her. In
these moments we saw the real Do Kwon, soon to be loving husband, soon to be proud parent. It
breaks my heart to think his daughter will not be able to experience this love.

I lost over ███████████ to the terra token collapse. ████████████. I had ████████████ in
Anchor, all of my paychecks after rent went to the token. I paid in UST for anything I could. I
was 100% bought into the terra economy. I hold no grudges against Do, or any of my colleagues.
I knew there was a risk, and I took that risk too far. Any portfolio should have diversity, and I
chose to ignore that rule with terra.

Judge Engelmayer, thank you for taking the time to read my perspective. I hope you consider
Do's impact on those close to him in your sentencing.

Respectfully,

Jared

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Monday 29th September

Dear Judge Engelmayer,

I am a Hawaii resident and a teacher by profession. I have been investing in crypto since 2017. One of my passions have been to invest and use technology that levels the playing field.

Amazon allowed normal people to have a international storefront and compete with big boxes. Youtube allowed normal people to create content and compete with the large networks. Uber allowed normal people to compete with large taxi services. Terra LUNA allowed normal people to compete with large banks in the world of investing.

The first protocol I used with the Mirror Protocol and I was so excited that I could provide a market for tokens that were bought and sold and make money from the transaction fee. This normally is only available for large banks when they provide a market for a new IPO.

Later, I began to study and understand that the whole terra system was functioning on an algorithmic stable coin called UST. From the very beginning, I knew the risks. And with EVERY PROTOCOL on their network, there were CLEAR DISCLAIMERS of the risk involved. Everyone understood that the stablecoin needed to be pegged using arbitrage from the buying and selling of LUNA and UST, and that there were large players that were using the arbitrage opportunity to stabilize the peg.

Jump Trading was one known group, but there were many more, and probably much larger players than just them. They didn't do anything nefarious, in fact we welcomed their activity as it stabilized the entire ecosystem. Terra at the end failed not because of Jump Trading, but because malicious actors intentionally destroyed the UST peg by selling billions at a time of low liquidity that created panic and a run on the ANCHOR protocol.

This destroyed the UST coin and the entire ecosystem and was responsible for the financial loss of everyone in the ecosystem. It wasn't due to Jump Trading that was stabilizing the peg.

As a trader and crypto investor, I knew that any crypto investment carries risk of ruin and I accepted that risk. I was VERY APPRECIATIVE of Do Kwon for trying his hardest to make an economy that allows the normal person an opportunity to be rewarded for the risk taken that was never allowed in traditional markets.

I ended up losing my life savings in the Terra Ecosystem and it was very hard for me and my

family, but I knew the risks going into it and did my best to work odd jobs and have since invested in different crypto projects and have made most of it back.

I have never seen an ecosystem have a better community, leadership and innovative approach as the Terra Ecosystem had. And I know that Do is still young and if given a chance would be able to contribute a great deal to the world and this new technology of crypto.

In a new technology like crypto, many experiments will be done to push the limits of what is possible and Do Kwon did an incredible job and even though I lost my life savings in it, I learned so much and it will be an experience that I will treasure for the rest of my life. I wish him the best and hope that the courts will be gracious to him, his wife and daughter.

Thank you for your time and consideration,


Ivan Shigeo

# Letter

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007

2025.10.14.

Dear Judge Engelmayer,

My name is ByeongSu Hong, and I am a blockchain developer from Korea. I am writing to you because I worked with Do Kwon at Terraform Labs from 2021 to 2022.

I joined TFL in 2021 when Terra was one of the few Korean blockchain projects that was growing globally. I was attracted to the vision of Programmable Money – not just making another crypto coin, but building a real functioning financial system that works in a decentralized way. Do had a very strong belief in this vision. His conviction was what brought many developers like me to join the team.

I want to be honest with you. I also lost my personal money when UST collapsed. Looking back now, I can see his conviction was too much

and the risks were not properly considered. But the person I worked with was not someone who was trying to do fraud. He really believed that what he was building could change how finance works. This does not make the result okay, but I wanted to tell you what I saw about his intentions.

Thank you for reading my letter and considering my perspective.

Respectfully,

ByeongSu Hong

Seoul, South Korea

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Oct 5, 2025

Dear Judge Engelmayer,

My name is Jun Kim, a founder and entrepreneur working in AI industries. Before founding my company, I worked as an engineer in the crypto space for several years. I'm writing this letter to share my personal experience with Do Kwon and to attest to his character.

