# EXHIBIT E

**PageVault**

| | |
|---|---|
| Document title: | (21) Do Kwon on X: "Fun thought: currently @terra_money payments app Chai is linked with 12 merchants in Korea. Can anyone guess which wallet address belongs to which merchant? First person to respond with the correct guess and explain reasoning gets 5000 $LUNA https://t.co/5RKUq7yLKx" / X |
| Capture URL: | https://x.com/stablekwon/status/1226383568001097733?s=20 |
| Page loaded at (UTC): | Wed, 26 Nov 2025 15:38:38 GMT |
| Capture timestamp (UTC): | Wed, 26 Nov 2025 15:40:15 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 5 |
| Capture ID: | di6cngHxLPQgQGTxtWuoq4 |
| Display Name: | ascorese |

PDF REFERENCE #:    v5GuLba8tBCasc1xSaeKo5

Do Kwon
@stablekwon

Fun thought: currently @terra_money payments app Chai is linked with 12 merchants in Korea. Can anyone guess which wallet address belongs to which merchant? First person to respond with the correct guess and explain reasoning gets 5000 $LUNA

---------------------

Yanolja
TMON
DailyHotel
CU
OHouse
Bunjang
Idus
Tourvis
Sinsang
MarioOutlet
BeautyNet
Bugs

**Relevant people**

Do Kwon
@stablekwon

#Luna

**What's happening**

Business and finance · Trending
$NXXT
3,241 posts

Trending in United States
Rumors
20.7K posts

Food · Trending
Didn't Jesus
3,323 posts

Trending
Santa
111K posts

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2025 X Corp.











PageVault

| | |
|---|---|
| Document title: | (21) Do Kwon on X: "@terra_money That's a wrap! @lover_kwon correctly guessed all 12 merchants by making a purchase on every store. https://t.co/QCKHl2npNS As promised, will be sending the 5000 LUNA reward out today. Thanks for playing. https://t.co/1ZG7jT9lp5" / X |
| Capture URL: | https://x.com/stablekwon/status/1226688397743276034?s=20 |
| Page loaded at (UTC): | Wed, 26 Nov 2025 15:41:23 GMT |
| Capture timestamp (UTC): | Wed, 26 Nov 2025 15:41:58 GMT |
| Capture tool: | 10.68.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.251 Safari/537.36 |
| Operating system: | Linux (Node 22.19.0) |
| PDF length: | 4 |
| Capture ID: | hUQuZ5VRBYbkwjeUZrN84J |
| Display Name: | ascorese |

PDF REFERENCE #:   7rf5vT67spcqcwBAt7tMuX

**Do Kwon** @stablekwon · Feb 9, 2020

Fun thought: currently @terra_money payments app Chai is linked with 12 merchants in Korea. Can anyone guess which wallet address belongs to which merchant? First person to respond with the correct guess and explain reasoning gets 5000 $LUNA



💬 8   🔁 6   ♡ 21

**Do Kwon** @stablekwon

That's a wrap! @lover_kwon correctly guessed all 12 merchants by making a purchase on every store.

gist.github.com/johnny0516/2c4...

As promised, will be sending the 5000 LUNA reward out today. Thanks for playing.

```
CU : terra1dtrxq5p5aaupassaz6muflszwych8df344z83j

Tmon : terra105rz2q5a4w7nv7239tl9c4px5cjy7axx3axf6p

Yanolja : terra1v9re350hxx4t5ajr89ayfej5kn6h7m4aaft08j

DailyHotel : terra1wa05ut0utgjg5mufnaeyne8crrn6qlkmry2r48

Ohouse : terra17wuw5vpa8nnerz6tn6v03wk2g493ygg9rzfvuw

Bunjang : terra1tf86epu6t5l5h0ndmpxy9p8wtpl304hvxpkddc

Tourvis :

Idus : terra135gpph9jkx03cc594z5hey3xprrrhzymj62yyu

Mariomall : terra1az6ejg7vcvszuau6x3sf9qvj3quq6x7mkskx7h

Bugs : terra1dvhc22vj3jtlv4c2e4v4ev49lyltsedfu8y3pt

Beautymall : terra1fkhqkqkrrrj8gq9ydkqruy30qs5zqwe377748h
```

2:04 AM · Feb 10, 2020

💬 4   🔁 1   ♡ 4   🔖 1

Document title: (21) Do Kwon on X: &quot;@terra_money That&#39;s a wrap! @lover_kwon correctly guessed all 12 merchants by making a purchase on every store…
Capture URL: https://x.com/stablekwon/status/1226688397743276034?s=20
Capture timestamp (UTC): Wed, 26 Nov 2025 15:41:58 GMT
Page 1 of 3






