# EXHIBIT B

| | |
|---|---|
| **From:** | A.D |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Statement from Luna i been a victim of this |
| **Date:** | Monday, December 8, 2025 6:57:40 PM |
| **Attachments:** | 692398be-1704-11f0-9bcf-0e89d0e894f3-1[1].xls |

My name is Agron i came from North Macedonia and i live in Skopje there i will share my binance statement regarding LUNA Token which i have been victim of this i have proof screenshots and statements which i will share here

i contacted binance and they refused to compensate me instead they ignore me always so im pleasure if we can get compensation of our money because it affected us to much me wife and my family all we want is compensation of our money nothing less or nothing more , thank you

1

**From:** Ahmet Topkarcı
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] +Terra Luna
**Date:** Monday, December 8, 2025 7:09:44 PM

My name is Ahmet, and I'm writing from Türkiye. I'm a teacher by profession. I bought Terra Luna on Binance TR. I have a $50,000 loss. I've submitted all the necessary documents. Therefore, I've had a very difficult time due to my Terra Luna losses. I want my money refunded. I'm sending my USDT address.

Binance TR(TURKEY) UID: ▆▆▆▆▆

USDT Adress: BNB Smart Chain(BEP20)
▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

2

| | |
|---|---|
| **From:** | Alessandro Zuccaro |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 6:34:45 PM |

Dear Judge Engelmayer,

My name is Alessandro Zuccaro, and I am submitting this Victim Impact Statement regarding the sentencing of Do Hyeong Kwon.

I invested approximately $10,000 in UST, believing it to be a stable and trustworthy asset. After the collapse of UST, the value of my investment dropped to less than $100, resulting in a severe and unexpected financial loss.

This event had a profound impact on my personal well-being and daily life. The shock, stress, and sense of helplessness caused by this loss contributed to a period of depression, during which I struggled emotionally and mentally. This situation ultimately affected my ability to work, and I eventually lost my job, further worsening my financial and emotional difficulties.

The collapse of UST and the actions of Mr. Kwon have had long-term consequences on my life. I continue to deal with the emotional distress, financial instability, and psychological effects of this event.

Thank you for taking my statement into consideration.

Sincerely,

Alessandro Zuccaro

3

| | |
|---|---|
| **From:** | alparslan yazıcı |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Monday, December 8, 2025 6:33:40 PM |

Dear Ms. Defendre,

I am submitting this statement as a victim in the case United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE).

The collapse of Terra/LUNA in 2022 caused severe financial and emotional harm to me. I lost a significant portion of my savings within hours. During the crash, major exchanges halted trading, which prevented me from taking any action to mitigate my losses. As a result, what could have been a manageable loss turned into a devastating one.

The economic conditions in my country have made the impact even worse. At the time of the Terra/LUNA collapse, the exchange rate was approximately 10 Turkish Lira per 1 USD. Today, it is around 45 Turkish Lira per 1 USD. This means that the real-life cost of my losses has multiplied several times. What I lost in 2022 is not the same today — it has become far more damaging due to the severe devaluation of my local currency.

Because of this event, I experienced long-term financial stress, accumulated debt, and emotional strain. My daily life, mental health, and sense of stability were significantly affected. I carried the burden of this loss for years, knowing it resulted from misconduct and fraud that were beyond my control.

I respectfully ask the Court to consider the true severity of this harm when determining sentencing and restitution. The fraud committed in this case has had profound and lasting consequences on ordinary individuals like myself.

Thank you for your time and attention.

Alparslan Kökçe

İstanbul / Türkiye

4

| | |
|---|---|
| **From:** | Andrew McDonald |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Monday, December 8, 2025 6:24:37 PM |

My name is Andrew McDonald I am a 33 yr old who was impacted by the Terra luna collapse. The loss I suffered wiped out a large portion of my savings at time of the event and had a substantial negative impact on my financial and mental wellbeing.

I am leaving this statement in connection with the litigation regarding Terra Luna as an impacted victim.

**From:**      Anita Youabian
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Letter to Honorable Judge Engelmayer Re: Terra Collapse
**Date:**      Monday, December 8, 2025 7:00:08 PM

Dear Honorable Judge Engelmayer,

I hope this letter finds you well. I am *not* writing today to ask for a harsher sentence for Do Kwon, nor to demand revenge or punishment. None of that will bring back my health, my savings, or the pieces of myself that I have lost. I am writing because I need you to truly see what this has done to my life — how far the damage reaches, and how deeply it has altered the course of my future.

I trusted Do Kwon's Terra as a safe, stable coin. I believed it was secure. I believed I was doing the responsible thing. And yes, I now know that trusting it was my mistake, and I carry the weight of that every single day. But the consequences of that mistake have been more devastating than anything I could have imagined.

During the collapse, I received news that shattered me: ███████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ █████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████ ████████████████████████

But the overwhelming, suffocating stress of losing everything caused my condition to accelerate in under two years. Doctors told me this almost never happens. As I write this letter, I am waiting for my newest test results, my hands shaking because I don't know what they will say. ████████████ ███████████████████████ — each one a reminder that this is only the beginning. ████████████████████████████ ███ ████████████████████████ Now that choice may be taken from me forever.

For more than a decade, I have supported my mother and my two sisters on my own. Every dollar I invested came from years of sacrifice — I began saving at fifteen years old. I am now forty-two, and it is all gone. I denied myself so much because I felt it was more important to take care of my family than to focus on my own dreams, even dreams as personal and precious as becoming a mother. I put whatever I had left into this investment, believing I was securing a future for all of us. Instead, I lost everything.

There are no words strong enough to describe the horror of watching over $200,000 disappear within days — money that represented decades of work, hope, and sacrifice. I couldn't even sell what was left because the money was staked in Terra Station. I watched $200,000 go down to pennies. The stress twisted my body in ways I did not think were possible. ████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████ . It hurts to eat. It hurts to brush my teeth. It hurts to smile. I would give anything — anything — to undo this mistake and have my health back. I feel like I am living inside a nightmare that I cannot wake up from. Why did I make this investment?

I am not writing to cast myself as a victim. I know I played a role. I could have been more skeptical, more cautious. And I am not asking for Do Kwon to suffer. I don't even know if he intended this harm. I almost didn't write this letter because I don't want to cause him any suffering the way he caused me. But what I do know is that the only thing that will help any of us heal is if the investors are made whole financially.

Do Kwon is clearly a genius. Maybe instead of him going to jail, he should be ordered to create a system to pay everyone back. I'm sure he is smart enough to figure something out. Or at least sell every last bit of his assets.

Your Honor, I am begging you — please do whatever is within your power to

help us. Please, if there is any way at all for our savings to be returned, please make it happen. We trusted the system to protect us. We trusted that there would be accountability. All I ask is for the chance to rebuild what was taken. Please help us. Please try to make this right.

Please give me the opportunity to continue helping my family.


Sincerely,

Anita Youabian

| | |
|---|---|
| **From:** | ▆▆▆▆▆ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Monday, December 8, 2025 6:09:11 PM |

Ms. Defendre,

I respectfully submit this victim impact statement in connection with the upcoming sentencing of Do Hyeong Kwon. I also request that, should my statement be shared publicly or entered into the record, my full name and family name be omitted in order to preserve my family's privacy.

The collapse of Terra/LUNA had a catastrophic impact on my life and on my family. I had spent years building a stable future through disciplined trading while working full-time and supporting my first newborn. By late 2021 and early 2022, I had finally reached a level of financial security that allowed me to leave my job and pursue my passion for trading full-time. I had earned enough to responsibly make that transition and provide for my family.

When Terra and UST collapsed, more than $500,000 of my savings disappeared instantly. The losses to my other positions, triggered by the collapse, were even larger. All that remained went toward taxes, and we were left with only a few months of living expenses. Since then, I have been unable to secure stable employment despite constant effort. My family has been living on a single income, supplemented only by small amounts I earn from occasional trading and coding work.

The long-term consequences have been devastating. We lost our financial safety net, our retirement plans, and the stability we believed we had earned. Simple things like taking our children on outings, offering them special gifts, or planning any form of vacation are no longer possible. We have been pushed to the bottom financially, and every day has become a fight to stay afloat.

We now have two young children, with a third on the way. Despite our hardships, we remain committed to building the family we dreamed of. But the Terra collapse fundamentally altered the trajectory of our lives and placed an immense burden on us that still affects us every single day.

I am submitting this statement so the Court understands that the harm caused by Mr. Kwon's actions was not abstract or limited to financial markets. It permanently damaged the lives of ordinary families like mine, who acted in good faith and trusted the stability that Terra and its leadership falsely projected.

Thank you for your attention and for considering the impact this has had on my family.

Respectfully,

▆▆▆

| | |
|---|---|
| **From:** | Brian Fiszman |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 5:53:35 PM |

Dear Ms. Defendre,

I am writing this statement as a victim of the fraud committed through Terraform Labs and its related products. I submitted a claim to the CLC process, and I appreciate the opportunity to share how these crimes have affected my life.

In 2021, during the collapse of Terra/LUNA and UST, I lost approximately **$20,000 USD**. At that time, I was working hard to build financial stability for my future. This amount represented years of savings. It was money I planned to use to purchase a home and eventually start a family with my partner.

The financial loss was devastating, but the emotional and psychological impact was even worse. The sudden collapse, the feeling of being deceived, and the complete loss of my savings triggered one of the darkest periods of my life. I experienced extreme distress, hopelessness, and at one point I fell into a deep crisis that led me to contemplate taking my own life. I now understand how manipulated and misled we were, and how much of this suffering came directly from the actions of Mr. Kwon and Terraform Labs.

Even today, years later, this loss continues to affect my financial situation and my long-term plans. The money I lost would have allowed me to make significant steps toward building stability, such as purchasing a home. Instead, I have had to rebuild slowly, carrying both the financial setback and the emotional scars of that time.

