# EXHIBIT D

| | |
|---|---|
| **From:** | ASLI GİDER |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Luna Victim Statements to Court // Aslı Gider //Application no: 698151985496110 |
| **Date:** | Tuesday, December 9, 2025 5:54:30 AM |
| **Importance:** | High |

Dear Sir/Madam Engelmayer,


As Aslı Gider, I am one of the victims of the LUNA case.

The money I lost in LUNA was part of the proceeds from the house I sold. I sold my house for $47,000, and my loss in LUNA is approximately $22,000.

Due to the time that has passed since the loss, economic conditions, and fluctuating real estate prices, the value of the house I sold is now approximately $142,000. I cannot afford to buy a house and am living in a rental house that strains my financial situation.

It is crucial that compensation be provided considering the time value of money, the irreplaceability of the sold house, the family's psychological well-being, and the potential for default and alternative cost losses.

I need your goodwill and empathy to consider my family's and my own material and emotional experiences and to assess compensation accordingly.

Thank you very much for your support and thoughtfulness.


Aslı Gider Antalya/███

Application date:04/22/2025 05:55:12
Application no: ███████

1

| | |
|---|---|
| **From:** | jack |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 5:56:03 AM |

**Dear Ms. Valeen Defendre,**

 am a direct victim in the criminal fraud case against Do Hyeong Kwon, founder of Terraform Labs.

My Terra on-chain wallet address is:



All of my LUNA and UST purchase, staking, and transaction records can be permanently verified on the Terra blockchain.

Between 2021 and May 2022, through this wallet, I invested approximately **USD $300,000** in UST, LUNA, and related Terra ecosystem products. This amount represented nearly **all of my personal savings from my entire working life**, including funds that were intended for:

- a down payment on my future home,

- my marriage plans,

- and medical support for my parents.

I was deeply influenced by Do Kwon's repeated public statements on Twitter, interviews, and public communication, in which he repeatedly claimed that **"UST would always remain pegged to 1 USD"** and that the **20% Anchor yield was sustainable and safe long-term**. Based on these representations, I entrusted my entire life savings to the Terra ecosystem.

After the collapse of UST and LUNA in May 2022, the value of my wallet was effectively reduced to nearly zero overnight.

The psychological, financial, and personal consequences to my life have been devastating. I ▇▇▇▇▇▇▇▇▇▇▇▇ I remain in significant debt due to credit cards and borrowings from family and friends. My marriage plans were postponed indefinitely, and my parents' health deteriorated under the severe financial stress placed upon our family.

In addition, I was not merely a passive investor. I was an active member of the Terra community. I joined the Terra ecosystem in 2021 and was a committed member of the community known as the "Lunatics." I invested not only my funds, but also my time, professional effort, and reputation into supporting the Terra ecosystem. I founded and organized a Chinese-language Terra community, helping onboard and educate other community members, believing sincerely in the project's legitimacy.

The collapse of Terraform Labs did not merely destroy my finances; it destroyed years of my

work, trust, and belief.

I respectfully request that the Honorable Judge Engelmayer, at the sentencing hearing on December 11, 2025, impose the maximum sentence permitted by law on Do Hyeong Kwon and order the maximum possible restitution to the victims worldwide.

My life savings were completely wiped out due to what I believe was deliberate and calculated fraud. I sincerely hope the Court will require Mr. Kwon to return as much money as possible to the thousands of victims around the world.

Thank you for providing victims the opportunity to be heard.

**Sincerely,**
Cai/ A Victim from ███
Terra Wallet: ███████████████

December 9, 2025

| | |
|---|---|
| **From:** | Charles Kim |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement Regarding Do Hyeong Kwon – Request for Leniency |
| **Date:** | Tuesday, December 9, 2025 5:53:57 AM |

To Whom It May Concern,

I am writing to provide my perspective regarding the sentencing of Do Hyeong Kwon.

While I understand the seriousness of the events surrounding Terra and UST, I would like to share my personal view in support of granting Mr. Kwon a degree of leniency.

First, I believe it is important to recognize that Mr. Kwon has acknowledged the mistakes made during the development and operation of the Terra ecosystem. He has also expressed a genuine sense of responsibility for the consequences that followed. In my view, acknowledging wrongdoing and accepting responsibility is a meaningful step—one that should be taken into account in the sentencing process.

Additionally, Mr. Kwon has already endured significant personal consequences over the past several years, including prolonged detention, intense public scrutiny, reputational damage, and substantial emotional and psychological hardship.

