# EXHIBIT F

| | |
|---|---|
| **From:** | Lola db |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Terraform Labs CLC Form Claim Number is ████████ |
| **Date:** | Tuesday, December 9, 2025 6:51:28 AM |

I, MariaDolores Benavente, the user with CLC number ████████, as a victim, I state the following:

1. Context of the Loss
During 2022, I acquired the UST token and LUNA token for investment purposes.

As a consequence of the loss of parity with the dollar, the algorithmic stablecoin TerraUST (UST) dragged down the LUNA token, causing a collapse in market value, and I have suffered the total loss of my capital, resulting in financial harm.

2. Personal Impact
The loss has generated a profound sense of frustration, helplessness, and distrust, affecting my emotional well-being.

I have experienced stress and anxiety stemming from economic uncertainty and the difficulty in recovering what I have lost.

3. Family Impact
The financial loss has directly impacted my family's financial stability, limiting our ability to cover some needs and future projects.

4. Long-Term Consequences
The loss has reduced my resources and affected my confidence in the financial system.

5. Request
For all the reasons stated above, I request that the human and economic impact suffered be taken into account, and that the necessary measures be adopted to recognize my status as a victim and guarantee the corresponding reparations.

In Spain, 12/09/2025
MariaDolores Benavente

**From:**       Can Akyol
**To:**         Defendre, Valeen (USANYS)
**Subject:**    [EXTERNAL] Victim Impact Statement – Do Kwon Sentencing
**Date:**       Tuesday, December 9, 2025 6:23:53 AM

Hello,

Please find below my Victim Impact Statement regarding the Terra/Luna case and the upcoming sentencing of Do Hyeon (Do) Kwon:

---

I was severely impacted by this incident. Because it was presented as a stable coin, I invested approximately 90% of my savings into it. As a result, I lost a total of $3,350, and all of my money disappeared at once. This loss has affected me deeply both emotionally and socially. My relationship with my family deteriorated, my social life suffered, and I experienced significant financial stress for a long time. The negative effects of this situation still continue today.

---

Thank you for taking my statement into consideration.

Best regards,
Mehmet Can Akyol

| | |
|---|---|
| **From:** | viacheslav morin |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Tuesday, December 9, 2025 6:53:13 AM |

Dear Judge Engelmayer,

My name is **Morin Viacheslav**, and I am a resident of **Russia**. I am a victim in the case of *United States v. Do Hyeong Kwon*. I respectfully submit this victim impact statement in connection with the sentencing.

In May 2022, I lost approximately **$1,380,000 USD** as a result of the collapse of the TerraUSD (UST) stablecoin and the associated LUNA token. These funds were **entirely my personal savings**, accumulated through **two years of full-time cryptocurrency trading and investment**. This was not borrowed money, not leveraged capital, and not speculative excess —it represented **all of my financial resources at the time**.

I held my UST in the Anchor Protocol, believing in the public representations made by Terraform Labs regarding the stability of UST and the Bitcoin reserves that were allegedly designed to protect the peg. When UST began to depeg, I acted in panic, converting my remaining UST into LUNA, sincerely believing that the company would restore the peg using its Bitcoin reserves, as publicly promised. Instead, both assets collapsed and became virtually worthless. I continue to hold these tokens on my wallet to this day as proof of loss.

As a result of this event, I did not only lose money—I lost **two years of my life's work**, my financial security, and my confidence in my own judgment. The psychological impact was severe. I experienced prolonged emotional distress, depression, and a persistent fear of engaging in any form of trading. ████████████████████████████████ ████████████████████████████. This fear and trauma significantly affected my financial opportunities, career development, and long-term life planning.

While I did not suffer direct physical harm, the **psychological damage was profound and long-lasting**, and its effects are still present today.

Initially, I felt intense anger toward Mr. Kwon. Over time, I realized that my deepest pain was directed not only at him personally, but at the **injustice of what occurred while he remained free**, continuing to live publicly and comfortably while thousands of people around the world lost their savings, futures, and stability. I do not seek personal revenge, but I sincerely want **justice to be served** for the harm caused on such a massive scale.

My formal claim is registered with Terraform Labs under the **Crypto Loss Claims (CLC) Program**:

**CLC Claim Number:** ███████████

As part of that claim, I submitted **cryptographic wallet signatures** proving:

- the purchase of UST,

- the deposit into Anchor Protocol,

- the conversion into LUNA during the depeg,

- and the continued holding of the now-worthless assets.

I respectfully ask the Court to take into full consideration not only the financial magnitude of these crimes, but also the **irreversible psychological and life consequences** suffered by victims like myself. The collapse of Terraform Labs was not merely a market failure—it destroyed lives, futures, and trust.

Thank you for the opportunity to be heard.

