# EXHIBIT I

| From: | alessandra masella |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim impact - Alessandra Masella |
| Date: | Tuesday, December 9, 2025 4:05:28 PM |
| Attachments: | report fiscale Coinbase - Alessandra Masella anno 2022.pdf |

The undersigned Alessandra Masella, born in Naples on June 25, 1967, an Italian citizen, hereby notifies the Court that she has suffered significant financial damages as the collapse of the Terra-Luna protocol due to the negligent liability of Mr. Do Kwon cost her over €5 million (including accrued legal interest), as she holds 65,000 wluna tokens on Coinbase's CEX, as evidenced by the 2022 tax report, which is attached to this declaration.

Best regards
Alessandra Masella

# coinbase

Coinbase Global, Inc.

## Transaction History Report for Alessandra Masella

You can use this transaction report to inform your likely tax obligations. For US customers, Sells, Converts, Rewards Income, Learning Rewards, and Donations are taxable events. For final tax obligations, please consult your tax advisor.

| Date Range | Filter | Customer |
|---|---|---|
| From 2021-01-01T00:00:00Z | Type: all | |
| To 2021-12-31T23:59:59Z | Asset: 6286761f97352725ee444cd2 | 46073dab-7734-5e90-8884-4454943f9915 |

## Portfolio summary

Portfolio summary balances are as of 2021-12-31 23:59:59 UTC

| Asset | Quantity<br>as of 2021-12-31 23:59:59 UTC | Market Price<br>as of 2024-02-01 01:20:00 UTC | Market Value<br>as of 2024-02-01 01:20:00 UTC |
|---|---|---|---|
| AMP | 0 | 0.04265008902 EUR/AMP | 0 EUR |
| AUCTION | 0 | 21.41 EUR/AUCTION | 0 EUR |
| BTC | 0 | 40760.06 EUR/BTC | 0 EUR |
| CLV | 0 | 0.62 EUR/CLV | 0 EUR |
| COMP | 0 | 176.17449676 EUR/COMP | 0 EUR |
| ETH | 0 | 3240 EUR/ETH | 0 EUR |
| FET | 0 | 0.4454037332 EUR/FET | 0 EUR |
| GRT | 0 | 0.567 EUR/GRT | 0 EUR |
| MLN | 0 | 77.87971316 EUR/MLN | 0 EUR |
| NEAR | 0 | 3.8684888 EUR/NEAR | 0 EUR |
| RONIN | 0 | 2.510500628516532350144 EUR/RONIN | 0 EUR |
| VARA | 0 | 0.1758404 EUR/VARA | 0 EUR |
| VET | 0 | 0.0145507931 EUR/VET | 0 EUR |
| WLUNA | 65389.12378167 | 75.23 EUR/WLUNA | 4919223.78 EUR |
| XLM | 0 | 0.235281 EUR/XLM | 0 EUR |
| ZETA | 0 | 0.7912818 EUR/ZETA | 0 EUR |

2

| Asset | Quantity<br>as of 2021-12-31 23:59:59 UTC | Market Price<br>as of 2024-02-01 01:20:00 UTC | Market Value<br>as of 2024-02-01 01:20:00 UTC |
|---|---|---|---|
| | | Total Market Value | |
| | | 4919223.78 EUR | |

[1] Inclusive of fees and/or spread. Actual amounts debited and credited to accounts may be rounded to the nearest cent, or smallest equivalent unit of currency. For some transactions, this value represents the best approximation of its fiat equivalent at the time of transaction.

| Timestamp | Transaction Type | Asset | Quantity Transacted | Price Currency | Price at Transaction | Subtotal | Total [1] | Notes |
|---|---|---|---|---|---|---|---|---|

No transactions were found for this time period

| | |
|---|---|
| **From:** | A F |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Tuesday, December 9, 2025 5:35:08 PM |

Hello, see below Victim Statement as requested.

I am writing in regards to the upcoming sentencing of Do Kwon on December 11th. I have never written anything like this or as a man and a father, I hate to set myself up to be called a "victim." The truth of the matter, it was not only I that was the victim, but my family as well. And knowing the ripple effect (that will last for generations) from the choices and negligence this man and the Terraform Team made, it would be wrong of me not to add my 2 cents. So for my family's sake, I will tell how the events played out in my Household.

In March of 2022, as I had a significant amount of wealth in the markets and sensed a bit of volatility coming, I decided to place a large portion of my portfolio into a stablecoin, pegged to the US Dollar. In doing research on the best most reliable stablecoin, came UST and the Terraform Labs Team as one of the frontrunners. My decision to place over $200k into UST did not come lightly or did I ever think it was a speculative decision associated with any risk. It was a calculated decision based on the words of a man that was at the forefront of innovation and a Team that had one of the largest blockchains available at the time with Luna at their backing.

Again, the funds allocated to UST were not gambling or speculative, they were tucked away in a "savings" account, pegged to the dollar, to be put away for my family and my two sons' future. The collapse of UST was not just a financial loss for me, it meant the loss of a life that I was building with my family and fiance at the time. It started a chain of events that later, in June, when my Fiance left the state with my child, I knew at this point I was not only fighting for my future but also to keep my family together. As my fiance left with our 6 month old baby boy, me and my 9 year old son were left fighting to pick up the pieces. Fighting in family court, which has now gone on for years to get my son, his brother back to the state so I can be an active father and my son grows up with his brother. It has left me in a position that I had to mortgage my property to pay for attorney fees and in financial ruin from not being able to afford my bills. I went from a happy home with two boys and a happy mom to the worst torture a man can go through.

