# EXHIBIT J

**From:**      Linus Ikpyo Hong
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:**      Tuesday, December 9, 2025 7:41:46 PM

Your Honor,

I hope all is well, and thank you for taking the time to review my statement.

I am submitting this victim impact statement to describe the financial and personal consequences I experienced following the collapse of the Terra ecosystem. My most significant loss resulted from UST assets staked through the Anchor Protocol on the Terra blockchain. After the crash, the protocol became inaccessible, and I was no longer able to retrieve or verify my funds directly from the platform.

Prior to the collapse, I had 44,153 UST staked in Anchor as of January 17, 2022 -- the date for which a screenshot is available. Because access to the platform was lost, the screenshot remains my only record of the funds I held at Anchor protocol at that time.

The loss of these assets has had a substantial impact on my financial stability and long-term planning. What was intended to be a secure and interest-generating position became an unexpected and significant financial setback. The uncertainty and inability to recover these funds have caused considerable stress and disruption to my personal financial goals.

If any additional information or documentation is required to support the restitution, please let me know, and I will provide it promptly.

Thank you for your attention and support throughout this process.

Best regards,
**Ik-Pyo Hong**


---------- Forwarded message ---------
From: **Terraforminfo@ra.kroll.com** <terraforminfo@noticing.ra.kroll.com>
Date: Tue, Dec 9, 2025 at 7:16 AM
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: ███████████████


Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for

Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Eugene |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] SUPPLEMENTAL STATEMENT - United States v. Do Hyeong Kwon - Yevhenii Bochkov |
| **Date:** | Tuesday, December 9, 2025 10:51:38 PM |
| **Attachments:** | Declaration of Ownership and Statement of Loss.pdf |

**Dear Judge Engelmayer,**

I am writing this as a **supplement** to the Victim Impact Statement I sent earlier today.

While my previous email detailed the severe emotional and financial devastation my family has suffered, I realized I omitted a critical argument regarding the nature of our loss that I respectfully urge the Court to consider when determining restitution.

**The Core Distinction: Savers vs. Gamblers** I want to clarify that my loss of ~**$600,000 USD** (proceeds from a business sale) was lost in **UST (TerraUSD)** inside the Anchor Protocol, not in LUNA or speculative tokens.

1. **We were Deceived into "Saving":** Do Kwon marketed UST as a Stablecoin (pegged 1:1 to the Dollar) and Anchor Protocol as a "savings" product. We deposited our funds specifically to *avoid* volatility. We were not gambling; we were saving.

2. **Priority of Restitution:** It is fundamentally unjust to treat UST holders the same as LUNA holders. Investors who bought LUNA accepted the risk of a volatile asset. UST holders were lied to about the safety of the peg.

3. **Request:** I respectfully ask the Court to differentiate between those who speculated and those who were defrauded into believing they were holding safe, stable assets. **Please prioritize restitution for UST stablecoin holders.**

We should not be forced to share the remaining funds equally with those who knowingly gambled on high-risk tokens. We were promised safety, and that specific lie is what destroyed our livelihood.

Thank you for allowing me to add this critical context to my statement.

Respectfully,

Yevhenii Bochkov

| | |
|---|---|
| **From:** | ████████ |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Wednesday, December 10, 2025 4:58:52 AM |

Dear Judge Engelmayer,

My name is **Giovanni Palmieri**, and I reside in **Viterbo, Italy**. I respectfully submit this Victim Impact Statement to inform the Court of the personal consequences I suffered as a result of the conduct attributed to Mr. Do Hyeong Kwon and Terraform Labs.

I invested in TerraUSD (UST) and LUNA, holding a portion of my funds on **Binance** and another portion directly on the **Terra blockchain**. In 2022, following the collapse of these assets, I lost approximately **$3,000**, which at that time represented **the entirety of my personal savings**. I relied on the public assurances regarding the stability, reliability, and technological soundness of the Terraform ecosystem, believing both exchange-held funds and on-chain assets to be safe.

The financial loss was only one aspect of the harm I experienced. The sudden and total collapse of my savings caused severe emotional and psychological distress. The period that followed was extremely challenging: I faced intense stress, anxiety, and a profound sense of insecurity about my future. This event affected every part of my life, from my financial stability to my personal wellbeing. I went through a dark and overwhelming period, and I was able to regain balance only thanks to the support of my family.

Although time has passed, the consequences remain. I am still working to rebuild my savings and recover from both the financial damage and the emotional impact of these events. Beyond the monetary loss, the sense of betrayal and the loss of trust have left lasting effects on me.

I respectfully ask the Court to consider the impact that Mr. Kwon's actions have had on individuals like myself, who placed trust in representations that proved to be false and deeply damaging.

Thank you, Your Honor, for taking the time to consider my statement and for giving victims the opportunity to be heard during these proceedings.

Respectfully,
**Giovanni Palmieri**
Viterbo, Italy

CLASSIC

# History

superterra

Fee    9.858474 LUNC

Log    failed to execute message; message
index: 0: 138715476uluna is smaller
than 140426946uluna: insufficient
funds

---

56C6B4...AD24B1 ↗              2 years ago

Send

**Send** 40,100 LUNC to
terra1...90ev63 ↗

Fee      3.782946 LUNC
Memo     120926

---

D31936...3B3EF4 ↗              2 years ago

Send

**Send** 1,305,220 LUNC to
terra1...90ev63 ↗

Fee      3.884321 LUNC
Memo     120926

---


WALLET


SWAP


STAKE


MORE

# History

☐ **superterra**

CLASSIC

terra1...90ev63 ↗

| | |
|---|---|
| Fee | 3.884321 LUNC |
| Memo | 120926 |

---

58FD4D...84B6EE ↗                    2 years ago

**Send**

**Send 150,000** LUNC to
terra1...90ev63 ↗

| | |
|---|---|
| Fee | 3.884321 LUNC |

---

49DE2A...BFAF43 ↗                    2 years ago

**Send**

**Send 250** USTC to terra1...90ev63 ↗

| | |
|---|---|
| Fee | 4.401252 LUNC |
| Memo | 120926 |

 WALLET    SWAP    STAKE    MORE

# History

superterra

---

**49DE2A...BFAF43** ↗                2 years ago

**Send**

**Send** 250 USTC to terra1...90ev63 ↗

---

Fee      4.401252 LUNC

Memo     120926

---

**3E2B83...106B78** ↗                2 years ago

**Send**

**Send** 16,644.474034 LUNC to
terra1...90ev63 ↗

---

Fee      3.889987 LUNC

Memo     120926

---

**E01A93...B989EB** ↗                2 years ago

    

WALLET        SWAP        STAKE        MORE

[EXTERNAL] +

**A A** <aksoylar1988@gmail.com>
To ✓ Defendre, Valeen (USANYS)

Tue 12/9/2025 11:26 PM

 Translated from: Turkish   **Show Original**   |   Translation preferences

46510425 There is no registered user on ninance with iD number, my address is aksoylar1988@gmail.com , I bought luna coin, it was around $3000, it reset itself in two days, my payment was not refunded, I want it to be done.
Phone:+90 05543698659

**From:** Alessandro Messina
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Luna
**Date:** Tuesday, December 9, 2025 9:48:37 PM

Good morning,

I had a strong belief in the Luna Project, even promoting it among acquaintances.

I personally lost over €40,000 in the system crash, and what's worse, the people I recommended also lost their money, making me feel responsible.

I've had a very hard time because of this, everything that happened led to a separation and a loss of respect from those close to me.

I've also had some bad thoughts, but so far I've managed to hold on.
I hope those responsible are punished.

Sincerely,

Alessandro Messina

**From:**   Ali Sharifzadeh
**To:**     Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:**   Tuesday, December 9, 2025 8:50:02 PM

Hi, I invested all my life's saving in Terra Luna and as a result of it's crash lost everything and went through significant financial hardship for few years.

Thank you for looking into this for the victims
Ali Sharifzadeh


---------- Forwarded message ---------
From: **Terraforminfo@ra.kroll.com** <terraforminfo@noticing.ra.kroll.com>
Date: Mon, Dec 8, 2025, 3:16 PM
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: ██████████████████ >


Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov. The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

Terraform Labs Crypto Loss Claims Online Portal

# Terraform Labs Crypto Loss Claims Online Portal

## Final Determination Details

### Final Determination Details – Allowed Crypto Loss Claim Amount

The Plan Administrator previously provided you with an Initial Determination which you either accepted or failed to timely dispute as of the Initial Objection Period deadline. Accordingly, you now have an Allowed Crypto Loss Claim as listed below.  Please note that your Crypto Loss Amount is *not* the amount of your eventual recovery or distributions from the Wind Down Trust and your distribution may be materially less than the total amount of Allowed Crypto Loss Claims.

**Allowed Crypto Loss Claim Amount:**

$ 27,636.81

## Initial Determination Details

The Plan Administrator issued a Notification of Initial Determination on the date noted below.  You have **thirty (30) days** from the Initial Determination notification date to **accept or dispute** your (or the claimant's) Crypto Loss Amount (the "Initial Objection Period").

If you **accept or fail to dispute** the Initial Determination of your (or the claimant's) Crypto Loss Amount on or before the end of the Initial Objection Period, the Initial Determination of your Crypto Loss Amount will be **deemed accepted** and will become your (or the claimant's) Final Determination.

If you **dispute** the Initial Determination of your (or the claimant's) Crypto Loss Amount, you **must** proceed as follows:

1. On or before the Initial Objection Period as set out below, you must indicate that you are disputing the Initial Determination by selecting the **Dispute** button. Selecting the Dispute button initiates the process of disputing the Initial Determination but is *not* sufficient alone.

2. Once you have disputed the Initial Determination, you must also identify your (or the claimant's) Asserted Crypto Loss Amount along with all evidence or documentation required to support your (or the claimant's) Asserted Crypto Loss Amount, on or before the Supplemental Evidence Deadline (30 days from the expiration of the Initial Objection Period).

3. Once you have identified your (or the claimant's) Asserted Crypto Loss Amount and uploaded all evidence or documentation required to support your (or the claimant's) Asserted Crypto Loss Amount, you must select the **Submit Supplemental Evidence** button to complete the process, even if you plan to provide additional details later.

**Initial Determination Notification Date: (DD/MM /YYYY)**

15/10/2025

**Initial Objection Period Deadline: (DD/MM/YYYY) 11:59pm ET**

14/11/2025

Note: All dates and times reflect Eastern Time Zone.

**Crypto Loss Amount:**

$ 27,636.81

**Initial Determination Details:**

1. Eligible Blockchains and Platforms analyzed:
   • Terra Classic / Terra: ███████████████████
2. List of Eligible Tokens included in the calculation:
   • TerraUSD Classic
   • Luna Classic
   • Bonded Luna
   • Anchor Terra USD
   • Anchor Token
   • Vault UST
   • Prism yLUNA Token
   • Prism pLUNA Token
   • Prism Protocol Token
   • Astroport Token
   • Prism cLUNA Token
   • Spectrum Token
   • NOK TERRA
   • MNT

Terraform Labs Crypto Loss Claims Online Portal

- PHP TERRA
- KRT
- SET
- THT
- TWD TERRA
- SDT
- JPT
- CNT
- IDR TERRA
- AUT
- CAT
- CHT
- INT
- DKT
- EUT
- GBT
- HKT
- MYR TERRA
3. Date of first transaction analyzed:
  - 2022-01-19T20:47:37+00:00
4. Date of last transaction analyzed:
  - 2025-04-09T15:24:59+00:00

## Initial Determination Response

- Select the **Accept** button to agree to the Crypto Loss Amount provided above.

