# EXHIBIT L

| | |
|---|---|
| **From:** | agostino.silvestre |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Thursday, December 11, 2025 1:04:27 AM |

Your Honor,

Thank you for allowing me the opportunity to share how the defendant's actions have affected my life. I respectfully submit this statement as someone who was harmed by the events connected to Terraform Labs and Do Hyeon Kwon.

The financial impact on me has been significant. I invested funds that I believed were safe and supported by credible representations. When the collapse occurred, I faced losses that created serious stress and long-term consequences for my personal financial stability. This was not just a matter of market risk; it disrupted plans I had for my future and forced me to make difficult decisions that I would never have faced otherwise.

Beyond the financial harm, the emotional impact has been substantial. The uncertainty, fear, and sense of betrayal affected my daily life for months. I experienced anxiety, loss of trust in financial systems, and a constant feeling of instability. These effects also extended to my family, who shared the stress of the situation and its consequences.

I understand that no sentence can undo the harm that was done. However, I believe accountability matters—not only for those who were directly affected, but to protect the public and reinforce the importance of honesty and responsibility in financial markets. I hope the Court considers the real human impact behind this case when determining an appropriate sentence.

Thank you for your time and for considering my statement.

Respectfully,

Agostino Silvestre

| | |
|---|---|
| **From:** | Aykut Akbulut |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement - United States v. Do Hyeon Kwon |
| **Date:** | Thursday, December 11, 2025 2:57:29 AM |

Your Honor,

I am one of the many individuals who trusted the Terra ecosystem based on representations that UST was a stable, secure asset. I invested my hard-earned savings-around $30k —believing in the promises of stability and safety. When the system collapsed, I lost nearly everything.

This was not just a financial loss. It caused severe emotional distress, sleepless nights, and strained my family relationships. I had planned these funds for long-term security, and instead, I faced uncertainty and anxiety. The fraud shattered my confidence in financial systems and left me questioning my judgement.

I urge the Court to recognize the profound harm caused—not only to me but to thousands globally-and to impose a sentence that reflects the gravity of these actions. Accountability matters, not just for justice, but to restore trust and deter future misconduct.

Respectfully,
Aykut Akbulut

9 Aralık 2025 Salı tarihinde ████████████████████████ ████████████████████████████████ yazdı:

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ████████████████  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ███████████████████

Thank you.

████████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Attila Ayyildiz |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeon Kwon |
| **Date:** | Wednesday, December 10, 2025 8:34:49 PM |

To the Honorable Judge Engelmayer,

My name is Ayyildiz Attila, and I am writing as a victim of the Terra/LUNA collapse. At the peak, my holdings were worth around $800,000, and after the collapse, I suffered losses between $400,000 and $500,000. These losses have had lasting consequences on every part of my life.

Background

I come from a poor background and everything I built came from working extremely hard. I worked long days, and late at night I researched and invested, trying to escape poverty and build a better future.
Through years of sacrifice, I managed to rise from nothing to financial stability.

Then, in a matter of days, I returned to poverty again.

The emotional damage of experiencing poverty → success → poverty is indescribable.

Health and Emotional Impact

I suffered severe depression, insomnia, and stress-related weight gain.
This collapse happened while I was ███████████████████, and the combined trauma pushed me into isolation and destroyed my confidence.
The stress affected my family relationships and my ability to function normally.

Financial Impact

My savings, my future, and the results of years of sacrifice disappeared.
I struggled to keep up with payments and responsibilities, and everything I had worked for was erased.

On Responsibility

I want to express something very important:

The person being judged in this courtroom is not the true architect of the destruction.

Yes, Do Kwon made mistakes.
Yes, he should face judgment for his role.

But the collapse of Terra/LUNA was not the result of one man. It was the result of powerful financial entities with enormous resources who used their influence, coordination, and capital as financial weapons to attack the system and profit from its destruction.

These actors:

Had billions of dollars at their disposal

Coordinated massive attacks and manipulations

Triggered the death spiral

Profited while ordinary people lost everything


And today, they remain unmentioned, unseen, and untouched by justice.

Some of them may even receive compensation — despite being the very forces that exploited the system, accelerated the collapse, and caused immeasurable human suffering.

This case risks judging the visible figure while ignoring the hidden system.

The real problem is a much darker financial machinery operating in the shadows, far beyond the individual standing before this Court.
What happened was not an accident; it was an exploitation carried out by entities with enough power to crush entire communities without consequence.

Do Kwon should answer for his actions, but he is not the one who destroyed billions in value, lives, and futures.
He is simply the one standing in the spotlight, while the true orchestrators remain in the dark.

Closing Statement

I ask the Court to recognize the devastating impact this event has had on victims like me, but also to acknowledge that Terra/LUNA collapsed not just because of one person's decisions — but because of powerful actors who weaponized financial tools against ordinary people.

Judge Engelmayer, I ask you to consider that the person you see in this courtroom represents only a part of the truth.
The deeper, darker forces responsible for this tragedy are still out there, unexamined.

