UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                                            :

UNITED STATES OF AMERICA

                                                            :        ORDER PURSUANT TO

        - v. -                                        18 U.S.C. § 3663A(c)(3)

                                                            :

DO HYEONG KWON,                              S1 23 Cr. 151 (PAE)

                                                            :

        Defendant.

                                                            :
------------------------------------- x

PAUL A. ENGELMAYER, United States District Judge:

Upon the Government's motion in its December 4, 2025 sentencing submission (ECF No. 57), to which DO HYEONG KWON (the "Defendant") consents, and from this Court's review of the Presentence Investigation Report, the sentencing submissions by both parties, and the facts proffered by counsel at the December 11, 2025 sentencing in this matter, this Court finds, pursuant to 18 U.S.C. § 3663A(c)(3), that (1) restitution is impracticable in this case due to the large number of victims, and (2) a determination of each victim's losses "would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process." 18 U.S.C. § 3663A(c)(A)-(B).

Accordingly, it is hereby ORDERED that the Government's motion for a finding that restitution is impracticable in this case is granted.

SO ORDERED.

Dated: New York, New York
        December 12, 2025

                                                            SO ORDERED:

                                                            *Paul A. Engelmayer*
                                                            HONORABLE PAUL A. ENGELMAYER
                                                            UNITED STATES DISTRICT JUDGE