U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 22, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Do Kwon,* S1 23 Cr. 151

Dear Judge Engelmayer:

    The Government respectfully submits the attached additional victim impact statements, received since the sentencing of Do Kwon ("Kwon" or the "defendant"), as Exhibits O and P. Exhibits O and P consist of approximately 35 victim letters. To the extent additional victim letters addressed to the Court are received, the Government intends to provide those materials to the defense and to the Court on a periodic basis, or as otherwise directed by the Court.

    The Government respectfully requests that the Court receive Exhibits O and P under seal to protect personal information pertaining to victims of Kwon's crimes. Redacted copies will be filed via ECF.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

      /s/
    Marguerite B. Colson
    Sarah Mortazavi
    Kimberly Ravener
    Assistant United States Attorneys
    (212) 637-2587/2520/2358

cc:  Defense Counsel of record