| | |
|---|---|
| **From:** | Aleksandr Dolzenko |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 |
| **Date:** | Saturday, December 13, 2025 3:10:16 PM |

Dear Judge Engelmayer,

I am writing this letter as a victim of the Terraform Labs / LUNA collapse and the fraudulent actions of Do Hyeon Kwon.

The collapse of the LUNA blockchain was not just a financial loss for me — it became a life-changing trauma. I lost all the money I had invested. These were not speculative excess funds, but savings that represented years of work and plans for stability and security for myself and my family.

The impact of this collapse on my mental health has been devastating. The shock, stress, and sense of betrayal severely affected me psychologically. I have never fully recovered from this trauma. To this day, I suffer ███████████████████████████████████████████
████████.

My family was also deeply affected. For years, they were forced to live under emotional and financial pressure caused by these losses. The constant stress, fear about the future, and my deteriorating mental health placed an enormous burden on them. This was not a short-term hardship — it has followed us for years.

No prison sentence, even a life sentence, can restore the money we lost or repair the damage done to our mental and physical health. Punishment alone does not heal victims. The only meaningful form of justice for us is compensation.

I respectfully ask the Court to consider ordering Do Hyeon Kwon to provide financial restitution to the victims. Even partial compensation would matter. It would be a recognition of the real harm caused and a step toward restoring dignity to those who suffered as a result of these actions.

We are not asking for revenge. We are asking for accountability, responsibility, and acknowledgment of the human cost behind this case.

Thank you for taking the time to read my statement and for considering the voices of the victims whose lives were permanently changed by these events.

Respectfully,
Aleksandr Dolzenko

**From:** Alexis Innerfire
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – Terraform Labs Case (23 Cr. 151 (PAE))
**Date:** Saturday, December 13, 2025 4:05:13 AM

Dear Ms. Defendre,

I am writing in response to the notice regarding the sentencing of Mr. Do Hyeon Kwon, as I believe myself to be a victim of the conduct related to the Terraform Labs case.

To the best of my knowledge and belief, the events underlying this case resulted in a financial loss to me. The funds involved represented capital that I had intended to allocate toward other investment activities.

As a result of the loss of these funds, I was unable to pursue those planned investments. In my personal assessment, this had a negative impact on my overall financial position and limited my ability to participate in other opportunities that, over time, have shown positive performance.

I understand that this statement is provided for the Court's consideration in connection with sentencing, and I submit it solely for the purpose of describing the personal financial impact I experienced.

Thank you for your time and attention.

Respectfully,
Alessandro

| | |
|---|---|
| **From:** | Buntheung Sanethavong |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] + |
| **Date:** | Thursday, December 11, 2025 11:23:24 AM |

Dear Sir/Madam,

Thank you for the information.

I would like to submit my victim impact statement for Judge Engelmayer's consideration. I lost my savings that I had intended to use for my education fees. Because of this loss, I was unable to continue my studies. These crimes have caused significant financial and personal hardship for me.

I respectfully request that the Court consider providing justice in this case, including compensation for my loss of LUNC.

Sincerely,
Buntheung SANETHAVONG

**Victim Impact Statement**

Christian Denk

███████████████████

Thailand

**Email:** ████████████ **Phone:** ████████████

**December 9, 2025**

United States Attorney Office Southern District of New York

**Re: Victim Impact Statement Regarding Do Hyeong Kwon**

**Dear Judge Engelmayer,**

I am writing this statement to detail the profound financial and personal devastation I suffered as a direct consequence of the fraud perpetrated by Do Hyeong Kwon. I am a German national currently residing in Thailand.

I was a holder of **TerraUSD (UST)**. At the time of the depeg in May 2022, I held over **71,000 UST**, which subsequently became worthless. This resulted in an immediate, catastrophic loss of an equivalent amount in USD.

Furthermore, the UST depeg triggered a massive, systemic crash across the broader cryptocurrency market. As a result, the remainder of my crypto portfolio experienced a near-total loss, amounting to approximately an additional **$65,000 USD**.