I am not a member of Terraform Labs, but I had the opportunity to collaborate with Do on several occasions. He first reached out after seeing one of my early projects online and recognized potential in my work. Over the next few years, he introduced me to meaningful opportunities — from collaborations with large organizations and VCs to internal projects at TFL. Even though I wasn't part of his team and there was nothing for him to gain personally, he offered help that truly shaped me as both a builder and a person.

What stood out most about Do was his willingness to invest time and attention in young founders. He never acted like a celebrity CEO. Instead, he joined late-night calls, reviewed ideas, and constantly challenged us to build for real users rather than market hype. I still remember one conversation where he said, "The real test of a product is whether it survives when no one is talking about it." That simple line changed how I think about building long-term value.

Back in 2022, when my team — Pylon Protocol — was struggling to launch a project, Do quietly connected us with engineers, designers, and even investors who could help — asking for nothing in return. He spent a great deal of his personal time mentoring us and seemed genuinely motivated by a belief that young builders could use crypto to create something meaningful. Watching his passion and boldness inspired me to push harder and to believe that impact and innovation can come from anywhere.

Like many others, I was devastated by the collapse of Terra. I also lost money. But even with that pain, I don't see Do as a malicious person. I see a man who took immense risks in pursuit of innovation — someone who made mistakes and is now facing the full consequences of those choices. I believe his actions came from ambition, not greed — from wanting to prove that decentralized systems could work at a global scale.

Do Kwon has already paid a heavy price, but I truly believe he can still contribute to the world — not through another crypto project, but through the lessons he's learned and the people he continues to influence. He inspired a generation of builders like me, and I hope this letter helps you see the human side of him that I personally experienced.

Thank you for taking the time to consider my perspective.

Respectfully,

Jun Kim
San Francisco, California

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

October 17, 2025

Dear Judge Engelmayer,

My name is Rui-Liang Lyu. I was the principal engineer of two financial applications built on top of Terra, Astroport and Mars Protocol. The projects were successful, achieving over $2B combined total locked value (TVL) at their peaks. Terra's collapse not only destroyed the projects, but also inflicted devastating loss to my personal finance.

Despite this, I recommend leniency be applied when considering Do Kwon's sentence. To explain the rationale, I would like to discuss one key fact about Terra.

The Terra blockchain, its stablecoin protocol, and associated financial applications such as Mirror Protocol and Anchor Protocol, are completely open source. This means their computer code is free for review by the general public; the business logics are well known and understood; anyone can operate a computer node that synchronizes with the Terra blockchain and verify activities happening on it.

Thanks to this, Terra's economy had been subjected to heavy scrutiny by the crypto community long before its eventual collapse. Many critics sounded the alarm that the seigniorage mechanism that supposedly keeps UST pegged to $1, was not as bulletproof as it appeared; and that the 20% savings APY offered to UST holders, were not sustainable. These subjects were discussed and heatedly debated on Twitter and other social media platforms, which myself had participated in.

Unfortunately, as an investor and builder in Terra, I failed to listen to those opinions. I blame my greediness more than anything else.

Terra's openness and transparency is a stark contrast with the traditional financial system, where critical information is almost always accessible only to a handful of insiders. For one instance, please consider the FTX case. If FTX were operated on a public blockchain like Terra, it would not have been possible for Sam Bankman-Fried to steal user funds, as such action would be noticed by the public immediately.

While Terra's economic experiment has proven to be based on unsound ground, I believe it was leading the financial industry in the right general direction, where consumers are in fact safer thanks to the openness, transparency, and auditability.

After Terra's collapse, founders in the crypto industry became scared. They fear that transparency invites attacks, and they may end up in the same situation as Do. Projects no longer publish their source code; rather, they build walls to keep their inner workings opaque. They choose self-protection over the benefit

of the consumers. This is a saddening development, and I fear a harsh sentence for Do could exacerbate this.

I respectfully recommend you consider a sentencing that would encourage open and transparent financial experiments. Some may fail, but in the long term, in my opinion, the consumers benefit.

Respectfully,

Rui-Liang Lyu
Lisbon, Portugal

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

October 3rd, 2025

Dear Judge Engelmayer,

I am Nicholas Platias, an engineer, startup founder, and friend of Do Kwon's for fourteen years. I appreciate the opportunity to share my personal account of a person of rare character that has had a profound impact on my life, and hope that my perspective may shed some light on the human being behind the public persona and sensationalist headlines.