I ask the Court to take into account not only the financial harm but also the severe psychological damage suffered by thousands of victims like me. This was not just an investment loss—it profoundly impacted my mental health, my sense of security, and my future.

Thank you for considering my statement as part of the sentencing of Mr. Kwon.

Sincerely,
**Brian Ezequiel Fiszman**
Argentina

**CLC Claim Email:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**CLC Claim ID:** ▇▇▇▇▇▇▇▇▇▇

| | |
|---|---|
| **From:** | bryan sommers |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] To do kwon |
| **Date:** | Monday, December 8, 2025 5:51:10 PM |

Mr.kwon

I am a 32 year old male from Nevada. All through my twenties I prioritized my future and setting myself up for success. By 22 I had patented a product and started a business, by 25 I had started working in laboratories as a molecular biochemist. By 2019 I was 28 years old and had a very bright future ahead of me, I had saved hundreds of thousands of dollars and had started investing in my own portfolio.

When anchor protocol was released, and you stated how safe it was and how it was basically fool proof. I believe you. I exchanged every USD I had and bought LUNA and UST and staked them.. as we all know. May 12 was a disaster day for us all.. I'm sure you will never read this, or it will never make it to you. But you took everything from me. The last 3 and a half years I have struggled to live. I've struggled with mental health, I've pulled away from everyone who cares for me, I am a shell of the person I once was, because YOUR greed has destroyed my self worth and my outlook on the future. I had life plans with the money I had earned. I had a family to start, and memories to make. I can go on and on about what you stole from me, but I don't think it would change a thing for you. You didn't see any of us a people, you saw $$$ you could run off with and not care how it affected the people who believed in you. I hope with the time you have to sit in prison. You will take the time to personally write EVERYONE of your victims. It seems like there may be enough time.

I've had to accept what you did and pray that god may let my heart be gone of the anger you have brought to my life.  I pray you find god and ask for forgiveness for the crime and sins you have committed. I feel I've finally said 1/100 of what has been on my heart and mind for years. So that's all from me.

-Bryan Sommers

# Crypto Loss Claim – Thomas Pierre Blanc

My name is Thomas Pierre Blanc, I am French, I live in Paris, France and two years ago I lost almost all my portoflio value when UST collapsed. Here is my UST journey, I tried to be as precise as possible.

From February 8, 2021 to December 5, 2021 I bought 296,353.740 UST and sold 34,367.620 UST on Kucoin crypto exchange platform (you will find the detailed Spot Order History in the xls file **Kucoin – Spot Order History**), thus I kept a total 261,986.120 UST.

From December 31, 2021 to March 3, 2022 I bought 112,019.000 UST on Binance crypto exchange platform (you will find the detailed Spot Order History in the xls file **Binance – Spot Order History**).

These are the only times I bought and sold UST, resulting in **a total of 374,005.120 UST bought and not sold (still hold)**.

These UST were gradually withdrawn from Kucoin and Binance to 5 private Terra wallets :

- wallet n°1 : ████████████████████████████
- wallet n°2 : ██████████████████████
- wallet n°3 : ████████████████████████████
- wallet n°4 : ████████████████████████
- wallet n°5 : ██████████████████████

I staked these UST for DeFi purpose, on several platforms of the Terra ecosystem, in order to earn some yield on my UST :

- some UST were staked on Anchor Protocol (swapped for aUST)
- some UST were staked on Spectrum Protocol (swapped for bPsiDP-24m)
- some UST were staked on Pylon Protocol

**At the time of the De-peg, on May 6, 2022, I had a total of around 430,000 UST :**

- wallet n°1: 33k UST on Anchor and 86k bPsi-24m on Spectrum
- wallet n°2: 114k UST on Anchor
- wallet n°3: 77k UST on Anchor and 55k bPsi-24m on Spectrum
- wallet n°4: 44k UST on Anchor
- wallet n°5: 20k UST on Pylon Protocol (MINE, TWD, WHALE pools)

After the De-peg I unstaked my UST from these protocols, did some transactions between those 5 wallets and between centralized exchanges (Binance, OKX and Kucoin) but eventually didn't sold any UST : I was expecting a Re-peg that never happened so decided to keep my UST, hoping for a future compensation.

You can find all the transactions from my five wallets in the xls file **Terra wallets - Transactions History**.  In order to ease the comprehension of the file regarding who is the sender and who is the recepient, I have identified the adresses in the first tab.

**As of January 21, 2024, I still have 429,991.571 UST :**

- wallet n°1: 69,206.419 USTC (see here :



- wallet n°2: 0 USTC
- wallet n°3: 0 USTC
- wallet n°4: 248,757.836 (see here :



- wallet n°5: 0 USTC
- Binance : 112,027.316 (see the PNG file ***Binance Dashboard - UST in wallet***)

On January 21, 2024, 1 UST = 0.02674792 USD (according to Coingecko), **thus my Crypto Loss Claim Amount is 418,490.191 USD**

I thank you for your consideration and for studying my Crypto Loss Claim.

13

| | |
|---|---|
| **From:** | Damiano Pucino |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 5:40:46 PM |

Dear Judge Engelmayer,

My name is Damiano, and I am an individual victim in the case United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE). I am writing to describe how Mr. Kwon's conduct has affected me emotionally, financially, and psychologically.

I invested all of my savings at the time, a total of approximately 13.000$, into Terraform-related assets when I was 24 years old. These were the savings I had managed to put aside in the early years of my adult life, and I believed I was making a responsible, long-term financial decision. Losing this entire amount in such a sudden and devastating way has had a profound impact on me.

Financially, the loss set me back by several years. I had to postpone important life plans, such as moving out on my own, and I have been working hard just to rebuild a basic level of savings. I constantly think about the opportunity cost of that money and how different my situation could have been if I had not trusted Terraform and Mr. Kwon's representations.

Emotionally and psychologically, this experience has been extremely painful. I felt ashamed and guilty for having lost everything I had saved, and this has affected my self-confidence and my trust in other people and institutions. For a long period after the collapse, I experienced intense stress, anxiety, and difficulty concentrating on my studies and work. Even today, thinking about this loss still causes me distress and worry about my future.

I respectfully ask the Court to take into account the severe impact that this crime has had on my life and on the lives of many other ordinary investors like me. I also ask that restitution be ordered to the fullest extent possible, so that victims may have at least a chance to recover part of what was lost.

Thank you for considering my statement.

Sincerely,
Damiano P.

14

| From: | Dan Wiener |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement for United States v. Kwon, 23 Cr. 151 |
| Date: | Monday, December 8, 2025 5:27:18 PM |

Dear Judge Engelmayer,

I am submitting this statement as a victim of the Terraform Labs UST and LUNA collapse.

In early 2022, I placed a substantial portion of my personal savings into UST. I did so after selling my condominium and consolidating my finances. I believed UST to be a stablecoin in the plain and ordinary sense of the word. It was repeatedly represented as being stable, safe for capital preservation, and backed by mechanisms designed to prevent collapse and generate yield. I was not speculating. I was attempting to protect the proceeds of a major life asset while planning my future and supporting my family.

When UST depegged and Terraform collapsed, the loss was immediate and catastrophic. Funds that represented years of work and the equity from my home effectively vanished in a matter of days. There was no opportunity to react, hedge, or exit. The assurances that had been made about safety, stability, and risk management proved to be fundamentally untrue.

The financial damage did not end with the market loss itself. The collapse set off a chain reaction that affected nearly every aspect of my life. I was pushed into significant debt. Long term plans I had carefully built were erased. The stress and financial instability contributed directly to the breakdown of my marriage and ultimately divorce. It is difficult to overstate the psychological toll of watching what you believed was a prudent decision unravel into years of recovery, uncertainty, and rebuilding.

This event set me back approximately four years financially. That loss cannot be measured solely in dollars. It includes lost opportunities, lost security, and irreversible personal consequences. I have worked continuously to recover, but the impact of this collapse is something I still live with today.

I am not writing this out of anger. I am writing because accountability matters. The conduct that led to this collapse was not an unfortunate accident or normal market risk. It was the result of false assurances, misrepresentation of stability, and systemic deception about how UST functioned and the risks involved. Many individuals like me made life altering decisions based on those representations.

I respectfully ask the Court to consider the real human cost of these actions when determining sentencing. This case is not abstract to those affected. It reshaped lives, families, and futures.

Thank you for taking the time to consider my statement.

Respectfully,
Daniel Wiener - UST/LUNA collapse victim

15

| | |
|---|---|
| **From:** | Legend WillBeBack |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Judge Engelmayer |
| **Date:** | Monday, December 8, 2025 5:32:47 PM |

Dear Judge Engelmayer:

Hi, I am Dan.

I respectfully submit this letter as a victim who experienced extraordinary financial and emotional harm resulting from the collapse of the Terra ecosystem. My investment in LUNA was guided not by short-term speculation, but by a long-term belief in technological progress and a desire to contribute meaningfully to humanity.

At LUNA's peak price of approximately $119, the value of my holdings reached roughly one billion USD. I could have sold at that point. However, I chose not to because I believed Terra was building a transformative financial infrastructure, and I hoped that if my holdings grew further—into the $2–3 billion range—I would be able to expand my philanthropic efforts significantly.

Before Terra collapsed, I had concrete plans for this wealth:

I hoped to make major contributions to the advancement of space and science, including donations to NASA-related initiatives or private-sector efforts aimed at accelerating humanity's progress into space.

I intended to provide substantial assistance to Ukraine, whose people were suffering during the ongoing conflict at the time.

I also planned to make large contributions to support children in poverty, particularly in education. I have previously donated to help underprivileged children attend school, and I hoped to dramatically expand such efforts as my investments grew.

These were not abstract dreams. They were commitments I deeply believed in and hoped to fulfill if my holdings appreciated further.