These factors, in my opinion, reflect that he has already paid a considerable price for his actions.

While many were undeniably affected by the collapse, I believe that justice does not require the harshest possible punishment in every case, especially when the individual has demonstrated willingness to accept responsibility and has already faced profound repercussions.

For these reasons, I respectfully ask the Court to consider showing Mr. Kwon some measure of leniency in determining his sentence.

I believe that a balanced and compassionate approach would be the most constructive outcome —for both the individuals involved and for the broader community impacted by this case.

Thank you for taking the time to consider my statement.

4

Sincerely,

Charles Kim

**From:** David H
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Subject: Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:** Tuesday, December 9, 2025 6:02:35 AM

Dear Judge Engelmayer,

My name is David Hops, and I am submitting this victim impact statement as an individual investor affected by the Terraform Labs fraud.

I invested in Terraform products because I believed in the promises of stability, innovation, and reliability made publicly by Mr. Kwon and his team. Based on these representations, I committed approximately $60,000 of my personal savings. This was a significant amount for me, and losing it has had a profound impact on my life.

Financially, this loss destroyed a major portion of the funds I had set aside for my future. I had invested in these products with the hope of improving my life, including being able to purchase an apartment closer to my workplace. This setback has delayed these plans by several years and has forced me to rebuild from a much weaker financial position.

Emotionally, the collapse has had serious consequences as well. I experienced sleepless nights, anxiety, and deep regret. It also created tension in my relationship, as I struggled with the stress and the feeling of having failed in a key aspect of financial responsibility. Even today, I remain much more fearful and distrustful of new investment opportunities, especially in the cryptocurrency space. This experience has permanently changed the way I approach risk and financial decisions.

While I accept that investing always involves some level of risk, this situation was not the result of normal market fluctuations. It was the result of deception. Had the truth been disclosed, I would never have invested such an amount. This fraud has affected not only my finances but also my confidence and mental well-being.

At the same time, I acknowledge that this experience has changed me. It has marked me for life. It has made me more resilient, more cautious, and far less naïve as an investor. But that strength came at a very high cost, one that should never have existed if the public had not been misled.

I respectfully ask the Court to take into account the real human and financial suffering caused to victims like myself when determining the appropriate sentence. I hope that the sentence will reflect the seriousness of this fraud and help prevent others from experiencing the same harm.

Thank you for taking the time to consider my statement.

Respectfully,

David Hops

6

**From:** Davood Amiri
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Terra luna
**Date:** Monday, December 8, 2025 10:15:57 PM

Hello dear. I live in ■ and had saved some capital with great difficulty. By investing in Luna, my capital was destroyed and after that, I was forced to change my job to be able to continue my daily life. I had planned to be able to emigrate with the accumulated capital for greater prosperity, but this incident prevented me from emigrating from ■
And now, I hope that by receiving compensation from Do Kwon, and paying the victims, and also handing over this project to someone else, it will be possible to ensure that justice is served and that cryptocurrency technology is also supported.


Best regards
Sincerely yours-Davood Amiri
Yahoo Mail: Search, organise, conquer

**From:**       Dec Tang
**To:**         Defendre, Valeen (USANYS)
**Subject:**    [EXTERNAL] Victim Impact Statement
**Date:**       Tuesday, December 9, 2025 5:26:33 AM

Hi Judge Engelmayer,

Like many others, I am one of the victims from the Terraform's collapse. While we have to bear some responsibility due to bad judgement, however, one would argue we were led that way.

The amount lost is respective of countries and individuals. A smaller amount might not be much to others but it can be life changing to another. The amount we talked here is in the billions.

It was the way he lied.
The arrogance he treated others.
The way he avoids justice.
All the scam he knowingly acted.

All the faces of a devil are found in this shell of a person called Do Kwon. People like him, a narcissist, a fraud, wouldn't know the meaning of repent and regret.

Thank you for reading.

Regards,
Tang

8

| From: | emre güney |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement Regarding Terra (LUNA/UST) Collapse – Request for Consideration |
| Date: | Tuesday, December 9, 2025 4:26:22 AM |

Dear sir/ engelmayer

I am submitting this statement as an individual investor who was financially and psychologically harmed during the collapse of the Terra ecosystem (LUNA and UST, now known as LUNC and USTC).

I held approximately 9 million units of Terra assets on Binance, purchased for long-term investment and future financial security for my family. The sudden depeg and collapse of UST/LUNA caused me severe financial loss and long-lasting emotional distress. Like many small investors, I suffered significant psychological impact as well as financial damage.