Respectfully,

**Morin Viacheslav**

Russia

████████████████

CLC Claim Number: ███████████

**From:**       Necip Karakurt
**To:**         Defendre, Valeen (USANYS)
**Subject:**    [EXTERNAL] Victim Impact Statement - Do Kwon
**Date:**       Tuesday, December 9, 2025 6:46:44 AM

Dear Judge Engelmayer and Officials of the Department of Justice,

I am Necip Fazıl Karakurt, a resident of Turkey and ███████████████████████ ██████████. I am submitting this statement to inform the Court about the devastation and financial loss I suffered as a direct result of the actions of Terraform Labs founder, Do Hyeon Kwon.

Due to my medical condition, my doctors have strongly advised me to maintain a stress-free life and minimize all risk factors. Consequently, I built my investment strategy upon extremely conservative and low-risk instruments. I purchased the product marketed by Kwon's company as a "Tether Dollar" (referring to UST) because it was advertised with a 1:1 fixed peg to the US Dollar, making it appear suitable for my low-risk requirements.

I invested approximately 4,000 US Dollars of my savings into this scheme on Binance ████████████████████████ This amount represented my effort to secure my future, cover my ongoing medical expenses, and maintain the stable life required for my MS treatment.

However, due to Kwon's actions and the subsequent collapse of the system, my entire savings were wiped out in an incredibly short period—within one to two days. A crash this swift and severe suggests that this was not a simple "market failure," but rather the result of either reckless incompetence or, more likely, a brilliant and deliberate scheme to defraud. The intentional failure to maintain the promised 1:1 backing has cast a shadow over the entire crypto world and victimized thousands of people, including me.

For me, this event was far more than a mere investment loss. The severe financial destruction I endured introduced the single largest stress factor into my already constrained life. ████████ ██████ this stress and the accompanying feelings of despair and helplessness have directly impacted my health and quality of life. I was unable to fully recover for months. The loss did not just impact my money; it jeopardized my peace of mind, financial security, and treatment regimen, pushing my life into a severe crisis.

Your Honor, the actions of this individual were so reckless that they targeted even the most risk-averse individuals, like myself, who sought stability for health reasons. I urge the Court to impose the maximum and most deterrent sentence appropriate for the magnitude of the destruction caused by Do Hyeon Kwon. This punishment must not only serve as retribution for his deeds but also send a powerful message to other malicious actors who seek to exploit trust in the financial markets.

Thank you for considering the impact of these crimes on me and my family.

Respectfully, Best Regards,

Necip Fazıl Karakurt

███████████████████████████████

Tekirdağ/Turkey.

| | |
|---|---|
| **From:** | Pavel Belov |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Kwon |
| **Date:** | Tuesday, December 9, 2025 5:21:04 AM |

Dear Judge Engelmayer,

I am writing to submit a victim impact statement in connection with the sentencing of Do Hyeon Kwon.

In 2022, I held approximately $7,000 USD in TerraUSD (UST). I held UST because it was publicly presented and marketed as a stablecoin designed to maintain a stable value of one U.S. dollar, and was promoted as safe and reliable for savings.

When UST collapsed, I lost nearly the entire amount. This was not a speculative trade for me, but a decision to hold what I believed to be a stable digital equivalent of U.S. dollars.

The loss had a serious financial and emotional impact. It caused significant stress and undermined my trust in financial and technological systems that claimed to be transparent and safe.

I respectfully ask the Court to consider the real and direct harm caused to individual victims like myself when determining the appropriate sentence.

Thank you for allowing victims to be heard.

Sincerely,
Pavel Belov

| | |
|---|---|
| **From:** | Saravuth Ruangsutham |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 8:06:26 PM |

Dear Ms. Defendre,

I am writing to express the impact that Do Kwon's crimes have had on my life. I request that Judge Engelmayer consider this statement during the sentencing hearing on December 11, 2025.

I lost $5,000 USD in the collapse of Terra/Luna. While this number may look small to some, it represented 100% of my personal savings.

Do Kwon's fraud has left me financially devastated. I have been left with no safety net and have suffered immense psychological distress trying to recover from this loss. It is not just about the money; it is about the years of labor lost and the theft of my future security.

I hope the Court delivers a sentence that serves justice for the victims like me who have lost everything they had.

Sincerely,

Saravuth Ruangsutham

████████████████████████
████████████████████████████████████

Date: Tue, 9 Dec 2025 at 05:16
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: █████████████████████

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-

terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ███████████████    The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ██████████████████

Thank you.

████████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

**From:**      savas ucar
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Punishment for do kwon
**Date:**      Tuesday, December 9, 2025 2:29:19 AM

Hello, Dear judge , im reaching you from Türkiye, i want to explain my feelings to you , After all these events, I went through depression. For about 6 months, I tried to get over it with my current girlfriend and my current wife, and it was very difficult. I invested all my crypto success in the dollars offered by this platform and I lost about 10 thousand dollars. Thanks to the airdrop, I was able to get about 1.5 thousand dollars back, which was a little bit of a relief. After seeing this case, I had hope again. Please make her go through what you made us go through.