Now as a man, I am not going to sit here and claim money buys happiness, but it definitely pays for the bills and provides comfort and shelter during storms. To know later that the Team, in particular Do Kwon, acted in bad faith and knew the instability of the coin was on the horizon, and possibly had a hand in the fall, and even profited off of the collapse. To take advantage of inocent familys saving s and investments should be considered as not only a financial crime, but of physical and mental nature that my family will never recover from. I lost the best years with my baby boy, my older son lost his brother. Their family's, sons/daughters, lost the chance to grow up with their cousins. As I mentioned above, the ripple effect from this crime has and will affect my family for generations.

The impact of this crime will stay with me for years. I am still working to rebuild what was lost. Most importantly, I am still fighting to be present in my son's life in the way every father should be able to.

I respectfully ask the Court to take into account the very real human consequences that these actions have had on ordinary people like me — people who trusted the statements made by Mr. Kwon and believed UST was safe.

Thank you for your time and consideration.

Angelo Furno

---------- Forwarded message ---------
From: ████████████████████████████████████████
Date: Mon, Dec 8, 2025 at 5:16 PM
Subject: [Victim Statement] - Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: ████████████████████████

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ████████████████████  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ████████████████████

Thank you.

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

**From:**     bryan sommers
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] To the Judge
**Date:**     Tuesday, December 9, 2025 3:57:40 PM

I wrote a small letter yesterday hoping someday it would be read to Do kwon one day, as a personal note to how how successfully stole everything I had worked for.

Instead, I'm hoping to get this to the judge. And make it even shorter. I'm seeing recommendations of 12 years.. as someone who  has had my home taken, my life destroyed, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  and am still here only because my faith in Jesus as my lord and savior. I PRAY you give all of the victims JUSTICE.  12 years would make this man in roughly his mid fourties' when he is out. IF he served at 12 years. This would be a slap in the face to the millions of peoples lives he's destroyed.  This man has stolen entire LIVES from people, families, young people, old people, etc.   this man stole Millions of YEARS of lives. Some people worked their whole lives to have it all taken in one day from this man,10, 20,30,40 50 years of work GONE. Now WE are left holding the bill. This man singly handily collapsed $50B in market value.  Please do what is right for the victims here. 12 years the DA is recommending is crazy.. there are people serving much longer prison sentences for MUCH smaller matters. I am now 32 and still trying to find my way back in life after building my life up, and trusting what this man says. Someone stealing mid six figures from you at 28-29 was not on my bingo card for my life plans.. and seeing them give a 12 year recommendation genuinely is disappointing.
-Bryan Sommers

7

| | |
|---|---|
| **From:** | Cristi Bora |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement for Judge Engelmayer |
| **Date:** | Tuesday, December 9, 2025 5:20:39 PM |

Your Honor Judge Engelmayer,

My name is Cristian Bora, and I am writing this Victim Impact Statement in connection with the sentencing of **Do Hyeon Kwon**. I am a victim of the fraud committed by Mr. Kwon and Terraform Labs, and I am formally submitting this statement to convey the devastating impact these crimes have had on my life.

## The Financial Devastation

I lost over **$50,000 USD** due to the collapse of Terra Luna (LUNA and/or UST).

This loss was not an accumulation of disposable income; it represented **my entire life savings**. I had invested this capital with the expectation of securing a stable financial future, only to have it completely wiped out by the fraudulent actions of the defendant. The loss of $50,000 has left me financially ruined and terrified about my future.

## Impact on My Life and Location

I currently reside in **Eastern Europe (Romania), near the border with Ukraine**. The economic and geopolitical situation in this region is already highly volatile and unstable.

This financial crisis occurred at the worst possible time:

- **Job Loss:** I was recently **laid off from my job**, leaving me without a consistent source of income to replace the lost savings.

- **Mortgage Obligations:** I have a **mortgage payment** that I now struggle immensely to meet. The fear of foreclosure and losing my home is a daily reality.

The actions of Do Kwon have directly resulted in a state of severe **financial stress and emotional distress**. The money I lost was the difference between security and abject fear of poverty. I trusted in the legitimacy of the project, a trust that was exploited and rewarded with ruin.

## Request to the Court

I respectfully ask the Court to consider the complete and catastrophic nature of this financial crime when determining the appropriate sentence for Do Hyeon Kwon. His actions have had a severe and destabilizing effect on my life, particularly given my vulnerable economic circumstances and location.

I urge the Court to impose a sentence that reflects the gravity of the fraud and the immense suffering it has caused me and thousands of other victims globally.

Sincerely,

8

--
**Cristian BORA**

| | |
|---|---|
| **From:** | Dani Foffa |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim impact statement |
| **Date:** | Tuesday, December 9, 2025 2:25:21 PM |

Dear Judge Engelmayer,

My name is Daniele Foffa, I am a victim of the Terra USD depeg collapse and I understand that I have the possibility to let you know how this has impacted me and my family. I have lost in excess of 250,000 USD during the depeg which forced me to me sell my family house house and I have been renting out ever since, since I didn't have the money to support my family any longer. I am hoping that the compensation will reimburse part of this amount but this will not fix the financial and emotional distress that this situation has put myself and my family into.

Wishing all the best,

Daniele Foffa

| | |
|---|---|
| **From:** | Davide Fichera |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | ▮ |
| **Subject:** | [EXTERNAL] DAVIDE FICHERA >> Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Tuesday, December 9, 2025 2:47:57 PM |

Dear Ms. Defendre,

My name is Davide Fichera. I am the father of an 8-year-old child.