- Select the **Dispute** button to dispute the Crypto Loss Amount provided above.

Before proceeding, please confirm that you understand that once you choose to **Accept** or **Dispute** your Crypto Loss Amount, you will be unable to rescind or change that choice.

☑ I have read and understand that my selection of "Accept" or "Dispute" cannot be changed once submitted.

- **Accept** - I agree with the Crypto Loss Amount. My choice is final and cannot be changed.
- **Dispute** - I disagree with the Crypto Loss Amount and wish to proceed to the dispute process. My choice is final and cannot be changed.

# The Initial Determination of your Crypto Loss Amount has been accepted and is your Final Determination.

## Crypto Loss Claim Process Introduction

This online form is your claim submission against Terraform Labs Pte. Ltd. (Case No. 24-10070 (BLS)) or Terraforms Labs Limited (Case No. 24-11481) arising from your purchase or investment in certain cryptocurrency defined in the CLC Procedures as "Eligible Loss Cryptocurrency."

Pursuant to the Crypto Loss Claim Bar Date Order entered at Docket No. 965 and the Notice of Extension of Crypto Loss Claims Bar Date entered at Docket No. 986, the deadline to *submit a CLC Form was May 16, 2025 at 11:59 p.m., prevailing Eastern Time (the "Crypto Loss Claim Bar Date")*. Consistent with the Bankruptcy Court's comments at the September 24, 2025, hearing, the Plan Administration allowed claimants that had not previously submitted a Crypto Loss Claim form to submit a Crypto Loss Claim after the Crypto Loss Claim Bar Date through November 24, 2025, at 11:59 p.m. (prevailing Eastern Time).  The deadline for submitting Crypto Loss Claims has now passed and the Online Portal is closed for submissions of new Crypto Loss Claims.

**Eligible Crypto Loss Claim Definition:**

Claimants may file Crypto Loss Claims related to *losses suffered as a result of purchases or investments made of either (i) cryptocurrency created by the Debtors and/or (ii) other cryptocurrency held on the Terra Ecosystem (collectively, the "Eligible Loss Cryptocurrency")*.  This definition of Eligible Loss Cryptocurrency serves to limit recovery on account of Crypto Loss Claims to coins that were actually locked on the Terra Ecosystem or otherwise became worthless as a result of the Second De-Peg.  A full list of Eligible Loss Cryptocurrency can be found in Schedule I.  For information regarding the terms used herein, please refer to Schedule IV for a list of key terms.

**Valuation Using the Monetization Date:**

As a result of the Second De-Peg and subsequent events leading up to the TFL Petition Date, Eligible Loss Cryptocurrency is presumed to be worthless (*i.e.*, valued at $0) as of the TFL Petition Date. As such, if you purchased Eligible Loss Cryptocurrency prior to the Second De-Peg and continued to hold it all the way through the TFL Petition Date without performing any additional actions, the amount of your Eligible Crypto Loss Claim is the price you paid to purchase the Eligible Loss Cryptocurrency less any value you realized on account of any airdropped coins listed in Schedule II (the "*Airdropped Coins*") airdropped on

Terra 2.0 that were Monetized as of the TFL Petition Date (such value, the "*Airdrop Earnings*").  For the avoidance of doubt, any Airdropped Coins on account of which you did not transact or receive value as of the TFL Petition Date are presumed to be worthless and will not be included as Airdrop Earnings in calculating your Crypto Loss Amount.

In accordance with these principles, the Plan Administrator will be deducting certain amounts received by you for transactions involving Eligible Loss Cryptocurrency from the starting value of your Crypto Loss Amount.  In order to accurately offset your Crypto Loss Claim so that it only reflects amounts actually lost by you, the Plan Administrator will calculate your Crypto Earnings (as defined below) depending on when your transactions involving Eligible Loss Cryptocurrency occurred.  The Plan Administrator will use *May 6, 2022* (the "*Monetization Date*")[1] to distinguish between transactions that occurred before UST began to de-peg transactions from transactions that occurred after the de-peg had begun.  If such transactions occurred before or on the Monetization Date, your Crypto Loss Amount will be offset by any **profits** that you received.  However, since you bought and sold your cryptocurrency prior to the Monetization Date, you did not hold your Eligible Loss Cryptocurrency as of the Monetization Date and there is no underlying Crypto Loss Claim.  For this reason, only profits above the amount you paid or invested to acquire the cryptocurrency will offset your Crypto Loss Amount.  If such transactions occurred after the Monetization Date, any value you received on account of such transactions will offset your Crypto Loss Amount.  This is because the full amount you spent to acquire your Eligible Loss Cryptocurrency is included in the starting value of your Crypto Loss Amount, so **any value** you receive on account of such transactions offsets your Crypto Loss Amount since you recovered that portion of your investment, even if it was below the price at which you purchased your Eligible Loss Cryptocurrency.

Proof of Ownership:

In order to prove ownership of Eligible Loss Cryptocurrency held on Verifiable Wallets (as defined in the CLC Procedures), you must sign a transaction using your wallet.  In order to prove ownership of Eligible Loss Cryptocurrency held on exchanges or other platforms, you will need to provide your **account ID / user ID.** It is also strongly recommended that you provide a read-only API key for all exchanges that support a read-only API key. Please refer to Schedule III to the CLC Procedures for instructions on how to access and retrieve read-only API key(s) on each platform.

Evidentiary Support:

Finally, there are two types of evidence that are accepted in this process.  "Preferred Evidence" and "Manual Evidence."  Preferred Evidence includes (a) your blockchain and/or wallet addresses, for Eligible Loss Cryptocurrency held on Verifiable Blockchains, and (b) read-only API key(s), for Eligible Loss Cryptocurrency held on other platforms or exchanges.  Manual Evidence includes screenshots, excel logs, or PDFs generated by the applicable exchange showing account balances, transaction logs, deposit logs, and withdrawal logs.  For the avoidance of doubt, Manual Evidence will not be accepted for Eligible Loss Cryptocurrency held on Verifiable Blockchains. Any Crypto Loss Claim submission that relies, in whole or in part, on manual evidence, will be subject to Individualized Review (as defined in the CLC Procedures) and will not be accepted to support claims for Eligible Loss Cryptocurrency held on Verifiable Blockchains.

Before you begin, please review the CLC Procedures for important information and requirements for completing the CLC Form, the claims valuation process, and the claims dispute process. **Please read the CLC Procedures and CLC Form carefully. You must follow these CLC Procedures in order to have an opportunity to receive any recovery on account of your Crypto Loss Claim.**

ID Verification Requirements:

If the Wind Down Trust, after evaluating your Crypto Loss Claim, determines you have an Allowed Claim, you will be required to verify your identity and complete customary Know Your Customer / Anti-Money Laundering requirements in order to receive a distribution.

---

[1] For the avoidance of doubt, the Second De-Peg is defined herein as May 13, 2022, and is the cutoff after which newly acquired cryptocurrency is no longer Eligible Loss Cryptocurrency, because by that time claimants knew or should have known of the Debtors' misrepresentations.  However, in order to fairly compensate claimants for losses suffered as a result of the Second De-Peg, the Wind Down Trust will consider losses and gains for all Eligible Loss Cryptocurrency purchased or Monetized after the Monetization Date, in order to capture the full losses that claimants potentially suffered as a result of the Second De-Peg.

☑ **I have reviewed the CLC Procedures.**

If you have any questions regarding this portal, please contact Kroll Restructuring Administration LLC ("Kroll"), by email at Terraforminfo@ra.kroll.com or visit https://restructuring.ra.kroll.com/Terraform.

**Kroll cannot provide legal advice.**

If you have questions about the CLC Procedures themselves, please contact the advisors to the Terraform Wind Down Trust at Terraforminfo@ra.kroll.com. For additional information about these cases please visit https://dm.epiq11.com/case/terraform.

# Supporting Documentation Requirements

To submit an Eligible Crypto Loss Claim you must provide specific documentation to support your claim, if applicable.  Reviewing the following list, before you begin your submission, may assist you in gathering and submitting supporting documentation necessary to submit your CLC form.

1.  Claims for Eligible Loss Cryptocurrency held on Verifiable Blockchains:

    - Wallet address(es)
    - Blockchain(s)

2.  Claims for Eligible Loss Cryptocurrency held on exchanges and/or other platforms where read-only API key(s) are available:

    - Other Platform Name(s)
    - User ID / Account ID

Terraform Labs Crypto Loss Claims Online Portal

- Account balance statements
- Transaction logs
- Deposit logs
- Withdrawal logs

3.  Documentation for any contracts, trade agreements, or other documents governing ownership or transfers of the Eligible Crypto Loss  Cryptocurrency.

4.  Documentation of any rewards (for which you have recovered earnings) or loans.

5.  Other records evidencing ownership of your Eligible Loss Cryptocurrency.

**Failure to provide supporting documentation may lead to reduced or no payment from the Wind Down Trust even if it does not render your CLC Form invalid or incomplete.**

When providing documentation, please note the following:

- Files can be uploaded in the following formats: PDF, XLS, XLSX, CSV, DOC, DOCX, PNG, JPEG, and JPG.
- There is no limit to the number of files you can attach.
- The file size for a single uploaded file is limited to 100 MB; if you need more space, you can upload multiple files up to a total size of 500 MB. If you've reached the size limit on supporting documentation, please contact Kroll at Terraforminfo@ra.kroll.com to coordinate turnover of your documentation via secure file share.  Do not email any documentation to Kroll.
- Do not encrypt or password protect your files

☑ I have reviewed the Supporting Documentation Requirements.

## PART I: Identifying Information

**Please be advised** that certain selections made in response to questions on this Online Portal are dynamic. This means different fields will appear based on the selected answer. If you **change** your response to certain questions after you have begun capturing information in the corresponding fields, your information will be removed.

### Amending Existing Crypto Loss Claim

**Are you amending an already-filed CLC Form?**
○ Yes
◉ No

**Is your Crypto Loss Claim based on cryptocurrency held on a "Multisig Wallet" (a single wallet held by multiple users)?**
○ Yes
◉ No

**Have you previously filed a claim for a single-signature wallet for the same claimant?**
○ Yes
◉ No

### Claimant Details and Contact Information

**Is claimant a natural person or entity?**
◉ Natural Person
○ Entity

### Natural Person Details

If natural person (please make sure that this information matches the claimant's government issued ID):

**First Name:**

| Carlos |
| --- |

Terraform Labs Crypto Loss Claims Online Portal

**Middle Initial:**

**Last Name:**

Lopez Delgado

**Suffix:**

Mr

**Please enter Month and Year of Birth Below:**

| Month: | Year: |
|---|---|
| June | 1981 |

**Country of Residence:**

United Kingdom

**Principal Country of Citizenship:**

Spain

## Terraform-Related Employment Detail

**Has the claimant ever worked for, been employed by, or been affiliated with any of the following entities?**

**Terraform Labs:**

○ Yes
◉ No

**Jump Crypto Holdings LLC:**

○ Yes
◉ No

**Tai Mo Shan Limited:**

○ Yes
◉ No

**Prairie Operations LLC:**

○ Yes
◉ No

## Legal Representative (Claimant Incapacitated/Minor/Deceased)

**Is the claimant incapacitated, a minor, or deceased?**

○ Yes
◉ No

**The Wind Down Trust will use the claimant email address provided below for all correspondence, including notice and payment.**

**Claimant Email Address:**

███████████████

| Claimant Country Code: | Claimant Phone Number: |
|---|---|
| United Kingdom: 44 | ████████ |

## Attorney or Authorized Agent Contact Information

If the claimant or Entity is represented by an attorney or authorized agent in this matter and you wish for them to receive copies of all notices and other correspondence in this matter, please provide their contact information below. If you do not want an attorney or authorized agent to receive copies of correspondence, you do not need to list them here.