Respectfully,
Ayyildiz Attila
From France

| | |
|---|---|
| **From:** | bee b |
| **To:** | ████████████████ ; Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement / Submission - Kwon, 23 Cr. 151 (PAE) (Terraform Labs Fraud) |
| **Date:** | Thursday, December 11, 2025 5:39:44 AM |

**\*Victim Impact Statement / Submission**

Re: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)\*\*

**To:**
Victim/Witness Unit
United States Attorney's Office
Southern District of New York
(Email: ████████████████)

**Subject:** Victim Impact Statement Concerning Losses Caused by Do Hyeong Kwon / Terraform Labs

Dear Sir or Madam,

I am submitting this statement as an individual who suffered significant financial and personal harm resulting from the misconduct attributed to Do Hyeong Kwon and Terraform Labs, including the collapse of the cryptocurrencies TerraUSD (USTC) and LUNA. I respectfully request that my information be considered as part of the victim notification and assessment process in the above-referenced case.

**1. Financial Losses**

I invested in USTC and LUNA based on the public claims made by Terraform Labs and Do Hyeong Kwon regarding the stability, reliability, and technological soundness of the Terra ecosystem. These representations led me to believe that the protocol was robust, secure, and designed to maintain stability.

As a result of the collapse of USTC and LUNA, I suffered substantial monetary losses. These losses had a direct and lasting impact on my personal finances and overall well-being.

**2. Emotional, Psychological, and Social Harm**

The financial collapse caused more than economic damage. It also resulted in:

• Severe stress, anxiety, and emotional distress
• A persistent sense of hopelessness and discouragement about the future
• Feelings of being deceived and exploited
• Long-lasting family tensions, including criticism, diminished trust, and repeated arguments related to these losses

6

These effects have interfered with my daily functioning and my emotional stability.

**3. Additional Harm Related to Binance**

At the time of the collapse, I executed my transactions through the Binance exchange. I believe that Binance's actions (or lack of action) contributed to the extent of my losses. Specifically:

• Binance did not suspend trading during the crisis.
• Binance did not prevent users from making transactions under extremely abnormal market conditions.
• Binance failed to provide accurate, timely, or clear information to customers.
• Customer support responses were inadequate and did not address the seriousness of the situation.

These factors led to increased losses and deepened the negative impact on me.

I understand that the primary focus of this case is the conduct of the defendant, Do Hyeong Kwon. Nevertheless, I wish to document that some of my losses were aggravated by the actions of the exchange through which I conducted my trades.

**4. Accountability and Request for Criminal Consequences**

Based on the harm I suffered, the misleading representations made to the public, and the widespread damage inflicted on countless victims, I firmly believe that the individuals responsible for these actions should be held fully accountable under the law. I respectfully request that the Court and the United States Attorney's Office pursue all appropriate criminal penalties and consequences for the misconduct committed. The scale of the harm and the deceptive nature of the conduct warrant a clear legal response to ensure justice for victims and to deter similar wrongdoing in the future.

**5. Request for Victim Status and Future Notification**

I respectfully request:

• To be recognized as a victim under the Crime Victims' Rights Act;
• To receive timely notifications about developments in this case;
• To exercise my right to be heard and kept informed regarding any plea, sentencing, or restitution-related proceedings; and
• To have my losses considered in any future restitution process, should one be established.

I declare that the information provided here is true to the best of my knowledge. Please advise me if any further documentation, transaction records, or identification are required.

Thank you for your attention to this matter and for ensuring that the rights of victims are protected throughout this process.

Sincerely,

**[Full Name] - Besim BİCER**

**[Your Address / Country] -** ███████████████████████████████

**[Your Email] -** █████████████████

**[Your Phone Number] -** ████████████

 **[My CLC Form ID]-** ████████████

| | |
|---|---|
| **From:** | Brad M |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] victim impact statement Do Kwon |
| **Date:** | Thursday, December 11, 2025 3:16:33 AM |

`hello,

I am ██, married with 2 children. i lost $220,000 when UST crashed. I assume part of the blame - earnin 20% APY on a 'stable' coding seemed to good to be true and I should have ealised that at the ime.

Impact summary

1. I was recently diagnosed with ███████████████████████████████████
2. BEfore i go, i want to enure my  children grow up on a safe, cozy home
3. I don't have enough  money to purchase that home due to my losses
4. I am in a ciivil acttion suit with other victims against Do Kwon and TFL in Singapore but they refused to settle (I agreed to 50%)
5. I am unable to work during ██████████████ and my wife's salary isn't enough to cover all the bills (rent is over 2k,while a mortgage would be 1.3k but we lack the down payment due to the UST crash)

In summary, my entire family is greatly impacted in the immediate and long term

Happy to answer any questions.

Kind regards,
Bra

| | |
|---|---|
| **From:** | bilalou DJAFALO |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | terraforminfo@noticing.ra.kroll.com |
| **Subject:** | [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Wednesday, December 10, 2025 8:49:10 PM |

Dear Mr Defendre,

I am writing as a victim of the Terraform Labs fraud, specifically the collapse of UST and the Anchor protocol.
The loss of my funds has had a devastating and lasting impact on my life. Prior to investing, I had built a stable foundation for myself and was in the process of launching several business ventures.
The sudden and total loss of my investment not only derailed my entrepreneurial plans but also left me unable to pay salaries to my team, many of whom relied on me for their livelihood.

In the aftermath, I was forced to take on multiple jobs just to make ends meet. The financial and emotional toll has been immense, and even now, I am still struggling to regain the standard of living I had before this incident. The stress and uncertainty have affected not only my professional life but also my personal well-being and that of my family.

I hope the Court recognizes the real and ongoing harm caused by these actions.

The consequences of this fraud extend far beyond financial loss, they have disrupted lives, shattered trust, and created hardships that continue to this day.