**In total, I lost over $136,000 USD in that single month of May 2022.**

This was, by a vast distance, the largest financial loss I have ever experienced. For me, this is an immense sum of money. The combination of this market collapse and ████████████ ███████████████ created an unbearable financial and psychological burden.

While the financial turmoil was devastating, the emotional toll was even greater. The complete loss of my investments due to the Luna/UST depeg was the direct catalyst ████████████ ████████████████████████████████████████████████████████████

The resulting stress irrevocably damaged my personal life:

- In June 2022, my wife left me.

- We were divorced in September 2022.

- I am now a **single father** and have been the primary caregiver for my ████████ daughter since the separation.

To summarize the impact of Mr. Kwon's fraudulent actions on my life:

1. I lost over **$136,000 USD** in a single month.

2. ███████████████████████████████████████████████████

3. My marriage collapsed, leading to a **divorce**.

4. I have been forced to restart my life as a **single father** while dealing with the financial wreckage and chronic injury.

The pain and disruption caused by this fraud are not abstract figures on a balance sheet; they are concrete, life-altering events that have permanently shaped my future and the future of my daughter.

I ask the Court to consider the comprehensive and devastating nature of the harm caused when determining the appropriate sentence.

Best wishes,

*[signature]*

Christian Denk

**From:** David G
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] victim case Do Hyeong Kwon
**Date:** Thursday, December 11, 2025 10:27:30 AM

My name is David, and I live in Colombia. All my information is on the refund request form. I've lost all my savings. I always trusted the technology and information provided by Terra Labs, not necessarily for the revaluation of my money, but to safeguard my savings, and now I've lost everything.

| | |
|---|---|
| **From:** | David Penalba Piqueras |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement |
| **Date:** | Friday, December 12, 2025 4:09:46 PM |
| **Attachments:** | Captura de pantalla (99).png |
| | Captura de pantalla (98).png |
| | Captura de pantalla (100).png |

Victim Impact Statement
United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
Submitted to: Honorable Judge Paul A. Engelmayer
Via: Valeen.Defendre@usdoj.gov

Honorable Judge Engelmayer:

My name is David Penalba Piqueras, and I am submitting this Victim Impact Statement in connection with the sentencing of Do Hyeong Kwon. I invested my personal savings in the LUNA/Terraform project, and the collapse caused by the criminal conduct associated with this case has had devastating consequences for my life.

I had entrusted all my savings to LUNA, believing in the stability and reliability that Terraform Labs and its management had publicly represented. When the collapse occurred, it was sudden and catastrophic. In a matter of hours, I lost over $20,000, of which I can only document $12,145 in USTC Coin, LUNA's stablecoin, through verifiable records and transaction history, and because I still possess it today (photos attached). These were not speculative funds; they represented years of personal savings and those of my minor children —my entire financial safety net.

The emotional and psychological impact of this loss has been severe. The collapse destroyed not only my financial stability but also my sense of security and hope for the future. In the following weeks, I experienced overwhelming anxiety, insomnia, and profound despair. The magnitude of the loss left me deeply destabilized. I reached such a point of emotional crisis that I was dangerously close to taking my own life. It was the darkest and most critical moment of my life.

To this day, I have not recovered, either financially or emotionally. I continue to live with the consequences of this event: fear, insecurity, and the constant burden of having lost everything I had worked for. The damage has affected my mental health, my daily life, and my ability to trust any financial system again.

For these reasons, I respectfully request that the Court take into account the serious harm suffered by victims like myself when determining the sentence. I also request, to the fullest extent permitted by law, that efforts be made to recover and return at least the portion of my funds that I can document and prove I possessed. While this does not represent the entirety of my loss, it would provide me with meaningful financial relief and allow me to begin rebuilding my stability and that of my children.

Thank you for your attention and for considering the voices of the victims affected by this case.