I have known Do since my freshman year at Stanford. We had both spent a good part of our high school years in debate competitions, and so we quickly clicked. Being a class above me, he had already navigated campus life and immediately helped me find my footing, introducing me to all of his friends, advising me on professors and classes, and showing me the secret spots on campus most freshmen didn't know about.

Our most frequent meeting place was the infamous, now demolished Meyer library, the only 24-hour library on campus at the time. It was by all accounts the ugliest, least pleasant place on campus. The students pulling all-nighters would have no choice but to congregate there after all other libraries had closed, usually too absorbed in their textbooks to notice the odor of their showerless classmates that filled the entire library. My friendship with Do developed in the early morning hours of my freshman year at Meyer, which became a second home to us. It was an overwhelming period for me and I frequently struggled with my classes, particularly in computer science as I was new to programming. Do, also a student of computer science, was a consistent source of help and encouragement, always there when I would get stuck with a coding bug (all the time), or doubt myself for not performing at the level I expected. I was not the only one: Do regularly combed through his friends' papers and debugged their programs, to the point where if you were stuck on a problem late at night, no TAs in sight, your best bet was to go to Meyer and look for Do. I know of several people in our friend group who would have failed all sorts of classes, from computer science to philosophy, were it not for Do. I often wondered how it was possible for him to be debugging his friends' code until the early morning and still get A's in all of his classes. I think that he took real pride in being a valuable resource for his friends whenever they needed him, while still being able to ace his own classes without asking for help from anyone.

After my freshman year, Do took a leave of absence for his mandatory military service in Korea. We hadn't stayed in close touch during that time, but when he came back at the start of my senior year, we reconnected as if he had never left. He lived across the hall from me, we took many classes together, and grew very close. Do's door was always open, both literally and metaphorically, his room a regular meeting place for friends, and home to the mind-opening conversations that made Stanford a special place. I will always remember that year's

Thanksgiving. For international students like Do and myself, Thanksgiving was the loneliest day of the year, campus almost empty as our American classmates were celebrating with their families at home. Overwhelmed with midterms and job interviews, I was planning on spending the evening by myself studying. When I told Do, who was no less busy, he insisted that it was an evening to spend with family. Rather than pressure me to go out, he drove to Safeway by himself, bought steak, salmon and wine – slightly revising tradition – brought them to my room, which had a tiny kitchen, and cooked an unforgettable Thanksgiving dinner for us. Do prepared that meal with the same enthusiasm he brought to everything he did for his friends, and with the pride of someone who has the capacity and generosity to carry the greater burden and give more than he takes.

Do has been a source of advice, encouragement and inspiration at important junctures of my life. His relentless work ethic and hunger for learning pushed me to work harder and challenge myself more, which, looking back, opened up numerous opportunities during my college years. When I struggled with the introductory programming courses, he motivated me to keep going, through encouraging words and his own achievements. Do is one of the biggest reasons I stuck it out and ended up studying computer science, a decision which has defined my entire career. After graduating, I was faced with the difficult choice of joining another company or starting my own. Being at the start of his own entrepreneurial journey, Do was a source of inspiration to believe in my abilities and take the risk of turning down two great job offers to found my first startup. It was one of my best decisions, and took me on a path that has shaped me to this day. Since then, I have turned to Do many times for advice on decisions big and small, and have always been greeted with keen insight and an open heart. Do has supported and inspired countless friends in their journey to achieve something meaningful, leaving a lasting mark on their lives, many of whom I trust will also write to you.

I appreciate your time considering my perspective. I hope that those reflections will be of value in your assessment of the character and conduct of my friend Do. Do being in prison is a great loss: for his loving family, for the many friends who have counted on him and found inspiration in the life that he has led, and for all the people who will not share the fortune of crossing paths with him. I humbly ask that you afford Do the opportunity to continue giving the many gifts he has been blessed with, and has so generously been giving to those around him, as a husband, father, son, friend, mentor, colleague, entrepreneur.


Sincerely,

Nicholas Platias

Athens, Greece

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

October 19, 2025

Dear Judge Engelmayer,

My name is Yan Liberman, and I am one of the co-founders of ███████ and ███████.
The former is a research and consulting firm, and the latter is a venture fund. At ███████, we
were investors in the Terra Luna protocol and suffered meaningful losses as a fund. I was also
personally invested and experienced even larger losses individually.