Even during the early stages of the de-pegging in May 2022, based on LUNA's price around $75, my assets were still valued at approximately $600 million. Within days, that value was erased entirely.

Had Terra not collapsed—or had I invested in alternative assets such as Solana—I estimate that my holdings today could have exceeded $2 billion. Instead, the collapse wiped out nearly all of my significant assets.

I did not hold because of greed. I held because I trusted the public statements made by Terraform Labs, Do Kwon, and institutional supporters such as Jump and Galaxy, who portrayed the system as stable and resilient. Those assurances substantially influenced my decisions.

The consequences for me have been catastrophic. From 2022 to the present, I have suffered

16

severe emotional distress. I developed major depression and symptoms consistent with PTSD. I have cried more this year alone than in the previous thirty-five years of my life combined. My ability to make decisions and manage investments has been deeply affected, leading to further financial setbacks for three consecutive years.

I share these details not to seek sympathy, but to illustrate the profound and life-altering impact of the defendants' actions on individuals who trusted their representations. The collapse did not just destroy financial wealth—it destroyed years of hopes, plans, and the ability to contribute positively to the world.

I respectfully ask the Court to consider the scale of harm inflicted on victims when evaluating the conduct of the defendants in this case.

Thank you for your attention and for allowing victims the opportunity to be heard.

I also wish you good health, Judge Engelmayer, and God bless you and the United States!

Best Regards
Dan

| From: | Davide |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| Date: | Tuesday, December 9, 2025 4:45:55 AM |

Honorable Ms. Defendre,

I am writing in connection with the upcoming sentencing of Do Hyeong Kwon. I wish to submit this statement as a victim of the Terraform Labs fraud involving the collapse of the LUNA / TERRA / UST ecosystem.

At the time of the de-pegging of UST, I personally held 2,181 UST, which I had purchased believing they were a stable asset pegged to the U.S. dollar. When UST lost its peg, the value of my holdings collapsed. I was forced to sell my UST at a drastically reduced price, receiving only $793, which represents a loss of approximately 64% of my initial investment.

This event caused me significant financial harm and emotional distress. I believed the representations made by Terraform Labs and its leadership, including Mr. Kwon, regarding the stability and safety of UST. The sudden collapse and the realization that these assurances were fraudulent have deeply impacted my trust in financial systems and digital asset platforms.

I would also like to note that I submitted my reimbursement claim through Kroll Restructuring Administration LLC, ███████████████████████ New York, NY 10007, and I am still awaiting the outcome of that process.

I respectfully ask the Court to take my experience and losses into consideration during the sentencing of Mr. Kwon. I hope that justice will be served for all victims affected by this fraud.

Thank you for your attention.

Sincerely,

Davide Piacentini

--
**Davide Piacentini**
████████████████████

18

**From:**      Dian Hariz
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] LUNA victims
**Date:**      Monday, December 8, 2025 7:31:53 PM

I lost all my money and savings because of LUNA

| From: | ABDULLAH ALTUĞ |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| Date: | Monday, December 8, 2025 5:59:16 PM |

United States v. Do Hyeong Kwon – 23 Cr. 151 (PAE)

Submitted by: Dr. Abdullah Altuğ

Country: Türkiye

CLC Claimant


Dear Judge Engelmayer,


My name is Dr. Abdullah Altuğ, and I am a specialist physician. I entered the cryptocurrency market not out of a desire for wealth, but because I genuinely believed that blockchain technology would be an important part of our future. Prior to the collapse of the Terra ecosystem, my portfolio had already suffered losses; however, I placed my trust in Terra's vision and invested all of my remaining savings into LUNC and USTC.


Part of what strengthened my confidence was the emblem of USTC, which resembled the United States flag and created an impression of safety, legitimacy, and responsible governance. As an ordinary investor, this imagery suggested that the asset was trustworthy and professionally overseen.


On the morning the collapse occurred, I woke up to the devastating realization that everything I had worked for financially had vanished. What followed were months of depression, guilt, and emotional distress. I repeatedly asked myself why honesty seemed to be disappearing from the world, and how so many people could be left to suffer because of the actions of a few. These thoughts stayed with me for a very long time.


As a husband and father, the emotional burden was overwhelming. For months, I could not look at my wife and children with a genuine smile. I felt profound shame for losing the savings that were meant for their future. My commitment had been to the promise of technology, not speculation—yet the outcome was a deeply painful personal and financial tragedy.


I still believe that if those responsible had acted with integrity, transparency, and

accountability, none of this widespread harm would have occurred. They could have achieved long-term success without misleading or devastating so many people who placed their trust in them.

No sentence imposed by the Court can undo the emotional impact of what I experienced. The stress, guilt, sleeplessness, and loss are irreversible. Yet I believe in justice. I believe that the suffering of so many victims must be recognized, and that accountability is essential to prevent similar harm in the future.

Thank you for considering my statement and for giving victims the opportunity to be heard.

Respectfully,

Dr. Abdullah Altuğ

Turkey

21

| From: | Eyal Naveh |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Terra-Luna Victim statement |
| Date: | Monday, December 8, 2025 7:36:55 PM |

Dear Judge Engelmayer,

I know that this trial is complex and that you have a lot to go through, so I'll try to keep my words short.

I wasn't investing much in the token Luna, although I did lose money on it as well. I had $400,000 accumulating interest on UST. The token that was supposed to be pegged 1 to 1 with the USD.

I was in the process of buying my dream apartment at the beach in Puerto Rico, after many years of hard labor and 12-15 hours work days, 6 days a week. (I had my own locksmith business). I was in a token that was supposed to be stable, that was supposed to be guaranteed by the math of Do Kwon. The genius everyone talked about.

The collapse didn't just robbed my hard earned money, it robbed my dream apartment, my dream to live on the beach, and threw my entire financial future into limbo. Till this day I keep asking myself what will I do? How can I return from this massive hit? I was able to recover some of the funds by selling UST at a much lower rate before it completely collapsed. My total losses came to about $250,000 just from this Luna scam.

I got deeply depressed many times over the years after the collapse. And instead of living my dream, looking for love and to start a family, I got left in limbo. I sold my business when I moved away to PR from California, and I was supposed to start a new life here with less financial worries. The collapse happened a few months after I sold my business, so I did not have something to fall on. These last 4 years were a roller coaster of trying to figure it out again. And I haven't told this to anyone, ███████████████████████████████████████████████████████████

Thank god I didn't, and I'm trying to live my life the best way I know since, but this hit is felt every day and has touched every aspect of my life.

From love, to family, to my ability to help others, to hard emotional and mental struggles. Instead of being the best version of myself for the world, I'm hurt, struggling, and alone.

I'm aware of the risks investing in crypto brings. But I was not investing in crypto. I was in a 'stable' coin.

Thank you for reading.
No one really knows what I have been going through since. I am not healed yet.

Eyal Naveh

| | |
|---|---|
| **From:** | Facundo Ramirez |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon |
| **Date:** | Monday, December 8, 2025 7:53:00 PM |

Dear Ms. Defendre,

I am submitting this statement as a victim in the case United States v. Do Hyeong Kwon (23 Cr. 151).

I lost a significant amount of money when Terraform/LUNA collapsed, which caused me considerable stress and financial harm at that time. Although I am currently in a better situation, the impact was real and affected my life and wellbeing.

Thank you for allowing me to provide this statement.

Sincerely,


**Facundo Ramírez**

---

 Libre de virus.www.avast.com

| | |
|---|---|
| **From:** | Furkan Güler |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Do Know |
| **Date:** | Monday, December 8, 2025 5:36:32 PM |

Do Know is a fraudster who robs people of their hopes, turning a blind eye to bankruptcy when he could have prevented it. I hope he receives the maximum penalty.

**From:** g k
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] important/complaint
**Date:** Monday, December 8, 2025 5:58:11 PM

i

Dear Sir,

This situation was unlike anything I'd ever experienced or heard of. ███ ███████████████ How could anyone who made me consider it experience my pain? I'm married with a child and elderly parents. They stole all our savings, my life. It's been four years and we still haven't recovered. The pain is still fresh. I can't describe what a nightmare it was. Please, sir, make us pay for the suffering they inflicted. You have the power to do this, but we don't. These people's money would more than cover the losses. Binance is also complicit and guilty in this matter. They made no report and continued trading.



Both of these claim numbers belong to me. I haven't even been able to prove my losses for nine months. Binance might have been supporting the bankruptcy process. We're still stalling.

iPhone'umdan gönderildi

| From: | gskmr2@aol.com |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim statement |
| Date: | Monday, December 8, 2025 6:58:47 PM |

Good evening,

I am submitting this statement to describe the impact that the Terraform Labs collapse and the actions of Do Kwon have had on my life and my family. I have used AI assistance to help put my thoughts into clear words, as I am not naturally articulate. My family has always been made up of hard-working, blue-collar people. None of us have been to university, and we have never had financial help or handouts. My daughter hopes to be the first in our family to attend university — other than my wife — and she is aiming for Cambridge next year.

In November 2019, after remortgaging our home, I invested approximately £90,000 into Bitcoin. Over time this grew significantly and at one point reached around $750,000. When I exited my Bitcoin position, I held approximately $400,000, with the remainder in altcoins. I placed roughly $370,000 of this total into what I believed was a safe and stable asset: UST on the Anchor platform. My intention was to earn the advertised 19.5% APY during the bear market, then buy back into Bitcoin at around $20,000 to rebuild long-term security for my family.

Had I kept those funds in almost any other asset — even simply staying in Bitcoin — I would still have somewhere between $400,000 and $1.3 million today. Instead, because I trusted Do Kwon and the Terra ecosystem, 95% of my crypto holdings disappeared. I recovered roughly $4,000 from UST and about $2,000 in Luna 2.0.