During the collapse, several public statements were made by individuals directly or indirectly involved.

Do Kwon accused the founder of FTX, Sam Bankman-Fried, of contributing to the attack on UST, using the phrase "What's done in the dark will come to light" on his public X (Twitter) account.

Additionally, reports and posts indicated that Do Kwon met privately with Binance CEO Changpeng Zhao (CZ) during the collapse period. These matters have never been fully clarified. As victims, we believe that transparency on these issues is necessary for justice.

If Do Kwon is to be granted leniency, I respectfully request that it be conditioned on restoring the Terra ecosystem he created.

LUNA–UST were tied together; after the collapse they were renamed as LUNC and USTC.

Therefore, if there is to be any consideration or reduced sentencing, he should be required to:

→ **Use relevant assets or recovered funds to support a buyback and restoration (repeg) of USTC.**

Only by restoring USTC ("the former UST stablecoin") and taking responsibility for rebuilding the system can the harm to countless small investors and families be meaningfully addressed.

Otherwise, if he does not take responsibility for restoring the damage he caused, I believe he should receive the maximum sentence allowed by law — because the psychological and financial harm we suffered has been severe and lasting.

I respectfully ask the Court and the Department of Justice to take the voice of small investors into consideration. A fair outcome will not only serve justice but also help many affected families.

Thank you for your attention

Name Emre
From █████

**From:** fabrizio fabriziooo
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Case Terraform Labs
**Date:** Tuesday, December 9, 2025 12:42:30 AM

Honorable Judge Engelmayer,


Regarding the Terra/Luna case, I am one of the victims of the crash. At the time of the collapse, the value of my assets in USD was approximately 60–70k. That was the savings and life investment for me and my family. I am a public employee, and my wife works in the private sector; we live in ██ We are not wealthy. That was our insurance to allow our son to study and to be able to afford some leisure beyond our usual daily routine. For us, it was devastating, and it made me lose trust in the entire world of crypto and finance in general.


Thank you for reading.


Fabrizio Di Cesare


Inviato da iPhone

| | |
|---|---|
| **From:** | Farid Sheikhi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Honorable Judge Paul A. Engelmayer United States District Court, Southern District of New York |
| **Date:** | Monday, December 8, 2025 8:53:13 PM |

Your Honor,

My name is Farid Sheikhi, and I am writing as a victim of the Terraform Labs collapse. When UST de-pegged in 2022, I lost approximately $100,000 USD, which represented all of my life savings at the age of ▇▇. At that time, I had one young child and a newborn baby, and my family had just purchased a home with a mortgage. Losing everything during such a critical and vulnerable period of my life was devastating.

The collapse caused severe emotional damage that lasted for years. The financial loss alone was overwhelming, but the deeper impact was the constant fear of not being able to provide for my children, the pressure of supporting my family, and the feeling of being deceived. I experienced anxiety, sleepless nights, and ongoing emotional distress. I needed extensive therapy to deal with the shock and trauma. It was one of the most difficult and painful experiences I have ever faced.

Even today, I am still unsure how many years it will take for me to financially recover. The emotional scars remain, and the collapse fundamentally changed the sense of security I had worked so hard to build for my family.

Your Honor, I respectfully ask that you consider the profound and lasting harm these actions have caused to me, my family, and thousands of other victims. The consequences were not just financial — they deeply affected our wellbeing, our families, and our futures.

Thank you for taking the time to hear my experience and for giving victims a voice during this sentencing.

Sincerely,
Farid Sheikhi

Tel: ▇▇▇▇▇▇▇▇

**Check out my profile**  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**From:** Fiorenza Soricelli
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Testimony for Judge Engelmayer
**Date:** Tuesday, December 9, 2025 3:33:14 AM

Good morning,
My husband Mario Giannone and I were both victims of Terra's collapse. Specifically, we had invested our savings of over €30,000 in USTC, confident that, as it was a stable coin, our money would be as safe as in a bank. Due to the collapse of the Terraform system, we lost everything and had to roll up our sleeves, giving up our plans to move to a more comfortable home for our two children or replace our old car.
Sincerely,
Fiorenza Soricelli



**From:** Florin Pitu
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Statement - US vs. Terrafor Founder Do Hyeong Kwon 23 Cr. 151 (PAE)
**Date:** Monday, December 8, 2025 11:20:45 PM

I invested an important percentage of my hard earned savings into LUNC and USTC and now their value is almost 0.