**[Your Full Name]**
Selim ÇİMEN

**09.12.2025**

To the Honorable Judge of the United States [Court Name if known],

**Subject: Complaint Regarding Financial Loss Related to Luna Coin Collapse**

Your Honor,

My name is Selim Çimen, and I am a public school teacher living in Istanbul, Türkiye. I respectfully submit this statement to report the severe financial harm I experienced as a result of the collapse of Luna Coin, which was traded on the Binance cryptocurrency exchange.

I was informed by various sources that Luna Coin was a reliable and trustworthy asset. Based on this information, on the day Luna collapsed, I purchased approximately 8,000 USD worth of Luna Coin through the Spot market on Binance. Immediately following this event, the value of the coin fell to zero, and my entire investment—my lifetime savings—was completely wiped out.

This financial loss caused significant hardship in my personal life, including difficulties in my marriage and distress within my family. I attempted to recover my funds by providing all relevant information and documentation through Binance to the Terra organization; however, I have not received any response to date.

I hereby express my grievance against all parties whose negligence or actions contributed to this outcome. I respectfully request that my case be reviewed and that I be granted the opportunity to recover the funds I lost.

Thank you for your time and consideration.

Respectfully submitted,
**Selim ÇİMEN**
Istanbul, Türkiye



| **From:** | Sercan Yildirim |
|---|---|
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 1:50:52 AM |

Dear Judge Engelmayer,

My name is Sercan Yildirim, and I am a registered victim in this case. My Claim Number is ███████████. I respectfully submit this Victim Impact Statement regarding the sentencing of Do Hyeon Kwon.

The crimes committed by Mr. Kwon have had a severe and lasting impact on my life and on my family. I invested nearly all of my savings into the Terraform ecosystem, believing in the stability and legitimacy that was represented to the public. When the system collapsed, I lost almost everything I had financially. This loss was not just monetary; it created significant emotional stress, financial instability, and fear for my family's future.

For a long time, I struggled with anxiety and sleeplessness caused by the sudden loss of my savings. The financial damage forced me to change my plans for my family, postpone important decisions, and endure constant stress about how to rebuild what I had lost. The impact was felt deeply by my loved ones as well, as the security I believed I had built for them vanished instantly.

I trusted the information provided by Terraform Labs, and I believed I was making a responsible decision for my family's future. Instead, I experienced one of the most devastating financial losses of my life. I hope the Court will consider the seriousness of the harm caused to ordinary people like me, who were misled and left with life-changing consequences.

Thank you for taking the time to consider my statement.

Respectfully,

Sercan Yildirim

Claim Number: █████████████

| | |
|---|---|
| **From:** | Serhat ERDAL |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeon Kwon, Case No. 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 11:58:22 PM |

Dear Judge Engelmayer,

My name is Serhat Erdal, and I am writing this statement as a victim of the Terra (LUNA) collapse caused by the actions of Do Hyeon Kwon and the leadership of Terraform Labs. I respectfully submit this Victim Impact Statement to describe how these events have affected my financial well-being, emotional health, and overall life stability.

I invested in Terra believing it was a legitimate and innovative project backed by credible leadership and secure technology. I trusted the representations made by Terraform Labs, and had no knowledge of the misconduct, misstatements, or deceptive practices that were later revealed. As a result of the collapse, I suffered a significant financial loss of more than 2,500 USD, representing over 80% of my total investment. This was a considerable portion of my personal savings and had a substantial impact on my financial stability.

The financial harm was not the only burden. The sudden loss created deep emotional stress, anxiety, and prolonged uncertainty. I spent years saving money to invest responsibly, and losing it so abruptly caused me to lose confidence in my ability to plan for the future. For a long period of time, I struggled with the psychological effects of the loss — including sleeplessness, worry about financial security, and distress caused by not knowing whether there would ever be accountability for what happened.

This situation also affected my family, as I felt responsible for exposing my household to unnecessary risk despite believing I was making a responsible investment. The stress has impacted my personal life, my daily routines, and my overall sense of stability.

I hope the Court takes into account the widespread harm caused to

thousands of ordinary individuals like myself who trusted the statements made by Terraform Labs and its executives. The collapse did not only cause financial losses; it deeply affected our emotional well-being, long-term financial plans, and fundamental trust in financial systems.

I respectfully ask the Court to consider the severity of the impact that Do Hyeon Kwon's actions had on victims worldwide when determining an appropriate sentence. I also appreciate the opportunity to submit this statement and to have my experience acknowledged as part of the judicial process.

Thank you for your attention and for allowing victims to be heard.

Sincerely,

Serhat Erdal

Turkey

| | |
|---|---|
| **From:** | Simone Quaglieri |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 5:13:22 AM |

Dear Judge Engelmayer,

My name is Simone Quaglieri, and I am a victim of the Terraform Labs fraud. I respectfully submit this statement to explain how the collapse of Terra/LUNA has affected me and my family.

At the time of the crash in May 2022, I held approximately 100 LUNA tokens, which only weeks earlier had been worth close to 100 USD each when the token traded near its peak of around 119 USD. Within a matter of days, the value of LUNA collapsed by over 99%, falling from tens of dollars to fractions of a cent, effectively wiping out almost the entire value of my investment. In practical terms, what had represented roughly 10,000–12,000 USD of savings for me and my family suddenly became almost worthless.