Three years ago, during my divorce, I had to renounce the companies I had built over the last twenty years in order to protect my son, as the businesses were tied to his mother. I invested the limited savings I had left into Terra because it was presented as a stable platform, based on staking, and not as a speculative or high-risk product. I chose it precisely to avoid gambling with my son's future.

When Terra collapsed, I lost everything I had. It was one of the most devastating experiences of my life. I found myself unable to purchase essential things for my child. The financial loss pushed me into a severe depression, and without the help of my elderly parents, who supported me with their own limited resources, I would not have been able to get back on my feet, find work, and slowly rebuild a stable life.

It is unacceptable that projects marketed as "stable" and legally permitted could operate in a way that allowed their founders to accumulate enormous wealth while small savers like me and my family bore the consequences. The mechanisms behind Terra exposed us to risks we were never informed of and could not reasonably foresee.

I truly hope that justice will be done, that victims can be compensated, and, above all, that clear and strict regulations are established to prevent any entrepreneur from ever again having the power to inflict such harm on ordinary people. A strong and exemplary sentence would help ensure that what happened to my family does not happen to others.

Thank you for your attention.

Sincerely,
Davide Fichera


**Davide Fichera**
▮

| | |
|---|---|
| **From:** | Den Lat |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon |
| **Date:** | Tuesday, December 9, 2025 3:56:41 PM |

Dear Judge Engelmayer,

My name is Denys Latysh, and I am submitting this statement as a verified victim of the Terra/LUNA collapse. Thank you for allowing me the opportunity to express how these events have affected my life.

The financial loss I suffered during the collapse was severe. The funds I invested into LUNA and UST were not speculative "extra money" — they were savings I was trying to grow in order to cover important medical expenses in my family. When Terra collapsed, I lost everything I had put aside for that purpose.

This loss had a deep emotional impact on me. For months, I lived under constant stress, guilt, and fear about how I would support my family and recover from the situation. It damaged my mental health and affected my personal relationships.

During the same period, I also lost a close friend, someone who had supported me during difficult times. The combination of financial devastation and emotional loss pushed me into a very dark place. I felt completely overwhelmed, powerless, and betrayed by a system that I believed was safe and trustworthy.

The collapse did not only take away money — it took away stability, confidence, and peace in my life. It forced me to rebuild myself from the ground up. Even today, this experience continues to affect my emotional well-being, my financial situation, and the daily life of my family.

I appreciate the Court's attention to the victims of this case. I hope that accountability will help prevent others from experiencing this kind of harm, and that our voices will be heard in the process.

Thank you for your time and consideration.

12

Respectfully,

Denys Latysh

| | |
|---|---|
| **From:** | Edward Hickman |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Regarding Ko Kwon"s upcoming sentencing |
| **Date:** | Tuesday, December 9, 2025 2:47:57 PM |

As someone who was financially ruined byDo Hyeong Kwon's actions, I am imploring you to not go easy on him. I lost the majority of both my personal savings and had to shut down a company that took me over a decade to build due to Do Hyeong Kwon's willingness to lie with complete confidence to those who were investing into his ecosystem.

I specifically was storing value and earnings as UST (the stable coin issued by Do Hyeong Kwon and his associates) which lost over 90% of its value when the repercussions of his company's duplicity came due. He was an arrogant, abrasive CEO that cared nothing for those he was misleading. In order to prevent more leaders in the industry from taking the same path as he, I believe it is imperative that you set an example, here and now.

As it currently stands he was simply one of many, any leniency towards him will only embolden others fraudsters to continue their grift at a time when our economy can least afford it.

It is too late to save myself or my company but you can perhaps save others from facing the same fate as I in the future.


Edward DeLeon Hickman
Certified Blockchain Professional

| | |
|---|---|
| **From:** | Egemen KORKMAZ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Tuesday, December 9, 2025 2:38:35 PM |

Dear Judge Engelmayer,

My name is Egemen Korkmaz, and I am writing as a victim in the case United States v. Do Hyeong Kwon. I respectfully submit this statement to explain how the collapse of UST/USTC and the actions of Mr. Kwon have profoundly damaged my life and my family.

In 2021, my child was born. As a new father, I worked tirelessly and saved every amount I could. For five years, I sacrificed daily expenses and put aside money with the dream of finally buying a home for my family. By 2022, these savings represented everything we had—years of effort, discipline, and hope.

Because this money was intended for a home, I deliberately avoided taking risks. I did not want volatility. If I had been willing to take risks, I would have bought LUNA, which was clearly a coin that could go up or down significantly. Instead, I intentionally chose UST, believing it to be a stablecoin, advertised as maintaining its value and widely promoted as safe—even by major exchanges like Binance. I chose UST precisely because I wanted stability and protection, not speculation.

When UST briefly fell to around $0.95, I considered exiting. However, after Mr. Kwon publicly assured everyone that the depeg was temporary and that the peg would be restored, I trusted his statements and held my position. His words directly influenced my decision to stay invested in what I believed was a stable asset.

Soon after, UST collapsed entirely. My savings—accumulated over five years for my family's future home—lost almost all their value. Desperate to salvage something, I tried limited trading, but the damage was irreversible. What took years to save was destroyed in a matter of hours.

To make matters worse, although victims were issued "new LUNA" tokens as part of the so-called compensation, my allocation was only 273 tokens, currently worth around $0.1 each—a negligible amount compared to my actual loss. Additionally, due to ongoing technical issues with the Terra Station wallet, I cannot even access or withdraw these tokens. They are effectively unusable.