**Do you want your attorney or authorized agent in this matter to receive copies of all notices and other correspondence?**

○ Yes
◉ No

## Multi-Signature Wallets

If you hold more than one Multisig Wallet or both a Multisig Wallet and at least one single-signature wallet, you must submit separate CLC Forms for each Wallet type. For the avoidance of doubt, if you hold multiple single-signature wallets, you must fill out a single CLC Form for ALL of your single-signature wallets, in addition to a separate CLC Form(s) for each of your Multisig Wallet(s).

Is your Crypto Loss Claim based on cryptocurrency held on a "Multisig Wallet" (a single wallet held by multiple users)? If yes, please provide the blockchain and wallet address of the Multisig Wallet as well as each signatory's wallet address, name and contact email. (You may provide as many corresponding Multisig Wallet signatories as needed on the Online Portal for the below referenced Multisig Wallet address.)

○ Yes
◉ No

## Evidentiary Support Overview

Claimants whose Crypto Loss Claims are supported entirely by **Preferred Evidence** will receive an initial determination of their Crypto Loss Claim on an **expedited timeline** within 90 days after the Crypto Loss Claim Bar Date.

Claimants that provide **Manual Evidence** will be subject to a **protracted Individualized Review process**.

**Preferred Evidence**

If your Eligible Loss Cryptocurrency was held on either (i) Verifiable Blockchain(s) or (ii) exchanges or other platforms that support read-only API key(s), you can submit Preferred Evidence in the form of:

- Your wallet address(es) (for Verifiable Blockchains), and / or
- Read-only API key(s) (for exchanges)

If all of your Eligible Loss Cryptocurrency is supported by Preferred Evidence, you will not need to submit any Manual Evidence in Part II (Evidentiary Support) of this form, and you may be able to skip Part III (Supporting Documents For Claim) of this form.

**Manual Evidence**

If you are either unable or elect not to provide Preferred Evidence, you must provide Manual Evidence for your Eligible Loss Cryptocurrency by (i) completing the templates provided in Part II, and (ii) submitting documentation in Part III in the form of excel export logs, PDFs or screenshots [generated by the applicable exchange or platform] that shows account balances, trading history, rewards, deposit logs, and withdrawal logs relating to your Eligible Loss Cryptocurrency.

If you provide Manual evidence, your Crypto Loss Claim will not receive an expedited Initial Determination, and instead be subject to a protracted Individualized Review.

Because Preferred Evidence is the most reliable support for Crypto Loss Claims, the Plan Administrator may seek to disallow your claim if you provide Manual Evidence, especially when Preferred Evidence was available.

☑ I acknowledge that I have read, understood, and accept the evidentiary requirements described above.

## PART II: Evidentiary Support

If you are submitting Preferred Evidence to support the entirety of your Crypto Loss Claim, you do not need to submit Manual Evidence as well. If you are submitting Manual Evidence, you must fill out the section under "Manual Evidence".

Please submit all Preferred Evidence and Manual Evidence required to support your Eligible Crypto Loss Claim across all platforms and wallets. You may also be required to complete Part III of this CLC Form by indicating what supporting documentation you are uploading to this CLC Form.

Failure to fill in 'Part II: Evidentiary Support' will result in no compensation.

## Preferred Evidence

Do you have Preferred Evidence to enter for this Crypto Loss Claim?
◉ Yes
○ No

Is the Preferred Evidence for holdings on a Verifiable Blockchain (as defined in the CLC Procedures)?
◉ Yes
○ No

**Please provide the blockchain(s) and wallet address(es) for all holdings of Eligible Loss Cryptocurrency (whether you lost or gained with respect to that cryptocurrency) on Verifiable Blockchains (as defined in the CLC Procedures).** Please note you will need to sign a transaction to verify your ownership of Eligible Loss Cryptocurrency held on Verifiable Blockchains. This transaction will be completed as part of your registration on the Online Portal used to submit your claim. This transaction will not require any payment, but will prove your ownership of the wallet that held the assets underlying your Crypto Loss Claim. (You may provide as many Verifiable Blockchains and single-signature wallet addresses as needed on the Online Portal.) If you do not see the blockchain you are looking for in the dropdown list, please submit evidence of your holdings under 'Manual Evidence.'

Available for your reference is the [Wallet Verification FAQ](#).

**Please follow the below steps for each entry for Preferred Evidence for holdings on a Verifiable Blockchain.**

**Step 1:** Select the verifiable blockchain from the dropdown list.

**Step 2:** Input the corresponding single-signature wallet address.

**Step 3:** Clear any input or formatting errors in the single-signature wallet address, if an error message is received.

**Step 4:** Select **Start Wallet ID Verification** to be redirected to the corresponding sign message flow.

**Step 5:** Sign the transaction for the respective wallet.

**Step 6:** After being redirected to the Online Portal from the sign message flow, select **Get Wallet ID Verification Status.**

**Step 7:** If the Wallet ID Verification Status displays "Completed", your single-signature wallet address has been verified.  You may now proceed with adding additional single-signature wallet addresses on verifiable blockchains, as applicable.

If the Wallet ID Verification Status displays anything other than "Completed", your single-signature wallet address has not been verified.  You must adjust your verifiable blockchain and/or single-signature wallet address and redo the wallet ID verification workflow.

---

**Verifiable Blockchain**

| Terra (Classic) |
|---|

**Single-Signature Wallet Address**

| terra182rwp4lmdkrxtefnps2l47pu6h5jdk9smg69yz |
|---|

Please refer to the above steps to complete the wallet ID verification process.

Do **not** select **Get Wallet ID Verification Status** until you have completed Steps 1-5.

**Wallet ID Verification Status**

| COMPLETED |
|---|

---

Select the blue + sign to add an additional Verifiable Blockchain line for data capture.

Select the green dropdown to access features such as adding additional Verifiable Blockchains, clearing data and removing Verifiable Blockchains.

**Is the Preferred Evidence for holdings on any other platforms other than a Verifiable Blockchain?**

○ Yes
● No

## Manual Evidence

Please complete the checklist in Part III of this CLC Form to indicate the supporting documentation you intend to upload with this CLC Form.

If you held your Eligible Loss Cryptocurrency assets on a blockchain **other than a Verifiable Blockchain** or on an exchange or platform that **does not support a read-only API key,** or if you are providing Manual Evidence in lieu of Preferred Evidence for any exchange or platform that supports a read-only API key, please upload all account balance statements, transaction logs, and deposit logs for all transactions to acquire your Eligible Loss Cryptocurrency as well as all transactions since acquiring your Eligible Loss Cryptocurrency up to the Petition Date in Part III (Supporting Documents For Claim). Please also provide the information under the "Crypto Holdings" heading below.

Terraform Labs Crypto Loss Claims Online Portal

Please also upload documentation in Part III (Supporting Documents For Claim) for any contracts, trade agreements, or other documents governing ownership or transfers of the coins underlying your Crypto Loss Claim.

Please also upload documentation in Part III (Supporting Documents For Claim) for any rewards you earned from liquidity mining, staking, or other rewards programs relevant to your Eligible Crypto Loss Claim.

**CRYPTO HOLDINGS (MUST be completed if you are submitting Manual Evidence)**

**Do you have Manual Evidence to enter for this Crypto Loss Claim?**

○ Yes
◉ No

# PART III: Supporting Documents For Claim

To submit an Eligible Crypto Loss Claim you must provide specific documentation to support your claim, if applicable.  If you have documentation to support your claim, you must indicate the type of documentation being uploaded by selecting the corresponding checkboxes below. In order to assist us in the review process, please provide a descriptive file name related to what you are uploading.

When providing documentation, please note the following:

- Files can be uploaded in the following formats: PDF, XLS, XLSX, CSV, DOC, DOCX, PNG, JPEG, and JPG.
- There is no limit to the number of files you can attach.
- The file size for a single uploaded file is limited to 100 MB; if you need more space, you can upload multiple files up to a total size of 500 MB. If you've reached the size limit on supporting documentation, please contact Kroll at Terraforminfo@ra.kroll.com to coordinate turnover of your documentation via secure file share.  Do not email any documentation to Kroll.
- Do not encrypt or password protect your files.

**Do you have documentation to upload to support this claim?**

○ Yes
◉ No

**Please select one or more applicable types of documentation you will be uploading to support your claim:**

☐ Claims for Eligible Loss Cryptocurrency held on other platforms and exchanges where read-only API key(s) are not available or if you are providing Manual Evidence in lieu of Preferred Evidence for any exchange or platform that supports a read-only API key.

☐ Documentation for any contracts, trade agreements, or other documents governing ownership or transfers of the coins underlying your Eligible Crypto Loss Claim.

☐ Documentation of any rewards (for which you have recovered earnings) or loans.

☐ Other Documentation evidencing ownership of your Eligible Loss Cryptocurrency. If so, please describe the type of Documentation:

# PART IV: Contributed Claims

If you purchased your Eligible Loss Cryptocurrency and believe that you may have a claim against third parties (i.e., any persons or entities other than the Debtors), then you have the option to irrevocably contribute such claims to the Wind Down Trust ("Contributed Claims"). In accordance with the Plan and the Wind Down Trust Agreement, the Plan Administrator will review your Contributed Claims and exercise his business judgment in determining whether to pursue such claim. Such claim may be adjudicated in litigation, binding arbitration, or another forum provided by law. If the Plan Administrator pursues your third-party claim, you may be asked to provide additional information and documents. Your decision on whether to contribute any third-party claims to the Wind Down Trust will not affect the Plan Administrator's valuation or adjudication of your Crypto Loss Claim. Any proceeds of contributed claims that are included in distributions under the Plan will be distributed pro rata to all holders of Allowed Crypto Loss Claims and will not be made only to creditors who elected to contribute claims to the Wind Down Trust.

Terraform Labs Crypto Loss Claims Online Portal

☐ By checking this box, you are agreeing to irrevocably contribute to the Wind Down Trust any and all claims you may hold against third parties (i.e., parties other than the Debtors) arising from or related to your purchase of your Eligible Loss Cryptocurrency, except to the extent you carve out such claims in the below. Such claims will include, but not be limited to, any claims arising under federal securities laws or other federal statutes, federal common law, or any applicable state or foreign law.

If you **do not** wish to irrevocably contribute any claim(s) you may against third parties to the Wind Down Trust, select **Next** on the navigation bar below to proceed with the Crypto Loss Claim submission process.