Thank you for the opportunity to share my experience.

I respectfully request that my statement be considered during the sentencing of Do Hyeon Kwon.

Sincerely,
Esso-Dong

On 8 Dec 2025, at 23:16, ██████████████ wrote:

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ██████████████████ .  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ████████████████████

Thank you.

**From:** Floros Flourentzou
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Re: Do Kwon case
**Date:** Thursday, December 11, 2025 2:35:16 AM

Honorable Judge Engelmayer,

I am writing to you and your court to express my financial difficulties and emotional trauma I have experienced due to the fraud and crimes committed by Do Hyeon Kwon, founder of Terra Form Labs.

I have provided a CLC and API document that indicates the amount of UST I purchased on the Binance exchange platform, for an annual interest rate return of approximately 20%.

Shortly after the Luna and UST depeg event. I lost all the usd value of UST stable coin. Which is now worth nothing, like many other owners and investors of the "so called" stable coin, UST.

The event was catastrophic. Making me lose most of my life savings. My marriage was at risk. And on the verge of collapse. The risk of losing my wife, the mother of my newly born child arose, and became greater and greater, within each passing day. Everyday I woke up, I struggled to get out of bed, and return to my occupation, and put my life back together.
As my entire life had been shattered.
Within the passing days, after the UST depeg, I woke up feeling sick with myself and the situation. As my finances were entirely destroyed by this man. I felt deceived, humiliated, ridiculed and scammed by the promise and intention of Do Kwon's algorithmically backed stable coin promise.

Within the passing weeks, months and years, I could not find the finances to support my new to be born child's survival during pregnancy, due to my wife's ██████████████ ████. The ongoing months remained painful to endure and survive, as the cost of my child's survival depended on the survival of my investments, the returns of UST interest rate, and the peg of the UST stable coin's of 1 to 1, to the US dollar.

If it was not for my friends and closest family members, my only and newly born child would not have been alive today. And thus, I would like to urge this court, to bring Do Kwon to justice, and the sentence to restore the crimes and fraud committed by this man.

Yours sincerely,
Flourentzos Flourentzou

Signature: Flourentzos F

Date: 11/12/25

Sent from Outlook for Android

---

**From:** Defendre, Valeen (USANYS) ████████████████
**Sent:** Wednesday, December 10, 2025 4:59:00 PM
**To:** Floros Flourentzou ████████████
**Subject:** RE: Do Kwon case

Hello – please email me your statement as soon as you can. I will forward to the Judge today for tomorrow's sentencing. Thank you.

Regards,

Valeen S. Defendre
Victim Witness Specialist
U.S. Attorney's Office, SDNY
26 Federal Plaza
New York, New York 10278
████████████████
████████████
████████████████

---

**From:** Floros Flourentzou ████████████████
**Sent:** Wednesday, December 10, 2025 8:47 AM
**To:** Defendre, Valeen (USANYS) ████████████████
**Subject:** [EXTERNAL] Do Kwon case

Hi,
My name is Flourentzos Flourentzou. I am a victim of mr. Do Kwon, and I currently live in Cyprus. I would like to submit an impact statement via email to Judge Engelmayer, which describes how this crime impacted me and my family to Judge Engelmayer. Is there a deadline for when I have to do this?
Kind regards,
Mr. Flourentzos Flourentzou

Sent from [Outlook for Android](#)

| From: | Gregory Kaps |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| Date: | Thursday, December 11, 2025 8:05:25 AM |

Dear Judge Engelmayer,

Thank you for the opportunity to submit a statement regarding the impact of the Terra/LUNA collapse on my life and my family.

Before investing in Terra, I exercised what I believed to be responsible due diligence. As I am not a coder, my studies of the mechanics of Terra's Anchor protocol relied heavily on the documentation provided publicly by Do Kwon and the Terraform Labs team. Their repeated assurances and explanations on the stability, safety, and resilience of the system were integral to my decision to invest. Based on those representations, I invested approximately one-third of my total life savings into Anchor.

When the Terra ecosystem collapsed, I lost that entire one-third of my savings. These funds represented years of planning and investing in my and my family's futures: the possibility of moving my family back to my home country, purchasing a home, preparing for my wife's and my retirement, and creating some financial security for our future children. Losing this foundation has had profound, ongoing consequences.

The collapse occurred during a time of personal grief, shortly after the sudden, unexpected passing of my father. The emotional strain of that loss, compounded by the financial devastation that followed,



In addition to this, my family has experienced further hardship. About a year and a half ago, my mother was ███████████████████████████. I traveled across the world back to my home country to care for her. I spent two months by her side during ███████████████ ████████████   This required me to take significant time away from work, which worsened the financial strain created by the Terra collapse. Ultimately, I had to return to work earlier than I wanted, simply because I could not afford to stay to help my mother for longer. Leaving her under those circumstances was extremely painful, and I cannot separate that experience from the financial loss we suffered through Terra.

As a yoga teacher in a major international tourist destination, my profession depends on physical vitality, emotional steadiness, and consistent presence. The depression and stress-related illnesses drastically reduced my capacity to work, leading to a loss of many of my classes and much of my income. For over ten years, my wife has been unable to obtain a work visa in the country where we live, so I have been the predominant provider for our household. Before the collapse, this was manageable. After losing a third of our savings and a significant portion of my work—combined with increased healthcare costs, my mother's ████, and having no nearby family support—the pressure has become severe.