Respectfully submitted,

David Penalba Piqueras
Valencia, Spain

**From:** Elliot Barrios
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Inquiry Regarding Victim Eligibility for Compensation - United States v. Kwon, 23 Cr. 151 (PAE)
**Date:** Tuesday, December 16, 2025 6:02:05 AM

Dear Ms. Defendre,

I am writing in reference to the case **United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)**, to affirm my status as a victim and to request the necessary information regarding my eligibility for any potential future compensation or restitution related to the Terraform Labs fraud.

I was affected by the loss of crypto assets issued by Terraform Labs. Below are the wallet addresses associated with my losses:

- ███████████████████████████████
- ███████████████████████████████

I would greatly appreciate it if you could provide the next steps, or the official form required to formally submit a claim as a victim, and advise if any additional proof or documentation is needed from my side at this time.

Thank you for your time and assistance.

Sincerely,

**Elliot Jose Barrios Uzcategui**

**Contact Phone:** ███████████████

**Email:** ███████████████

| | |
|---|---|
| **From:** | Fabien Creze |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Request for Legal Representation and Compensation Claim Regarding Losses Related to Do Hyeong Kwon and Luna Collapse |
| **Date:** | Tuesday, December 16, 2025 5:13:14 PM |

Dear Valeen Defendre

I am writing to formally request your legal assistance regarding the severe financial and psychological harm I suffered as a result of the collapse of the Luna (Terra) ecosystem, orchestrated under the leadership of Do Hyeong Kwon.

In 2022, I invested **$10,000** into Luna — which represented **all of my personal savings** at the time. When the collapse occurred, I lost the entirety of this amount. This event had a profound impact on my life, not only financially but also mentally and emotionally.

Following the loss, I experienced several months of intense anxiety, stress, and emotional distress. My mental health significantly deteriorated, and I struggled to cope with the consequences of suddenly losing everything I had saved. The uncertainty surrounding the misconduct and alleged fraudulent practices behind the Terra/Luna ecosystem only deepened this emotional turmoil.

Given the scale of the harm I endured and the growing body of evidence suggesting negligence, deception, and mismanagement, I respectfully request your support in pursuing **financial compensation** for:

1. **The total financial loss of $10,000**, representing all of my savings. █████
2. **Mental and emotional damages.** ████████████████████████████
████████████████████████████████████████████████████████

I am prepared to provide any documentation, personal testimony, or additional information necessary to build a strong case. I place my full trust in your expertise to represent my interests and to advocate for fair compensation for the harm I have suffered.

Thank you for your attention and support. I look forward to discussing the next steps with you.

Sincerely,
Fabien Creze

---

**Fabien CREZE** Head of Growth
Email : ██████████████████ / Mobile : ████████

**From:** Ghaith Ashi
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Thank You and Support Regarding the Do Kwon Sentencing
**Date:** Thursday, December 11, 2025 7:39:04 PM

Dear Honorable Judge,

My name is Ghaith Ashi from Syria.

Unfortunately, I did not write to you earlier due to receiving the notification late. However, I would now like to sincerely thank you for your decision regarding Do Kwon. I have read the entire sentencing session, and tears streamed down my face.

What happened three and a half years ago was far more than just a financial loss. It felt like a complete psychological devastation. Especially since investing in UST was supposed to be low-risk, I could never have imagined such a catastrophic loss.

I wish you good health and strength as you continue to work on compensating the victims for their losses.

Thank you very much for your time and consideration.

Sincerely,
Ghaith Ashi

Gerardo J. Moreira, MD

████████████████████

El Paso, Texas, ██████ USA

Date: December 13, 2025

## DECLARATION OF FINANCIAL LOSS AND PERSONAL HARM

ARISING FROM THE LUNA (LUNA/UST) CRYPTOCURRENCY COLLAPSE

I, **Gerardo J. Moreira**, hereby declare as follows:

## 1. Background and Investment History

I am currently seventy (70) years old. At the time of the events described herein, I was sixty-seven (67) years old and preparing for retirement within the next 1-2 years.