Despite the pain associated with these losses, I have always viewed them as the result of flaws in the
system's design and my own misjudgment of its resilience, rather than any intentional wrongdoing
by Do Kwon.

From the outset, the reflexive nature of Terra's design was disclosed, well understood and widely
debated within the crypto community. It enabled the protocol's rapid early growth but also created
inherent fragility. As the ecosystem matured, Terra recognized this, took affirmative steps to bolster
the design - including completing a significant raise of external capital to help mitigate those risks.
At the time, it appeared to be a prudent decision—one that gave investors like myself greater
confidence to maintain substantial exposure. In hindsight, our collective mistake was underestimating
the degree of simultaneous selling pressure that could occur in an attack of the system or steep
market downturn.

I share this context not to excuse what happened, but to help illustrate the mindset of the broader
investor base and to emphasize that Terra's collapse was, in my view, the direct result of the flawed
design and misjudged risk, not intentional deceit or malicious intent.

Throughout the years I interacted with Do, he consistently struck me as an exceptional founder—
brilliant, disciplined, and deeply committed to his vision. Even in the midst of the collapse, when
most would have withdrawn to protect themselves (as is often the case in our industry), he doubled
down - continuing to work tirelessly to find solutions and support those affected. His actions in crisis
reflected, to me, both his courage and genuine sense of responsibility.

I am writing today to respectfully ask that you consider leniency in his sentencing. I firmly believe
that Do still has much to contribute to society—as a builder, innovator, husband, and father to his
young daughter. He has learned hard lessons, matured as a person, and I have no doubt that, given
the opportunity, he will leverage those learnings to better the lives of others.

Thank you for your time and consideration.

Respectfully,
Yan Liberman

April 11, 2025

The Honorable Paul A. Engelmayer

United States District Court

Southern District of New York

40 Foley Square, Room 2201

New York, New York 10007

Dear Judge Engelmayer,

My name is Nikola, known online as ▮▮▮▮▮. I am 26 years old and run my own small business. My life has always been closely connected to technology, computers, and innovation. I am writing to share my personal story and perspective about Mr. Do Kwon and how his work has impacted me.

I first learned about Do Kwon and the Terra ecosystem on May 22, 2022, during the time of the Terra collapse. At that moment, my knowledge of cryptocurrency was almost zero, but when I saw an entire ecosystem fall apart within just a few days, I wanted to understand why and how something so strong could collapse so suddenly. This curiosity led me to research, read, and watch every available interview that Mr. Kwon had ever given. I followed his entire Twitter (now X) account and read every post he had made.

Over the following three years, I studied and observed his work, his ideas, and his attitude. From my point of view, Terra was simply ahead of its time—a brilliant concept launched in the wrong era. If it had been created now, in a world that better understands crypto and its potential, I believe the outcome would have been very different. The technology and vision behind Terra were revolutionary, and Do Kwon was one of the few people in the crypto space who truly aimed to create something meaningful and sustainable.

From everything I have seen and read, and from the community that has remained loyal to him, I can say this: Do Kwon is a good person, a strong character, and a true

visionary. Even after everything that happened, a large part of the Terra Classic community continues to stand by him—not because of financial reasons, but because they genuinely believe he never acted with bad intentions. That, to me, says more than anything else.

One personal detail that deeply touched me was learning that he even named his child Luna. To me, that symbolizes his complete dedication to his work and his belief in what he was building. No one who dedicates that much of himself to a vision can be seen as someone driven by greed or fraud. Sometimes people make mistakes, especially when creating something big, new, and risky. But mistakes don't make someone evil—they make them human.

Through his story, I have learned something very important about life: that even when things fall apart, if you keep your integrity and your heart is clean, a second chance always comes—sooner or later.

I know my letter may not carry much weight in the grand picture, but I simply wanted to share my story and to express my belief that Mr. Do Kwon deserves understanding, compassion, and the opportunity to contribute to society again. I truly believe he still has much good to give to the world.

Thank you, Judge Engelmayer, for taking the time to read and consider my words and experience.