Before the collapse, I felt our future was secure. Since then, my life has been defined by depression, hopelessness, and constant guilt. ███████████████████████████████, and the only thing keeping me moving forward is my children.

The financial loss has reached every part of our lives. ████████████████████████████████
████████████████████████████████ I had hoped to give him meaningful experiences while he could still enjoy them — including taking him to the Monaco Grand Prix, something he always dreamed of — but those opportunities are now gone. My mother has become his full-time carer, and every visit is more difficult.

My own health has declined, and ██████████████████████████████████████
██████████████

Financially, we are barely coping. We have three mortgages we struggle to pay. My wife works as a deputy head of science and often comes home in tears from the pressure of her job. ████████████████████████████
████████████████████████████████████████████████████

I know many others suffered greatly, and I empathise with all of them. But for me, the consequences have touched every part of my life.

I held on during the depeg partly because UST had lost and regained its peg before, and partly because of the message "steady lads, deploying more capital." I believed recovery would come. Instead, everything I worked for vanished.

Although we are not at the point of choosing between heating and eating, the damage remains severe: my family's future, ████████████, my health, and my mental well-being have all been devastated. I live every day with the consequences of trusting the representations made by Do Kwon and Terraform Labs.

If I lived in the United States and had the ability to travel to the sentencing hearing, I would have welcomed the chance to be in that courtroom and look directly at the person whose actions have destroyed so many lives.

I want to express my sincere gratitude to the United States, the SEC, Gary Gensler, and everyone involved in

27

pursuing justice. You are the only authorities in the world who took action for victims globally. I hope the funds recovered will be distributed to victims and help cover even a portion of these devastating losses.

Thank you for considering my statement.

Regards,
Gavin Kay

| From: | Hakan İpek |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Subject: Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| Date: | Monday, December 8, 2025 5:44:15 PM |

Dear Judge Engelmayer,

My name is **Hakan Ipek**, and I am submitting this written Victim Impact Statement because I do not speak English and I live outside the United States, making it impossible for me to attend the sentencing hearing in person. Thank you for allowing victims to share how this crime has affected their lives.

I lost **over $20,000** during the collapse of Terraform Labs, including both leveraged and spot positions. This money was my last hope during a period when the crypto markets were already falling. I lost **$8,000 specifically in leveraged LUNA trades**, and the remaining balance was wiped out in spot trading. My entire savings were erased almost instantly.

This loss had a devastating impact on my life. I was saving this money to get married, and losing it destroyed my financial stability and my plans for the future. My relationship with my family suffered severely they lost trust in me, and the confidence of my girlfriend and her family was deeply shaken. For nearly two years, I struggled to recover both financially and emotionally.

The impact was so severe that I could not afford therapy, even though I desperately needed psychological support. I did not have the money to leave the house, socialize, or engage in basic activities that could help improve my mental well-being. I spent months unable to go outside, which worsened my mental state. Only recently have I begun to heal and rebuild my relationships, but I still have not been able to get married due to the financial damage caused by this fraud.

If this collapse and manipulation had not occurred, I would be in a completely different place today both financially and emotionally. Instead, I lost years of progress, stability, and personal happiness.

I respectfully ask the Court to consider the profound harm caused to victims like me. I am grateful for the opportunity to share my experience, and I thank the Court and the United States Attorney's Office for handling this process and protecting the rights of victims.

Sincerely,
**Hakan Ipek**
Turkey

29

| | |
|---|---|
| **From:** | Harun B |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement Regarding the Fraud Case |
| **Date:** | Monday, December 8, 2025 5:58:35 PM |

Dear Judge,

I am writing to express the profound impact this case has had on my life and on the lives of my loved ones. I have lost a significant amount of money as a direct result of this man's actions. He showed no remorse or hesitation in defrauding thousands of people. I lost all my savings, as well as those of my family, and none of it has ever been recovered.

The damage he has caused is devastating, both financially and emotionally. I firmly believe that he must be held fully accountable for the crime he committed. His actions have destroyed the financial security of countless victims, and justice must be served.

Thank you for taking my statement into consideration.

Respectfully,

Harün BOUHERRAFA

| From: | Hernan CL |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – Hernan Cubillos (Claim No. 516121731132451) – Sentencing of Do Hyeon Kwon |
| Date: | Monday, December 8, 2025 5:38:50 PM |

Dear Judge Engelmayer,

My name is Hernan Cubillos. In May 2022 I lost more than $410,000 — money that did not belong to me.

Approximately $220,000 of that was my own life savings, and the remaining $200,000 came from my elderly parents' life savings and a large loan from my sister, a single mother, who trusted me to keep it safe. I had moved all of it into UST on the Terra network because Terraform Labs and Mr. Kwon repeatedly promised it was a safe, algorithmically backed stablecoin earning 19% APY on Anchor Protocol. Within less than seven days of depositing the money, UST collapsed. I was forced to sell at a catastrophic loss and recovered only $82,300.

That single event destroyed my family's financial security and my own future. The stress has deeply affected my mental and emotional health, forced me to leave the country I called home, and left me carrying crushing debt with constant guilt toward my family.

To add insult to injury, the official Crypto Loss Claim process calculated my recognized loss at only $109,830.71 — less than 27% of what I actually lost — and at this point there is nothing more I can do about it.

Mr. Kwon's fraud did not just take my family's future and my peace of mind; it took everything we had worked for, and the system designed to provide justice has offered only a fraction of acknowledgment.

A substantial sentence would at least recognize the real, lifelong harm caused to ordinary people who simply believed the promises that were made to us.

Thank you for considering my statement.

Sincerely, Hernan Cubillos █████████████████████████

**From:**      himanshu patel
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:**      Monday, December 8, 2025 5:46:40 PM

Respected Judge:

I just ask one thing is that please set an example by providing scricts Punishment so that no one in future knowingly or unknowingly does such things which bring darkness in incocient people like us across the world.

I have lost my hard earned savings of years by this person and brought my and my family life upside down,  and I wish he would feel the same pain that he has given to so many people.


Thanks,
Himanshu.





| From: | Ilia Siridjanov |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon, 23-cr-151 (PAE) |
| Date: | Monday, December 8, 2025 5:29:58 PM |

Dear Judge Engelmayer,
Dear Court Clerk,

My name is Iliya Vasilev Siridjanov, and I am submitting a brief victim impact declaration regarding the financial loss my family and I suffered as a result of the Terra (LUNA/UST) collapse.

Attached to this email is my written declaration, in which I detail the loss of $12,000 USD and the significant negative impact this event has had on my family's financial stability.

I kindly ask that my statement be added to the record for consideration in connection with the sentencing proceedings in the case United States v. Do Hyeong Kwon, 23-cr-151 (PAE).

Thank you for your time and attention.

Sincerely,
Iliya Vasilev Siridjanov
Email: █████████████
Phone: ████████████████
City/Country: ███████████████████

Поздрави ,
Илия Сириджанов
████████████

34

| From: | inwoo Jang |
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| Date: | Monday, December 8, 2025 8:03:25 PM |

Dear Judge Engelmayer,

My name is **Inwoo Jang**, and I am submitting this statement as a victim of the Terraform Labs and UST collapse. Thank you for allowing victims like myself the opportunity to share how these crimes have impacted our lives.

In 2022, I was a newlywed preparing to secure housing for my family. My spouse and I had saved approximately **$187,000 USD**, which represented our entire security deposit funds for a home. We placed these savings into UST with the understanding that it was a stable, safe asset where we could earn interest until we finalized our housing plans. We believed the representations made by Terraform Labs, Do Kwon, and their public statements assuring the stability and safety of the UST system.

When UST collapsed, we lost almost all of our savings. The impact on our lives has been devastating. As a young couple just starting our marriage, this loss destroyed our financial foundation. Instead of building our future and settling into a stable home, we have struggled every day to recover from the damage. The stress, financial instability, and emotional toll have affected not only our economic situation but also our overall well-being and quality of life. Even today, years later, we are still living with the consequences and working hard to rebuild what was taken from us.

This was not a normal investment loss. It was the result of deception. We trusted that UST was what the company and its leadership publicly claimed it to be. Had the truth about the risks, mechanics, and misrepresentations been known, we would never have placed our life savings into it.

I hope the Court considers the severe and long-lasting harm that victims like myself have endured. I respectfully request that the Court take into account the magnitude of the damage caused—not only financially but emotionally and personally—to thousands of ordinary people who trusted Terraform Labs and Do Kwon.

Thank you for your time and consideration.

Sincerely,
**Inwoo Jang**

**From:** SwidoK
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Do Hyeong Kwon - Joan Domingo
**Date:** Monday, December 8, 2025 5:56:17 PM

Hello, I am sending this message to report the serious problem this man caused me. My name is Joan Domingo, I am Spanish, and when I bought the cryptocurrency "Luna" I was living in Andorra. I had several successful businesses and my family was enjoying a good life. After this man's scam, I lost all my financial resources. My businesses, due to these losses and the emotional instability and depression caused by this problem, steadily worsened until I went bankrupt, lost everything, and was left with nothing. I had to move again, return to Spain to live with my parents, and currently work more than 12 hours a day in different jobs. Perhaps to this person we are just numbers behind a screen, but I hope that with this message they understand a little more the damage they may have caused and reconsider to rectify it. It is very difficult to quantify all of this, and what my business could have become today if this had not happened. Even so, I believe that, like me, many deserve appropriate compensation, whether financial or legal, in a country with justice like the one where this sentence is being handed down.

**From:**  Jody Cecchetto
**To:**  Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] I AM BREAKING MY SILENCE - Victim Statement & Request to Speak - U.S. v. Kwon
**Date:**  Monday, December 8, 2025 5:50:49 PM

Judge Engelmayer,

My name is Jody Cecchetto. I am writing to you from Italy.