**From:**

**To:** Defendre, Valeen (USANYS)

**Subject:** [EXTERNAL] Do Kwon

**Date:** Tuesday, December 9, 2025 1:55:45 AM

When the war started in 2022, I decided to put my savings into UST with interest on Do Kwon's platform. As a result, I lost most of my savings and still haven't received any compensation. I'm a refugee with a wife and child

| | |
|---|---|
| **From:** | Francesco Gabbrielli |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] my losses |
| **Date:** | Tuesday, December 9, 2025 3:00:08 AM |

Good morning. I simply loss 7500$ that for me, a non famous actor, are a
lot of money. I had UST, not LUNA, because i trusted the "stable coin"
safe wallet, as a good father that want to preserve capital for the
family. All gone in a night. At morning i opened my wallet... all gone.
How is possible? So no new car, no new job, no holydays.
That's all. If you kindly can do something for a little refund, we
really appreciate. I have had the request by Luna org.. I 'm waiting for
something.
All the best.

--
Francesco Gabbrielli

| | |
|---|---|
| **From:** | Francesco Parisi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 4:15:07 AM |

Your Honor,

My name is Francesco Parisi, i'm ███ and I am submitting this statement as a victim of the UST collapse. I was an account holder on Nexo, where UST was repeatedly promoted as a "stable" asset, safe and backed, with no indication that its value could collapse to zero within hours. Like many other everyday investors, I relied on these representations in good faith.

When UST lost its peg, I lost approximately 8,000–9,000 euros.

Although this amount was not life-threatening, it was significant for me and represented years of savings and disciplined financial planning. But the financial loss is only one part of the damage.

The deeper harm was the **massive amount of time, energy, and emotional stress** that followed. For months, my life was disrupted by the need to understand what had really happened — trying to follow technical explanations, legal developments, announcements from exchanges, testimonies, class actions, and contradictory news. Instead of focusing on my work, my family, and my responsibilities, I found myself constantly searching for information, replaying decisions, and feeling deceived.

The collapse also had a strong **psychological impact**. Losing money in a transparent, regulated context is painful but understandable. Losing it because of deceptive statements about stability and backing — later revealed to be false — leaves a deeper wound. It creates distrust not only in the specific project, but in financial systems, institutions, and even one's own judgment. For a long period, I felt ashamed, frustrated, and angry at myself for trusting a system that was intentionally misrepresented to the public.

Beyond the emotional burden, there was the **practical cost**: hours and days spent gathering documentation, submitting claims, monitoring legal developments, reading technical materials far outside my field, and trying to determine whether there was any realistic chance of recovery. This was time taken away from professional commitments, personal projects, and moments with my partner and family. It is a form of loss that cannot be reimbursed but is very real.

Today, more than three years later, the impact is still present. The money is gone. The time is gone. But what remains is the feeling of having been deliberately misled by people who held

17

enormous power and influence over thousands of ordinary individuals who simply trusted what they were told.

For these reasons, I respectfully ask the Court to take into account the real consequences that these actions had on victims like me. This was not just a technical failure: it was a breach of trust that caused widespread financial and emotional harm.

Thank you for considering my statement.

Respectfully,

Francesco Parisi

--
Francesco Parisi

| | |
|---|---|
| **From:** | Greta Gasparetto |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon Gasparetto Greta CLC Claim n° 726376249802470 |
| **Date:** | Tuesday, December 9, 2025 4:28:19 AM |

To the Honorable Judge,

My name is Gasparetto Greta, I am a small retail investor from ███ and I am writing as a victim of the fraud related to Terraform Labs and Do Kwon.
I understand that this was a high-risk platform and that every investor has a responsibility to risk only what they can afford to lose, and that was my intention at the time.

However, nothing could have prepared me for what happened on the day I lost everything.
Within a few hours, I watched my entire position disappear from the screen, with no real possibility to intervene or protect my capital, feeling completely powerless as the value collapsed.
I remember the shock in my body: my hands were shaking, I felt an emptiness in my chest, and an overwhelming disbelief that something presented as "stable" and "innovative" could implode in that way.

In the weeks that followed, the financial loss turned into a deep emotional wound.
I began to question not only my decisions but also my worth as a person: I felt stupid, naïve, inadequate, as if my judgment had no value.
Sleeping became difficult; my mind kept going back to those charts and to that day, replaying every click and every choice, wondering what I could have done differently.

The hardest part was facing my family.
I had to explain that the savings I had put into this project were gone, and the conversations quickly turned into accusations, tension, and a painful feeling of being "wrong" in their eyes.
These discussions were not only about the money that was lost, but also about my idea of a future as a trader and investor, as if my dreams and ambitions were nothing more than irresponsible illusions.