This loss had a direct financial impact on our household. That capital had been set aside as a safety buffer and for long-term goals such as improving our housing situation and covering unexpected expenses, so its disappearance forced us to cut back on everyday spending and postpone plans we had carefully made. Instead of helping my family feel more secure, this investment became an additional source of financial stress that we still feel today.

Beyond the monetary loss, the psychological and emotional impact has been severe. For months after the collapse, I experienced intense anxiety, sleepless nights, and persistent feelings of guilt for having exposed our family savings to what I believed, based on the project's public image and perceived stability, to be a legitimate and relatively robust ecosystem. The sense of betrayal and shame has affected my self-confidence in financial decisions and created tension and difficult conversations within my family, who had trusted my judgment.

As a working professional who tries to build a better future through hard work and prudent financial choices, seeing years of savings vanish in a few days was devastating. It is not only the money that was taken from us, but also time, opportunities, and peace of mind. Even today, I remain much more fearful and hesitant about investing, which has long-term consequences for my ability to recover and plan for my family's future.

I respectfully ask the Court to consider the impact on victims like me, who trusted Terraform Labs and Mr. Kwon's representations and paid a heavy price for that trust. I hope that the sentence imposed will reflect the seriousness of the harm done and send a clear message that such conduct in the financial and crypto markets will not be tolerated.

Thank you for your attention to my statement.

Sincerely,
Simone Quaglieri
Isola del Liri, Italy

| | |
|---|---|
| **From:** | 姜娜嘉 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Subject: Victim Impact Statement Submission from Su Yu Tse – U.S. v. Do Hyeong Kwon (23 Cr. 151, PAE) |
| **Date:** | Tuesday, December 9, 2025 1:56:57 AM |

Victim Impact Statement（含案件編號）

Subject: Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
Claim Numbers: 395170558248913, 447191875052002
From: Su Yu Tse (蘇毓澤)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Location: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Subject: Victim Impact Statement — United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
Claim Numbers: 395170558248913, 4471918750520022
From: Su Yu Tse (蘇毓澤)

██████████████

Location: Tainan, Taiwan

Dear Judge Engelmayer,

My name is Su Yu Tse, and I respectfully submit this Victim Impact Statement regarding the criminal case
United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE).
My associated claim numbers are ███████████████

I am one of the many victims affected by the collapse of UST. I lost a total of 7,949.87079291 UST, which
was equal in value to 7,949.87079291 USD before the depegging event occurred.

At the time of the collapse, I was a single father, raising my 3-year-old child alone. My life was already
challenging, and I relied on the stable interest from staking UST to help support our monthly living
expenses. When UST suddenly crashed, everything I depended on disappeared instantly.
I felt deep guilt toward my child because I was trying my best to give him a stable life, yet the collapse caused
a heavy financial and emotional blow to both of us.

I also went to note that I previously submitted a read-only API containing complete historical transaction
data, which fully demonstrates the losses I suffered due to this incident.
If the Court or the U.S. Attorney's Office requires any additional documents, evidence, or clarification, I
am fully willing to cooperate.

I sincerely hope that the Court will consider the severe impact these events have had on victims like me and
impose a sentence that reflects the harm caused, as well as protect the rights and losses of all affected
individuals.

Thank you for taking the time to read my statement.

Sincerely,
Su Yu Tse (蘇毓澤)

██████████

██████████████

Claim Numbers: ████████████████

—

Dear Judge Engelmayer,

My name is Su Yu Tse, and I respectfully submit this Victim Impact Statement regarding the
criminal case United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE).
My associated claim numbers are ████████████████

I am one of the many victims affected by the collapse of UST. I lost a total of 7,949.87079291
UST, which was equal in value to 7,949.87079291 USD before the depegging event occurred.

At the time of the collapse, I was a single father, raising my 3-year-old child alone. My life was already challenging, and I relied on the stable interest from staking UST to help support our monthly living expenses. When UST suddenly crashed, everything I depended on disappeared instantly.
I felt deep guilt toward my child because I was trying my best to give him a stable life, yet the collapse caused a heavy financial and emotional blow to both of us.

I also want to note that I previously submitted a read-only API containing complete historical transaction data, which fully demonstrates the losses I suffered due to this incident.
If the Court or the U.S. Attorney's Office requires any additional documents, evidence, or clarification, I am fully willing to cooperate.

I sincerely hope that the Court will consider the severe impact these events have had on victims like me and impose a sentence that reflects the harm caused, as well as protect the rights and losses of all affected individuals.

Thank you for taking the time to read my statement.

Sincerely,
Su Yu Tse (蘇毓澤)

Phone:
Email:
Claim Numbers:

# Victim Impact Statement

Sukyung Han

██████████████████████
████████████████

Date: December 9th 2025

To: The Honorable Judge Engelmayer
United States District Court
Southern District of New York

Re: Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

Dear Judge Engelmayer,

My name is Sukyung Han, and I am submitting this letter as a victim of the Terra/LUNA collapse that occurred in May 2022. I respectfully write to describe the financial and emotional impact this incident has had on my life.