The emotional impact on me and my family has been deep and lasting. I felt responsible for losing the future we were building for our newborn child. The stress, guilt, and financial hardship continue to this day. We were simply looking for a safe place to store our hard-earned savings, and instead we were misled and left with nothing.

I respectfully ask the Court to consider how Mr. Kwon's actions have affected ordinary people like me—people who trusted the promises of a stable and secure product and were misled into placing their life savings into something that was never what it claimed to be.

Thank you for your time and for considering the experiences of victims like myself during sentencing.

Respectfully,

Egemen Korkmaz
Turkey
Mobile: █████████



**From:** I V ████████████
**Sent:** Monday, December 1, 2025 4:36 AM
**To:** Engelmayer NYSD Chambers ████████████████████████
**Subject:** United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) / Terraform Labs Fraud

<mark>**CAUTION - EXTERNAL:**</mark>

To whom it may concern

Hi, there

In view of the litigation going on with regards to Terraform Labs PTE, Ltd. ("Terraform") I consider myself a victim, and want a compensation of my investment. I have 5,000,000 tokens of LUNA cryptocurrency purchased in April 2022 using the Crypto.com app.

Terraform misled by promising substantial returns for investments in their tokens. These later proved to be false allegations with the value of LUNA token significantly dropped down.

I want to exercise my right to full restitution as provided in law.

I can be contacted using this email address: ███████████████

or the phone number: ████████████

Best regards

Igor Shumov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **Date:** | Tue, 9 Dec 2025 8:18:01 PM (UTC) |
| **Sent:** | Tue, 9 Dec 2025 8:14:39 PM (UTC) |
| **Subject:** | [EXTERNAL] Submission of Materials for Sentencing Consideration in Case 24-10070 |
| **From:** | Happy Catty |
| **To:** | Defendre, Valeen (USANYS) |
| **Attachments:** | Statement To SEC Regarding Case 24-10070.pdf |

To Whom It May Concern,

I am writing to provide a presentation that I believe may be relevant to the sentencing phase in case **24-10070** involving Do Kwon. Attached is the primary presentation, and the link below contains all accompanying appendices, including supporting data, evidence, videos, and related information:

Google Drive Folder:
https://drive.google.com/drive/folders/1z8rEGUhb9tsCjvuG9UNyi_QUM58m-B_n?usp=sharing

If there are any questions or issues regarding the materials, please feel free to contact me. I would be more than willing to offer clarification or further assistance.

I would also like to note that I am available to speak to the court via live video link and present my findings, as I currently reside in the United Kingdom.

Kind regards,
**Jake Collis**
Online Alias: *Happy Catty*

Multimedia Attachment on File with the Court

| | |
|---|---|
| **From:** | ugolini jerome |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | Jérôme Ugolini |
| **Subject:** | [EXTERNAL] Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Tuesday, December 9, 2025 4:26:26 PM |

**December 9, 2025**

████████████████████████████

UGOLINI Jérôme
Adress: ████████████████████

████████████████

Phone: ████████████
Email: ████████████████████

To the Honorable Judge Engelmayer
United States Courthouse – Courtroom 1305
40 Foley Square, New York, NY 10007

**Subject: Victim Impact Statement – United States v. Do Hyeon Kwon (23 Cr. 151 PAE)**

Your Honor,

Following the email I received from Terraform regarding the upcoming sentencing of Mr. Do Hyeon Kwon:

*(email received* ████████████████████████████ *)*

I would like to respectfully submit the following victim impact statement.

Your Honor,

I am writing to you to express the impact I suffered as a victim of the collapse of the Terra / TerraUSD (UST) / LUNA
ecosystem in May 2022.
Through this letter, I wish to inform the Court of the personal, financial, and family consequences resulting from the loss
of my investments in UST and LUNA, following the depegging, the collapse of parity, and the failure of the algorithmic mechanism.

**1. Situation Before the Crash**

Unfortunately, I am among the many victims of the fraud related to the TERRA ecosystem.

In 2022, I chose to invest a large portion of my savings in what was presented as a "stablecoin," UST, which was supposed to
maintain parity with the US dollar, and in a protocol (https://app.anchorprotocol.com/earn)

34

offering returns of 16–18% per year.
Considering the returns commonly seen in the cryptocurrency sector, I did not view this as excessive, and I invested a significant
part of my savings. I had even recently taken out a bank loan for another purchase, and I deliberately chose to place the money
from that loan into this protocol.

In total, I held more than 60,000 UST across the following three Terra addresses:

- 
-
-

## 2. Impact of the Crash

The UST depeg in May 2022 had a severe impact on me, and I spent many days questioning how I could have placed so much
money into this protocol.
I come from a modest family—a father who was a school teacher and a mother who was a nurse—and I have worked as an
investigator in the French National Police for nearly 20 years.

I should perhaps have suspected that such a protocol carried risks, but I never imagined that I could lose everything overnight.

The consequences went far beyond the financial loss. I had trusted a system that was presented as "stable" and "reliable," and
I lost my sense of security, facing real difficulties rebuilding my financial situation.
Through this letter, I respectfully ask the Court to take into consideration the extent of the harm I suffered—both material and
moral—when determining the sentence. I hope that justice will be rendered not only to hold those responsible accountable, but
also to recognize the harm suffered by thousands of victims like me.
I am a person of faith, and I believe that justice exists on Earth. This episode demonstrates it, as Mr. Kwon is now being held
accountable for his actions. It is important that full clarity be brought to this case, because the funds lost by victims did not
disappear—they went somewhere.