## PART V: Certifications

☑ By checking this box, I (or the claimant) certify under penalty of perjury that I (or the claimant) reasonably relied on the Debtors' representations regarding the Terra Ecosystem and I (or the claimant) did not have advance knowledge of the Debtors' fraud, nor did I (or the claimant) have access to information that did or should have informed me (or the claimant) of the Debtors' fraud. Specifically, I (or the claimant) did not know of the misconduct described in the below-listed SEC actions prior to May 13, 2022 at 6:30 p.m., prevailing Eastern Time, nor did I (or the claimant) participate in the misconduct described in the below-listed SEC actions:
  - Amended Complaint, SEC v. Terraform Labs Pte. Ltd., et.al., 23-cv-1346 (JSR)(S.D.N.Y. Apr. 3, 2023), available here: https://www.sec.gov/files/terraform-labs-pte-ltd-amended-complaint.pdf
  - In the Matter of Tai Mo Shan Ltd. Respondent., SEC Release No. 11349 (Dec. 20, 2024), available here: https://www.sec.gov/files/litigation/admin/2024/33-11349.pdf

☑ By checking this box, I (or the claimant) hereby authorize the Plan Administrator to share the information provided in this CLC Form with: (a) the Wind Down Trust, (b) the Advisory Board to the Wind Down Trust, and (c) the respective employees, agents, attorneys, and other advisors to the Wind Down Trust and the Advisory Board. The Plan Administrator may also share the information in this CLC Form with the SEC and any other government agency and may cite this information in proceedings related to this claim.

☑ By checking this box, I (or the claimant) hereby certify under penalty of perjury that this CLC Form includes all information about my (the claimant's) gains earned and losses suffered based on my (the claimant's) underlying Eligible Loss Cryptocurrency, including all transactions involving Eligible Loss Cryptocurrency. I (or the claimant) am aware that the failure to provide all information regarding my (the claimant's) gains and losses across all crypto assets held by me (claimant) could result in this claim being disqualified.

☑ By checking this box, I (or the claimant) agree that the Plan Administrator may coordinate directly with the exchanges included in this CLC Form to verify evidence provided by claimants and, to the extent necessary, direct such exchanges to provide the relevant data to the Plan Administrator.

Under penalty of perjury, I declare the foregoing statements to be true and correct to the best of my knowledge. **(Warning: A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.)**

**E-Signature (Please type your full legal name below):**

Carlos Lopez Delgado

**Relationship to claimant:**
- ◉ Self
- ○ Entity Representative
- ○ Legal Representative
- ○ Attorney
- ○ Authorized Agent

**Certification Date:**

04/09/2025

## Submit CLC Form

**IMPORTANT CRYPTO LOSS CLAIM FORM SUBMISSION INFORMATION:** This Crypto Loss Claim will not be deemed received by Kroll until all required questions have been completed, you acknowledge the below, and you select the **Submit** button.

**Crypto Loss Claim Confirmation Details**

Upon selecting the **Submit** button, a unique 15-digit Claim Number will be generated and become visible on the Claim Dashboard. Your unique Claim Number will be sent to the email address associated with the registered user, as well as any additional valid email addresses provided in Part I. The email confirmation will be sent from donotreply@ra.kroll.com. Please add this email address to your allowed senders list to ensure you receive all future communications corresponding to this Crypto Loss Claim.

**Crypto Loss Claim Amendments/Supplements**

If during your final review of your Crypto Loss Claim details you locate any error(s) or omission(s), please adjust your response(s) accordingly **prior** to submitting your Crypto Loss Claim.

Once this Crypto Loss Claim is submitted, it will no longer be editable and **CANNOT** be unlocked.

Terraform Labs Crypto Loss Claims Online Portal

Please note that amendments and supplements to your Crypto Loss Claim form are only permitted to the extent provided in the Crypto Loss Claim Procedures or by further order of the Bankruptcy Court.  Certain claimants filed motions seeking relief to file a claim after the CLC Bar Date.  Following a hearing on September 24, 2025, the Bankruptcy Court granted the motions and indicated its view that other claimants seeking a late filed claim should contact the Plan Administrator to request to file a Crypto Loss Claim within the thirty (30) calendar days following the hearing.  If you would like to file a claim you must email Terraforminfo@ra.kroll.com by **October 24, 2025 at 11:59 pm prevailing Eastern Time.**

Consistent with the Bankruptcy Court's comments at the hearing, the Plan Administration intends to allow each claimant that (i) has not previously submitted a Crypto Loss Claim form, (ii) did not receive actual notice of the CLC Bar Date, and (iii) requested to file a late Crypto Loss Claim prior to October 24, 2025 at 11:59 pm prevailing Eastern Time to submit a Crypto Loss Claim after the CLC Bar Date via the Online Portal.

Upon receiving such requests, the Plan Administrator, through his advisors, will provide eligible claimants with a link to the Online Portal.  All Crypto Loss Claim forms must be submitted using the Online Portal.  **Such claimants shall have thirty (30) calendar days from the date the Plan Administrator provides the link to the Online Portal to submit their Crypto Loss Claim form.  Any Crypto Loss Claim form submitted after the thirtieth (30th) calendar day from when an eligible claimant received the Online Portal link will be voided.**

**Any Crypto Loss Claim form submitted by a claimant who did not contact the Plan Administrator at Terraforminfo@ra.kroll.com clearly indicating their request to submit a Crypto Loss Claim after the CLC Bar Date by October 24, 2025 at 11:59 pm prevailing Eastern Time will be voided.**

**Any Crypto Loss Claim form submitted by a claimant who previously submitted a Crypto Loss Claim form or received actual notice of the CLC Bar Date will be voided.**

If you are unsure whether you are eligible to submit a Crypto Loss Claim after the CLC Bar Date, please contact the Plan Administrator at Terraforminfo@ra.kroll.com by October 24, 2025 at 11:59 pm prevailing Eastern Time.

The Online Portal is made available to assist you with the process of acknowledging or asserting your claim.  For detailed instructions on the Crypto Loss Claim process and for help completing this form, please refer to the CLC Procedures attached to the CLC Bar Date Order as Exhibit 1 ("CLC Procedures") here .

**Submission Acknowledgement**

Please confirm you have:

- completed all questions in English;
- provided all requested information;
- answered all questions accurately and truthfully under penalty of perjury; and
- uploaded all required supporting documentation

☑ **I have reviewed the above.**

| | |
|---|---|
| **From:** | Bhavin Gondha |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) Witness Statement |
| **Date:** | Tuesday, December 9, 2025 11:38:40 PM |

Name: Bhavin Jayant Gondha
Address: ▉▉▉▉▉▉▉▉▉▉▉▉
Phone Number: ▉▉▉▉▉▉
Date: December 9, 2025

Case Name/Number: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) (Terraform Labs Fraud)

Your Honor,

My name is Bhavin Gondha and I am a victim of the fraud committed by Do Hyeon Kwon. I purchased TerraUSD (UST) with a substantial amount of my savings back in March 2022 in reliance on his representations of UST as a stablecoin. I held on to my UST when it depegged below $1 USD in direct response to Do Kwon's tweets for a planned recovery to restore the peg to its original value.

This long and tedious journey has continued to create additional stressors and expenses in my life. Losing a significant amount of my savings to this fraud has made it more difficult for me to move forward in life, especially now that I have recently married.

Thank you for allowing me to share how this crime has affected my life.

Bhavin Gondha

| | |
|---|---|
| **From:** | Brandon Phillips |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Brandon phillips wluna crypto holder do Kwon wluna/luna |
| **Date:** | Wednesday, December 10, 2025 2:55:13 AM |

Goodafternoon

My name is Brandon phillips I was a big shareholder of wluna before do knon scammed in delist the crypto wluna under a new crypto symbol, this have serve damage me emotionally. I had millions of wluna in coinbase, then coinbase wouldn't let you sell the assets in do Kwon pause the crypto so he can move it to a new ticket symbol. Which scammed the previous wluna/luna holders. I think coinbase need to be in court with do Kwon, because they was part of this scam. Wluna/ luna holders need to be compensated for the money in the time loss. Do Kwon have our money he need to pay up & coinbase should to. This have damage thousands of wluna holders that trusted do Kwon with there money, i missed christmas in all the holidays because I thought this guy was a trustworthy human being. I wont to be compensated at the price it was before he scammed all us. I have attached of what I should have had before he switch tickers. If you need anymore information please let me know.



| | |
|---|---|
| **From:** | Carlos Lopez Delgado |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23-cr-151) |
| **Date:** | Wednesday, December 10, 2025 4:43:10 AM |
| **Attachments:** | b1984b3ca1d9825a03d4e7fee0c69efd4764756a.pdf |

Dear Victim/Witness Unit,

I am submitting my Victim Impact Statement regarding the criminal case United States v. Do Hyeong Kwon (23-cr-151).

My total financial loss attributable to the defendant's conduct amounts to **$27,636.81 USD**. This amount has already been officially reviewed and accepted as my Final Determination in the Terraform Labs bankruptcy case.

I am attaching my official Claim Determination document, which confirms my verified loss amount.

Impact of the loss:

• Financial: This loss represented a significant portion of my savings and affected my financial stability.

• Emotional: The collapse caused stress, uncertainty, and a significant loss of trust in financial systems.

• Personal impact: I spent considerable time gathering documents, tracking the bankruptcy process, and understanding the legal procedures involved.

I respectfully request that my loss and personal impact be considered during sentencing and in any restitution decisions.

Full Name: Carlos Lopez Delgado
Country of residence: United Kingdom
Email: ████████████████████████

Thank you for your attention.
Carlos Lopez Delgado

| | |
|---|---|
| **From:** | Danny Parker |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Do Kwon impact statement |
| **Date:** | Tuesday, December 9, 2025 10:55:15 PM |

Your Honor,

In one week in 2022, Do Hyeong Kwon stole my home and my life's savings, my future retirement and hopes. These were my built-up assets made from skipping vacations and huge sacrifices over both my and my wife's careers. I am now 57 and am unlikely to ever have the opportunity to regain this money or a home. Today, I am on the verge of bankruptcy. The total amount lost was just over 1m USD. I made a mistake in my trust and belief in Do Kwon and used some of my house mortgage money to invest in his scam. After the collapse, I was forced to sell our family home.

I had a belief that hard work pays off. My lifelong hard work was ripped from under my family and me due to this fraud.

We no longer have a home of our own
We have credit card debts accumulating
We have been forced to obtain a high-interest personal loan to pay for essential medical bills.
My wife cries when the credit card bills arrive
I take ███████████
My nights are sleepless and full of stress
My daughter asks why we don't have the money to fix the car.
We are on the verge of bankruptcy, which would mean I will also lose my job.

Words cannot describe the devastation and hardship we continue to experience daily due to the theft committed by Do Kwon.

Now we are faced with the stark reality that our hardship is likely to continue until the day we die.

We have no doubt that Do Kwon will still have money hidden. We wish to see the maximum sentence imposed so that he never gains access to any of these stolen funds.

We want to deter other criminals like him.