My wife is now pregnant with our first child. As we prepare for the responsibilities of raising a

family—including healthcare, education, housing, and long-term stability—the money we lost takes on an even greater significance. The financial and emotional impact of the Terra collapse continues to shape our daily lives and our future in very real ways.

I am grateful to the Court for considering the experiences of victims like myself, and I appreciate the opportunity to have my story included in the record.

Respectfully,
Gregory Kaps

| | |
|---|---|
| **From:** | 류제학 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Your Honor |
| **Date:** | Thursday, December 11, 2025 3:03:41 AM |

Your Honor

My name is Jaehak Ryu and I live in South Korea...

I am one of the victims of this Kwon Do's scam...

I was contacted that there was a sentence of Kwon Do this time....

In April 2022, I had $20,000 for my father's ███████████████████
██████, and I purchased the UST made by Kwon Do from Binance and deposited it in Binance with the desire to receive a little more interest, and I received about 20% of the interest per year for about a month, but due to the de-pegging, my UST became trash in an instant and lost about $10,000... In fact, when Kwon Do promoted the UST, he promoted it as a stable coin, and when he deposited the UST, he had to wait about three days for it to be withdrawn, so I was unable to withdraw it at will even if he became a de-pegging... I hope that the judge will consider the victim's feelings like me and impose a heavy sentence on the defendant Kwon Do, and will decide on my damages of $10,000... My father died in this incident and I'm living in hell day by day, night by night, not forgetting what happened then.....thank you

-----Original Message-----
**From:** ███████████████████████████████
**To:** ██ ████████████████████
**Cc:**
**Sent:** 2025-12-09 (화) 07:16:24 (GMT+09:00)
**Subject:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form.  Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer

Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ████████████████████ The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ████████████████████

Thank you.

████████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007
Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Joyce |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Kwon sentencing |
| **Date:** | Thursday, December 11, 2025 1:04:48 AM |

Hello Judge,

I have been in crypto since 2017.  Kwon Do should not be punished.  We knew the risk and accepted the consequences when we invested.   Crypto as an emerging technology is highly risky but we were willing to take the risk for the high reward.

How anyone can now blame it on someone else is ridiculous.  People today always want to blame someone else.   I am now ▮ years old and I knew what I signed up for and so did the others.

I dont believe Kwon Do was malicious I believe he got caught up in an issue with us.  This is why I dont believe he should be punished.

A generation of irresponsible people that believe they are entitled has been created because they just sue everyone when their choices dont bear the fruit they expect.  The courts have created these monsters and it needs to stop or our society will continue sliding down.

Joyce Arbic

Yahoo Mail: Search, Organize, Conquer

| | |
|---|---|
| **From:** | 김창헌 |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Wednesday, December 10, 2025 8:33:51 PM |

Subject: Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151)

Dear Ms. Defendre,

I am a victim in the case United States v. Do Hyeong Kwon. I respectfully submit this victim impact statement for consideration at the sentencing scheduled for December 11, 2025.

In 2022, I suffered a financial loss of approximately 50 million Korean won (about 38,000 US dollars) due to Mr. Kwon's fraudulent actions. This loss has caused severe emotional distress and completely devastated my life.

I am a parent of two children, and after losing this money, our family's financial stability collapsed. It has been extremely difficult to cover basic living expenses. Since then, I have struggled with constant anxiety, stress, and depression. The damage to my financial well-being and mental health has been overwhelming, and the trust I once had in financial systems was shattered.

I sincerely ask the Court to take into account the suffering experienced by victims like myself when determining the sentence for Mr. Kwon.

Thank you for your time and consideration.

Sincerely,
kimchangheun

**From:**     Mariesacer
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] Do Kwon victim statement
**Date:**     Wednesday, December 10, 2025 5:55:51 PM

Dear Judge Engelmayer,

I am writing to inform the court of the impact Do Kwon had on my family and myself during and after the collapse of Terra. I had never invested serious money prior to Luna but after being educated on the Terra Luna ecosystem by a family member, I was completely on board with the stability and efficiency of the blockchain. I invested countless hours of my time listening to podcasts and watching videos learning how to make the most of my investments. The more time I invested the more money I invested. I invested in new protocols on the system and my days were consumed with all things Terra. I shared my knowledge with friends and family, wanting them to also be part of something great. I was convinced that I was on the ground level of something big and that I would be providing generational wealth for my family. I ended up withdrawing over 100,000 from my 401k and paying the early withdrawal penalty fees because I believed in the long term success of Terra. I never took any profits on the money I had invested. I lost everything in the collapse. When the collapse was happening I still had faith in Luna and was actually still trying to purchase more Luna. I am still in debt over the poor decisions I made during that time, due to my beliefs in the greatness of the ecosystem. The monetary loss was painful but the physical and mental anguish that followed was much worse. It took a few years to recover from the guilt, embarrassment, anxiety, and the sick to my stomach feeling I constantly had. I was very depressed. I try not to think about it anymore but knowing in the back of my head that I no longer have a retirement account can still bring back all those negative emotions. I cannot change my past decisions to invest in this cryptocurrency but I do hope that Do Kwon will realize the amount of pain and loss he caused to so many.

Thank you for your time,
Marie Locascio

| | |
|---|---|
| **From:** | Marijo Jularic |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] terra fraud |
| **Date:** | Thursday, December 11, 2025 4:52:07 AM |
| **Importance:** | High |

Hello

I received information to contact you regarding the funds I invested in the TERRA or USTC network.