Beginning in or about May 2017, I began slowly and diligently accumulating Bitcoin (BTC). This accumulation occurred over a period of approximately five (5) years and represented the product of disciplined saving, long-term planning, and belief in BTC as a store of value.

By **May 2022**, I had accumulated approximately **9.8 BTC**. At that time, the approximate market value of these holdings was **$306,000 USD**. These assets constituted a substantial portion of my retirement savings.

## 2. Intended Purpose of the Assets

The BTC holdings described above were not speculative funds. They were intended to:

- Support my planned retirement at an advanced stage of life;
- Serve as a financial legacy to be distributed among my three (3) children and eight (8) grandchildren upon my passing;
- Represent long-term financial security accumulated through years of effort.

## 3. Conversion to LUNA and Catastrophic Loss

In or about May 2022, amid widespread public representations regarding the stability and design of the LUNA/UST ecosystem, I converted my BTC holdings into LUNA.

Within approximately ten (10) hours, the value of these assets collapsed catastrophically. By the time I was able to act, the value of what had previously been worth approximately $306,000 USD had declined to approximately $6,000 USD.

The speed and magnitude of the collapse provided no meaningful opportunity to mitigate the loss.

## 4. Immediate Physical and Psychological Harm

Upon realizing the extent of the loss, I experienced significant emotional and physical distress, including:

- ███████████████████
- ██████████████████████████
- ████████████████████
- ████████████████████████.

Due to the severity of the distress and the impact on my sense of responsibility to my family, I was unable to speak about this loss with any family member for approximately three (3) to four (4) months.

## 5. Long-Term Financial Impact and Lost Opportunity

At my age, the loss of these assets is irreparable. There is no realistic opportunity to re-accumulate assets of this magnitude through future employment.

In addition to the immediate loss, I have suffered substantial lost-opportunity damages. As of the date of this declaration, Bitcoin is valued at approximately $90,100 USD per BTC. Had my original 9.8 BTC not been lost, those holdings would today be worth in excess of $882,000 USD.

This loss permanently altered my retirement outlook and eliminated the financial legacy I had intended for my children and grandchildren.

## 6. Statement of Truth

I make this declaration voluntarily and truthfully for the purpose of documenting my experience and losses arising from the LUNA cryptocurrency collapse, and for use by legal counsel, courts, regulators, or other appropriate authorities.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Gerardo Moreira*

Gerardo J. Moreira, MD

| | |
|---|---|
| **From:** | Paul Smith |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] terraform fraud |
| **Date:** | Sunday, December 14, 2025 12:46:08 PM |