Respectfully,

Nikola

Podgorica, Montenegro

**Date : 11/13/2025 9:50:14 AM**
**From : "Samuel Onifade"**
**To : "Andrew Chesley" achesley@heckerfink.com,**

**Subject : LETTER OF LINENCY**

You don't often get email from                                    Learn why this is important

This email was sent from outside the Firm.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

November 13th, 2025

Dear Judge Engelmayer,

My name is ONIFADE, Adesola Samuel a Terra Luna classic investor who happens to be a fresh graduate currently undergoing a graduate trainee/ services year program as a Graduate Intern Engineer.
I heard of Do Kwon when I came into the crypto space 2023 and having known Do Kwon for three years now not on a personal level but from an investor standpoint. The reason why I decided to write the letter for leniency was to point out my personal fact that after three (3)yrs of being a Terra Luna investor and having done my research into the collapse of Terra, a lot did not add up. Also considering that with such brilliance put into building such a powerful financial model, it will be folly of an Inventor to self sabotage such a great financial product which I know will later be known as a block chain with numerous upside just to end it with lure for cheap gains and at the same time bring ruins to one's reputation socially considering that such invention is then named after the inventors Child LUNA.
However, Do-Kwon who happened to be the main idea behind the invention of the Terra block chain brought not only the idea, Do Kwon sparked the insight of the stable coin market which was way ahead of its time. I strongly believe that if Do-Kwon is given the chance, he will be upright very productive the crypto space and the greater society at large due to his sophistication and knowledge which he had about the stable coin market and not only that he will be bring the supposed collapsed chain back to its spotlight with Do Kwon returning back to what he is known best for.
Nevertheless, During the collapse it must be pointed out that Do-Kwon played a role which must leaders tend to lack which is a bare minimum in the spectrum of life that is effective and timely communication and at the same time bringing everyone along. Though investors where hurt, some lost along the way. It is only to a large extent one can control damage but not totally eliminate it especially when one doesn't understand such attack.
Thank you once more Judge Engelmayer for giving Do-Kwon medium to have letters of leniency sent to support he who tool the fall for the collapse

Respectfully,
ONIFADE, Adesola
Lagos State,
 Nigeria

**Date : 9/25/2025 1:19:03 AM**
**From : "GJ Flannery"** ▇▇▇▇▇▇▇▇▇▇
**To : "**▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ **"Andrew Chesley"**
**achesley@heckerfink.com**
**Subject : Letter Re: Do Kwon and Terra**

You don't often get email from ▇▇▇▇▇▇▇▇▇▇   [Learn why this is important](#)

This email was sent from outside the Firm.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 22, 2025

Dear Judge Engelmayer,

My name is George Flannery. For context: my former company (▇▇▇▇▇) provided public data analytics and services to the entire Terra ecosystem. For years, Do was a strong supporter of ▇▇▇ during a critical growth period for our company.

Personally, I was an investor in the ecosystem and suffered drawdowns of about ▇▇▇ during the crash. Post-crash, I served on a committee to help rebuild the ecosystem, in which capacity I reviewed grant applications for ~60 of the teams building in Terra.

I am writing to share my perspective on Do as a founder and person. Perhaps these anecdotes may illustrate elements of his character and motivations that others have yet to highlight. In other words: I wanted to ensure that the good Do accomplished, & may yet accomplish, is measured alongside his failures.

To offer some additional perspective on Do's motivations: I first met him via a leadership circle call for Angel Protocol, a blockchain charity where I volunteered - to which he donated $300,000 of his own money. Based on that call, and to my knowledge, Do never benefited financially in any way from this donation. I believe he wanted to make a major impact via his own personal capital, as well as his support for Angel. On a separate occasion, Do came unexpectedly to a large dinner event in Portugal and paid the dinner tab - again, out of his own pocket - for the entire restaurant.

During that same trip to Portugal, I spoke with Do one-on-one in an impromptu gathering. He was gracious and thoughtful: a sharp contrast to his bombastic online persona. I came away from that conversation impressed by his deep & sophisticated knowledge of ▇▇▇ e: a potent display of attention to detail from someone who had hundreds of ecosystem projects to track.

As an ecosystem, Terra was special. In five years as a crypto operator, I have yet to see its equal. In my observation, Do consistently operated for the benefit of this ecosystem and its constituent projects, including ▇▇▇ .

Many people know that Do was brilliant, despite the ecosystem's failure. Far fewer remember that he was generous, as well. I hope these observations help to illustrate the good work he did, amidst the backdrop of a highly uncertain industry whose rules are still being written.

Thank you for considering my perspective, Judge Engelmayer.