I am not a gambler. I am a professional who works project-to-project. When I moved my **$33,000** savings into Anchor Protocol, I was trying to be responsible. I foresaw a market downturn and sought safety.

**I realize now that moving substantial savings into a crypto asset might seem reckless to an outsider. I own that decision. But you must understand the context: at that time, Terra was not just a speculative coin. It was a globally recognized ecosystem with the authority and credibility of a major bank.** I trusted it because the world trusted it. I trusted Do Kwon when he looked us in the eye and promised stability. He sold us a safe harbor, but he built a trap.

The morning UST went to zero, I didn't just lose money. I had a severe panic attack. I couldn't breathe. I was so psychologically broken that I had to leave my home and stay with my parents just to function. To this day, I am still paying for that loss. I have debts because that money was essential for my business. I have spent years in therapy trying to find peace, but the anger and the sense of betrayal do not go away.

But there is something even more chilling. **The day after the collapse, I was scheduled to move $100,000 of my mother's life savings into UST.** That money was her inheritance from my grandfather. Her safety net. Her emergency fund. It was only by the grace of God that the collapse happened 24 hours earlier. Do Kwon almost destroyed not just my life, but my mother's entire future and my grandfather's legacy.

I am a public figure here in Italy. I am a content creator and a professional TV and Radio Host. My job is to smile and entertain. But for three years, **I have been living a lie.** While I smiled on camera, I was drowning off-camera. I swallowed the shame alone, terrified of the future.

**Today, I am finished with the silence.**

I am requesting to speak at the sentencing on December 11th (via video link). I need to look the man who did this in the eye. You need to hear that he didn't just break a "protocol." He broke people. He almost wiped out three generations of my family's savings.

I urge you to impose the maximum sentence.

Jody Daniele Cecchetto
██████████

| From: | Adromic fms |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| Date: | Monday, December 8, 2025 7:03:11 PM |

Dear Judge Engelmayer,

I am writing to you as a victim of the actions committed by Do Kwon and Terraform Labs.

I invested in the LUNA token based on the promises, public statements, and reassurances made by Mr. Kwon. I trusted the project and its leadership, and I also encouraged friends and family to invest, believing it was a safe and innovative opportunity. When the collapse occurred, the consequences were devastating.

This resulted in an irreparable financial loss for me, my friends, and my family. We lost a significant amount of money — including a large part of our savings — which has deeply affected our financial stability and our emotional well-being. The impact has been severe and long-lasting, and it continues to affect our lives today.

I respectfully ask the Court to take into consideration the profound harm caused to ordinary investors like us when determining the sentence for Mr. Kwon.

Thank you for your attention.

Sincerely, Jose.

Madrid, Spain.

| From: | Josh Golder |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] friend comitted suicide after luna crash |
| Date: | Monday, December 8, 2025 5:37:08 PM |

to whom it may concern,

my friend and i were very large luna investors based on Do's statements that the peg was restored automatically in 2021, we believed that he had a working technology and luna would have tremendous value capture as UST would be utilized in a bull or bear market

i had a mid 8 figure loss in luna (yes that's correct) and my friend later jumped off a building in miami after telling his gf (its in police report) that he lost his money in crypto and was wrong

this is he:

https://westportlocal.com/news/kxojqtqsip3dlrr3jw7ljs5tziwdl5

failing at a new technology is part of innovation, repeated outright lies about a technology that never existed is criminal and life destroying

that is all i've got for ya

thanks for listening,

josh

| | |
|---|---|
| **From:** | Khairi Khalifi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] +Oggetto: Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 5:46:10 PM |

Onorevole Giudice Engelmayer,

Mi rivolgo a Lei come vittima dei fatti collegati a Terraform Labs e alle condotte dell'imputato, Do Hyeong Kwon.
A causa di questa vicenda ho perso tutti i miei risparmi di una vita, un patrimonio costruito con anni di sacrifici, lavoro e rinunce. Il crollo improvviso e ingiusto dei miei investimenti non ha colpito soltanto la mia stabilità finanziaria, ma ha provocato un impatto profondo sulla mia vita personale e familiare.
Le conseguenze sono state devastanti.
Ho vissuto mesi di stress, ansia e incertezza assoluta. Questa situazione ha generato forti tensioni nella mia famiglia, portando difficoltà emotive e relazionali che continuano ancora oggi. Non si tratta soltanto di una perdita economica, ma di un danno umano, psicologico ed esistenziale.
Mi affido alla Sua Corte affinché venga riconosciuto il dolore che queste azioni hanno causato a me e a tante altre persone. Chiedo giustizia, perché chi ha provocato tutto questo risponda delle sue responsabilità e perché le vittime possano almeno trovare un senso di riparazione e dignità.
La ringrazio per l'attenzione e per aver dato voce a chi, come me, ha subito danni così profondi.

Cordiali saluti,
Khalifi khairi
08/12/2025

| | |
|---|---|
| **From:** | klay s |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | ▆▆▆▆▆▆ |
| **Subject:** | [EXTERNAL] Statement of the Terra Victim.. |
| **Date:** | Monday, December 8, 2025 7:17:19 PM |

Your Honor,

My family and I are victims of the Terra collapse, and every day since has felt like living in hell.

Until May 11th, 2022, we were repeatedly told that there were no issues with Luna or Terra. Trusting those statements, we invested our entire life savings. But on May 12th, when Luna's supply was suddenly inflated without limit, everything was wiped out instantly. All four million dollars we had built over a lifetime disappeared into nothing but dust.

Since we had no income aside from our investment, our family was left with absolutely nothing. We have been surviving by working temporary part-time jobs just to afford a single meal a day. We've become physically weak, emotionally broken, and severely depressed. Our family relationships have deteriorated, and our home has become cold and silent—devoid of warmth and hope.

We wake up from nightmares every morning only to face the reality that our life has become one too. At our age, starting over feels impossible. We see no future in front of us… only the ongoing pain from the immense loss we suffered.

Unless he is held fully accountable and we are compensated for our damages, there will be no justice for victims like us. We sincerely ask for the strictest punishment for him.

Thank you, Your Honor. We hope your day is filled with peace and happiness.

**From:** Lyu Peihang
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL]
**Date:** Monday, December 8, 2025 5:26:51 PM

Dear justice department teams,

Here I am, from China. I Lost all my saving on Luna I have been suffer for his crime and more than 10 Times I want to suicide. Luckily My family memebers have been supporting me. I think his crime will have a fair treat!

Get Outlook for Android

| | |
|---|---|
| **From:** | Metin Yün |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] To the Honorable Judge, |
| **Date:** | Monday, December 8, 2025 6:04:55 PM |

To the Honorable Judge,

I respectfully submit this letter to express my situation as a victim of the Terra Luna collapse. My family and I lost approximately £35,000, which represented nearly all of our savings. I have been trading in the cryptocurrency markets since 2015, and the Terra Luna ecosystem had, until its collapse, appeared to be a strong and rapidly developing technology competing closely with Binance Smart Chain.

For this reason, I do not believe that the collapse was merely a routine "de-peg event" or an internal failure. In my view, and in the view of many experienced participants in the crypto sector, this was the result of a coordinated financial attack. Major industry actors – including the founders or executives of Binance, FTX, and TRON (Mr. Changpeng Zhao, Mr. Sam Bankman-Fried, and Mr. Justin Sun) – had both the capability and the incentive to destabilize the Terra ecosystem, eliminate a strong competitor, and profit from the resulting panic. This belief is widely shared across the cryptocurrency community.

We understand that imposing penalties on Terra or its founders alone will not compensate victims, because the lost funds no longer exist within Terra's control. What is necessary, in our opinion, is a thorough investigation into who profited from the collapse. Many exchanges accumulated large amounts of LUNA and UST at extremely low prices while keeping trading open and refusing to suspend markets, even during the extreme crash.

In traditional stock markets, circuit breakers are activated during severe price declines to protect investors from catastrophic losses. However, during the Luna collapse, most exchanges – including Binance – kept trading fully open. They continued allowing users to buy assets that were already in a freefall, without warning and without any protective measures. As a result

King Regards
Maja Bawankiewicz

43

**From:**     Martin Biancotto
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:**     Monday, December 8, 2025 5:59:34 PM

Victim Impact Statement

Dear Judge Engelmayer,

My name is Martin Biancotto, and I am submitting this statement as a victim in the case United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE).

In 2022, I invested approximately USD 5,000 in UST and LUNA through different platforms (including Terra Station, Lemon Cash, and Binance). I believed the project was legitimate, stable, and transparent. When the collapse occurred, these savings were wiped out almost instantly. This money represented a significant portion of my personal savings, and losing it had a real impact on my financial situation and future plans.

Beyond the financial loss, the experience caused severe stress, frustration, and a sense of betrayal. I trusted the information released by Terraform Labs and Mr. Kwon, believing my funds were safe. Instead, I later learned that essential information had been hidden or misrepresented, and that the stability of the system was not what was publicly claimed.

This loss affected both my financial security and my emotional well-being. It took a long time to recover financially and regain confidence in managing my savings. I am still dealing with the consequences today.

I respectfully ask the Court to consider the impact these actions had on ordinary people like me, who trusted the representations made by Terraform Labs and Mr. Kwon. I appreciate the opportunity to have my voice heard.

Thank you for your time and attention.

Sincerely,
Martin Biancotto
Argentina

| | |
|---|---|
| **From:** | Masen Watti |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement for Sentencing of Do Hyeong Kwon - Case 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 5:44:13 PM |

Dear Judge Engelmayer,

I am writing as a victim in the criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE), regarding the fraud at Terraform Labs.
I have already submitted a Crypto Loss Claim (CLC) form via the Terraform Labs Crypto Loss Claims Online Portal on October 30, 2025 (Claim Number: 387553823076944, under the name Masen Watti).