Since then, my relationship with money, risk, and trust has changed profoundly.
I am much more fearful in every financial decision, even small ones, and I often feel paralyzed at the thought of investing again, as if one catastrophic event had erased years of study and self-confidence.
The sense of betrayal is not only about the capital I lost, but also about the story and image built around this project, which convinced many ordinary people like me that we were taking part in something solid and visionary.

I am aware that the Court must evaluate the evidence, the law, and the proportionality of the sentence.
What I respectfully ask is that, in making this decision, you also consider the invisible side of this crime: the psychological damage, family conflicts, and loss of self-esteem and trust that

thousands of victims now carry in silence.
For many of us, this was not just a bad investment, but a traumatic experience that has left lasting scars on our lives and on our future.

Thank you for taking the time to consider my statement in this case.

Respectfully,


Gasparetto Greta.



CLC claim number: ███████████

| | |
|---|---|
| **From:** | George Grand |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 9:33:47 PM |

Hello!

Please find below my victim impact statement for the sentencing of Do Kwon.

Thank you!


I am a young person who tried to protect my savings and build a stable future. To reduce risk I invested my savings across two different platforms, believing this would be safer. However, due to the collapse of LUNA and the Terra ecosystem, I lost approximately €20,000  my entire life savings, money that took me years of hard work to put aside!

At the time many people believed that this investment was a way to protect ourselves from inflation and that it was safe in the long term. Instead of securing my future, I ended up losing everything I had built!

To earn €50 net I have to work ten hours a day. You can imagine how much time and effort it took to save the amount that disappeared in an instant. As a young person trying to start a family and build a stable life, this loss devastated me! It felt like all my dreams collapsed!

The psychological impact was enormous! I fell into deep depression, struggled to leave the house and go to work, and constantly felt that I had lost control of my life. The financial loss became a personal and emotional burden! It is heartbreaking for an ordinary working person to lose the savings they worked so hard to build!

This harm was not only financial! it affected my daily life, my mental well-being, and my ability to plan for the future! I respectfully ask the Court to consider the profound and very real impact that this situation has had on my life!

| | |
|---|---|
| **From:** | Gianluca Pacilio |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Gianluca Pacilio - Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 4:07:09 AM |

Dear Judge Engelmayer,

My name is Gianluca Pacilio, and I am writing from ███ I am submitting this victim impact statement to explain how the collapse of the Terra/LUNA and UST ecosystem has affected my life, both financially and emotionally.

In 2022, I entrusted my savings to the Terra ecosystem, believing in the stability of UST and in the long-term vision promoted by Terraform Labs. I deposited 36,500 UST into Anchor with the hope of securing a safe return that would help me manage future expenses and taxes. When UST began to depeg, I initially held my position, trusting the assurances given publicly. When the value reached $0.48, I was forced to sell, and despite further attempts to recover part of the loss, I ultimately lost almost everything.

This event has had a profound impact on my life.
For weeks I could not sleep, and I lived with constant anxiety and fear about my financial future. Losing the savings I had worked for over many years left me feeling devastated and powerless. The stress affected my daily life, my mental well-being, and my sense of security.

My Terra address at the time of the events was:
███████████████████████. I can provide documentation, including screenshots of my Terra Station portfolio and Binance transactions, if needed.

I respectfully ask the Court to take into consideration the severe financial and emotional harm suffered not only by me, but by thousands of individuals around the world who trusted this project in good faith.

Thank you for your time and for allowing victims to be heard.

Sincerely,
Gianluca Pacilio

23

| | |
|---|---|
| **From:** | Gopikrishna S |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Monday, December 8, 2025 5:20:19 PM |

Hi Valeen,

I am writing to submit a Victim Impact Statement regarding the sentencing of Do Hyeon Kwon.

The collapse of Luna and TerraUSD resulted in the loss of all my family savings, which has had a devastating impact on me and my family, including my two children. This financial devastation has created immense hardship and instability.

I would appreciate it if the Court would consider this significant impact during the sentencing.

Thank you for your attention to this matter.

Best regards,
Gopikrishna S

On Mon, Dec 8, 2025 at 2:16 PM ██████████████ rote:



| | |
|---|---|
| **From:** | Grzegorz Kusek |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - Terra Luna |
| **Date:** | Tuesday, December 9, 2025 3:00:48 AM |

Your Honor,

My name is Grzegorz Kusek. I am submitting this statement to describe how the actions connected to the Terraform case have affected my life and the lives of my family.