In 2022, before the crash occurred, I had placed a buy limit on Binance–buy an order for LUNA with the genuine hope of making a reasonable investment for my future, as many people do. Unfortunately, when the collapse happened, I was unaware of the situation. On May 10, 2022, I purchased an additional 28 LUNA tokens, not knowing that the ecosystem had already begun to crash. As a result, I suffered a total financial loss of approximately USD $6,000.

This loss did not only affect me financially—it caused severe emotional distress. When the incident happened, I was completely shocked and overwhelmed. The sudden collapse of everything I had invested in caused immense anxiety and hardship. I had to work extremely hard over a long period to try to recover from this financial loss, and the emotional effects of this event still remain with me even today.

Additionally, I experienced significant personal difficulties as a result of this incident. I had made this investment without informing my husband, and when he later found out—after the crash had already occurred—it caused conflict and strain in our relationship. This added another layer of stress and emotional burden to an already difficult situation.

I invested in LUNA with trust, and I never imagined that the platform would collapse in such a devastating way. The incident has caused me long-term financial hardship, emotional trauma, and personal difficulties within my family.

I appreciate the opportunity to share my experience with the Court. Thank you for taking the time to consider my statement as part of the sentencing process for Mr. Do Kwon.

Respectfully,
Sukyung Han

| | |
|---|---|
| **From:** | Taner çavumirza |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Subject: Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 2:47:08 AM |

Dear Judge Engelmayer,

My name is **Taner CAVUMIRZA** and I am submitting this statement as a victim in the case **United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)**.

I invested in the Terraform ecosystem as a retail investor, specifically purchasing **a total of 20,000 UST during the years 2020 and 2021**. My investment decision was based on Terraform Labs' public statements claiming that the system was stable, secure, algorithmically protected, and resistant to collapse.

# Financial Impact

- Between 2020 and 2021, I invested **20,000 UST**, representing a significant portion of my personal savings.

- Following the collapse of UST and the broader Terraform ecosystem, my investment became **nearly worthless**, resulting in a substantial financial loss.

- This loss created long-term consequences for my financial stability and disrupted my personal and family financial planning.

# Personal and Emotional Impact

- The event caused **severe emotional distress**, including stress, anxiety, and a sense of betrayal.

- I experienced significant difficulty coping with the sudden financial loss, as the collapse was completely unexpected based on the representations made by Do Hyeong Kwon and Terraform Labs.

- My trust in digital financial platforms and innovative technologies was deeply damaged.

# Regarding Sentencing

I respectfully request that the Court consider:

- The widespread and profound financial and emotional harm caused to investors worldwide,

- The scale of deception and the consequences of Terraform Labs' actions,

- The need for accountability to deter similar conduct by others in the future.

I also ask that the Court support any process that may facilitate **restitution or compensation** to victims, as many individuals—including myself—faced significant and life-altering losses.

Thank you for taking the time to consider my statement.

Respectfully,

**Taner CAVUMIRZA**

█████████████████████████████████████████
███████████████████████
**Date:** 12.09. 2025

| | |
|---|---|
| **From:** | Таня |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Tragic victim in the Do Hyeon Kwon case |
| **Date:** | Tuesday, December 9, 2025 5:38:28 AM |
| **Importance:** | High |

**Dear Judge Engelmayer**

On May 11, 2022, I invested $80,000 in LUNA coin. I received this money from the sale of my only apartment. I was moving from Russia (Moscow) to Georgia and planned to change my permanent residence. I am enclosing you with the documents confirming the sale of my only apartment.
A day after my investment in LUNA coin, my sold apartment turned into several coins. Specifically, $80,000 turned into $13.
I expected Do Hyun Kwon to make rational decisions after the LUNA coin's collapse. Instead, he created LUNA2, bearing no responsibility to investors in the original LUNA coin (now LUNC).
Since May 2022, I have been homeless, wandering the streets of Georgia, with no money to rent a place to live. I have developed health complications and am in dire need of hospitalization, but I do not have the financial means to seek medical treatment. I am a single 58-year-old woman, unemployed, and without a pension. My family—my father, mother, and husband—passed away several years earlier. I have no children. I have no recourse. I ask for an immediate, fair decision in Do Hyeon Kwon's case and request full compensation for my financial losses, including any moral damages. I have provided, submitted, and attached all supporting documents to the portal. Since May 2022, I have been in a state of deep stress and depression, which I would not wish on anyone. I would like to testify in court, but unfortunately, I do not speak English. I can testify remotely (in Russian, if possible, with interpreters available in court). I am a tragic victim of the LUNA coin crash on May 11, 2022. My claim number is █████████

**Best Regards**
**Tatiana Dontsova, /Georgia, the city of Kobuleti/**
█████████

24

| | |
|---|---|
| **From:** | Thanawut Kongprasert |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement Regarding Do Hyeon Kwon Sentencing (23 Cr. 151 PAE) |
| **Date:** | Tuesday, December 9, 2025 12:18:24 AM |

Dear Judge Engelmayer and Legal Team,

I am writing to submit my victim impact statement in connection with the sentencing of Do Hyeon Kwon in the criminal proceeding United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE). I am a CLC claimant who suffered direct financial and emotional distress due to this event.