I remain at the Court's disposal should you require any further information or if you wish me to provide oral testimony.

Please accept, Your Honor, the expression of my highest respect.


**Jérôme UGOLINI**


Jérôme UGOLINI


----- Message transmis -----
**De :**
**À :**

35

**Envoyé :** mardi 9 décembre 2025 à 09:16:26 UTC+11
**Objet :** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form.  Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ███████████████ .  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ██████████████████

Thank you.

███████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| From: | Kamil Skibiński |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement |
| Date: | Tuesday, December 9, 2025 5:50:30 PM |

Dear Judge Engelmayer,

My name is Kamil Skibiński, and I am one of the individuals affected by the actions of Do Hyeon Kwon, founder and former CEO of Terraform Labs.

I chose to invest my savings in the Luna cryptocurrency, trusting the assurances of its creator that the ecosystem was stable and secure, with no risk of collapse. Unfortunately, due to inadequate network security and the existence of vulnerabilities that could have been addressed, I suffered significant financial losses.

These losses have had severe emotional and psychological consequences. After the collapse of the Luna project, I experienced prolonged distress, anxiety, and a sense of helplessness. Losing a substantial portion of my invested funds has deeply affected my daily life and my sense of financial security.

I believe that Mr. Kwon failed to exercise proper care in securing the network, despite being aware of vulnerabilities, which directly contributed to my financial and emotional suffering.

I respectfully request that the Court take into account the impact of these actions on my life when determining the sentence.

Sincerely,
Kamil Skibiński
09.12.2025

37

| | |
|---|---|
| **From:** | ja no |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Terra Luna ust |
| **Date:** | Tuesday, December 9, 2025 3:08:59 PM |

Hello !

Im a French men ███ and the terra luna ust krach cost me 10k $. (UST)

This 10k $ is a ten years Life saving.

I had work very hard for this money.

I cant go 3 years to holliday with my wife because that.

This story affect big my Life…

I dont have receive any compensation at this Time, its very long. When can i have a compensation ?

I Hope the justice punish the bad actor and receive a good sentence for this crime.
This Luna story rob a lot of people and make big trouble to many people.

Best regards
Klauth Jean


Envoyé de mon iPhone

| | |
|---|---|
| **From:** | Martin Calabria |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Kwon, 23 Cr. 151 (PAE) – Sentencing Dec. 11, 2025 |
| **Date:** | Tuesday, December 9, 2025 3:24:17 PM |

Hello Ms. Valeen.Defendre,

My name is **Martin Calabria**. I am writing as a victim in *United States v. Kwon, 23 Cr. 151 (PAE)* to submit my victim impact statement for the Court's consideration at sentencing.

I am a **constructor and merchant** in Argentina and a **father and head of household**. I suffered an approximate loss of **USD 150,000** as a result of the collapse of the Terra ecosystem. I held my assets in the **official Luna wallet**, and the funds I lost represented **six years of savings**.

This loss has been financially devastating. Those savings were set aside for a clear and essential purpose: to secure **a home for my family**. Because of this collapse, that goal became unattainable, and my family's long-term planning and financial stability were severely damaged.

Beyond the financial harm, the impact has been deeply personal. The loss created ongoing stress and uncertainty, and it has affected my ability to provide the economic security and well-being I had worked for over many years to build for my family.

I respectfully ask the Court to consider the severe and lasting harm inflicted on victims when imposing sentence, and to take every action permitted by law to promote accountability and, where possible, restitution for victims.

Thank you for your time and for considering my statement. I am available if additional information is needed.

Sincerely,
**Martin Calabria**
████████████████████
CLC submission/reference: ████████████

--
Martín Calabria
Ing. en Construcciones
Ms. BIM Manager

| | |
|---|---|
| **From:** | Murat Yağlı |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Tuesday, December 9, 2025 2:51:28 PM |

**Dear Judge Engelmayer,**

I am submitting this statement as a recognized victim in the matter of *United States v. Do Hyeong Kwon*.
I reside in Türkiye and invested in USTC, relying on the representation that it was a stable and secure asset.

As a result of the collapse, I lost approximately **$4,700**, which represented **the savings I accumulated over 6 years from my salary**. I was planning to use these funds as part of a long-term goal to purchase a home. The sudden failure of the USTC stablecoin caused **the complete loss of my savings**, creating significant financial strain and uncertainty.

The impact has been substantial. My long-term financial planning was disrupted, and I have been forced to rebuild savings that took years to accumulate. I respectfully request that the Court take the losses of victims like myself into account and ensure that appropriate measures are taken toward **remedying the financial harm** caused by the defendant's actions.

Thank you for considering my statement.

**Sincerely,**
*Murat Yağlı*

| | |
|---|---|
| **From:** | _nvho@_ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] victim of luna collapse |
| **Date:** | Tuesday, December 9, 2025 5:25:21 PM |

Your Honor,

I am writing this statement as a victim of the Terra-Luna collapse to describe devastating impact this financial crime has had on my life and the lives of my family.

The direct loss I suffered was about $20.000. This was not speculative or disposable money; it was the fund for my kids go to college .I send that money to Luna for 18% interest a year. The sudden, catastrophic loss has irrevocably altered our financial stability and future.

Specifically, we have been forced to cancel our children college school. The recovery from this financial devastation is not a matter of months, but likely decades, and in some respects, the loss is irreversible. The emotional trauma of the collapse has been as damaging as the financial loss. The moment I realized my investment was gone, I was overwhelmed with shock, betrayal, and intense panic.