Please impose the absolute MAXIMUM sentence the law allows

Sincerely

Daniel and Criselle Parker

| From: | Daniel Hromada |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| Date: | Wednesday, December 10, 2025 3:28:55 AM |

Most respected Judge Engelmayer,

the collapse of the cryptocurrency Terra had a significant impact of me and my family, we lost approximately one third of our savings in the crash.

It is outside of any doubt that naivety, vanity and unreflected, potentially criminal activities of Mr. Do Hyeon Kwon played a major role in the collapse and it is of importance both in retributive as well as in preventive sense that he experiences the consequences.

However, it should not be forgotten that Mr. Kwon himself has fallen prey of even bigger predators, that the collapse has been principially triggered by machinations by China-originating exchanges and/or other "notable gentlemen" who established their currently immense wealth by dubious means (c.f.  Shaw v. Vircurex, 1:18-cv-00067, (D. Colo.))

Yours etc.

DDH

--
Prof. Daniel D. Hromada, PhD. et PhD.

███████████████████████████████████████
███████████████████████
██████████████

-------- Originalnachricht --------

**Betreff:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Datum:** 2025-12-08 23:16
**Von:** "Terraforminfo@ra.kroll.com" <terraforminfo@noticing.ra.kroll.com>
**An:** daniel@udk-berlin.de
**Antwort an:** terraforminfo@ra.kroll.com

Hello,

You are receiving this email because our records indicate that you submitted a CLC form.  Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York,

NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Emre Oztimur |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon - Nurullah Emre Oztimur |
| **Date:** | Wednesday, December 10, 2025 5:40:25 AM |

**To the Honorable Judge Engelmayer:**

My name is N. Emre Oztimur, and I am a victim of the fraud perpetrated by Do Kwon and Terraform Labs. I am writing to ensure the Court understands the devastation this crime caused to individuals like myself.

While the total fraud amounts are in the billions, my personal loss was specific and catastrophic. As detailed in my records, I lost **$575,929.59** in a period of approximately 24 hours.

On May 10, 2022, I held **911,477 UST**, believing it to be a stable store of value. As the peg collapsed, I was forced into a panic, frantically bridging assets and converting tokens in a desperate attempt to salvage my savings. I watched half a million dollars of my hard-earned money evaporate in real-time.

- This money represented 20 years of saving for my retirement, which has now been delayed indefinitely.

- The stress of losing this amount of money in a single day caused me severe anxiety and health issues.

- This loss severely impacted my family's financial security and our ability to maintain our standard way of living.

- Currently I am in the process of selling my car, because I can't maintain my costs anymore.

I ask the Court to impose a sentence that reflects the severity of this financial violence. Do Kwon's actions were not victimless crimes; they destroyed the financial stability of real people who trusted his product.

Thank you for hearing my voice.

**Best regards,**
**Emre Oztimur**

28

| | |
|---|---|
| **From:** | Huriye Yasar |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Ynt: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Wednesday, December 10, 2025 2:57:10 AM |

Your Honor,

I respectfully submit this statement regarding my filing in the Terraform Labs Crypto Loss Claims process.

In my initial submission, I accurately reported a total loss of 98934,6 LUNA. Subsequently, in accordance with the instructions issued for the claims review process, I was required—along with all other claimants—to resubmit my claim limited to the assets held as of May 13, 2022, at 6:15 p.m. (ET).

The entirety of the investment I made on behalf of my family was lost as a result of the misleading and false statements made by Do Hyeong Kwon on global social media platforms. These statements directly influenced our investment decisions and caused us severe financial harm.
For your review and consideration, I have attached screenshots of my wallet holdings.

Since the date the SEC announced this process, we have submitted all of our applications to the designated authorities.

For more than three years, we have pursued every possible avenue to seek remedy for our losses. I respectfully request that our long-standing grievance be recognized and that this matter be resolved within the scope of the ongoing claims process.

**Respectfully,**


Feridun Uygun
Case No. 24-10070 / █████████████████
███████████████████



---

**Gönderen:** Terraforminfo@ra.kroll.com <terraforminfo@noticing.ra.kroll.com>
**Gönderildi:** 9 Aralık 2025 Salı 01:16
**Kime:** ███████████████████████████
**Konu:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)


Hello,

You are receiving this email because our records indicate that you submitted a CLC form.  Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| From: | Francesco Corposanto |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Impact Statement and Plea for Restitution in the Case of TerraForm Labs and Do Kwon |
| Date: | Wednesday, December 10, 2025 6:23:23 AM |

Dear Honorable Judge Engelmayer,

we are writing to you from Italy as deeply affected retail investors regarding the upcoming proceedings concerning TerraForm Labs and its founder, Mr. Do Kwon.

We understand the gravity and complexity of this case, and we approach this communication with profound respect for the U.S. judicial process and your role in seeking justice.

Our family was significantly impacted by the collapse of the Terra ecosystem in May 2022. We had invested in the TerraUSD (UST) stablecoin, relying on the representations of its stability, collateralization, and algorithmic structure. As a direct result of the systemic failure and the ensuing market chaos, we suffered a devastating loss of 13,000$ (Thirteen Thousand U.S. Dollars).
For our family, this was not a speculative risk taken lightly; it represented a substantial portion of our savings. The financial loss has created considerable and lasting hardship, severely disrupting our family's economic stability and future planning. Our experience is mirrored by countless individuals and families worldwide who placed their trust and savings in what was allegedly marketed as a reliable financial instrument.

Therefore, we urgently request that, as part of the judicial resolution and sentencing phase, the Court prioritize and mandate full and complete restitution for all retail investors who held the fraudulently affected coins, specifically TerraUSD (UST) and Luna (LUNA/LUNC).
We ask that all available means be considered to ensure this comprehensive restitution, including, but not limited to, the liquidation of any residual assets and existing entities currently operating on the market that originated from the Terra ecosystem, such as the LUNC token and the subsequent Luna 2.0.
We believe that the proceeds from these remaining assets should be entirely dedicated to compensating those who suffered losses due to the alleged fraudulent scheme.

We place our full faith and confidence in the U.S. Justice System to deliver an outcome that acknowledges the victims' suffering and provides a meaningful remedy.

Thank you for considering our perspective and our earnest plea for justice and full financial recovery.

Sincerely,
Francesco Corposanto



On December 10, 2025

(A retail investor affected by the TerraForm Labs collapse)

| | |
|---|---|
| **From:** | Linus Ikpyo Hong |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Tuesday, December 9, 2025 7:41:46 PM |

Your Honor,

I hope all is well, and thank you for taking the time to review my statement.

I am submitting this victim impact statement to describe the financial and personal consequences I experienced following the collapse of the Terra ecosystem. My most significant loss resulted from UST assets staked through the Anchor Protocol on the Terra blockchain. After the crash, the protocol became inaccessible, and I was no longer able to retrieve or verify my funds directly from the platform.

Prior to the collapse, I had 44,153 UST staked in Anchor as of January 17, 2022 -- the date for which a screenshot is available. Because access to the platform was lost, the screenshot remains my only record of the funds I held at Anchor protocol at that time.

The loss of these assets has had a substantial impact on my financial stability and long-term planning. What was intended to be a secure and interest-generating position became an unexpected and significant financial setback. The uncertainty and inability to recover these funds have caused considerable stress and disruption to my personal financial goals.

If any additional information or documentation is required to support the restitution, please let me know, and I will provide it promptly.

Thank you for your attention and support throughout this process.

Best regards,
**Ik-Pyo Hong**




---------- Forwarded message ---------
From: **Terraforminfo@ra.kroll.com** <terraforminfo@noticing.ra.kroll.com>
Date: Tue, Dec 9, 2025 at 7:16 AM
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: ███████████████


Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for

Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

| | |
|---|---|
| **From:** | IY S |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Wednesday, December 10, 2025 2:39:29 AM |

Dear Judge Engelmayer,

I am writing this victim impact statement in connection with the sentencing of defendant Do Hyeong Kwon in the case of *United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)*. I am a CLC claimant and a victim of the fraud perpetrated by Mr. Kwon and Terraform Labs.

The financial loss I suffered as a result of these crimes has been devastating. I lost a total of **$35,000 USD**.

The source of these funds makes this loss particularly tragic. The money I invested was my mother's life savings, which were specifically intended for my newborn child and their future education. This loss has not only wiped out my mother's hard-earned savings but has also directly jeopardized the start my child deserves.

Compounding this devastation, I am already burdened by significant student debt. This loss has eliminated a crucial financial lifeline that could have been used to manage my existing debt and provide stability for my growing family. Instead, I am now facing the difficulty of having to take on a second job **and** postponing necessary family expenses, all while carrying student loan debt, because of the fraudulent actions of Mr. Kwon.

As a new parent, the impact of this financial crisis is creating immense strain, causing constant worry and emotional hardship for me and my entire family.

I respectfully ask the Court to consider the profound and long-term harm—including the destruction of my mother's savings and the compromised future of my child—when determining a just and appropriate sentence for Mr. Kwon.


Sincerely,

In Young Song

███████████

December 10, 2025

| | |
|---|---|
| **From:** | Kim |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Wednesday, December 10, 2025 1:24:09 AM |

Dear Judge Engelmayer,

Your Honor, I stand here today not just as a victim of financial fraud, but as a daughter whose world was irrevocably shattered. I ask you to look beyond the cold, hard numbers (i.e., the staggering sum of money that vanished) and see the human cost and lifelong agony that UST's depegging has caused.

I am asking you to read these words not with professional detachment, but with the empathy I pray resides within the heart of any person witnessing such profound devastation.

I remember the exact moment. It was May 2022, several days after my birthday. Suddenly, I saw a notification flash across my screen: UST had depegged from its $1 parity. In an instant, the value of everything I had worked for, everything my father had saved for, just obliterated into nothing.

The shock was a physical blow. I felt my breath leave my body. Your Honor, I didn't think about my own savings at first. The first thought, the only thought, was of my father. And that is what almost drove me to end my own life.

I did not consider taking my life over my own money loss, but over the catastrophic failure I brought upon my father...the man who deserved the world. He put $100k of his retirement savings into Anchor Protocol (due to my advice)...and now he is over 70 years old and he cannot fully retire. Because if he stops working, he can no longer afford to live.

My father is a good man. A diligent man. For over sixty years, he worked tirelessly, building a modest nest egg for himself and my mother. He's an accountant by trade, a man of integrity, but he always yearned for more for his family. He tried to launch businesses (e.g., a laundromat franchise), but fate, or perhaps just cruel luck, always intervened.

I remember when he entrusted a "friend," a supposed partner, with $50,000 for a business venture. The friend fled. Nothing came of it. My father was left to pick up the pieces, never once complaining, simply working harder. He saved for retirement through sheer, relentless willpower. The $100,000 he put into Anchor Protocol was the entirety of his life's savings. It was his hope for a comfortable end, a small reward for a life of honest, grueling labor.

When he placed that money into this so-called "high-yield crypto savings," he wasn't being reckless. He was being trusting. He believed in the promise of 20% interest, a rate that could finally secure his retirement and give him peace. He believed it because I, his daughter, told him it was safe.

I introduced him to Anchor Protocol. I had a few thousands in there initially. After a year of seeing it operate "smoothly," seeing the money grow, I felt safe enough to put in all of my savings. I truly believed I had found a small window of opportunity to help myself, and more importantly, to finally help my father.