My name is Marijo Jularić. I am from Slovenia.

I would just like to say that my family and I believed in the promises of TERRA and at that time we invested quite a bit of our savings in USTC.

The loss was unjustifiably high and this had a significant financial impact on our future lives.

I hope that through kroll.com we get the defrauded funds back.

thank you
best regards

Marijo

| | |
|---|---|
| **From:** | Mohammed Mkadmi |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) |
| **Date:** | Thursday, December 11, 2025 6:56:16 AM |

Dear Ms. Defendre,

My name is **Mohammed Mkadmi**, and I am an individual investor from **Morocco**. I am writing as a victim in **United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)** to provide a victim impact statement for the Court's consideration at sentencing.

I submitted a **Terraform Labs Crypto Loss Claim** through the Kroll Online Portal in connection with the Terraform bankruptcy. My claim relates to losses I suffered on Terraform-related cryptocurrencies held on my **Binance** account (User ID ███████ and is documented in the claim I filed, with supporting Binance account statements and transaction history.

## Financial impact

The Terraform collapse destroyed **essentially all of my invested savings**. In total, I lost approximately **$127,000 USD**. This was not speculative money that I could afford to lose. It represented **all the money I had**, saved over years of hard work.

When Terraform and its tokens collapsed, the value of my holdings fell from about **$127,000 USD to less than $2**. In one night, everything I thought I had built for my future was essentially wiped out. I went from feeling that I was finally building a base for my life to having almost nothing left.

Because of this, I have spent the last several years trying to recover from a financial hole that I did not create. I have had to delay or abandon important personal and family plans, and I am still dealing with the consequences today.

## Reliance on Terraform's and Mr. Kwon's statements

I invested in Terraform-related cryptocurrencies because I believed what Terraform and Mr. Kwon were publicly saying about the **stability and safety** of their system, especially the idea that their products were innovative, reliable, and could be trusted for long-term saving and investing.

I did **not** have any inside information. I relied on public statements and the image that Terraform and Mr. Kwon presented to the world. Had I known the truth about the risks and misrepresentations, I would never have invested my life savings in this ecosystem.

## Emotional and psychological impact

The emotional impact on my life has been severe and long-lasting:

- I have lived with **constant stress and anxiety** for years after the collapse.

- I often replay my decisions in my head, blaming myself even though I was misled by false claims.

- I have had difficulty sleeping, concentrating, and feeling any sense of stability about my future.

- My trust in financial systems, in companies, and in people who present themselves as innovators and leaders has been deeply damaged.

In simple terms, this crime has **broken my life by more than 90%**. I went from having hope and a plan for the future to feeling like everything I built had been wiped out in an instant. The psychological burden of that loss has stayed with me every single day.

## Request to the Court

I respectfully ask Judge Engelmayer to:

- Consider the **real human impact** of Mr. Kwon's conduct on victims like me, whose entire savings and future plans were destroyed.

- Impose a sentence that reflects the **seriousness of the harm** done to thousands of ordinary people around the world, including those of us outside the United States who trusted Terraform's promises.

- Wherever possible under the law, prioritize **restitution and accountability**, so that victims have some chance of recovering even a portion of what we lost.

If you require any additional information or documentation about my losses (for example, the Binance statements or materials I submitted in my Terraform Labs Crypto Loss Claim), I will do my best to provide it upon request.

I understand that no sentence and no process can fully repair what has been taken from me, financially and emotionally. But it is very important to me that the Court knows that behind the numbers and charts there are real people whose lives have been deeply damaged by this fraud.

Thank you for taking the time to consider my statement and for the work your office has done to seek justice in this case.

Sincerely,
**Mohammed Mkadmi**
Morocco

**From:** murat esin
**To:** ████████████ Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:** Wednesday, December 10, 2025 7:23:20 PM

Your Honor, hello

My name is Murat Esin and I am a victim of Do Hyeon Kwon. I invested cryptocrossness (30250 UST = 30250 USD) in hope to increase my money for my daughter's education. I put all of my money into this, but unfortunately I lost a significant amount of money as a result.

My daughter is living in the United States far away from me. While I am living in Turkiye I am trying to support my daughter's education. Because of the economic reasons I am struggling, for us dollars usually keep increasing and at the same time, my expenses are also increasing and this is even more difficult. I bought this money for our future, while I need the money when I am in a financial struggle. I am always thinking about when I am going to wait my money. I am not able to spend time with my family while my mind is always busy with that.
This situation also affected our psychology, losing this amount of money made me weak and hopeless. Not only me, but my family too. They can see I am not mentally okay too and I needed therapy. For years, I have been struggling to remain positive. Although my daughter is trying to bring me happiness back, I am having difficulties providing her the best possible education. I have had to take out bank loans to provide for my family.
When I heard Do. Kwon. has been arrested, I felt hopeful a long time later. Because finally I found a chance to recover my loss. And spend on my daughter's education and stop taking bank credits.

The money I deposited at the time was 30,250 US dollars, which is now approximately equivalent to 320 US dollars. I haven't exchanged it; it's remained in my account since the day I received it, hoping to receive a refund. I have previously provided you with all my information in the most transparent way and in the manner requested, including file number ████████████ I even provided all my bank statements and Green Card information. I am also ready to provide any additional information and documents requested. I was misled because they stated that the dollar equivalent was the same, and unfortunately, I became a victim of such an error in order to cover my daughter's university expenses. I trust in American justice and expect compensation for my losses. I have not received any refund so far. Respectfully submitted for your information.