Hi, my name is Hanna Safonava, I suffered from Do Kwon fraud at may 2022. At january or february 2022 i began to buy ust tokens at Binance. At that period of time i could do it using safepal wallet. This wallet has special item at menu which allowed to use binance without kyc. I created account where bought ust tokens which had value ~ 80000$.  I bought them not once but with several orders and transactions. At that period of time there was 90% of my holdings. All bought tokens i deposited to mirror protocol where at that period of time  was 20% apy at ust tokens. At 09 may 2022 i realized that UST suffered from depeg but Do Kwon posted message that terraform deploying more capital. This message reassured me because there had been previous episodes of depegging, and the UST price had returned to 1 USD per UST. On that day, I checked whether withdrawals from the protocol where I had staked my tokens were working, and they were functioning properly, which also gave me confidence that everything would be fine.The next day, May 10, 2022, I was completely shocked by what had happened to the UST price. Almost all of my savings had vanished, and I experienced intense emotional distress and a sense of numbness. I could not understand how a stablecoin pegged to the US dollar (the most stable currency in the world, in my understanding) could drop in value so drastically.On his Twitter channel, Do Kwon continued to write that he was highly focused and was preparing a plan to restore UST, and I believed him. I checked multiple times again whether withdrawals from the Mirror protocol were working. They were functioning correctly.The next day, May 11, 2022, the UST price fell even further, which was an even greater shock to me. It is now difficult for me to precisely describe all the emotions I experienced during these events because it was a long time ago, but I clearly remember the feeling of being lost, as if my body was in this world but my mind was elsewhere.Do Kwon continued to write that it was "almost over" and that he would restore everything to normal, but by this time, I no longer had the same confidence I had during the previous two days.In the UST token documentation, I found that the UST price was backed by the Luna token and that at any time, UST could be exchanged for Luna tokens in such an amount that selling them for USDT would allow one to receive the same amount of USDT as the UST exchanged. For example, if I exchange 100 UST for Luna, I would receive X Luna tokens, and when I sell X Luna tokens on the exchange, I would get 100 USDT. I thought this was an excellent solution for my situation and exchanged my UST for Luna, which I then sent to the KuCoin exchange. However, I could not sell them for 80,000 USDT because Do Kwon had deceived everyone here as well. The exchange rate from UST to Luna was significantly lower. I no longer remember the exact amount, but it is documented in the records I provided from the exchange.Since I could not exchange UST for Luna without incurring substantial financial losses, I decided to buy UST again because Luna is volatile, while UST is not. Subsequently, I sold UST for USDT and repurchased it several times. All of this was driven by my intense emotional distress and the desire to restore everything to how it was before these events, as well as by the promises of Do Kwon and Terraform, which motivated me to buy UST again in the hope of recovery.In the end, I was left with approximately

11,000 USDT. I estimate the material damage caused by Do Kwon and Terraform at 69,000 USDT, which is equivalent to 69,000 US dollars.It is difficult for me to estimate the moral damage. I did not seek healthcare institutions; let God judge him here and repay him according to his deeds so that he may experience what all the victims of his actions have gone through.

**From:** jatinder singh
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Hi
**Date:** Saturday, December 13, 2025 9:06:15 AM

Because him I lost my whole life Savings. He put me in critical
Position with his fraud.

Sent from my iPhone

**From:**     Ju C.
**To:**       Defendre, Valeen (USANYS)
**Subject:**  [EXTERNAL] Victim impact statement
**Date:**     Thursday, December 11, 2025 10:47:04 AM

Hello,

Thank you for giving me the opportunity to express myself.
I will try to keep it short, as I imagine you receive many testimonials. Please forgive me for using a translator.

I was greatly affected by Terra Luna/Do Kwon's UST crypto project. I lost tens of thousands of dollars (in stablecoin equivalents through UST), which was the vast majority of all my savings and earnings from my successful investments after years of work. Because of this, I have been depressed ever since, and other tragic events have followed, and I can't help but think that it's all connected.
I hope to recover all or part of these heavy losses through the victim form I filled out earlier this year.

Best regards.

| | |
|---|---|
| **From:** | KB USWA |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Reply : Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Tuesday, December 16, 2025 11:06:07 AM |

Hello,

My name is Kraibrian Uswawechmongkol, and I am writing to the Court as a victim of the Terraform Labs collapse.

I placed my trust and nearly all of my life savings into UST through staking, believing it to be stable and safe. When it collapsed, I lost approximately 90% of my life savings, totaling between USD 350,000 and 400,000.

I submitted a CLC claim form regarding this loss. Since the collapse, my life has changed significantly for the worse. The loss of my life savings pushed me backward in life, taking away years of hard work and the future I had planned.

I have experienced ongoing depression, anxiety, and emotional distress, and there are times when it is difficult to function normally or feel hopeful about the future.


This loss has deeply affected my ability to provide stability for myself and my family. The stress and uncertainty have placed a heavy emotional burden on my family and strained our relationships and sense of security.

I respectfully ask the Court to consider the severe and lasting harm this conduct has caused to my life and my family when determining the defendant's sentence.