Respectfully,

George Flannery

Dear Honorable Judge Englemayer,

My name is Lamont Baker. I am a fellow inmate with Do Kwon at Essex County Correctional Facility. I have been learning computer programming from Do over the last year. I wanted to share this story that is both unique and very important to me with you before Do's sentencing.

We became friends soon after Do's arrival to the jail by working out together. I like learning new things, so when Do told me he was a programmer in the outside, I asked him right away if he could teach me. I knew very little about computers at the time, so I didn't understand what a big ask this was. That's how we got started.

Just getting started was tough. In this maximum security jail, we are only let out of our cells a couple of hours a day, and 64 inmates have to share 3 computers. This meant that we had to do most of our lessons over paper. Do would show up every other day to our lessons during recreation time with lecture notes and programs for me to write. During lockdowns, we would pass notes back and forth through the cracks in the cell doors to make sure to not let the jail get between me and my learning. Looking back, I can't believe the effort Do put in the lessons for a virtual stranger. The early code I wrote was mostly gibberish, so Do would write 20 lines of corrections and feedback for every line I wrote. I would give him a page for my homework and would get a book back in return.

The first toy programs I wrote guided PacMan through a maze of obstacles and adversaries. After that, Do taught me how to build a calculator that can take inputs and produce outputs over a textual interface. Then, we carried on our lessons into building more sophisticated games like chess. Though I could never get my knight to move the way I intended it to, these lessons gave me the confidence that I had started to develop the basic skills needed to make it as a programmer once I am released. These days our sessions focus on what I am going to build. By talking to Do, I've learned a lot about what kind of technologies and opportunities are out there. I am especially interested in AI. We've been brainstorming ideas on AI tools that can help people generate freestlye rap music.

I've been in prison for most of my life since I was 15. I could never escape crime. Every time I was released, I would go back to dealing drugs because I could never get a good enough job to really support my kids in the way that they deserve. This is the first time I've felt real hope that things will be different. I am just starting out, and I know it will be hard to make it as a real programmer. But now I think I have what it takes to make it out there. I think I can be good at this.

Though there are many job training programs in prison, none of them are useful to leading a better life outside these walls. They teach you how to do menial work like hairdressing or flipping burgers. Every time I would complete these programs I would be depressed about my future, and I know other guys in my classes felt similarly. Learning from Do was different. I now hope for more, and can see a realistic path to a better life for me and my kids. Many here have learned something from him. I am thankful to Do for all his help and friendship over the past year, and hope the best for him at sentencing and after.

Respectfully,

Lamont Baker

**Date : 9/10/2025 4:44:29 AM**
**From : "Tom Paredis"** ████████████████
**To : "**████████████████████████ **"Andrew Chesley"**
**achesley@heckerfink.com**
**Subject : Character Letter for Do Kwon Sentencing Hearing**

You don't often get email from ███████████████████  Learn why this is important

This email was sent from outside the Firm.

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

September 10, 2025

Dear Judge Engelmayer,

I am Tom Paredis, a 34-year-old software developer residing in Belgium who has been actively
involved in the cryptocurrency sector since early 2021.
Although I have not had the opportunity to meet Mr. Kwon personally, I have followed his
professional work and public communications through various digital platforms, including X
(formerly Twitter).
I am writing to provide this Court with my personal perspective as an individual investor regarding
Mr. Kwon and his work in the cryptocurrency and decentralized finance (DeFi) sector.
Based on my observations and understanding, I believe that Mr. Kwon developed a technologically
innovative product that, despite having certain technical vulnerabilities, was not intentionally
designed to defraud investors.
I respectfully submit that the criminal justice system should consider the distinction between
intentional design flaws and the inherent risks associated with pioneering technological
innovation, particularly in emerging and rapidly evolving sectors such as cryptocurrency.

As a direct investor in the Luna ecosystem, I allocated approximately ██████ to Luna tokens,
which constituted over ███ of my total investment portfolio at the time of investment.
This represents a substantial financial commitment relative to my personal circumstances and
demonstrates my genuine belief in the project's viability and potential for success.
My investment decision was based upon my personal research and understanding of the project's
algorithmic stablecoin approach and its potential in the market.
Despite the financial losses I incurred following the ecosystem's collapse, I believe that the failure
resulted primarily from external coordinated attacks rather than intentional fraudulent conduct by
Mr. Kwon.
Based on information shared by blockchain researcher Jacob Gadikian on X (formerly Twitter),
while there was an underlying vulnerability in the system's design, the collapse was ultimately
triggered by coordinated external attacks specifically targeting this weakness. I firmly believe this
technical flaw was not intentionally implemented by Mr. Kwon to deceive investors, but rather

represented an unforeseen vulnerability that was exploited by external actors.