Its current status is "Pending Individualized Review," and my only glimmer of hope for recovery is a potential repayment through this process.
Without it I see no way out.

My investment in Terraform Labs totaled €25,000 and represented all my savings, which I lost entirely due to these fraudulent activities.
As a 42 year old employee in Austria with significant family and financial obligations including education costs, daily living expenses, and dependents, this amount was my life savings.
The loss has plunged me into financial ruin, triggered severe emotional distress with sleepless nights, constant despair, and moments where I nearly broke completely under the pressure.

I respectfully request that the Court consider the devastating, life altering impact of Mr. Kwon's actions on ordinary investors like me when determining his sentence.

True justice here would be the only light in this endless hardship.

Thank you for your attention.

Sincerely,
Masen Watti
Austria/Vienna

45

**From:**      Matteo Bisignano
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] I'm a Terra victim
**Date:**      Monday, December 8, 2025 5:23:10 PM

Hello. I am not native English, so sorry for my errors. As stated in the object I'm a Terra victim, precisely UST. I lost more than 200k$ in UST due to the de-peg. I failed to pay the mortgage on my parents house for months and got a lot of bad consequences for this, on me and on my parents. I am managing only now, 3 years later, to start living a "normal" life again. I will surely remember this experience for the rest of my life. I hope justice will be served and hope to get my money back again.

**From:** Metin Technology
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] To the Honorable Judge,
**Date:** Monday, December 8, 2025 6:02:42 PM

**To the Honorable Judge,**

I respectfully submit this letter to express my situation as a victim of the Terra Luna collapse. My family and I lost approximately **₤35,000**, which represented nearly all of our savings. I have been trading in the cryptocurrency markets since 2015, and the Terra Luna ecosystem had, until its collapse, appeared to be a strong and rapidly developing technology competing closely with Binance Smart Chain.

For this reason, I do not believe that the collapse was merely a routine "de-peg event" or an internal failure. In my view, and in the view of many experienced participants in the crypto sector, this was the result of a coordinated **financial attack**. Major industry actors – including the founders or executives of Binance, FTX, and TRON (Mr. Changpeng Zhao, Mr. Sam Bankman-Fried, and Mr. Justin Sun) – had both the capability and the incentive to destabilize the Terra ecosystem, eliminate a strong competitor, and profit from the resulting panic. This belief is widely shared across the cryptocurrency community.

We understand that imposing penalties on Terra or its founders alone will not compensate victims, because the lost funds no longer exist within Terra's control. What is necessary, in our opinion, is a thorough investigation into **who profited from the collapse**. Many exchanges accumulated large amounts of LUNA and UST at extremely low prices while keeping trading open and **refusing to suspend markets**, even during the extreme crash.

In traditional stock markets, circuit breakers are activated during severe price declines to protect investors from catastrophic losses. However, during the Luna collapse, most exchanges – including Binance – kept trading fully open. They continued allowing users to buy assets that were already in a freefall, without warning and without any protective measures. As a result

King Regards

Metin Yun

47

| | |
|---|---|
| **From:** | Meyssam Rad |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL]  Case of Do Hyeon Kwon (Victim: Meysam Vahidi Rad) |
| **Date:** | Monday, December 8, 2025 6:12:09 PM |

Dear Judge Engelmayer,

I am writing to you today as **Meysam Vahidi Rad** (Father's name: **Aziz**), a victim of the egregious actions perpetrated by Do Hyeon Kwon.

I wish to convey the profound and lasting impact this fraud has had on my life. The funds I lost were not merely disposable assets; they constituted **my entire life savings**. The catastrophic loss of this capital has not only caused immense financial distress but has also severely damaged my personal stability and future prospects.

Furthermore, the magnitude of this financial catastrophe is compounded by the apparent lack of professional duty and responsible governance demonstrated by Mr. Kwon. It is clear that stronger, more ethical, and more prudent management could have mitigated or entirely prevented the devastating market collapse that ensued, sparing victims like myself from complete ruin.

I formally request that my statement be entered into the record for Your Honor's consideration during the sentencing phase.

Please accept my sincere apologies, as **I am geographically unable to attend the hearing on December 11th** to deliver this testimony in person. However, should Your Honor require further clarification or additional material concerning the crime or its specific consequences for me, I am fully prepared and willing to provide that supplemental evidence immediately.

Thank you for allowing me this opportunity to share the true toll of this offense.

Sincerely,

Meysam Vahidi Rad

48

**From:** Mihai Adrian Caluseru
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Fwd: Do Kwon case - heavy losses
**Date:** Monday, December 8, 2025 6:54:27 PM

---------- Forwarded message ---------
From: **Mihai Adrian Caluseru** ███████████████
Date: Tue, Dec 9, 2025, 1:50 AM
Subject: Do Kwon case - heavy losses
To: ██████████████████

Hi Wendy,

My wife and I lost a significant amount of money, most of our savings in the UST Luna collapse few years ago.

I got an email recently from the Luna bankrupty estate notifying us about the trial. It linked to this page with your email address. https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud

Are there any steps we can take to recover some of our money following the Do Kwon trial? It's unclear what our options are. The guy is an obnoxious arrogant character who mislead us and managed to get high profile investors onboard like Galaxy Digital but seeing him in jail won't get us our money back.


Regards,
Mihai Adrian Caluseru

| | |
|---|---|
| **From:** | Murat Keskin |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Monday, December 8, 2025 5:53:29 PM |

11mayis 2022 luna vakasında 0.7455 bitcoin değerinde luna vardı battı sonra lunc yaptılar paramı batırdı mağdur etti zararımin karşılanmasını talep ediyorum hiç bir ödeme yapılmadı android dışında o da 1 TL bile değil binancetr borsasında battı paralar bütün birikimin sıfırlandı çok zorluklar çektim bütün hayallerim battı

| | |
|---|---|
| **From:** | mustafa özet |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Monday, December 8, 2025 5:40:05 PM |

Dear Ms. Defendre,

I am writing to submit my Victim Impact Statement in connection with the sentencing of Defendant Do Hyeong Kwon in the matter United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE).

I previously submitted my financial loss details through the CLC claim process, and therefore I will focus here on the non-financial impacts I suffered.

The events related to Terraform Labs have caused significant emotional distress for me and my family. The financial losses I experienced were large relative to my personal budget, and this created ongoing stress, anxiety, and tension within my household. Because of this, my family's sense of security and peace was seriously affected, and the situation resulted in a long-lasting emotional impact.

I respectfully request that the Court consider these effects on me and my family when determining an appropriate sentence.

Thank you for your attention.

Sincerely,

Mustafa ÖZET

| | |
|---|---|
| **From:** | Naim EKİNCİ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Monday, December 8, 2025 7:25:51 PM |

Mağdurum. O adam yüzünden icralık oldum. Bankalara bir sürü borcum var.

| | |
|---|---|
| **From:** | Necmettin Kubat |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Terra ( luna ) coin |
| **Date:** | Monday, December 8, 2025 5:24:19 PM |

Hello, I'm Necmettin Kubat from Türkiye. I'm writing this message using Google Translate. Some of my words may have been incorrect, so I apologize to you and the court in advance. Like everyone else, I bought Luna Coin, and overnight my entire balance, worth 8,500 USD, was wiped out. My family and I experienced financial difficulties. The owners of Luna Coin Terra have not paid us any refunds or compensation. I want to file a criminal complaint against the people who defrauded us. I want them to either compensate me for my losses, refund the 8,500 USD they victimized us with, or punish me.

| | |
|---|---|
| **From:** | Nicholas |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Do Kwon Sentencing - My Statement |
| **Date:** | Monday, December 8, 2025 6:13:52 PM |

My statement for the Do Kwon Sentencing is as follows:

I found Terra Luna as an opportunity to invest after following Do Kwons twitter updates on his twitter account. I was convinced by the positivity and ambitions of the project as well as its future growth. It all seemed promising hence I decided to invest while earning an annual interest of around 20% with the stable coin UST.

I trusted the developer expertise of Do Kwon and his team to have their so-called stable coin, stable, hence its name. However it proved to be very unstable and collapsed into worthlessness.

I lost over $62,000 due to this. I ended up living with my parents and divorced. My family is now separated, the financial stresses and trauma that came from this can't be expressed in words.

I hope one day Do Kwon will understand that the loss caused to people was not only financial, but for many of us extends beyond that.

I hope that he is able to have empathy for what has happened.

For investors like myself, who are not trying to make billions, simply hope to provide a future for our families. By taking what we have saved and making a good financial choice to invest into promising projects. Unfortunately it seems we were misled.

Investing into the Terra Luna project was one of the worst choices I have ever made in my life.

Nicholas

| From: | Pablo |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| Date: | Monday, December 8, 2025 5:56:33 PM |

Dear Judge Engelmayer,

My name is **Pablo Martin Gonzalez**, and I am submitting this Victim Impact Statement in connection with the sentencing of defendant Do Hyeong Kwon.

I invested in the Terra ecosystem before the de-peg event. Although my direct financial loss was approximately **$1,100 USD**, the true impact of this collapse in my life has been far greater than the monetary amount.

The sudden collapse of Terra caused me **significant psychological and emotional distress**. I experienced anxiety, fear, and a deep sense of instability as I watched my savings disappear within hours. This affected my mental health, my sleep, my relationships, and my daily functioning. The emotional impact was long-lasting and continued well after the financial loss itself.

Since the collapse, I have spent countless hours trying to understand what happened, gathering documentation, following updates, and dealing with the uncertainty surrounding this case. This ongoing stress has taken a toll on my wellbeing and consumed time and energy that deeply affected my personal and professional life.

The Terra ecosystem was presented as safe and trustworthy. As a victim, I feel that my trust was misused, and the consequences of this deception have stayed with me for years.