The money I invested in Terraform represented almost all of my savings at that time. When the project collapsed, I lost the majority of my financial resources. This loss had an immediate and serious impact on my family's living conditions. My wife, my young daughter, and I had been preparing to move out of my mother-in-law's home and start living independently. Because of the financial damage caused by the defendant's actions, we were forced to postpone this plan for a long period of time. We simply could not afford to buy or rent a place of our own.

The stress, uncertainty, and frustration related to losing nearly all my savings put a significant strain on our family relationships as well. The emotional pressure affected me deeply, and this in turn negatively influenced my wife and my daughter, who were both exposed to my anxiety and the tension it created at home. These consequences were not temporary; they disrupted our sense of security and stability as a family.

The financial and emotional impact of this crime has been long-lasting. I respectfully ask the Court to take into consideration how these events have harmed not only me, but also my family.

Thank you for your attention.
Grzegorz Kusek

| | |
|---|---|
| **From:** | 何长青 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Monday, December 8, 2025 9:18:46 PM |

Subject: Statement of Claim Regarding UST Collapse - He Bangcheng (CLC Claimant)

Dear Judge Engelmayer,

I am He Bangcheng, a CLC claimant with the email address███████████████.

I trusted Do Kwon, as well as centralized exchanges like Binance and OKX, and mistakenly regarded UST as a genuine stablecoin. On May 9, 2022, when UST depegged, I did not sell my 250,000 UST holdings because I believed it was a stablecoin and Do Kwon repeatedly claimed he was supporting the price to stabilize it. To this day, UST has plummeted to $0.0096, and I still have not sold it—most of my entire life savings have been lost, with a total loss of approximately $230,000.

I hold Luna, as well as complicit exchanges like Binance and OKX, responsible for my losses. In particular, Binance listed UST on most of its major trading pairs and even launched wealth management products for it. Most people here, including me, trusted these centralized exchanges and Do Kwon, who was hailed as the "Korean Superman."

Thank you for your attention.

Sincerely,
He Bangcheng
CLC Claimant
Email:███████████████

发自我的 iPhone

27

**From:**        Hernan Graziano
**To:**          Defendre, Valeen (USANYS)
**Subject:**     [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:**        Monday, December 8, 2025 8:38:29 PM

To the Honorable Court and Judge Engelmayer:

I respectfully write to you to express the harm that the actions committed by Do Hyeon Kwon have caused me.

I submitted a claim as part of the CLC process, and I am one of the individuals affected by the collapse of the cryptocurrency Luna—later renamed LUNC, presumably to clean up its name —and by the fraudulent decisions that led to its downfall.

I believe that the crime committed by Mr. Kwon was, in essence, a scam. He knew that the system he had designed and promoted was unsustainable and that, sooner or later, it would collapse.
Even so, he continued to promote it publicly, creating a false sense of security.

This behavior, based on deception and the concealment of crucial information, caused losses of all kinds to people who trusted in his leadership and in his claims.

The impact on me was significant, both financially and emotionally.
I am grateful for the opportunity to send this statement.

Sincerely,
Hernan D. Graziano

---------- Forwarded message ---------
De: █████████████████████████████████████████
Date: lun, 8 de dic de 2025, 19:16
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: █████████████████████





| | |
|---|---|
| **From:** | 郷郷 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 4:38:22 AM |

**Dear Judge Engelmayer,**

My name is **Hu YongJun**. I am writing to you from China as a ███████ man whose life has been completely dismantled by the crimes of Do Kwon.

I am not just writing about the loss of money; I am writing about the loss of my family, my dignity, and my future.

**The Destruction of My Family** In Chinese culture, ██ is an age where a man should be the pillar of his family. Before the collapse of LUNA, I had a life. My partner and I had already held our traditional wedding ceremony—a sacred commitment in our culture involving our families and friends. We were living together as husband and wife, waiting to formalize our legal registration.

However, when LUNA crashed, it took everything. I suffered a loss of nearly **$1 million USD**. This financial catastrophe destroyed the foundation of our life. Unable to bear the sudden poverty and the mountain of debt I incurred, my "wife" left me. Because of Do Kwon's fraud, I never got the chance to legally marry the woman I loved. I am now alone, with a broken home that can never be repaired.

**Financial Ruin and Unemployment** The collapse did not just wipe out my savings; it buried me in debt. The psychological trauma and the desperate need to repay debts affected my career, leading to the loss of my job.

Now, as a ██████████ man who should be in his prime, I am unemployed and drowning in debt. I wake up every day in a panic, struggling to find a way to survive. The shame of falling from stability into the abyss of debt is overwhelming.