I personally incurred a substantial loss from holding UST (TerraUSD) coins, amounting to approximately **$15,000 USD**.

This significant loss has had a profound and ongoing negative impact on my financial well-being:

- **Liquidity Crisis:** The loss immediately caused a severe lack of liquidity, forcing me to sell some of my other assets simply to manage my day-to-day expenses and maintain cash flow.

- **Family Budgeting:** My family's spending has been severely restricted and 'tightened' for a long period, causing considerable stress on the household.

- **Ongoing Recovery and Fear:** To this day, I am still actively working to earn and replace the funds that were lost. Furthermore, this incident has instilled a deep and persistent fear of investing, making me overly cautious and potentially limiting my future financial growth.

Given the depth and long-term nature of the financial hardship and emotional distress I have endured, I respectfully request and look forward to receiving appropriate restitution or compensation as a form of relief and acknowledgment of the damage caused by these crimes.

Thank you for considering my statement.

Sincerely,


Thanawut Kongprasert

Case number █████████

| | |
|---|---|
| **From:** | vimon vanchun |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Monday, December 8, 2025 9:59:22 PM |

**Subject: Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)**

Dear Judge Engelmayer,

My name is **Vimon Vanchun**, and I am submitting this Victim Impact Statement regarding the case *United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)*. I am one of the many individuals who suffered financial and emotional harm as a result of the collapse of Terra (LUNA/UST).

I lost approximately **70,000–80,000 Thai Baht (around USD 1,900–2,200)** due to the failure of the Terra ecosystem. My remaining assets are now stuck in the form of LUNC on the Pionex exchange, and I am unable to recover or meaningfully use these funds. This loss significantly affected my savings and created immediate financial pressure on my family's day-to-day living expenses.

The financial harm also caused emotional stress, conflicts within my family, and long-lasting anxiety. The loss of my savings impacted not only my financial stability but also my overall well-being and family relationships.

I respectfully ask the Court to acknowledge the impact on victims like myself and to encourage the establishment of a **restitution or victim compensation fund as soon as possible**. Many victims around the world continue to suffer from losses they have no means of recovering. The creation of such a fund would provide critical relief and help restore the financial stability that many families have lost.

Thank you for taking the time to consider how these crimes have affected my life.

Sincerely,
**[Vimon Vanchun]**
████████████████████

Victim and CLC Claimant

| | |
|---|---|
| **From:** | vincenzo di franco |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Vincenzo Di Franco |
| **Date:** | Tuesday, December 9, 2025 3:22:43 AM |

**Honorable Judge Engelmayer,**

Thank you for giving victims the opportunity to be heard.
My name is **Vincenzo Di Franco**, and I live in Europe.

I was an investor in the Terra ecosystem. I initially invested about 1,000 euros — a meaningful amount to me — which grew on paper to nearly 10,000 euros. I believed in the promises of technological innovation, financial stability, and a fairer financial future. Watching that value disappear in a single day was not just a financial loss, but an emotional shock.

I understand that investments carry risk. What I did not understand at the time — and what this case confirmed — is that the risks I faced were not fairly or truthfully disclosed. As someone living outside the United States, speaking a different language and not trained in finance or law, I was especially vulnerable to misleading statements, simplified marketing, and assurances that were later shown to be false.

After the collapse, the experience worsened. It took months before I received any form of recovery. Ultimately, I received about 300 euros. I cannot say whether that amount is fair — because the entire claims process was extremely difficult to understand. The documentation was written in complex U.S. legal language that I struggled to interpret. It felt as though ordinary people like me — especially non-native English speakers overseas — were expected to navigate a system that was almost impossible to follow.

Adding to this, after I submitted information for claims processing, I began receiving spam calls and fraudulent solicitations, including fake emails pretending to be legal offices. This made me feel exposed, unsafe, and unprotected. The loss became not only financial, but also a violation of my privacy.

The emotional impact was real. As someone far from the U.S. legal system, I felt powerless. I had trusted a project that was presented as stable and transformative, only to discover that the truth was different and that victims like me were left with confusion and frustration.

I believe that transparency, accountability, and respect for the many small investors harmed — including those outside the United States — should be considered in sentencing. The financial loss mattered, but so did the erosion of trust, dignity, and security.

Thank you for reading my statement and for considering the human impact of this case.