Since the collapse, I live under constant stress and worry about how we will make ends meet and secure our future. Despite being a victim, I carry an immense burden of guilt for the devastating position this has put my family in. My ability to trust financial systems and institutions is permanently damaged. My relationship with my wife is under constant duress due to financial arguments and the perpetual atmosphere of worry.

Your Honor, I ask you to consider the full human cost of this collapse. This crime has dismantled my financial security, severely damaged my emotional well-being, and placed enormous stress on my family relationships.

I urge the Court to impose a sentence that reflects the severity and widespread consequences of this crime and provides real accountability. I further request that the Court order full restitution for the entire amount of my loss, to help us begin the long, difficult process of rebuilding our lives.

Thank you for your time and consideration.

Respectfully,

**From:** Paul Lynn
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Statement
**Date:** Tuesday, December 9, 2025 3:39:26 PM

Hi, i was a victim of Do Kwon's terra luna scam. I am a carer for my Dad, ███████████ and i invested money into terra luna believing that it was a profitable strategy to support my Dad better with medical expenses and being able to sacrifice taking time off work to support him.

When i lost all of my funds in this scam i was devastated. I had to take out loans to get by to fund my Dad's medical bills and just to get by with food and necessities for us both. I am still in debt to this day paying back loans and credit cards. My family has been through immense suffering and i suffer from depression daily since the losses of my life savings.

I urge the honourable judge to please hand down harse sentencing to Do Kwon for the crimes that he has committed, i sincerely hope that justice will prevail to recieve some sollace from the torment he has put my family and i through.

Kind regards
Paul Lynn

42

| | |
|---|---|
| **From:** | Petri Pesonen |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Here is my victim impact statement describing how this Terralabs fraud / crime affected me. |
| **Date:** | Tuesday, December 9, 2025 3:58:14 PM |

I bought this USTerra stablecoin with 10,000 dollars and deposited it through the Binance platform to earn a good 20% interest. I had just deposited the money when the value of the currency started to drop rapidly. I had to withdraw the deposits and sell them at a loss. I lost about half of my money. Although anything can happen in the crypto market, I considered this investment to be low-risk, but no matter what, I got scammed. My finances withstood this shock, but the emotional loss was greater, I should have investigated the background of the currency in question more closely. I never imagined that this could happen to a stablecoin and me.

Petri Pesonen

Kuopio, Finland

Lähetetty Outlook for Android

43

**From:** Raymond Machi
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement
**Date:** Tuesday, December 9, 2025 4:36:20 PM

The money we lost through the UST depeg was money that was supposed to be safe and risk free - money we couldn't lose. We were misled to believe UST will be stable based on their website/white paper. This loss not only caused enormous financial setbacks, but also led to distrust and disappointment between my wife and I. This will take time to recover financially and emotionally.

**Case Name**: 23 Cr. 151 (PAE) (Terraform Labs Fraud) **Defendant:** Do Hyeong Kwon

**Submitted by:** Rex Wu, an individual victim

Honorable Judge Engelmayer,

I submit this statement to be read and fully considered during the sentencing of Do Hyeong Kwon. I stand before you today not as a statistic, but as Rex Wu, a single person whose life was fractured and redefined by the calculated deception of the defendant.

As one of the estimated over one million victims whose lives were profoundly and devastatingly affected by the massive fraud orchestrated by Do Hyeong Kwon and Terraform Labs. The collapse of UST and LUNA wiped out over $40 billion in market value and caused catastrophic losses to countless investors, many of whom were retail investors who poured their life savings into this ecosystem based on the defendant's lies.

The damages inflicted by this crime go far beyond the staggering financial losses and must be fully acknowledged in this sentencing.

Before May 2022, I was planning my future—saving for my child's college education. I worked hard for every dollar, and when I heard the promises of stability and the almost unbelievable 20% interest on the Anchor Protocol—which Mr. Kwon marketed as the "Holy Grail of crypto"—I genuinely believed I had found a responsible way to grow my child's fund. I invested a significant portion of my life savings into LUNA and UST, relying on the defendant's false claims that UST was stable and protected.

---

**The Personal Price of the Fraud**

The day the system collapsed, my world collapsed with it. The damages I incurred were not just numbers on a screen; they were the concrete foundations of my life being ripped away.

**1. Financial Ruin and Immediate Debt Burden**

- **The Loss of Security:** I watched as my entire investment—the college fund for my child—disappeared in a matter of days. I wasn't gambling; I was investing in what Mr. Kwon *guaranteed* was stability. That money is gone, and at my age/stage in life, there is no realistic way to recover the wealth that was stolen.

- **The Debt Crisis:** The immediate crisis was funding my child's education. Because the defendant wiped out years of my dedicated savings, I was immediately forced to take out student and parent loans totaling $91,389 to cover tuition and related educational

45

expenses. Mr. Kwon didn't just take my capital; he placed a massive, unnecessary debt burden on my family.

- **Calculated Interest Cost:** This necessity has resulted in a crippling long-term financial obligation. Based on a 20-year term and an 8.25% APR, the total interest alone on this debt will be approximately $95,497. This is a direct, calculable financial damage caused solely by the defendant's fraud.

## 2. Claim for Restitution: Consequential and Health-Related Damages ($95,497)

The severe stress and emotional trauma caused by losing my savings had a direct, measurable impact on my life beyond the value of the crypto itself. I submit a claim for $95,497 in restitution for the consequential damages I was forced to incur as a direct result of Mr. Kwon's fraudulent scheme:

- **Interest Costs on Student Loans ($95,497):** The total interest I must pay on the required $95,497 student loans—a debt I would not have if my savings were intact.