36

My father, who had suffered a string of failed businesses, who carried the weight of a mortgage that pains him every single month. All I ever wanted, Your Honor, was to become successful enough to spoil him. To pay off his debt. To give him the happy retirement he earned and deserved.

When I saw the depegging, that vision of a happy future was crushed. I felt the absolute, sickening certainty that I had failed him. I had delivered his lifelong savings into the hands of a scam.

My father lost about $70,000 from his $100k savings. That number, $70,000, represents decades of his life, wiped out in the span of a single week! I wanted to crush myself into a ball, to vanish, to take away the pain I had caused him.

Years later, the suffering continues. I am 35 years old now, engaged to be married, but I cannot afford the down payment on a home. I cannot afford a wedding. I cannot afford children. As much as it hurts me, I've come to terms with the fact that I can't financially support children nor own my own home.

My father is continuing to freelance as an accountant. He's always fantasized about retiring in his 60s, but now that's a distant dream. And what's most miraculous, Your Honor, is that my father has never yelled at me or anything of the sort as someone who advised him about Anchor Protocol. He never blamed me for anything. He never complained. And oddly, that makes me feel even worse. He's just taking things day by day, and somehow, he still loves me ... and finds it in his heart to smile through the pain.

His attitude is what kept me alive, Your Honor. If he lost $70k and he's still smiling (despite not having enough years left to recoup that money with hard work), I can lose over $30k and still be alright.

Like all the other victims, I seek closure from this nightmare. I do not know exactly what that looks like. But perhaps Do Kwon's imprisonment may help bring some semblance of closure...an acknowledgment from the justice system that the harm done to families like mine was real

Respectfully,

Kimberly Gedeon

Valley Stream, New York

| | |
|---|---|
| **From:** | 卢俊勇 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Lu Jun Yong |
| **Date:** | Tuesday, December 9, 2025 10:34:50 PM |

Dear Honorable Judge,

I write to you today not only as a former investor, but as an ordinary person whose life — and that of my family — has been devastated by the actions of Do Kwon. I respectfully submit this statement so the Court can understand the true extent of the harm inflicted by his crimes.

# Catastrophic Financial Loss and Loss of Security

In 2022, I invested in TerraUSD (UST) in good faith, trusting in its stability — believing it would maintain a 1:1 peg with the U.S. dollar. When UST collapsed, I lost over **US $200,000**. This was not a speculative investment; it was a serious financial commitment intended to secure my family's future.

Because of this collapse:

- I have lost **all my savings and any financial reserves**. What I once considered "safety net" for emergencies, illness, children's education, retirement — everything is gone.

- I no longer possess financial security. The foundation for my family's financial stability has been shattered. I was forced to exhaust whatever remaining funds I had just to manage basic living costs.

This loss represents not just money — but the destruction of financial stability, security, and a future I had planned decades ahead for.

# Destruction of Life Plans & Family's Future

Before this tragedy, I believed in planning — for retirement, for children's education, for stable living. Those plans, once realistic and hopeful, are now nothing more than painful memories.

- The funds I lost were supposed to support long-term objectives: a home, retirement, stability, future opportunities for my family. Those have vanished.

- Now, every decision — from daily expenses to any future planning — is overshadowed by uncertainty and fear. The dreams I had for my family's future have been erased.

# Emotional, Psychological and Existential Trauma

When I realized what happened — that UST collapsed and my life's savings vanished — I

was overwhelmed with despair. It wasn't just loss of money: it was loss of trust, security, hope, and dignity.

- Every morning I wake with a heavy heart, knowing that the stability I believed in is gone. Many nights I cannot sleep, haunted by "what could have been."

- I feel betrayed — by someone I never met, by a system I trusted. My faith in financial security and "responsible investment" is shattered.

- I carry constant anxiety about my family's future, our ability to recover, and even our dignity — we feel exposed, vulnerable.

This psychological burden affects not only me, but those close to me: my family shares the stress, the fear, the uncertainty. Our home — once a place of hope — now feels fragile and unstable.

## Broader Impact: On Family, On Identity, On Hope

This crime stripped away more than money: it stole our peace of mind, our hopes, and our trust in stability.

- My family and I now live under the shadow of this loss — everyday decisions, future planning, even basic peace — everything is tainted by the fear of financial ruin.

- I have lost confidence in any "safe investment." What once seemed reliable now feels like a risk of total destruction.

- The impact is not temporary: the damage is long-term. Recovering such a loss seems almost impossible. The psychological scars — fear, insecurity, disillusion — remain.

## Why I Ask the Court to Take This Statement Seriously

I understand that sentencing must follow law, guidelines, and a full consideration of facts. But I urge the Court to recognize that Do Kwon's crimes are not abstract — they have destroyed real lives, real families, real futures.

I ask that the sentence reflect not only the scope of his crimes but also the profound human damage experienced by ordinary people like me. A strong, just sentence — one that acknowledges and responds to the real-world devastation — would serve both justice and deterrence.

Thank you for taking the time to read and consider my story, and for giving a voice to victims whose lives have been turned upside down by these crimes.

Sincerely,
Lu Jun Yong
Ningbo City, China

| | |
|---|---|
| **From:** | Marcin Baborski |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Wednesday, December 10, 2025 2:09:11 AM |

Dear Judge Engelmayer,

My name is Marcin Baborski, and I am submitting this Victim Impact Statement as a victim of the fraud involving Terraform Labs and its founder, Do Hyeong Kwon.

I invested in the Terra ecosystem based on the information, assurances, and representations publicly made by Terraform Labs. I had no knowledge, nor access to any information, that could have alerted me to the fraud described by the SEC and DOJ. I reasonably relied on what I believed to be a legitimate and innovative project.

As a result of the collapse of the Terra ecosystem, I suffered a financial loss of approximately $23,830 USD. For me, this amount represented savings accumulated over time with the intention of improving long-term financial stability for myself and my family. Losing these funds caused a significant disruption to my financial plans and forced me to reconsider my future goals.

Beyond the financial harm, the emotional impact has been severe. The collapse created enormous stress, frustration, and a long-lasting sense of uncertainty. It eroded my trust in digital assets and technology projects, and it affected my family, who relied on my financial responsibility and planning. The feeling of being misled by a project presented as safe and transparent has been deeply discouraging.

This crime did not harm institutions or large investors only—it harmed ordinary people like me, who placed trust in what we believed was legitimate information. The consequences continue to affect my daily life, my stress levels, and my sense of financial security.

I respectfully ask the Court to consider the real and personal impact this fraud has had on victims worldwide, including myself. I hope that the sentencing reflects the seriousness of the harm caused and serves as a reminder that such misconduct in the financial and technological space cannot go without accountability.

Thank you for allowing me the opportunity to share how these actions have affected me.

Sincerely,
Marcin Baborski
Poland

| | |
|---|---|
| **From:** | Marco Iconoclast |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon |
| **Date:** | Wednesday, December 10, 2025 12:11:38 AM |

Dear Judge Engelmayer,
My name is Marco Gaudino from italy, and I am submitting this statement as a victim in the case United States v. Do Hyeong Kwon.

I invested a significant portion of my personal savings into LUNA and UST, believing in the stability and transparency that the Terraform Labs ecosystem claimed to provide. At the time of the collapse, I held over $100,000 USD worth of LUNA.

The sudden implosion of the system — caused by fraudulent misrepresentations about its safety, stability, and backing — resulted in the total loss of my investment. This was not merely a financial setback: it had a severe and lasting impact on multiple areas of my life.

Financial Impact

Losing more than $100,000 wiped out years of savings and financial planning.

I was forced to completely restructure my financial life, including delaying long-term goals and security.

The collapse created substantial stress, uncertainty, and loss of trust in the markets.

Emotional and Psychological Impact

The shock and scale of the loss caused intense anxiety, loss of sleep, and long periods of emotional distress.

I experienced a deep sense of betrayal, after believing for months that the project was legitimate and stable.

The event affected my self-confidence, my mental well-being, and my daily functioning for a long time.

Life Consequences

The financial damage limited my personal and professional options for years.

I had to change how I live, spend, and plan my future.

The collapse created a long-lasting emotional burden that I am still working to overcome.

I hope that the Court considers the severity of the harm caused to me and to thousands of others. This was not a normal market loss; it was the result of deliberate deception on a

massive scale.

Thank you for taking the time to read my statement and for considering the impact this crime has had on my life.

Respectfully,
Marco Gaudino
Italy

| | |
|---|---|
| **From:** | Marie Micallef |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – Terraform Labs Collapse |
| **Date:** | Wednesday, December 10, 2025 4:37:48 AM |

To whom it may concern,

I am submitting this statement to describe the impact of the Terraform Labs collapse on my life.

Before the crash, my investment generated sufficient interest for us to live securely. It offered stability, dignity and the confidence that our future was protected. Overnight, that sense of safety disappeared.

The consequences were immediate and profound. We could no longer afford to remain in our home and were forced to leave our apartment and move into my parents' flat. This was far more than a financial adjustment; it was a loss of independence, emotional space and the life we had worked hard to build.

The shock triggered a breakdown in my health. The stress made me unwell, both physically and emotionally. It took three years before I could function again, regain clarity and slowly rebuild myself and my livelihood.

Perhaps the most lasting injury is the erosion of trust. I have always been entrepreneurial, willing to take risks and invest in the future. After this incident, I am afraid to invest again. The collapse didn't just remove capital, it removed my confidence in participating in markets, my belief in financial systems and my ability to feel safe when making decisions that once felt empowered and intelligent.

Despite everything, I have worked to rebuild my life. I have started a new business, but the shadow of this loss remains. The experience altered the course of our life and left an imprint that cannot be undone.

I am submitting this statement so the court understands that behind the numbers are real people whose lives were materially and psychologically affected by these actions.

Thank you for considering my experience.


regards

Marie Micallef

43

| | |
|---|---|
| **From:** | Mark Gill |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim statement - Notice of Sentencing of Do Hyeon Kwon |
| **Date:** | Wednesday, December 10, 2025 6:26:43 AM |

Hi Valeen,

Thank you for giving me an opportunity to tell my story to the court.

The fraudulent actions of Do Kwon did not just represent a financial loss; they were a catastrophic, life-altering betrayal that reduced me to despair and crushing anger. He wiped out every cent of my savings and available cash, erasing years of effort in an instant. The immediate emotional fallout was so severe that ███████████████████ ██████, a direct consequence of the terror and hopelessness he inflicted. In the medium term, this act of financial violence brought me within days of losing my home. To simply survive, I was forced into a humiliating and desperate scramble, rapidly selling off everything I owned and immediately taking on a second, exhausting job, all to repair the sudden, gaping ruin he created in my life.

Only now am I beginning to stabilise and I hope his sentencing can bring me some much needed closure

Best regards,
Mark Gill

---

**From:** Terraforminfo@ra.kroll.com <terraforminfo@noticing.ra.kroll.com>
**Sent:** Monday, December 8, 2025 10:16:29 pm
**To:** ████████████████████████
**Subject:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing

Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Matteo Paraboschi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Wednesday, December 10, 2025 2:25:07 AM |

Dear Ms. Defendre,

I am writing as a victim in the case United States v. Do Hyeong Kwon (23 Cr. 151).
I invested a significant portion of my personal savings in the Terra ecosystem (LUNA/UST), believing it to be a secure and transparent project backed by real innovation. When it collapsed, I lost approximately [insert your approximate amount, e.g. €10,000–€15,000], which represented years of careful savings and financial planning for my family's future.