████████████████

iPhone'umdan gönderildi

murat esin ████████████████ şunları yazdı ████████████████

Your Honor, hello

My name is Murat Esin and I am a victim of Do Hyeon Kwon. I invested

cryptocrossness (30250 UST = 30250 USD) in hope to increase my money for my daughter's education. I put all of my money into this, but unfortunately I lost a significant amount of money as a result.

My daughter is living in the United States far away from me. While I am living in Turkiye I am trying to support my daughter's education. Because of the economic reasons I am struggling, for us dollars usually keep increasing and at the same time, my expenses are also increasing and this is even more difficult. I bought this money for our future, while I need the money when I am in a financial struggle. I am always thinking about when I am going to wait my money. I am not able to spend time with my family while my mind is always busy with that. This situation also affected our psychology, losing this amount of money made me weak and hopeless. Not only me, but my family too. They can see I am not mentally okay too and I needed therapy. For years, I have been struggling to remain positive. Although my daughter is trying to bring me happiness back, I am having difficulties providing her the best possible education. I have had to take out bank loans to provide for my family.
When I heard Do. Kwon. has been arrested, I felt hopeful a long time later. Because finally I found a chance to recover my loss. And spend on my daughter's education and stop taking bank credits.

The money I deposited at the time was 30,250 US dollars, which is now approximately equivalent to 320 US dollars. I haven't exchanged it; it's remained in my account since the day I received it, hoping to receive a refund. I have previously provided you with all my information in the most transparent way and in the manner requested, including file number ███████████████ I even provided all my bank statements and Green Card information. I am also ready to provide any additional information and documents requested. I was misled because they stated that the dollar equivalent was the same, and unfortunately, I became a victim of such an error in order to cover my daughter's university expenses. I trust in American justice and expect compensation for my losses. I have not received any refund so far. Respectfully submitted for your information.

███████████████████

iPhone'umdan gönderildi

███████████████████████████████

01:16):

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025

the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ███████████████████ The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ███████████████████

Thank you.

███████████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Natalia Elheim |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Statement Do Kwon |
| **Date:** | Thursday, December 11, 2025 8:06:09 AM |

Dear Judge Engelmayer,

My name is **Natalia Elheim**, and I am submitting this victim impact statement in connection with the sentencing of **Do Kwon**, relating to the collapse of Terraform Labs and the losses suffered by thousands of investors worldwide.

I am one of the individuals directly harmed by Mr. Kwon's actions. As a result of the fraudulent misrepresentations surrounding TerraUSD (UST) and LUNA, I personally lost **over 35,000 USD**. This was a significant portion of my savings and was money I had set aside for long-term financial security for myself and my family.

The impact of these losses has been profound:

- **Financial Harm:** The collapse destroyed years of careful savings. It affected my ability to plan for future expenses, including housing, family support, and emergency funds. Recovering from this loss has been extremely difficult.

- **Emotional and Psychological Impact:** The shock and confusion caused by the sudden devaluation of UST/LUNA severely affected my mental well-being. For months, I experienced anxiety, stress, and sleepless nights, constantly trying to understand how this could happen and whether I could recover financially.

- **Loss of Trust:** Perhaps most damaging has been the erosion of trust in financial systems, digital assets, and the belief that regulatory protections could prevent such large-scale deception. Mr. Kwon's public statements, which now appear knowingly misleading, played a direct role in my decision to participate in the Terra ecosystem.

- **Long-Term Consequences:** This event has forced me to delay important personal and family plans. I also spend considerable time and emotional energy coping with the feeling of having been misled and taken advantage of.

I respectfully ask the Court to take into account the real and lasting harm that Mr. Kwon's actions have inflicted on ordinary people like me. I hope that the sentencing reflects the gravity of the misconduct and provides some measure of accountability for the devastation caused.

Thank you for considering my statement.

Respectfully,

*Natalia Elheim*

| | |
|---|---|
| **From:** | Oliver Mertens |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] AW: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Thursday, December 11, 2025 4:59:17 AM |

Dear,

Here's my victim impact statement for Judge Engelmayer :

„
*Honorable Judge Engelmayer,*

*My name is Oliver Mertens, and I am writing to share how the actions of Terraform Labs have deeply impacted me and my family. I invested in TerraUSD (UST) because I wanted to support blockchain technology, which I believed could positively change the financial world. Terraform Labs marketed UST as a stable coin, promising it would remain pegged to one U.S. dollar. I trusted those assurances, believing I was contributing to a safer, more innovative financial future.*

*Financially, the savings we lost were intended to buy a house — a home where my wife, my two small children, and I could feel secure and build our future. That dream has been taken from us. Instead of moving forward with stability, we are left facing uncertainty, forced to delay or abandon plans that were central to our lives.*

*Emotionally, the stress has been overwhelming. My family has endured sleepless nights, anxiety, and a sense of betrayal. What was once a hopeful investment turned into a source of fear and instability. It has strained our relationships and shaken our trust in financial institutions and innovation. As parents, we carry the added burden of trying to shield our children from the insecurity and stress that this situation has created.*

*Socially, we feel isolated and hesitant to participate in opportunities that once excited us. The damage is not only monetary—it is a loss of confidence, stability, and peace of mind. The collapse of Terraform Labs has left us questioning whether we can ever rebuild the security we once thought was within reach.*

*I respectfully ask the Court to consider the human cost of these crimes. Behind every number in this case are families like mine, with young children, who continue to live with the consequences. Accountability and restitution are essential for us to begin healing and to restore some measure of trust in the systems that failed us.*

*Thank you for your attention and for allowing victims to have a voice in this process.*

*Sincerely,*
*Oliver Mertens*

„

Even though it's painful, I would speak to the Judge Engelmayer to describe my personal impact.