**From:** Marco Doridoni
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] CLC form / LUNA asset
**Date:** Friday, December 12, 2025 4:42:42 AM

Hello, I confirm that I opened a CLC form to testify that I had losses after investing money on LUNA crypto asset

I would like to understand if / when I will receive a refund

Best regards
Marco Doridoni

**From:**        Артемий Марков
**To:**          Defendre, Valeen (USANYS)
**Subject:**     [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
**Date:**        Tuesday, December 16, 2025 5:15:13 AM

**Dear Judge Engelmayer.**

I am writing to respectfully submit this Victim Impact Statement in connection with the sentencing of Do Hyeong Kwon.

As a result of the collapse of Terraform Labs and the UST stablecoin, I personally lost approximately **$5,000 USD**. While this amount may appear modest compared to larger institutional losses, its impact on my life and my family has been severe and long-lasting.

After losing these funds, I was forced to **borrow money to cover basic living expenses**, and more than **three years later**, I am still dealing with outstanding debts and credit obligations that stem directly from this loss. This financial burden has affected my ability to plan for the future, provide stability, and feel secure.

I am a **husband and a father of two children**. The stress caused by this situation has not been only financial, but also emotional. It has created constant anxiety, uncertainty, and pressure within my family. Had this fraud not occurred, our financial situation and overall quality of life would have been significantly better.

I believed that UST was presented as a stable and reliable financial product. The actions that led to its collapse destroyed that trust and caused real harm to ordinary people like myself, who acted in good faith.

I respectfully ask the Court to take into account the real and ongoing consequences these crimes have had on individual victims and families when determining the sentence. I also sincerely hope that victims will receive fair compensation in the future, as this would help bring some measure of justice and closure.

Thank you for your time, attention, and consideration of my statement.

For identification and potential restitution purposes, my wallet address associated with the loss is (ERC20):

████████████████████████

Respectfully,
[Markov Artemiy]
[Barnaul, Russia]

-------------
С уважением, Артемий Марков.

**From:**       Metodi DIMITROV
**To:**         Defendre, Valeen (USANYS)
**Subject:**    [EXTERNAL] In connection with criminal proceeding United States v. Do Hyeong Kwon on December 11.
**Date:**       Thursday, December 11, 2025 3:16:12 PM

---

Your Honor,
 As victim of Terraform collapse and the ongoing court hearing i would like to share my feelings about all i went through.
I trust the project, I invest it in half of my savings. I thought everything will be alright and thought Do Kwon knows what he is doing. I didn't expect such a disaster such a collapse of company with so much money and BTC. But I guess I was wrong. I overtrusted and I lost. Lost 11000 USD. I felt scared that I lost so much money, felt angry. Probably for some people is the monthly salary, but for me is couple of years of savings.
I hope I can get recover. Please, I need those money.
Thank to American judicial system.

Изпратено от Outlook за Android

| **From:** | Jan-Stéfan SMOLARCZYK |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim statement – Terraform Labs Fraud (23 Cr. 151 (PAE)) |
| **Date:** | Tuesday, December 16, 2025 10:48:27 AM |

Dear Ms. Valeen Defendre,

I am writing to you as a victim of the fraudulent activities related to Terraform Labs PTE, Ltd. and the actions of Do Hyeong Kwon, which resulted in significant financial losses for me and many others.

On April 10, 2025, I submitted a claim through the Terraform Labs Crypto Loss Claim Form (CLC Form) under the reference number ███████████ I am a worker with a modest income, and the funds I lost—nearly $35,000—represented almost my entire crypto savings. This loss occurred within 24 hours, following the collapse of the Terra/Luna ecosystem, which was directly linked to the fraudulent schemes orchestrated by Mr. Kwon and Terraform Labs.

I would like to formally state that I am one of the individuals affected by this fraud. The loss has had a serious impact on my financial situation, as these funds were intended for personal savings and future security.

I respectfully request to be considered in any restitution process that may result from the ongoing proceedings. I am grateful for your attention to this matter and for your work in holding those responsible accountable.

Thank you for your time and consideration.

Sincerely,

Mr SMOLARCZYK Jan-Stéfan

FRANCE