I respectfully and urgently request that this Court show extreme leniency in Mr. Kwon's sentencing.
While the financial losses sustained by investors, including myself, are substantial and deeply regrettable, I submit that Mr. Kwon's case represents a unique opportunity for this Court to demonstrate mercy and understanding in the face of unprecedented technological innovation. Mr. Kwon's contributions to advancing cryptocurrency and DeFi technologies were groundbreaking and genuinely transformative, despite the tragic outcome. The circumstances surrounding the project's failure were largely beyond his control and resulted from external exploitation of technical vulnerabilities that were not intentionally designed to harm investors.

I implore this Court to consider that Mr. Kwon's intentions were fundamentally innovative rather than malicious. The rapidly evolving nature of cryptocurrency regulation and the technical complexity of algorithmic stablecoin systems present unique challenges that should warrant extraordinary consideration in sentencing.
A harsh sentence would not only punish an individual who sought to advance technology for the benefit of society, but would also send a chilling message to other innovators in this critical sector. I respectfully request that this Court show the utmost leniency possible, recognizing that Mr. Kwon's case represents a pivotal moment in the intersection of law and emerging technology.
I thank the Court for its time and consideration of this matter.

Respectfully,

Tom Paredis
Oudsbergen, Limburg Belgium

**The Honorable Paul A. Engelmayer**
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**October 13, 2025.**

**Dear Judge Engelmayer,**

My name is Rémi Tetot. I am the co-founder of Real Vision, an on-demand media platform delivering financial content in video format. Previously, I served as ██████████████████ ██████████████████, where I produced macroeconomic research for hedge funds, family offices, sovereign wealth funds, and ultra–high-net-worth individuals.

My work led me to discover Terra relatively late, around September 2021. As a macro analyst, I wrote a detailed report for institutional investors, later published in ██████████ ████████. What impressed me most at the time was the caliber of people building various protocols on Terra,  including several former Goldman Sachs professionals, which spoke to the project's potential and seriousness.

As someone deeply aware of the mounting global debt and systemic risks in traditional finance, I saw in Luna and UST a potential real-world solution to a very real problem.

After partially exiting my own business, I invested a significant portion of my savings into Luna. I first met Do Kwon around November 2021. We connected intellectually and shared a belief in building financial systems that could offer broader access and stability.

Throughout my career, I've met exceptionally bright individuals, but Do stood out. He is brilliant, driven, and genuinely intent on creating something meaningful, something that could democratize and improve how money works. Behind his brash online persona, I found him to be humble, curious, and at times overly confident, traits not uncommon among visionary founders operating at high speed.

In March 2022, I spent four days with Do in Singapore, exploring the possibility of working together. Our discussions revolved around how to strengthen Luna and UST, optimize the implementation of the LFG reserve mechanism, and plan the next steps for Terra. By that stage, the weaknesses of Luna and UST were well known, and the team was actively working to address them. Unfortunately, the project collapsed before those improvements could be tested.

When Luna collapsed, I lost ▮▮▮▮▮▮▮, along with much of my professional reputation and personal confidence.

Yet having gotten to know Do closely, I never saw him as responsible for my losses, nor did I believe the narrative that he acted with fraudulent intent.

Terra's failure was the result of a flawed mechanism, one that was being improved in real time, not of deception. Some participants recognized the weakness and exploited it; that, unfortunately, is part of the financial world's harsh reality.

Yes, the relationship with Jump should have been communicated more transparently, and yes, Do could be overly confident at times. But that confidence stemmed from conviction, not arrogance or malice.

The only real weakness I observed in him was the absence of experienced mentors or advisors, something crucial for someone who achieved such extraordinary success so quickly.

In my view, Do Kwon is not a criminal. He is a brilliant young entrepreneur who made mistakes while trying to innovate in an extraordinarily complex and fast-moving environment, and he is someone I would still choose to work with if given the opportunity, despite what happened.

He has already paid a heavy personal and professional price for those mistakes. I sincerely believe he still has much to contribute, and that a compassionate sentence would allow him to rebuild and continue adding value to society.