I respectfully ask the Court to take into account not only my financial losses but also the **psychological and emotional harm** that this crime caused me. I appreciate the opportunity to share my experience, and I am grateful to the Court for considering the impact that these actions have had on the lives of victims like myself.

Thank you for your time and attention.

Sincerely,
**Pablo Martin Gonzalez**
**Buenos Aires, Argentina**
**Kroll Claim Number:** <span style="background-color:black">              </span>

| | |
|---|---|
| **From:** | Paolo Siligoni |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Sentencing of Do Hyeon Kwon - TerraLuna |
| **Date:** | Monday, December 8, 2025 5:25:07 PM |

Dear Judge,

My name is **Paolo Siligoni**, and I am submitting this statement as a victim in the case *United States v. Do Hyeong Kwon*. I invested in the Terra ecosystem through Binance and Terraform's own wallet and suffered a financial loss of approximately **$40,000 USD**.

This loss had a significant emotional impact on me. During a period near the COVID-19 pandemic, I experienced **12 months of depression**, and the collapse of Terra greatly worsened my mental and financial stress.

I respectfully ask the Court to consider the harm caused to individuals like myself who trusted the representations made by Mr. Kwon and suffered serious financial and emotional consequences.

Thank you for your attention.

Respectfully,
**Paolo Siligoni**


--

**Paolo Siligoni**

Tel.(Italy):  ██████████
E.Mail:  ██████████████

| | |
|---|---|
| **From:** | Paulo Pestana |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | Pedro Pestana; Yi Qian Lai |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Paulo Pestana – Terra/UST Collapse |
| **Date:** | Monday, December 8, 2025 7:08:49 PM |

Your Honour,

My name is Paulo Pestana, and I respectfully submit this statement to explain the devastating personal impact that the Terra/UST de-peg has had on my life and on my family.

For many years, I worked relentlessly, saving carefully through hard work, overtime, and financial discipline. These savings were not simply money to me — they were my only opportunity to secure a stable future, to place a deposit on a home, and to finally achieve some independence and security. When UST collapsed, the majority of my savings were wiped out in a matter of days. At a stage in life when I should have been progressing, I was instead pushed backwards financially and emotionally, losing the future I had spent 10 years building as an immigrant in UK from Brazil.

As a direct consequence of this loss, I have been forced to remain dependent on my parents at an age when I should instead be supporting them. This has been particularly distressing given my family's circumstances. My father is suffering from a degenerative brain disease and is now in the advanced phase of his illness. He is bed-bound, unable to feed himself, and entirely dependent on others for his most basic needs. His condition is progressive and life-limiting. At the same time, my mother, who herself suffers from serious heart problems, is his full-time carer. Despite her own fragile health, she carries the physical and emotional burden of caring for my father around the clock.

The emotional pain of watching my parents struggle in this way, while being unable to provide the financial support they so desperately need, is overwhelming. Instead of being in a position to help ease their burden, I am trapped in financial hardship as a direct result of the UST collapse and the misleading assurances that led me to trust in its stability. This has caused me constant anxiety, deep stress, and a persistent feeling of helplessness and guilt.

This tragedy has also deeply affected my brother, Pedro Pestana, who was likewise a victim of the Terra collapse and suffered devastating financial losses of his own. The fact that both of us were harmed by the same event has multiplied the strain on our entire family at a time when we are already facing extreme medical and emotional hardship. Rather than being able to support our parents together, both of us have been left financially crippled by the same catastrophic failure.

The damage did not end with the financial loss itself. In the years following the collapse, I have been forced to relive this trauma repeatedly through the ongoing legal proceedings. I have incurred further significant costs in legal fees, documentation, and professional support — money I simply did not have, but had no choice but to find in the hope of achieving justice. Each time the case progresses, I am taken back to the shock and devastation of 2022. The emotional toll has been severe, continuous, and exhausting.

Your Honour, the harm caused to me has been profound and enduring. It has affected not only my financial stability, but my mental health, my future, and my ability to support my critically ill father and my medically vulnerable mother during the most difficult period of their lives. I

57

placed my trust in the representations that were made. I relied on them in good faith. The consequences of that trust have altered the course of my life and deeply impacted my family.

I respectfully ask the Court to fully consider the severity and long-lasting effects of this harm when determining the appropriate sentence.

Thank you for allowing me to be heard.


*Paulo Pestana*

| | |
|---|---|
| **From:** | Pedro Pestana |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | Yi Qian Lai; Paulo Pestana |
| **Subject:** | [EXTERNAL] Victim impact assessment - For sentencing of Do Kwon |
| **Date:** | Monday, December 8, 2025 6:02:47 PM |

Your Honour,

My name is Pedro Guiran Pestana, and I respectfully submit this statement to explain the profound personal impact the Terra/UST de-peg has had on my life.

I had spent nearly ten years building my savings through hard work, overtime, and careful financial planning. These savings represented more than just money to me — they were my chance to start a future, to put down a deposit on a home of my own, and to finally gain the stability I had spent years working towards. When UST collapsed, I lost most of those savings in a matter of days. I am almost 40 years old, and instead of moving forward with my life, I found myself with nothing left and no home of my own. I am now living with my parents, something I never expected to be forced to do at this stage of my adult life.

This has been especially difficult because my father is suffering from a degenerative brain disease, with doctors estimating his life expectancy at around two years. Instead of being able to support my family during this incredibly painful period, I have been overwhelmed by financial and emotional instability caused directly by the collapse of UST and the misleading assurances that preceded it. I struggle every day with anxiety, stress, and a deep sense of loss — not only of my savings, but of the life I had worked so hard to build.

The impact did not end with the financial loss. For years after the collapse, I have had to relive this traumatic event repeatedly because of the legal proceedings. I have spent significant additional sums on lawyers, documents, and professional assistance — money I simply did not have, but was forced to find because the alternative was giving up on any chance of justice. Each time I recount what happened, I feel the same shock and disbelief I felt in 2022. The emotional toll has been immense, and I still feel the weight of it every day.

Your Honour, the harm caused was not abstract. It has affected my family, my mental health, my future, and the stability I worked a decade to achieve. I trusted the representations made. I relied on them. And the consequences of that trust have been life-altering.

I respectfully ask the Court to consider the severe and enduring impact this has had on my life when determining the appropriate sentence.

Thank you for allowing me to be heard.

Pedro Guiran Pestana

| | |
|---|---|
| **From:** | Roberto Gazzo |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Loss of my funds ust |
| **Date:** | Monday, December 8, 2025 5:30:00 PM |

Good morning I'm a victim I lost about 150000 usdt with the fall of ust I had a lot of problems for this loss and I hope that justice takes its course

| | |
|---|---|
| **From:** | Roger Peter |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Terraform Case |
| **Date:** | Monday, December 8, 2025 6:16:52 PM |

Dear Judge Engelmayer,

My name is Rogério Cristiano Pedro and I am a victim of the Terraform Labs/Luna collapse.

I respectfully submit this Victim Impact Statement so that the Court may understand how these events have affected my life and my family.

Financial Impact
I invested in LUNA on [approximate date], believing the project to be legitimate and stable.

My investments were:

1,120 units for R$ 90,000 (May 11, 2022)

16,263 units purchased for 1,036 BTC

7,896 units for US$ 12,225

After the collapse, I lost almost everything in a few days. This caused a severe financial impact on my family. I had to reorganize my finances, cut essential expenses, and cope with the stress of losing years of savings.

Emotional Impact
The sudden collapse caused intense emotional distress. I felt anxiety, frustration, and constant worry about how I would support my family. The feeling of betrayal and the shock of seeing my savings disappear affected my daily life and my mental health.

Impact on Family and Life
This loss created difficult times at home. My family suffered along with me—emotionally and financially. This affected my work, my trust in financial systems, and my ability to plan for the future.

Request to the Court
I ask the Court to consider the suffering and financial damage caused to innocent victims like myself. I hope that justice will be done and that those responsible will be held accountable for the harm caused to thousands of families worldwide.

Thank you for your attention to my statement.

Sincerely,
Rogério Cristiano Pedro
Brazil
tel: █████████
e-mail █████████

**From:**     Sachin Kumar
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] +
**Date:**     Monday, December 8, 2025 5:44:30 PM

I almost fucked
My bed time begin from luna crash

| | |
|---|---|
| **From:** | srobinzonik@gmail.com |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Hello, my life has changed dramatically. I"ve lost $10 million. My wife left me and my health has deteriorated. Tell Do Kwon to return the stablecoin to $1. Then he might avoid punishment. If he doesn"t restore it to $1, give him life in pri... |
| **Date:** | Monday, December 8, 2025 7:13:27 PM |

Hello, my life has changed dramatically. I've lost $10 million. My wife left me and my health has deteriorated. Tell Do Kwon to return the stablecoin to $1. Then he might avoid punishment. If he doesn't restore it to $1, give him life in prison.

| | |
|---|---|
| **From:** | steven toole |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Impact Statement |
| **Date:** | Monday, December 8, 2025 6:31:55 PM |

Good day,

Thank you for the opportunity to submit a statement.

I would like Mr Do Kwon to understand that the online reputation he meticulously crafted and projected for himself and Terra Luna across social media platforms, and in my personal case the promotion of the Terra UST stable coin, has ended up completely destroying normal productive everyday lives.

The UST collapse has affected my life in every conceivable way from destroying personal and family relationships to having to deal with debt collection companies as well as the psychological trauma that is one step away from throwing yourself in front of a train. That is the dark reality of this situation and exactly what happened to me when I trusted Mr Do Kwons vision with my life savings, that I removed from the safety of my normal fiat bank and placed into Terra UST stable coin. I am lucky to still be here to witness justice being served, and I hope Mr Do Kwon can eventually find his moral compass and realize the damage he has done.