**Impact on Elderly Parents** What hurts me the most is the impact on my parents. They are elderly and live on a very meager monthly pension. In our culture, it is my duty to care for them in their old age. Instead, because of this fraud, I have become a burden. I cannot provide them with the comfortable retirement they deserve; instead, they worry about me every day, watching their son struggle in a mire of hopelessness.

**Conclusion** Do Kwon's arrogance and lies didn't just erase numbers on a screen. He erased my marriage. He erased my career. He erased the peace of my elderly parents.

I respectfully ask the Court to impose the maximum sentence possible. He needs to pay for the lives he has ruined.

Sincerely,

**Hu YongJun**

30

| | |
|---|---|
| **From:** | Фёдор Соннов |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Tuesday, December 9, 2025 12:05:51 AM |

**Subject:** Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

Dear Ms. Defendre,

My name is Ilsur, and I am submitting this message as a victim impact statement in connection with the case *United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)*.

I lost **8,000 UST** that I was simply holding on the Huobi exchange. These funds disappeared as a result of the Terra/LUNA collapse. This loss had a significant financial and emotional impact on me. These savings represented a meaningful portion of my personal funds, and losing them without any warning or ability to react has affected my financial stability.

I have submitted all required Kroll CLC claim forms, starting in August, but since then I have not received any updates or meaningful communication. This prolonged uncertainty has been extremely stressful. I respectfully ask that my loss be acknowledged and that my claim be processed as soon as possible. I hope that restitution, if available through this process, can be made to victims like myself who suffered real harm.

Thank you for your time and for considering my statement as part of the sentencing process.

Sincerely,
Ilsur
███████████████

**From:**         ismail gorsanli
**To:**           Defendre, Valeen (USANYS)
**Subject:**      [EXTERNAL] about do kwon (my total loss)
**Date:**         Tuesday, December 9, 2025 2:53:42 AM
**Attachments:**  5db59f78-c1e9-11f0-a7cb-0e7c2122f427-1_2.csv

I have a loss of exactly $14,508 (logs)
(my binance id: ████████)

| | |
|---|---|
| **From:** | James |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - James Balazs |
| **Date:** | Tuesday, December 9, 2025 5:50:03 AM |

Dear Judge Engelmayer,

My name is James Balazs and I am submitting this victim impact statement in connection with the losses I suffered during the Luna/Terra collapse in 2021. I appreciate the opportunity to share how these events have affected my life.

Like many individual investors, I entered the digital asset space cautiously and with the hope of securing a stronger financial future for myself and my family. I believed the information presented to the public and trusted that the platform was operating honestly and responsibly. When Luna collapsed, I lost a significant portion of my savings. These were funds I had set aside over many years through disciplined work and careful planning.

The financial loss alone was devastating - the money I had intended for family needs, long-term security, and future investments disappeared almost overnight. Beyond the financial harm, the emotional and psychological impact was profound. I experienced long periods of anxiety, stress, and self-doubt. My confidence in financial decision-making, investing, and even my own judgment was deeply shaken. I became far more fearful of participating in financial markets, even those I had previously felt comfortable navigating.

The stress also extended to my family. I had to explain the sudden financial setback, adjust plans, and cope with the guilt and worry that came with feeling responsible for the loss. The impact of these events stayed with us far beyond the market crash.

I respectfully submit this statement so the Court understands that behind the financial figures are real people whose lives were significantly disrupted. I hope my experience helps convey the seriousness of the harm caused to everyday individuals like myself.

Thank you for your time and consideration.

Sincerely,


James Balazs


██████████████

| | |
|---|---|
| **From:** | James Gunadi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] TFL Victim |
| **Date:** | Tuesday, December 9, 2025 4:21:21 AM |

Your Honor,

I am submitting this statement as one of the many victims of the events surrounding Terraform Labs. I write this with a heavy and exhausted heart. The financial loss I suffered was not just a number on a screen, it became a wound that has not healed, and may never fully heal.

Since losing my savings, I have struggled with a constant, quiet fear. I did not understand, until it happened to me, how deeply money and security are tied to a person's sense of stability. The shock of watching my financial foundation disappear has stayed with me. Even now, more than two years later, I find myself dealing with what I can only describe as a lingering PTSD. I become anxious at the thought of investing, even in simple or safe ways. What used to be a normal part of planning for my future now feels threatening. I second-guess every decision, and I live with a constant background tension that did not exist before.