Respectfully,
**Vincenzo Di Franco**
Europe

| | |
|---|---|
| **From:** | 雷维蟠 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement |
| **Date:** | Monday, December 8, 2025 8:17:04 PM |

## Victim Impact Statement
## Re: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

To the Honorable Judge Engelmayer:

My name is Weipan Lei and I am submitting this statement as a victim in connection with the Terra (UST) collapse. My online Terraform Labs CLC Form Claim Number is ███████████. In 2022, I invested in Terra's UST, and as a result of the fraud committed by Do Hyeong Kwon and his company, I lost approximately **$9,000 USD** (over **60,000 RMB**). This was a significant portion of my family's financial savings.

The impact of this loss has been profound. During the past year, my father was hospitalized multiple times due to serious illness, and my daughter had just started primary school. These were moments when financial stability was essential. The unexpected loss of our savings created tremendous pressure on my family, forcing us to make difficult decisions regarding medical care, education expenses, and daily living costs. The emotional strain and sense of betrayal have affected not only myself but also those who depend on me.

I trusted the representations made by Terra and its leadership, and like many ordinary investors, I believed UST to be a safe and reliable asset. The consequences of these crimes have left lasting financial and emotional damage to my household.

I respectfully request that the Court impose a **severe sentence** on Do Hyeong Kwon and require **restitution to victims** for the losses we suffered. Accountability and compensation are essential to restoring justice and rebuilding the lives of those harmed by this fraud.

Thank you for your attention and consideration.


Weipan Lei

Beijing ,

 P. R. China,

| | |
|---|---|
| **From:** | wu shuang |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Terraform Labs Fraud Case Compensation Question |
| **Date:** | Monday, December 8, 2025 9:12:49 PM |

dear valeen

    I am a victim of the Kwon  fraud case , i lost all my money (about 154,000USD) from invest in luna coin，how can i get some compensation? thats all my money and i have nothing left. I have submitted the CLC form in kroll`s website.anything i can do?


  best

regards

| From: | Eugene |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) - Yevhenii Bochkov |
| Date: | Tuesday, December 9, 2025 12:46:39 AM |
| Attachments: | Declaration of Ownership and Statement of Loss.pdf |

**Dear Judge Engelmayer,**

My name is Yevhenii Bochkov. I am writing to you as a victim in the case *United States v. Do Hyeong Kwon*. I previously submitted a Crypto Loss Claim for the bankruptcy proceedings, but I am compelled to write this statement because the collapse of Terraform Labs and the actions of Mr. Kwon have effectively destroyed my life and the life of my partner.

I am not a wealthy institutional investor. The approximately **$600,000 USD** I lost in the Anchor Protocol/UST collapse represented everything we had. Specifically, this sum included my entire life savings and, most painfully, **the full proceeds from the sale of my partner's restaurant business**.

I want the Court to understand that the damage goes far beyond the financial loss. This capital represented years of my partner's hard work building a small business, which we sold to secure our future. When UST collapsed, that security vanished instantly.

The complete loss of these funds triggered a severe downward spiral in our lives:

- **Total Financial Ruin:** We are fully damaged. We lost the ability to start over because the capital from the business sale is gone.

- **Psychological Devastation:** The shock of losing our future plunged me into ██████ ████████.

- **Professional Impact:** ████████████████████████████████ ████████████████████████████

- **Relationship Strain:** The guilt and stress of losing my partner's hard-earned money have placed an unbearable strain on our relationship. We are struggling to survive day-to-day.

While big companies and institutional creditors have legal teams to fight for them, individual families like mine have been left in the dark, suffering in silence. This money was our only chance to restore our lives.

I respectfully ask the Court to consider the human cost of Mr. Kwon's actions. It was not just "crypto" that was lost; it was my livelihood, my partner's legacy from her business, and my mental health. I implore the Court to impose a sentence that reflects this severity and to prioritize restitution for individual victims who have lost everything.

Attached is my Declaration of Ownership and Statement of Loss which verifies my claim.

Respectfully,

Yevhenii Bochkov

**Declaration of Ownership and Statement of Loss**

**Submitted by:** Yevhenii Bochkov

**Date:** March 31, 2025

To Whom It May Concern,

I, **Yevhenii Bochkov**, hereby submit this declaration in support of my claim regarding losses incurred through the Anchor Protocol and related transactions involving the UST (TerraUSD) stablecoin.

**1. Ownership and Wallet Verification**

I confirm that I am the sole and rightful owner of the wallet associated with this claim. The wallet address has been verified and authenticated as part of the claims submission process.

**2. Use of Funds and Timeline of Events**

- All funds deposited were **personal and family funds**, used exclusively for the purpose of preserving capital and earning modest yield.
- These funds were deposited into **Anchor Protocol as UST**, based on the understanding that the protocol offered stablecoin-based yield with minimal volatility risk.
- We were **not long-term users** of Anchor and had no intention of speculative activity. Our use of the protocol was short-term and solely aimed at safeguarding stablecoin holdings.

**3. Loss Incident**

- On or around **May 11**, UST fully lost its peg, dropping to $ 0.3.
- In an attempt to preserve remaining value, we transferred de-pegged UST  to **Binance**.
- Subsequently, we re-deposited the tokens back into Anchor, but were unable to recover any significant value.
- **The result was a near-total loss of funds** deposited into Anchor Protocol and associated platforms.
- We did **not earn any rewards, yield, or loan income** from our activity with Anchor.