- **Medical and Therapeutic ():** The **crippling anxiety and depression** that followed the crash forced me into a spiraling depression.  Although, I did not seek medical attention, the effects were there and devastating.  I feel the need to bring this up.

- **Loss of Wages Due to Mental Health Decline ():** The extreme stress and inability to function normally dramatically impacted my performance at work, resulting in lower performance and less bonuses and reduced advancement opportunities.  I do not know how to quantify this.

## 3. Damage to Personal Reputation and Trust

- **Loss of Credibility:** I encouraged friends and family to look into the Terra ecosystem because I truly believed in the promises Mr. Kwon made. I now carry the immense shame of having been a vector for this fraud. This has not only damaged my credibility among those I care about but has led to a paralyzing inability to trust financial systems or my own judgment ever again.

46

Mr. Kwon's greed, demonstrated by his attempt to evade justice, shows a profound lack of remorse for the millions of lives he shattered. He must be held accountable for the personal destruction he wrought on individuals like me.

I urge the Court to consider the gravity of this personal, emotional, and financial devastation when imposing a sentence that reflects the full scope of this crime.

Respectfully Submitted,


/s/ Rex Wu

_____

Rex Wu

*Personal Information on file with USDOJ and the US Bankruptcy Court relating to the case

| Description | Calculation | Notes |
|---|---|---|
| | | |
| Principal Loan Amount (P) | $91,389.00 | The initial amount borrowed. |
| Annual Interest Rate (r) | 8.25% | Fixed yearly rate. |
| Loan Term in Years (n) | 20 | Length of the repayment period. |
| Total Number of Payments (t) | 240 | (20 years × 12 months) |
| Monthly Payment (M) | $778.69 | The fixed amount paid each month. |
| --- | --- | --- |
| Total Payments | $186,886.63 | Monthly payment × Total payments. |
| | | |
| | | |
| Total Interest Paid | $95,497.63 | Total Payments - Principal Loan Amount. |

 **experian.** Credit | Money | Protection | Credit Cards | Loans | Auto & Insurance • | Upgrade |  42 | 

## Student loans

Total balance: $91,387



Balance — $25,642

Balance updated — Nov 30, 2025



Balance — $10,609

Balance updated — Nov 30, 2025



Balance — $29,291

Balance updated — Nov 14, 2025



Balance — $25,845

Balance updated — Nov 14, 2025



3 closed accounts ∨

An official website of the United States government.

Help Center    FAFSA Form    **English** | Español

**federal Student Aid**
AN OFFICE of the U.S. DEPARTMENT of EDUCATION

FAFSA® Form ∨    Grants and Loans ∨    Loan Repayment ∨    Loan Forgiveness ∨    🔍    🔔    ⊚ Rex ∨

Dashboard    My Activity    My Loans ∨    My Grants    More ∨

## My Loans

Last Updated 12/03/2025  ⬇ Download My Aid Data ⓘ

Total Balance ⓘ

# $36,252.57

Principal Balance ⓘ          Outstanding Interest ⓘ          Interest Rates ⓘ
$30,946.00                    $5,306.57                        0.00 – 8.25%

❗ **You're Currently in Default**

Don't get discouraged if you're in default on your federal student loan. You have options for getting out of default.

Contact the Default Resolution Group

ⓘ **Deferment or Forbearance: Know Your Options**

You're currently in deferment or forbearance. You won't make progress toward loan forgiveness or paying back your loan. As an alternative, consider enrolling in an income-driven repayment (IDR) plan. IDR plans can lower your monthly payments, as they are based on your income and family size.

## Loans and Repayment Information

Repayment Plan
Other

🦉 Hi! Ne



**Your loan summary**

**$55,137.25**

Current Balance(s)
as of 11/25/2025

**View recent loan activity**

**$0.00**

Total Amount Due on 12/09/2025

No payments due until 12/09/2025

Make a payment    Manage auto debit

∧ Loan breakdown (2)

| Loan ID | Current Balance | Total Amount Due | Auto debit | Due date |
|---|---|---|---|---|
| ⓘ | $29,291.67 | $0.00 | Enroll now | 12/09/2025 |
| ⓘ | $25,845.58 | $0.00 | Enroll now | 12/09/2025 |

**Tools and tips**

**Statement and documents** ⊕

**Repayment programs** ⊕

**Forms** ⊕

**Calculators** ⊕

**FAQs** ⊕

**Other resources** ⊕

**Tuition Due?**
You can complete your application for college funding in just minutes.

Get started



51

From:
Sent: Monday, December 8, 2025 4:16 PM
To: Rex Wu
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time),* notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon,* 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ▓▓▓▓▓▓▓▓▓▓▓▓ The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ▓▓▓▓▓▓▓▓▓

Thank you.


Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

| | |
|---|---|
| **From:** | Simon Felice |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Re-Sentencing of Do Hyeon Kwon |
| **Date:** | Tuesday, December 9, 2025 4:13:14 PM |

Dear Judge  Engelmayer,

    I am Simon Felice and I write to you re the sentencing of Do Hyeon Kwon,I have invested in terra as this was promised to be a stable coin,after losing all I have ever saved,my life will never be the same again,the loss inflicted was heavy for the whole family as these where savings going to my two children education,I have all the trust that justice will be served.

Yours Sincerly
Simon Felice

Simon Felice | ████████████████████████

The information contained in this message and in any attachment is confidential and may be legally privileged. It is intended for the recipient(s) to whom it is addressed. If you are not an intended recipient and you have received this message please delete it and any attachment and all copies of it and of any such attachment from your system immediately, destroy any copies in any way whatsoever made and notify the sender. If you are not an intended recipient, you are not authorised to use, distribute, print or copy any part of this message or of any attachment, whether directly or indirectly. This message has been scanned for computer viruses, however we do not accept any liability whatsoever in respect of any potential damage caused by any virus that is not detected.

| From: | Steve Walker |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Sentencing of Do Hyeon Kwon on December 11, 2025 |
| Date: | Monday, December 8, 2025 8:07:30 PM |

**Your Honor,**

My name is Steve Walker, and I am one of the many ordinary individuals whose lives were profoundly affected by the collapse of the Terra ecosystem. I lost approximately $180,000 — an amount that for my family represented years of hard work, discipline, and hope for a more secure future. This was not speculative gambling. This was the money we were relying on to build stability for ourselves and our children.

When Terra collapsed, the impact was immediate and deeply personal. I remember staring at my account in disbelief, refreshing the screen again and again because I could not accept what I was seeing. It felt unreal — like the ground had shifted beneath me. That moment was the beginning of one of the hardest periods of my life.

For more than a week, I couldn't bring myself to tell my wife. Every day I carried the weight of that loss quietly, feeling panic and shame building inside me. When I finally told her — waiting until our kids were at school — I broke down completely. I sobbed so hard I couldn't form the words. She had to wait for me to calm down to even understand what I was trying to say. No one prepares for a moment like that. It changes something inside you.

Soon after, we had to sit down with my in-laws to explain what had happened and to ask for their help while we tried to get back on our feet. I felt embarrassed, humiliated, and furious with myself — not because I had taken a risk, but because I trusted something that was presented as stable, safe, and backed by reputable leadership. In hindsight, that trust was misplaced, and the people responsible for creating and promoting this system knew far more about its fragility than they ever disclosed.

The financial loss was devastating, but the emotional toll has lasted even longer. It has affected my confidence, the way I make decisions, and our family's sense of security. More than three years later, we are still rebuilding. The impact continues to shape our daily lives and future plans. This was not a temporary setback — it was a long-term disruption that altered the course of our family's financial stability.

Your Honor, I'm not here to express anger for its own sake. I'm here because the actions taken by Mr. Kwon and those around him had real human consequences. Their assurances and representations influenced the decisions of people like me — people who were trying to act responsibly and build something steady for their families. Instead, we were left carrying the weight of choices that were made without transparency, without honesty, and without regard for the harm that would follow.

I ask that, in your sentencing, you consider not only the financial magnitude of this collapse but also the personal cost — the fear, the shame, the emotional strain, and the lasting instability placed on everyday families. Accountability matters. Truth matters. And the message you send here will matter to the people who lived through this and are still living with the consequences.

Thank you for taking the time to hear my experience and consider its impact.

Respectfully,

**Steve Walker**

| | |
|---|---|
| **From:** | Steven Odden |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Does this make a victim in this case |
| **Date:** | Tuesday, December 9, 2025 5:21:58 PM |

I purchased a security and was blocked from selling that security.(LUNA)
I lost out on making the money I would have made because the security never was
able to be sold at the price it reached.

I ended up being scammed in a crypto fee fraud called Liquidity Farming.
Losing $127,000.00

I have reported the crypto fee fraud to everyone, even the US President.

I filed a claim for securities fraud involving the disgorgement with SEC and Terraformlabs. I
have yet to hear anything or receive anything while my life is in a financial crisis.

Perhaps I am a victim of incompetence based on the plan administrator and Terraformlabs.

Steven Odden

**From:**      Zafer
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] I am a victim of UST
**Date:**      Tuesday, December 9, 2025 5:39:16 PM

Your Honor, I wish you well. I had $30,000 and wanted to buy a house. When I examined the Luna coin and its stablecoin, UST, I realized that buying UST and investing it in interest would yield a good return. I thought this would buy a better house for my family. I bought it and invested it. They locked my money. A few days later, the UST began to collapse, so I couldn't sell it. My money melted away before my eyes. They stole our money, I couldn't buy a house for my family, my hard work was gone, and we had no peace of mind. Our country's economy was already suffering due to the severe inflation. I was desperate for the stock market, hoping they would one day return my money. The coin called UST, USTC, became a coin I'd been waiting for for years. I heard there would be a trial, and the victims' grievances would be resolved. A platform for restitution was established, and I applied there, hoping for hope. I trust in your justice. I have presented my evidence, and my grievance is clear. I have no doubt that the man called Do Kwon will be held accountable for my family and thousands of others like me. I demand my money back. I wish you well, and respect.

| | |
|---|---|
| **From:** | Mark-Killian Zinenberg |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement & Request for Restitution – Do Hyeon Kwon / Terraform Labs |
| **Date:** | Tuesday, December 9, 2025 3:34:23 PM |

Dear Ms. Defendre,

I am a victim of the fraudulent activities conducted by Do Hyeon Kwon and Terraform Labs. As a result of investing in Terra/Luna, I suffered **financial losses totaling several thousand dollars**, which have affected my personal finances and caused stress and anxiety.

I respectfully request that the court consider these losses in determining restitution for victims. I would like to be informed of any steps I can take to participate in restitution or recovery programs related to this case.

Thank you for your attention and consideration.

Sincerely,
Zinenberg Mark-Killian

███████████████████