The impact went far beyond the financial loss. It created stress, anxiety, and deep frustration, especially knowing that the collapse was caused by deception and reckless actions from those in charge. It affected my confidence in digital finance and made me much more cautious and distrustful toward any form of investment afterward.

I respectfully ask the Court to recognize how this crime damaged not only the finances but also the emotional well-being and trust of thousands of small investors like myself, who simply believed in a vision of stability and fairness.

Thank you for allowing me to express my experience and for giving victims a voice in this process.

Sincerely,
Matteo Paraboschi
Noceto (Parma), Italy
Claimant – Terraform Labs (CLC Form)


---

| | |
|---|---|
| **From:** | MRScheepers |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Wednesday, December 10, 2025 6:35:58 AM |

Dear madam,

Very brief: what I relied on to **always** keep the value of $1 crashed to a value of $0.01
It may not have treatened my life directly but nevertheless a substantial amount was lost.

Thank you and al the best,
Maurice Scheepers (Netherlands)

Op 8-12-2025 om 23:16 schreef Terraforminfo@ra.kroll.com:

> Hello,
>
> You are receiving this email because our records indicate that you submitted a CLC
> form.  Please take notice that on December 8, 2025 the Plan Administrator filed the
> *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m.*
> *(prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled
> the sentencing for Terraform's founder, director, and former Chief Executive Officer
> Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong*
> *Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern
> Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New
> York, NY 10007.
>
> Additional information regarding the sentencing and the rights of victims is available
> on the case website maintained by the United States Attorney's Office for the
> Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-
> kwon-23-cr-151-pae-terraform-labs-fraud.
>
> If you are a victim, and would like to send Judge Engelmayer a victim impact
> statement, which describes how these crimes impacted you and your family, your
> statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider
> any statements sent in connection with the sentencing of defendant Do Kwon.
>
> If you are a victim and would like to speak at the sentencing to describe to the Judge
> how these crimes impacted you and your family please email
> Valeen.Defendre@usdoj.gov.
>
> Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY
10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Michele Riccio |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Tuesday, December 9, 2025 6:20:29 PM |

Hi there. I putted my lunc from atomic wallet to stake all of them on allnodes validator but 90% of them lost.

Tx Hash



I didnt send myself any lunc o ustc to all nodes.
I think this is illegal what they did 2 years ago.
Address of all nodes

As you can see they have million of usd and million of lunc.

Thank you so much.
Best regards
Michele Riccio

| | |
|---|---|
| **From:** | D J |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] +Personal Declaration of Support for Do Kwon in the Terraform Labs Case |
| **Date:** | Wednesday, December 10, 2025 6:38:52 AM |

To the attention of:
The Honorable Judge Engelmayer

Dear Honorable Judge,
I am writing this letter as a private individual who was directly affected by the collapse of the
Terra (LUNA) and TerraUSD (UST) cryptocurrencies, resulting in the loss of capital as an
investor.

My purpose in writing is not to demand a conviction, but to offer a different perspective based
on my follow-up of the events.


Despite the catastrophic outcome, I firmly believe in Do Kwon's innocence concerning any
criminal intent to defraud. From my perspective as an investor in the ecosystem, the actions I
witnessed during the critical days of the crisis suggest a desperate and genuine effort by Mr.
Kwon and the Terraform Labs team to rescue the system from collapse, using every resource
at their disposal.

 Their willingness to inject reserves and seek quick solutions indicated a fundamental belief in
the project and a desire to protect its users.

It is my understanding that the protocol's instability was exploited by external actors.

My conviction is that the collapse was the result of a technical vulnerability intentionally
exploited by malicious third parties, whose interests lay in the destruction of the ecosystem for
their own economic gain.

 I believe that the ultimate responsibility for the damage caused should fall upon these
manipulative third parties (jump, Sam Bankaman fried...) who actively sought the
destabilization and collapse.


Respectfully, I request that the Court take this perspective into account. Mr. Kwon may have
been the architect of a flawed system, but I do not believe he was the architect of its ruin for
personal profit, but rather the victim of a coordinated attack.


Thank you for your time and consideration in reviewing my statement.

Sincerely,

Mikel Galarza Garcés.
12/10/2025

| | |
|---|---|
| **From:** | Mustafa İDE |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Wednesday, December 10, 2025 2:15:51 AM |

Dear Sir

This letter clarifies my status and position as a creditor in the above-referenced bankruptcy proceeding.

**1. Non-Plaintiff Status:**

I am submitting this statement to confirm that **I am not a plaintiff, nor a party to any class action litigation** against Terraform Labs or related entities.

**2. Risk Acknowledgment:**

As a cryptocurrency investor, I entered the market fully aware of the inherent risks and volatility. I accept that profits and losses are natural components of this investment environment.

**3. Basis of Claim:**

Following the 2022 Luna/Terra collapse, I sustained a financial loss and consequently filed a legitimate **Proof of Claim** with the bankruptcy estate.

**4. Acceptance of Outcome:**

I affirm my commitment to **respect and accept the final distribution plan and any ruling** issued by the U.S. Bankruptcy Court concerning my claim.

My action is limited to my rights as a creditor seeking recovery through the formal bankruptcy process. Thank you for your attention.

Sincerely,

Mustafa İDE

███████████████

| | |
|---|---|
| **From:** | rayan alotaibi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Wednesday, December 10, 2025 4:37:07 AM |

Dear Judge Engelmayer,

My name is Mutab Alotaibi, and I am submitting this Victim Impact Statement regarding the sentencing of defendant Do Kwon.

I invested in the Terra/Luna (LUNC) ecosystem and trusted the project's claims of stability, transparency, and long-term sustainability. When the collapse occurred, my family and I suffered significant financial and emotional damage.

The crash wiped out a large portion of my savings—money I had put aside for my family's future, including housing, education, and essential expenses. Overnight, the value of the investment fell to almost nothing. This caused tremendous stress on our household. We had to change our financial plans completely, postpone important life goals, and experience months of anxiety and uncertainty.

Beyond the financial loss, this event affected our mental and emotional well-being. It created conflict, stress, and fear about our future stability. The trust I had in the project and its leadership was completely misplaced, and learning that the collapse was tied to misconduct has made the emotional impact even worse.

I kindly ask the Court to consider the seriousness of the harm caused to ordinary families like mine. The consequences of the Terra/Luna crash were devastating and long-lasting.

Thank you for taking the time to review my statement.

Sincerely,
Mutab Alotaibi
Sent from my iPhone

| | |
|---|---|
| **From:** | nesant capital |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Wednesday, December 10, 2025 3:09:59 AM |

Your Honor,

I respectfully submit this statement to inform the Court of the serious personal and financial hardship I was currently enduring as a direct result of the depeg of the UST stablecoin and the subsequent collapse of the Terra/Luna ecosystem. During this event, I suffered an approximate loss of $250,000 USD, an amount that represented a substantial portion of my savings and long-term financial security.

The abrupt failure of the protocol caused my funds to lose nearly all of their value within hours. This sudden and unforeseeable loss placed me in an bad financial situation.

The economic pressure, emotional distress, and uncertainty caused by these events have had a profound impact on my daily life, affecting my overall well being and my ability to maintain stability and normal functioning.

I respectfully request that the Court take this statement into consideration as a truthful account of the circumstances and the severe impact that the UST depeg and the Terra/Luna collapse have had on my personal and financial condition.

Thank you, Your Honor, for your attention to this matter.

Respectfully submitted,

El El lun, 8 dic 2025 a las 23:16, Terraforminfo@ra.kroll.com
<terraforminfo@noticing.ra.kroll.com> escribió:

54

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

| | |
|---|---|
| **From:** | Noah Montenegro |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] +If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any ... |
| **Date:** | Tuesday, December 9, 2025 8:48:54 PM |

Dear
Your honor
Valeen.Defendre@usdoj.gov.

I Noah Montenegro

I never believed selling anything low. My bank roll management is extraordinary. Like everyone needs start up money and to be debt free. To stack up. All my hard work from unfortunate event and after I over came my struggle crypto help me the most. I seen it has a savings account. I was in market for since 2020 and I never ran into any issue until the terra Luna event. I made over 200k over the year prior to this downfall. I seen opportunity when people where selling so yes I was buying all these share which I believe I bought at the right time. Also being involved because of the air drop. I held my position after making millions off of all my profits. off spots trading. My goal was to have the best down cost buying average. Which I did. I was ahead of the leaderboard off the exchange with kucoin before they banned USA users. I got all my proceeds filed with coin tracker stating I had over 100million of profits with terra Luna. All I ask is for 3 million. That was the fair price for my share. I don't expect nothing but I do wish the best for the crypto market. Whatever it take to make it all add out for everyone. My initial investment that was involved with terra Luna was around 70000$ and with in that time all this happen I believe I took my trading volume to 5million from what I remember and I do got my API information to prove it.

From the range of 2020 to 2023
I was battling my parenting right with my first kid. They alienate her and I had another family with someone and I had a house and a room for my first kid I was trying so hard to get back. She was my motivation. From being a drop out because I had her when I was 16. I work hard to be with the mother but she didn't want to settle just for me. So her family were all investor too and made so much money off Bitcoin they covered there tracks to the point where I couldn't afford it. Year later I made profit off crypto and I was able to open up my case and I still have my right but now I need that start up money again. It was all profit right so how can I sell everything at once if I'm already in debt. So I held my position. I would always hold everything in btc. But I seen opportunity in lunc because of the air drop so I wanted to accumulate all that. Which I did until that happen with the terra Luna event in May. I work my way up with a new family like I said I had a room for my first kid. But after all that happened with the crash. I took me 4 years back and now I got to see the state of Arizona for my own issue which I do have a winning case but that's another issue. I was involved with this and it did make a Cascade of events. Even that I played everything smart. I didn't expect it to go as far as it did especially since it was a billion dollars incorporation.

Had to sell everything low after losing my initial investment 8 month later. 70k to 30k to 6k. Sold everything low from 6k. And my 400$ dividends paid went to 8 bucks a month when I invested in terra Luna so I can be involved with that outcome and that was never solidified.

-Noah Montenegro

Tucson Arizona

← **Spot**    ⧩

Açık Emirler    **Emir Geçmişi**    Alım Satım Geçmişi

✓  İptal edilenlerin tamamını gizle

**LUNA/USDT**                          2022-05-12 10:39:16  ›
Limit Emri/Al                          Gerçekleştirilen
Miktar                                 25061.07/25061.07
Fiyat                                  0.1376/0.1376

**LUNA/USDT**                          2022-05-12 10:39:02  ›
Limit Emri/Al                          Gerçekleştirilen
Miktar                                 73870.53/73870.53
Fiyat                                  0.13998497/0.14

**XEC/USDT**                           2022-05-12 10:21:18  ›
Limit Emri/Sat                         Gerçekleştirilen
Miktar                                 492232151/492232151
Fiyat                                  0.00002804/0.000028

**XEC/USDT**                           2022-05-12 09:43:31  ›
Limit Emri/Al                          Gerçekleştirilen
Miktar                                 164023949/164023949
Fiyat                                  0.00002881/0.00002882

**DEXE/USDT**                          2022-05-12 09:43:02  ›
Limit Emri/Sat                         Gerçekleştirilen
Miktar                                 600.16/600.16
Fiyat                                  3.09/3.09

**DEXE/USDT**                          2022-05-12 09:42:45  ›
Limit Emri/Sat                         Kısmen Gerçekleşti
Miktar                                 349.96/949.22

# Spot



Açık Emirler　　**Emir Geçmişi**　　Alım Satım Geçmişi

✓ İptal edilenlerin tamamını gizle

**LUNA/BUSD**　　　　　　　　2022-05-14 11:54:40 ›
Limit Emri/Al　　　　　　　　　Gerçekleştirilen

Miktar　　　　　　　　　　　44866.21/44866.21
Fiyat　　　　　　　　　　0.00027753/0.00027831

**LUNA/BUSD**　　　　　　　　2022-05-14 11:53:53 ›
Limit Emri/Al　　　　　　　　　Gerçekleştirilen

Miktar　　　　　　　　　　5638786.56/5638786.56
Fiyat　　　　　　　　　　0.00026998/0.00027219

**LUNA/USDT**　　　　　　　　2022-05-12 10:39:16 ›
Limit Emri/Al　　　　　　　　　Gerçekleştirilen

Miktar　　　　　　　　　　　25061.07/25061.07
Fiyat　　　　　　　　　　　0.1376/0.1376

**LUNA/USDT**　　　　　　　　2022-05-12 10:39:02 ›
Limit Emri/Al　　　　　　　　　Gerçekleştirilen

Miktar　　　　　　　　　　　73870.53/73870.53
Fiyat　　　　　　　　　　0.13998497/0.14

**XEC/USDT**　　　　　　　　2022-05-12 10:21:18 ›
Limit Emri/Sat　　　　　　　　　Gerçekleştirilen

Miktar　　　　　　　　　492232151/492232151
Fiyat　　　　　　　　　0.00002804/0.000028

**XEC/USDT**　　　　　　　　2022-05-12 09:43:31 ›
Limit Emri/Al　　　　　　　　　Gerçekleştirilen

Miktar　　　　　　　　　164023949/164023949

← **Spot**

Açık Emirler    **Emir Geçmişi**    Alım Satım Geçmişi

✅ İptal edilenlerin tamamını gizle



**LUNA/BUSD**                          2022-05-14 11:54:40 ›
Limit Emri/Al                          Gerçekleştirilen

Miktar                                 44866.21/44866.21
Fiyat                                  0.00027753/0.00027831

**LUNA/BUSD**                          2022-05-14 11:53:53 ›
Limit Emri/Al                          Gerçekleştirilen

Miktar                                 5638786.56/5638786.56
Fiyat                                  0.00026998/0.00027219

**LUNA/USDT**                          2022-05-12 10:39:16 ›
Limit Emri/Al                          Gerçekleştirilen

Miktar                                 25061.07/25061.07
Fiyat                                  0.1376/0.1376

**LUNA/USDT**                          2022-05-12 10:39:02 ›
Limit Emri/Al                          Gerçekleştirilen

Miktar                                 73870.53/73870.53
Fiyat                                  0.13998497/0.14

**XEC/USDT**                           2022-05-12 10:21:18 ›
Limit Emri/Sat                         Gerçekleştirilen

Miktar                                 492232151/492232151
Fiyat                                  0.00002804/0.000028

**XEC/USDT**                           2022-05-12 09:43:31 ›
Limit Emri/Al                          Gerçekleştirilen

Miktar                                 164023949/164023949

| | |
|---|---|
| **From:** | 이상백 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Your Honor |
| **Date:** | Wednesday, December 10, 2025 1:21:34 AM |

Your Honor. I am Lee Sang-baek, working as a national civil servant in Korea. I am an ordinary citizen who lives hard every day as the husband of a woman and the father of three children.

I bought 1,400 Luna coins on November 18, 2021. I can't remember the exact amount because it's old, but it was around 60,000 dollars at the time. And the following year, on March 8, 2022, I bought around 43,000 UST coins.

This is more than my annual salary. So I even took out a loan to buy these coins. But a few months later, I got defecated, and I lost all this money.

My family and I are having very painful days because of this. My loan has yet to be repaid.

If we can recover the damage even now, my family and I can get out of financial pain.

I desperately need the help of a respected judge. I desperately want you to show through this trial that justice exists in this world.

- in faraway Korea -

| | |
|---|---|
| **From:** | Lôc Tào Tiên |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Wednesday, December 10, 2025 2:23:46 AM |

Dear Judge Engelmayer,

I am writing to submit my Victim Impact Statement in the above-captioned case. My name is Tao Tien Loc, and I am one of the many thousands of ordinary people around the world whose lives were shattered by the collapse of Terraform Labs and the UST stablecoin.

Your Honor,

I am not a trader and never wanted to gamble with my money. The amount I lost in May 2022 was more than $60,000 USD – practically everything I had saved in my entire adult life. That money came from years of working overtime, living as frugally as possible, and carefully putting aside every dollar I could for my future and my family's future. I truly believed UST was safe; it was marketed as a stablecoin, the "safest" place to keep money in crypto.

When UST collapsed, the fall was so sudden and violent that by the time I managed to withdraw anything, I was left with just over $4,000 in my hand. In a matter of hours, more than $60,000 – the result of years of sacrifice – simply disappeared.

That single event destroyed everything I had built:

- The full tuition I had saved for my university education
- The emergency fund for my family
- Every plan I had for the next decade of my life

I was left with almost nothing.

The pain did not end with the financial loss. For over two and a half years I have lived with constant guilt, regret, sleepless nights, and a feeling of emptiness that never goes away. My mental and physical health collapsed: panic attacks, uncontrollable shaking, drastic weight loss, and an inability to focus or work properly. I had to drop out of university because I could no longer pay the fees. Job opportunities disappeared because I could not think clearly enough to perform. Everything I had worked for was gone in the blink of an eye.

Your Honor, I am not asking for sympathy. I am asking the Court to understand that Mr. Do Hyeong Kwon's actions did not just affect numbers on a screen – they destroyed real human lives, including mine. Thousands of ordinary victims around the world will never fully recover from what happened.

I respectfully ask the Court to hold Mr. Kwon fully accountable and to impose a sentence that reflects the true scale and permanence of the harm he caused.

Thank you for allowing me to be heard.

Respectfully submitted, Tao Tien Loc Hung Yen, Vietnam Email: ███████████████
Date: December 10, 2025

| | |
|---|---|
| **From:** | shui william |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeon Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Wednesday, December 10, 2025 6:27:06 AM |

Dear Judge Engelmayer,

My name is Tian, and I am writing to share the deep emotional and psychological impact I experienced as a result of the Terra collapse and the actions attributed to Mr. Do Hyeon Kwon. Although I was a young student with limited resources and no special knowledge, the consequences of this event reached far into my daily life, my mental well-being, and my family's stability.

When Terra fell apart, it felt as though a part of my future collapsed with it.

At the time, I was balancing heavy academic pressure—exams, deadlines, and the constant stress of trying to build a foundation for my future. The sudden loss shook me on a level I had never experienced before. I found myself unable to concentrate in class, unable to sleep normally, and unable to keep a steady routine. Even simple tasks felt overwhelming because my mind was constantly filled with fear, guilt, and uncertainty.

My family felt the emotional shock alongside me.

They watched me struggle, unable to understand why I had suddenly become withdrawn, anxious, and constantly tense. Their worry created additional stress at home. Instead of focusing on school and maintaining a normal family environment, we were dealing with fear, confusion, and emotional exhaustion. Seeing my parents worry about me was heartbreaking, and it made the emotional burden even heavier.

What affected me most was the sense of betrayal.

As an ordinary participant, I trusted the information presented by Terra's leadership. I believed the project was stable, truthful, and guided by people acting responsibly. Learning that this trust had been misplaced was devastating. It changed the way I see financial systems, technology platforms, and even my own ability to make decisions. I became more fearful, hesitant, and anxious—feelings that still follow me today.

I also want to emphasize that the Terra collapse did not only harm individuals like me. It affected countless people and families across the world. Many experienced extreme distress, deep emotional turmoil, and long-lasting instability. The global impact serves as a powerful reminder that decisions made by those in positions of influence carry real human

consequences for ordinary people who placed their trust in them.

I also respectfully ask the Court to recognize the seriousness of the harm caused by Mr. Kwon's actions. The emotional, psychological, and financial damage experienced by thousands of ordinary people, including myself and my family, reflects the profound consequences of his decisions. In light of this, I believe a meaningful and appropriate sentence is necessary to ensure accountability and to uphold justice for all those whose lives were disrupted by this collapse.

Respectfully,

Tian

| | |
|---|---|
| **From:** | Попков Артем |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] mail |
| **Date:** | Wednesday, December 10, 2025 4:38:14 AM |

Dear Judge Engelmeier,

I hope this letter finds you well. I am writing to provide some context regarding my current financial situation and its connection to the recent collapse of the UST stablecoin.

As you may be aware, the sudden failure of UST caused significant losses for many investors, including myself. Unfortunately, this event severely affected my family's financial stability. Due to these unforeseen circumstances, I was forced to take on a debt in order to cover ███ ████████████████████████████████████

This situation has been extremely difficult for us, as we are now managing both the emotional and financial burdens. I kindly ask for your understanding regarding my case, considering the impact that the collapse of UST has had on our household.

Thank you very much for your attention and consideration.

Sincerely,
Tim Popkov

## Victim Impact Statement

Honorable Judge Engelmayer,

My name is Fatih Cenk Tuncay, and I am submitting this statement as a victim of the collapse of Terraform Labs and the actions committed under the leadership of Do Hyeong Kwon. At the time of the collapse, I held UST stablecoins valued at approximately $71,000, which were intended to remain pegged to the U.S. dollar. The sudden and catastrophic de-pegging of UST caused me substantial financial and emotional harm.

The economic losses alone were devastating for me and my family. We went through a very difficult period financially, trying to recover from the unexpected disappearance of funds that represented years of careful saving and planning. However, the emotional and psychological harm has been even more profound.

In the aftermath of the collapse, I experienced a severe loss of confidence in myself and my financial judgment. This event triggered significant psychological distress, including anxiety, panic, and a persistent sense of fear about the future. For a period of time, I was unable to function normally in my daily life and required medical treatment, ███████████████████ ████████████████████, to stabilize my mental health. These symptoms also affected my family, who had to support me during an extremely difficult time.

The impact of these crimes continues to be felt today. The financial setback, combined with the emotional strain, has changed the way I make decisions and has left a lasting mark on my sense of security. I trusted the statements made about UST being stable and safe, and I relied on that trust when making my investment. That trust was violated, leaving consequences that reached far beyond monetary loss.

I respectfully ask the Court to consider the deep, long-lasting harm suffered by victims like myself when determining an appropriate sentence for Mr. Kwon. What happened was not just a financial failure—it profoundly affected the lives, well-being, and futures of countless individuals around the world.

Thank you for your attention and for allowing victims to be heard in this process.

Sincerely,

Fatih Cenk Tuncay

Turkey