Kind regards

Oliver Mertens

---

**Von:** ███████████████████████████████

**Gesendet:** Montag, 8. Dezember 2025 23:16

**An:** ████████████████████████

**Betreff:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form.  Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to ████████████████████  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email ███████████████████

Thank you.

████████████████████

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Kevin Lampon |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] VICTIM IMPACT STATEMENT: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE) - Claimant Regarding Retirement Fund Devastation |
| **Date:** | Wednesday, December 10, 2025 7:38:14 PM |

Dear Judge Engelmayer and the Office of the U.S. Attorney,

Please accept this email as my formal **Victim Impact Statement** regarding the sentencing of the defendant, Do Hyeong Kwon.

I was a direct victim of the Terraform Labs fraud, resulting in a devastating loss exceeding **$135,000** from my personal savings and **retirement funds**.

## The Profound Impact of This Crime

The financial loss I suffered is not merely an unfortunate investment; it is the **theft of my future security and peace of mind**. My retirement funds represented decades of diligent saving and sacrifice—the foundation I built for my later years.

1. **Financial Ruin:** The loss of over $135,000 has been **catastrophic**. It has fundamentally altered my financial future, forcing me to confront the stark reality of having to work far longer than planned, potentially compromising my health and quality of life in old age. I am now facing profound uncertainty regarding my ability to maintain financial independence.
2. **Emotional and Psychological Trauma:** The emotional fallout has been relentless. The daily anxiety, the feeling of utter betrayal, and the shame of being scammed have taken a serious toll on my mental health. This distress has not been confined to me; it has been **deeply destabilizing for my entire family**, creating significant stress and fear about our stability.
3. **Betrayal of Trust:** This crime was carried out through calculated lies and promises of stability. The defendant's actions were not a business failure; they were a **systematic betrayal of trust** that targeted ordinary people relying on the integrity of his platform.

## Plea for Justice

I urge the Court to recognize the **gravity and far-reaching cruelty** of the defendant's actions. The loss he inflicted on me and countless others like me extends far beyond a balance sheet; it is a human loss measured in stolen futures, sleepless nights, and shattered dreams.

I respectfully request that the Court impose a sentence that reflects the severity of this criminal conduct, provides a meaningful deterrent to others who would exploit and deceive the public, and acknowledges the **irreversible damage** inflicted upon me and my family.

Thank you for your consideration of the profound and serious impact these crimes have had on my life.

Sincerely,

**Palita Srisaikham**

| | |
|---|---|
| **From:** | Kristina O |
| **To:** | Terraforminfo@ra.kroll.com |
| **Cc:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Refund and Notice of Sentencing of Do Hyeon Kwon |
| **Date:** | Thursday, December 11, 2025 8:27:50 AM |

I am writing regarding the fraudulent actions of Terraform's founder, the details provided in submitted CLC form via ██████████████ Those actions have resulted in the loss of my personal funds. This situation has been extremely difficult for me — the loss has had a profound impact on both my financial and emotional well-being.

What happened has shaken my sense of stability and security, and has created significant challenges in managing my everyday obligations. It is very important for me to seek justice and recover my money, as its absence continues to cause substantial stress and hardship.

I respectfully ask the court to consider the seriousness of my circumstances and assist in restoring my rights. Recovering these funds is of utmost importance to me and is essential for regaining stability and peace of mind in my life.


Kind regards

Raman

████████████████████

**From:** Remo Gentile
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Do Kwon Scam
**Date:** Thursday, December 11, 2025 7:19:17 AM

Do Kwon was not able to be straight work hard to become successful as his father. Do Kwon had to cheat and wreck thousands, if not tens of thousands, of lives to try to make something work. It was a game to Do Kwon and people suffered at his expense to do everything possible but the right things to match or succeed the level of success his father had and expected of his son. Do Kwon is a financial thief and financial theft is the worst crime because many victims would rather die and yet they have to live with it forever. Do Kwon's victims now have to live a life not ever knowing what life could have been if they had rather not fallen into the trap of a child trying to impress his father.

| | |
|---|---|
| **From:** | Renan Cardeal |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Do Kwon, Terra Classic Luna, Judge Paul A. Engelmayer |
| **Date:** | Thursday, December 11, 2025 2:49:57 AM |

hereby declare that I was directly affected by the financial losses resulting from the collapse of the Terra ecosystem, involving the LUNA and UST assets. The abrupt fall of these assets caused significant financial damage to myself and to countless other investors worldwide, many of whom relied on the information, structure, and promised stability of the UST token.
In light of the ongoing legal proceedings and the publicly known accusations involving Do Kwon and other individuals responsible for the Terra project, I believe that any eventual sentencing — while fully respecting due process and the decisions of the competent authorities — should consider financial accountability measures. Among these measures, the confiscation of assets and funds linked to the defendants could be included, with the purpose of allocating such resources toward compensating those who were harmed.
I also believe that, if deemed appropriate by the authorities, part of these resources could be transparently directed toward mechanisms that support the recovery of the ecosystem, such as the burning of remaining tokens. Although this would not fully reverse the losses suffered, such an action could help restore a minimal level of value to the token and serve as a complementary reparatory measure for affected investors.
I reaffirm that this statement reflects my personal position as a victim of these events and aims to advocate for fair and proportional measures, always within the boundaries of the law and under the supervision of the responsible authorities.

| | |
|---|---|
| **From:** | Sean Beyke |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Regarding United States v. Do Kwon / Terraform Labs |
| **Date:** | Wednesday, December 10, 2025 10:54:02 PM |

Your Honor,

My name is Sean Beyke, and I am one of the countless ordinary people whose life was devastated by the collapse of TerraUSD and LUNA. Between January 28, 2022, and August 17, 2022, I entrusted my savings to Terraform Labs' ecosystem — across Avalanche, Fantom, and Terra Classic — because I believed what I was told: that TerraUSD was stable, safe, and reliable. That it was backed by intelligent design, strong principles, and honest leadership.

I was financially vulnerable at the time. I was trying to complete my college education, juggling bills, responsibilities, and the pressure of trying to build a future for myself. When I found UST and Terra, they appeared to be exactly what I needed — a safe place to house the small amount I had worked so hard to save. And Mr. Kwon presented himself as someone who deserved trust. Someone brilliant. Someone confident. Someone who spoke with such certainty about the stability of his system that many of us, including me, believed him without hesitation.

My total loss was $11,399.68. To some, that is just a number on a page. But to me, it was years of effort. Money saved through sacrifice. Money meant for tuition, groceries, gas, and the basic security I desperately needed. Watching it evaporate — literally overnight — was one of the most terrifying experiences of my life. I felt helpless, ashamed, and deeply betrayed.

This wasn't just a financial loss. It was the destruction of stability I barely had to begin with. It created tension and anxiety in my family. It forced us into financial hardship we were unprepared for. Plans were delayed. Opportunities were lost. And the stress — the constant stress — lingered long after the collapse. There were nights I couldn't sleep because the fear and regret sat like a weight on my chest.

But even with all of that, I know my story is just one of thousands.

The collapse of TerraUSD and LUNA erased over $40 billion in value. That is not an abstract statistic. That is millions of dreams crushed. People who lost homes, retirements, businesses, life savings, and in some cases — their sense of hope.

It is impossible to quantify the emotional trauma of so many people realizing that someone they trusted had misled them. That someone they believed in had knowingly built a system that was never as safe as he claimed it to be. The cruelty of that betrayal cannot be overstated.

And yet, the amount Mr. Kwon has agreed to forfeit — around $19 million — feels like a cruel joke in comparison. It is a tiny fraction of what was destroyed. It does nothing to restore the futures that were taken. It does not come close to representing the scale of the damage inflicted on innocent people around the world.

Your Honor, what happened was not an accident. It was not a natural market event. It was the consequence of deception — deception that lured vulnerable, hopeful people into believing

their money was safe. People like me.

I ask you, sincerely, to consider the human cost of this tragedy. The fear. The humiliation. The broken plans. The families burdened. The futures derailed. And the sheer scale of a collapse that took billions from people who had no way to protect themselves.

A meaningful sentence is not just about punishment. It is about acknowledging the suffering of tens of thousands of victims. It is about affirming that truth matters, trust matters, and that leaders who misuse the trust of the public on this scale must be held fully accountable.

Thank you, Your Honor, for your time and for hearing my voice.

Sean Beyke

Victim Impact Statement

Re: United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

Submitted to: Hon. Paul A. Engelmayer, U.S. District Judge

Southern District of New York

My name is Erhan Ciloglu, residing in Adana, Türkiye, and I am submitting this statement as a victim of the fraud committed by Mr. Do Hyeong Kwon. I am providing this statement in connection with his sentencing scheduled for December 11, 2025.

I invested in LUNA/UST based on public communications, assurances, and statements made by Mr. Kwon and Terraform Labs. During the collapse, I believed the situation reflected ordinary market volatility and acted responsibly within what I understood to be normal investment risk.

However, the later revelations and criminal proceedings revealed that the collapse was not a natural market event but the result of deliberate manipulation, concealed instability, and fraudulent representations. As a result, I suffered substantial financial loss, wiping out the funds I had invested. I am attaching my Binance transaction logs as evidence of the losses directly linked to this misconduct.

In addition, I submitted an official claim through the Terraform Labs Online Crypto Loss Claim Form. My Claim Number is **████████████ and the review process is still ongoing. This further demonstrates the extent of the financial harm and the administrative burden placed on victims as we continue seeking remedies through formal channels.

Beyond the financial damage, this event caused significant emotional and psychological distress. The misleading reassurances given by Mr. Kwon influenced my decisions, kept me invested, and ultimately led to the complete loss of my investment. This has affected not only my financial stability but also my confidence in financial systems and my responsibilities toward my family.

I respectfully request that the Court consider the extensive harm inflicted on victims like myself, the breach of trust committed by Mr. Kwon, and the long-term consequences we continue to endure.

Thank you for considering my statement.

Respectfully,

Erhan Ciloglu

██████████

████████████████

Attachment: Binance Transaction Log; Terraform Labs Claim Confirmation (Claim No.
████████████████