Thank you for your time and consideration, Your Honor.

**Respectfully,**
**Rémi Tetot**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Date: 21-Sep-2025

Dear Judge Engelmayer,

My name is Badr El Mrabti. I am ex-banking banking professional with more than 15 years' experience, most of it in Market Risk Management. I first came to know Do Kwon as I was an early investor in Terra and member of the group of active investors in the community. He was so responsive to the community questions. I witnessed not just a founder building a company, but a person driven by vision and conviction.

What struck me most about Do was not ambition for personal wealth, but the belief that he could build something transformative: a decentralized stablecoin and an ecosystem that could change how people transact and interact financially. Terra inspired thousands of builders and community members—including me—to think bigger, to experiment, and to dream. I saw Do spend countless hours encouraging others, listening to ideas, and supporting aspiring founders. That is not the mark of someone scheming for shortcuts, but of a person who believed in people and in possibility.

Of course, the collapse of Terra was devastating. I personally lost a significant amount of money (more than ▮▮▮▮▮▮▮▮▮▮), and it changed my outlook on investing in crypto forever. Yet even with my losses, I cannot see Do as someone who intended harm. He lost the most—his creation, his reputation, and his peace of mind. To me, it was clear he fought to the very end to defend Terra, not to abandon it. The truth is that many in this industry have propped up systems under stress—sometimes with trading firms, sometimes with emergency measures. Even in traditional finance, we have seen similar episodes, like Long-Term Capital Management in the late 90s, where interventions were necessary to prevent wider damage. Do's actions fit within that context, even if the experiment ultimately failed dramatically.

Judge, what I want you to know is this: Do Kwon is not just a name in a courtroom. He is a person who built, who inspired, who carried hope for many—including me. His story is not just about failure, but about ambition, community, and lessons that the entire industry has since learned from. I believe deeply that if given the chance, Do Kwon can continue to contribute meaningfully to society.

I am grateful for your time and consideration. Despite my own financial loss, I felt compelled to write because I believe in forgiveness, in fairness, and in giving people like Do the chance to rebuild their lives. Thank you for seeing the human being behind the case file.

Respectfully,

Badr El Mrabti
Dubai, United Arab Emirates

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007


14th September 2025

Dear Judge Engelmayer,

My name is Skye Cobile. I'm a Software Engineer based out of Germany. Back in 2021, I was one of the many who saw the rise of Bitcoin and got lured in during the height of the bubble. Shortly after, I learned about Terra & Do Kwon. While I was mostly just an admirer of his from afar, it was the community around him that I connected with & grew fond of. In an industry ripe with scams, I've met some of my closest friends in this community. The Terra ecosystem felt so vibrant & optimistic. Many creative minds aggregated here to build innovative solutions, and I got drawn deeper into the wider Cosmos ecosystem, where I am today one of a few remaining specialized developers. In a sense, I owe part of my current career success to Do - without Terra/Luna, I would certainly be elsewhere today. Even when I was suffering from Chronic Fatigue Syndrome for years, I was able to find ample opportunities through & support from this community.

As any crypto enthusiast who survives more than one full cycle, I've made & lost a lot of money, not just in the Terra/Luna crash. Yet, I never regretted any of my choices; and I especially never deflected any personal responsibility. I did my due diligence and learned about the concept underlying Terra. I learned about similar projects in the past & how they collapsed. I may have underestimated the likelihood, but I always knew the risks. As far as I was concerned, Chai was just a fun fact. As Chai doesn't operate in this part of the world, it had no meaning to me. Regarding the peg, I figured it would be mostly backroom deals between whales - but isn't that just how the world works? For better or for worse.

I truly do not believe Do Kwon had any ill intent. Instead, he was even devising new mechanisms to further defend the peg; but the collapse happened before they could be implemented. Independent blockchain sleuths analyzed the event and found evidence of a coordinated attack that took advantage of ephemeral conditions. Perhaps these conditions could've been avoided. But as far as I'm concerned, Terra/Luna was an innovative experiment by a starry-eyed dreamer gone awry, not a scam designed to relieve me of my money.

Terra was offering us a dream: a world where we are in control of our money. It may not be for everyone, but I vastly prefer it this way. To this day, nothing has been able to grasp the same fascination & glee I had about Terra.

Thank you for considering my perspective.


Respectfully,

Skye Cobile from Germany