Best Regards,
Steen Toole

| From: | Taha Ezam |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – Do Hyeon Kwon Case |
| Date: | Monday, December 8, 2025 5:22:35 PM |

Hello,

My name is Taha. I am submitting this victim impact statement regarding the losses I suffered from the collapse of Terra/LUNC.

A few years ago, I invested in LUNA and lost approximately $20,000 USD due to the actions and misconduct described in the charges against Do Hyeon Kwon. This loss affected me financially and emotionally, and it had a significant impact on my life and my family's stability.

I respectfully request that my experience be considered during the sentencing.

Thank you.

Taha

| | |
|---|---|
| **From:** | T. R C |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Submitted to: ██████████████ Re: United States v. Do Hyeong Kwon, 23-cr-151 (PAE) Date: December 2025 |
| **Date:** | Monday, December 8, 2025 7:11:51 PM |

To Whom It May Concern,

I am writing as a confirmed CLC claimant and victim in the Terraform Labs matter. I intend to submit a formal victim impact statement for consideration at the sentencing of Do Hyeon Kwon scheduled for December 11, 2025.

Please confirm the following:

1. That my victim impact statement will be accepted and included in the materials reviewed by Judge Engelmayer.

2. Whether I must be present at the sentencing by remote appearance in Courtroom 1305.

3.  Any required formatting, length limits, or submission procedures I must follow.

My name is Tiffany Robin Chief, and I am a verified CLC claimant and victim of the misconduct connected to Terraform Labs and its founder, Do Hyeon Kwon. I am submitting this statement so the Court understands the real-world impact these crimes had on me and my family.

I invested in digital assets tied to Terraform during the period when the public was being misled about the stability, safety, and legitimacy of the ecosystem. When the collapse occurred, I suffered severe financial losses that I have still not recovered. The value I believed I owned vanished overnight. The crash triggered a chain reaction in my life: financial instability, loss of savings, and repeated attempts by outside scammers who targeted me because I was a Terraform victim.

Since then, I've spent years dealing with the consequences. I have experienced identity compromise, fraudulent attempts to "recover" my funds, and emotional distress from trying to navigate constant threats, impersonation, and financial deception. The collapse didn't just wipe out assets—it exposed people like me to further exploitation, making a difficult situation worse and ongoing.

The stress and uncertainty have affected my daily life, my mental well-being, and my ability to support myself. The time, energy, and resources I've spent trying to make sense of this situation have taken a major toll. I have had to document losses, communicate with investigators, defend my identity, and rebuild trust in financial systems. None of this would have happened if the truth about Terraform had been disclosed to the public before the collapse.

I am asking the Court to consider the widespread damage suffered by real people—not just numbers on a screen. I am one of many victims who believed this ecosystem was legitimate. The decisions made by Do Kwon and others caused losses that still affect me today.

1. Financial Harm
Before the collapse, I placed trust in what I believed were legitimate, stable, and transparent digital assets within the Terraform ecosystem. I relied on public statements and

representations that proved to be false. When the system failed, the value of what I believed I owned disappeared instantly.

My losses were not limited to the collapse itself. The financial damage created a domino effect:

• I lost funds I had been saving for several years.

• I lost the opportunity to withdraw or reposition those assets before the collapse because the information given to the public was misleading.

• I experienced additional losses afterward because scammers targeted Terraform victims specifically.

2. Post-Collapse Exploitation and Ongoing Fraud

After the Terraform downfall, I became a target for multiple fraudulent schemes exploiting victims of the crash. These individuals contacted me, claiming they could "recover" or "release" my lost Terra-related funds if I paid additional fees or verification deposits.

These included people using names such as:

• Alexander Johnson – Wide Network Compensation

• Mark Miller – Financial Recovery Agency

• Ronald T. Edwards – Pine Hills Group

• David Millson – ARS Consult

• Daniel McAfee – claiming to be with Lawhive Solicitors

They contacted me through WhatsApp, email, and phone, and each demanded money under the guise of helping me recover assets tied to the Terra crash. None of these individuals were legitimate. Their schemes were only possible because the Terraform collapse created a pool of desperate, vulnerable victims.

This secondary victimization compounded my losses and created years of financial instability.

3. Identity Misuse and Digital Compromise

The fallout from the collapse exposed me to identity theft and unauthorized access attempts. After becoming a known Terraform victim, I began encountering:

• unauthorized account openings in my name,

• verification attempts I never initiated,

• fraudulent identity-verification requests,

• suspicious changes to my email, devices, and phone number connections,

• interference with my banking access during critical recovery attempts.

I spent significant time trying to secure my devices, accounts, and personal information.

VICTIM IMPACT STATEMENT – TIFFANY ROBIN CHIEF

I am submitting this statement as a documented victim of extensive cryptocurrency fraud tied to platforms, exchanges, and recovery scams that exploited the collapse of Terraform Labs and targeted me after I attempted to recover my losses.

Over the past several years, I have been manipulated, financially drained, and repeatedly extorted by individuals pretending to be recovery agents, exchange employees, investigators, and compliance officers.

These individuals used fake verification requirements, wallet "unlock fees," AML checks, and withdrawal confirmations to siphon money directly from me.

Total Personal Losses: Estimated $130,000+ USD in crypto, cash, and digital assets.

Individuals/Entities Who Defrauded Me
Each of the following names represents money I personally sent due to false claims of
"unlocking," "verification," or "release of funds":

Mark Miller – $46,755.12
Presented himself as a recovery agent; repeatedly demanded "circulation fees."

Lucas Bennet / CL Online / Coinbase impersonation – $79,989.83 USD (0.67916586 BTC)
Shown as "My Wallet" balance but held hostage and never released.

Adam Wil – $380.37 CAD in ETH + $554 CAD request
Used fake Coinbase/AML excuse to force "verification transfers."

Alexander Johnson – $346.34 USDT + $350 USD
Represented himself as Wide Network Compensation; claimed blockchain lock.

Mia Davis – amount pending (fraudulent withdrawal/verification demands).

George Harrison (Electrum) – amount pending (wallet manipulation + BTC extraction).
Robert – $350 USD
Received via Gigadat/Interac transfer tied to fake "release process."

Brian – $554 CAD Interac request
Appeared as Coinbase Canada Inc., completely fraudulent.

How This Crime Affected Me
Because of these actions:
I lost legitimate cryptocurrency holdings and multiple BTC transfers.

My wallets and accounts were compromised and accessed without authorization.

I was pressured into making repeated payments under threats of losing my assets permanently.

My mental, emotional, and financial stability has been severely damaged.

I have had to rebuild evidence from deleted files, phone logs, wallet screenshots, and forced
transfers.

I was targeted not once, but continuously — by separate organized groups exploiting the same
breach.
Their methods were coordinated, sophisticated, and directly leveraged the chaos created by the
Terra/Luna collapse.

Request to the Court
I am asking the Court to:

1. Recognize me formally as a victim under federal law.

2. Consider the full extent of my financial losses and personal impact during sentencing.

3. Order all available restitution routes to be preserved for actual victims, not scammers.

These crimes stripped me of my savings, my investments, and my security.

 I am still gathering records of additional transactions, wallet extractions, and leveraged fraud connected to this network.

Thank you for considering my statement.

Tiffany Robin Chief



**From:**    Tokov
**To:**    Defendre, Valeen (USANYS)
**Subject:**    [EXTERNAL] Impact of losing all my money through UST and LUNA depeg
**Date:**    Monday, December 8, 2025 5:41:40 PM

Claim number: ███████████

I'm from Ukraine

I started doing crypto in 2021. I never had more than 1k$ in my life and after some success in investing in crypto and crypto projects I finally had some money for life. I was dreaming of buying my first car. For the moment of the Spring 2022 I had all my money in UST because I was staking UST in ANCHOR protocol. Suddenly one day I woke up and realised UST was depegging. I didn't do anything in the first days. I was believing it's just a FUD and everything will be back. But time passed and everything continued falling more and more. I swapped my UST on the bottom after losing all my money and all my dreams...

**From:**     VEERAMANI KUMAR
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] +
**Date:**     Monday, December 8, 2025 6:07:48 PM

Dear sir iam lost my savings amount in luna crash kindly help me for the compansation  also leave him he his not criminal activities  thank you



Cypress LLC

Cypress LLC, 30 N Gould St, Suite R, Sheridan, WY 82801

December 9, 2025
The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Victim Impact Statement for Sentencing of Do Kwon

Dear Judge Engelmayer,

My name is Ivan Wong, and I am the Managing Partner of Cypress LLC. I write as a direct victim of Mr. Kwon's fraud.

In February 2022, Cypress LLC loaned 300,000 LUNA tokens—then worth over $28 million—to Genesis Global Capital under a Master Borrow Agreement. When the Terra ecosystem collapsed in May 2022, the value of our original LUNA was effectively wiped out. After the LUNA v2 hard fork and all subsequent airdrop and cash recoveries, we have only received $412,156.16.

For a business like ours, this was a devastating blow. Years of work and capital built for the benefit of our partners and their families vanished in days. We have had to abandon or sharply scale back investments, and I have had to face the people who trusted me and explain how this could happen despite our best efforts to act prudently and professionally. The financial harm has been immense, and the emotional toll—stress, guilt, and anxiety—has been ongoing ever since. We have also lost an enormous amount of time that could have been spent building our business and being present for our families, instead consumed by reconstructing transactions, gathering evidence, and navigating multiple legal and claims processes.

This was not ordinary market risk; it was the result of deception at the core of the Terraform project. I respectfully ask that the Court impose a meaningful sentence that reflects the scale of the harm Mr. Kwon caused and that deters others from using complex financial or crypto structures to perpetrate fraud on this scale.

Thank you for considering my statement. I am available to provide any additional information the Court may find helpful and can be reached at ███████████████

72

Sincerely,

Ivan Wong
Managing Partner
Cypress LLC

cc: Valeen Defendre, Esq.
United States Attorney's Office
Southern District of New York