The impact has reached far beyond just me. My family felt the repercussions as well. What we lost financially forced us into difficult conversations, painful adjustments, and a long period of emotional strain. Opportunities we had hoped for small dreams, plans, and a feeling of progress were suddenly gone. There is a quiet sadness in my home that wasn't there before. The emotional weight changed the way we interact, the way we plan, and even the way we look at the future.

I am not writing this out of anger, but out of fatigue and sorrow. What happened altered the course of my life, damaged my confidence, and left lasting emotional scars. I hope the Court will take into account the very real human consequences of these actions, not just the financial calculations.

Thank you for giving victims like me a chance to be heard.

Respectfully,
James

**From:** Johny M.
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:** Tuesday, December 9, 2025 4:36:30 AM

Hi there,

I will keep this short. I lost over 700,000 $ in the Terra collapse, but I don't think that Do Kwon should go to jail because of that.

It was an experiment, which failed. We all knew the risk.

He suffered enough and he should be let go to be with his family.

regards

Johny Miric





**From:**      Jonathan Shaw
**To:**         Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:**      Tuesday, December 9, 2025 5:59:51 AM

Dear Judge Engelmayer,

I am writing in connection with the above-captioned case and pursuant to the recent case update inviting me, as a victim, to submit a Victim Impact Statement.

I wish to highlight that the consequences of this criminal conduct have extended far beyond the financial loss I suffered. The psychological impact has been profound. Experiencing a financial violation of this magnitude naturally brings stress, anxiety, sleeplessness, and persistent worry. Yet the effects run deeper: it has caused me to doubt my own judgment and has influenced the way I approach decisions in my future investments and aptitude to risk.

Learning that the scheme was intentionally fabricated, and that the individuals behind it absconded with the funds, has only compounded the emotional harm. The sense of betrayal and violation is difficult to articulate.

In conclusion, the damage inflicted is not merely financial. Its psychological and physiological effects are significant, far-reaching, and deeply personal. It is a blow that is hard to express fully in words.

Respectfully,
Jonathan Shaw


**Jonathan Shaw**

37

| | |
|---|---|
| **From:** | |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon |
| **Date:** | Tuesday, December 9, 2025 5:59:05 AM |

Dear Judge Engelmayer,

My name is Mustafa Orak, and I am submitting this Victim Impact Statement regarding the case United States v. Do Hyeong Kwon. I am writing to share how the actions of the defendant have deeply affected my life and the wellbeing of my family.

I am married and a father of two children. I began trading in the cryptocurrency markets approximately five years ago. During the collapse of LUNA, I suffered severe financial losses directly resulting from the misconduct and misleading practices surrounding the project. In the initial crash, I lost $50,000, and during the subsequent collapse, I lost an additional $24,000.

My family relies solely on my income to survive. These losses wiped out nearly an entire year of my earnings and created immense financial pressure. I struggled to cover basic necessities, including my children's education and our household expenses. During this period, I was only able to keep my family stable through the help and support of friends and neighbors. The emotional stress, financial hardship, and uncertainty have had lasting impacts on both myself and my loved ones.

I believe the individuals and systems responsible did not act with concern for their investors, but rather prioritized their own interests, leaving people like me to bear the consequences. I respectfully request that the Court consider the significant harm caused to victims like myself and ensure accountability.

I also ask that my financial losses be taken into consideration so that the difficulties we have endured may be alleviated in some way. I trust in your judgment and in the fairness of the judicial process.

Thank you for your time and attention.

Sincerely,

Mustafa Orak

iPhone'umdan gönderildi

| | |
|---|---|
| **From:** | 福田敬生 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 5:41:07 AM |

Dear Judge Engelmayer,


My name is Takao Fukuta,and I am one of the many victims of the Terraform Labs fraud.

Because of the collapse of UST and LUNA, I lost nearly 20,000 USD. For me, as an ordinary person living in Japan, this was not just an investment loss—it was a devastating financial blow. It represented many years of savings and hard work.


Since the collapse, my life has changed significantly. I have been suffering from persistent insomnia, often waking up in the middle of the night with anxiety and fear about my future. The stress has affected my mental health, my ability to focus at work, and my sense of stability in daily life. Even today, more than two years later, I still feel the emotional shock and fear caused by this incident.


This crime has taken away not only my money but also my peace of mind. It has created long-term emotional damage that I continue to struggle with. I respectfully ask the Court to consider the profound suffering that victims like myself endure as a result of Mr. Kwon's actions.


Thank you for taking the time to hear my experience.


Sincerely,

Takao Fukuta