**4. Supporting Documentation**

This statement is submitted as part of the claims process and should be treated as a sworn declaration. If additional documentation or clarification is required, I am prepared to provide transaction history, wallet proofs, or other supporting evidence upon request.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge. I affirm that I am the rightful owner of the assets in question and that this claim reflects an accurate account of my loss.

**Signed:**  

Yevhenii Bochkov

██████████████  | Wallet address: ████████████████████████

**From:**     Jazouli Younès
**To:**          Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Statement of Loss due Terra for labs
**Date:**       Tuesday, December 9, 2025 2:28:00 AM

Statement of : Younes Jazouli

09 Dec 2025

I respectfully submit that I have already filed a Claim Loss procedure (CLC Form) under claim number ██████████████.

I suffered a significant financial loss exceeding 50,000 USD after investing in the Anchor protocol. I placed these funds in what I understood to be a safe, interest-bearing product, relying on the representation that the associated UST tokens were pegged to the US dollar. When the peg failed and the value collapsed to zero, I lost the entirety of my investment.

As a direct consequence of this unexpected and severe loss, I was unable to meet several of my financial obligations. This included the timely payment of my loans and other essential, scheduled living expenses. The situation placed me under considerable financial strain, which I have been working diligently to resolve.

I respectfully request the Court to take these circumstances into consideration.

Younes Jazouli

| | |
|---|---|
| **From:** | Young S |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] The Honorable Paul A. Engelmayer Re: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) - Youngwook Suh (Claim No: ▇▇▇▇▇▇) |
| **Date:** | Tuesday, December 9, 2025 2:22:07 AM |

Your Honor,

My name is Youngwook Suh, a citizen of the Republic of Korea. I am writing to you as a victim whose life has been thoroughly dismantled by the criminal actions of Do Hyeon Kwon. I am submitting this statement to ensure the Court understands that the crimes committed were not victimless financial statistics, but actions that have caused irreversible devastation to real human lives.

I am a claimant in the Terraform Labs bankruptcy (Claim Number: ▇▇▇▇▇▇▇▇), but the bankruptcy proceedings cannot address the personal ruin I have suffered.

**The Financial Devastation** As a direct result of Do Kwon's fraud, I suffered a financial loss of over **$10 million USD**. This was substantial wealth that represented my life's work and my future security. It evaporated instantly due to the lies and manipulation orchestrated by the defendant.

**Destruction of Family Trust** Perhaps more painful than my own financial loss is the guilt I carry regarding my family. Believing the false narratives propagated by Do Kwon, I advised my family members to invest in Luna. They trusted my judgment, and because of that trust, they lost all of the money they invested. I now live with the heavy burden of knowing that my belief in Terraform Labs led to the financial ruin of the people I love most.

**Loss of Home and Residency** The financial impact caused a domino effect that destroyed my life plans:

- I was unable to make payments on a property I had signed for. Consequently, I defaulted on the contract and lost the property, along with the significant deposit I had already paid.

- I lost my Portuguese Golden Visa. I was in the process of securing residency and a future in Europe, but due to the financial constraints caused by this fraud, I could not maintain the requirements. My opportunity for a new life abroad was stolen from me.

**Physical and Mental Health Impact** The stress and shock of these events have taken a severe toll on my health. I fell into a deep, debilitating depression following the collapse. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ caused by this financial catastrophe.

**Conclusion** Do Kwon's actions did not just empty bank accounts; they derailed life plans, destroyed family dynamics, and ruined mental health. My life is in ruins. I respectfully request that the Court impose a sentence that reflects the severity of the damage he has inflicted upon victims like myself.

Thank you for your time and consideration.

Sincerely,

**Youngwook Suh** Republic of Korea

| | |
|---|---|
| **From:** | Debased@caramail.fr |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Tuesday, December 9, 2025 6:35:08 AM |

Good Afternoon!

I noticed receiving this email as an individual whom submitted "a CLC form" with regards of dissolution of Terra foundation/labs funds during cease of operations.

To conserve your time I'll type short questions I would appreciate your response(s) for reference statements with sentencing of Monsieur Do Hyeon Kwon.

Are you going to represent me (and the statement) or do I have to represent myself / hire lawyer

Is this only: clear statement collection (from me and other claimants )?

Should I first join some short of Class Action lawsuit (if so could you please point out where I can do it as non US citizen) etc to make statement and potentially achieve limited recoveries from it?

My statement would come as an individual which would diversify your collected statements "global impact" a reach of this situation which occurred since May 2022 all the way 2025.

Votre Cordialement,

Zana

Envoyé à partir de l'app mail mobile

sur 9.12.2025 le 00:16, ██████████████████████ écrivit:

> De: ██████████████████████████
> ████████████████████████
> Date: 9 décembre 2025
> à: ████████████████████
> Cc:

## Objet: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ███████████████  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ███████████████████

Thank you.

███████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences