| | |
|---|---|
| **From:** | Alberto Lessan |
| **To:** | Defendre, Valeen (USANYS) |
| **Cc:** | terraforminfo@ra.kroll.com |
| **Subject:** | [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Wednesday, December 17, 2025 6:00:33 AM |

Hello,
as described in the mail below I am one of the people who encountered the Bankrupt of the Platform Terra and Luna.
I submitted a Claim on the kroll website and waiting for news.

The unexpected event of May 9, 2022 of the bankruptcy of UST and Luna made me lose more than 34.000 Us Dollars of my savings.
I had most of the investment in ust because it was supposed to be a safer asset.
It has been a very hard moment in my life and family, which caused me a mental issue that is taking longer until now.

Thank you very much for your cooperation.
Best Regards

Arch.Alberto Lessan
████████████████████
████████  Torino - Italy


Il giorno lun 8 dic 2025 alle ore 23:16 Terraforminfo@ra.kroll.com <terraforminfo@noticing.ra.kroll.com> ha scritto:

> Hello,
>
> You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.
>
> Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.
>
> If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be

emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.


Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| From: | 김동연 |
|---|---|
| To: | ███████████████████ Defendre, Valeen (USANYS) |
| Cc: | ███████████████████████████████████ |
| Subject: | [EXTERNAL] RE: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| Date: | Sunday, December 14, 2025 7:12:34 PM |

Dear Mr. Engelmayer,

My name is Dongyeon Kim, and I am a victim of the fraud related to Terraform Labs and Do Hyeong (Do) Kwon.

Because of this crime, I lost essentially all of the assets I had built during my twenties. Everything I earned through private tutoring, part-time jobs, and years of studying and investing in the stock market and crypto markets was wiped out. These were not speculative funds; they were the result of years of hard work, discipline, and sacrifice during my university years and early career.

Since the collapse, I have been living with constant regret and emotional pain. I feel as though my entire twenties – all of my savings, time, and effort – were stolen from me in an instant. This has caused deep financial damage to me and my family, as well as ongoing ████████████████ ████████ and a loss of trust in financial systems and people.

I respectfully ask the Court to take into account the severe financial and emotional harm suffered by victims like me when sentencing Mr. Kwon. What happened was not just a market event; it was a fraud that destroyed the lives and futures of many ordinary individuals who worked hard and trusted the representations made about Terraform's products.

Thank you for your time and for considering my statement.

Sincerely,
Dongyeon Kim

-----Original Message-----
**From:** "Terraforminfo@ra.kroll.com"<terraforminfo@noticing.ra.kroll.com>
**To:** ████████████████████████
**Cc:**
**Sent:** 2025-12-09 (화) 07:16:24 (GMT+09:00)
**Subject:** Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)

Hello,

You are receiving this email because our records indicate that you submitted a CLC form.  Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

**From:** onur koyuncu
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Victim Impact Statement – United States v. Do Hyeon Kwon (23 Cr. 151)
**Date:** Monday, December 15, 2025 7:27:54 AM

Dear Judge Engelmayer,

I respectfully submit this statement as a victim of the Terraform Labs / LUNA collapse.

I invested a significant portion of my personal savings in the LUNA ecosystem, relying on the representations made by Do Hyeon Kwon and Terraform Labs regarding the stability and safety of the project. When LUNA and UST collapsed, I suffered severe financial losses that I have not been able to recover.

These losses had a serious impact on my life and my family. I experienced financial hardship, emotional distress, and long-term uncertainty about my financial future. The collapse caused stress, loss of trust, and anxiety that continue to affect me today.

I believe the actions and misrepresentations of Do Hyeon Kwon directly caused my losses and the suffering of many other victims around the world. I respectfully ask the Court to consider the harm done to victims when determining the sentence in this case.

Thank you for allowing victims to be heard.

Respectfully submitted,

**Onur KOYUNCU**

Country: Türkiye
Email: █████████████████████

| | |
|---|---|
| **From:** | Oscar Moyano |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] My lost with Terraform |
| **Date:** | Friday, December 12, 2025 12:41:18 PM |

Dear Judge Engelmayer,

I am writing to you as a victim of the Terra/Luna collapse. I lost a substantial portion of my life savings in this project, which I invested after careful research and trust in what appeared to be a legitimate and innovative financial system. I am not a speculator by nature; I am an ordinary working person who believed in the vision and transparency that Terraform Labs promised.

When the collapse happened, I lost not only my financial security but also the trust I had in the idea of a fair, transparent, and credible financial technology. The losses deeply affected my family — we had to make painful sacrifices, change our plans, and face months of uncertainty and stress. It has been more than financial pain; it has been a wound to our stability, confidence, and peace of mind.

What hurts most is the sense of betrayal. Many of us believed in this project because of its public image, its leaders, and their words of reassurance. The realization that these promises were built on deception has left a lasting emotional scar.

I respectfully ask that my experience, and that of countless others, be taken into consideration during sentencing. We hope that justice will recognize the real human impact behind these financial crimes and that restitution and accountability will be pursued with fairness and compassion.

Thank you for taking the time to read my statement and for considering the profound consequences this fraud has had on my life and my family.

Sincerely,

Oscar Moyano

[EXTERNAL] Terra Nexo

OR    oscar riutort armillas
      To  ● Defendre, Valeen (USANYS)



Sat 12/13/2025 10:02 AM

Translated from: Spanish  Show Original    Translation preferences

Good morning

I am writing to you since I am in a group of people affected by the Terra fraud, I had the cryptocurrencies in Nexo, they offered us an attractive type to transfer our assets to the Terra UST stablecoin, after a short time UST lost the peg, they did not warn us or later gave us a solution, I lost more than 10000€. A significant amount, I have a young daughter, this loss caused me problems in my marriage, a lot of anguish about what happened and about the response of Nexo (a platform that should have criminal consequences for what happened).

I hope that in some way justice is done, a large part of the money lost by this fraud can be recovered and that platforms like Nexo are forced to compensate for what happened because if they have insurance, as they advertise, to avoid fraud and this has been a fraud they take charge of the situation.

Thank you very much for everything

| | |
|---|---|
| **From:** | Kinsui To |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement |
| **Date:** | Thursday, December 11, 2025 10:34:45 PM |

United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)
Hon. Paul A. Engelmayer
Sentencing: December 11, 2025, 11:00 a.m. ET

Your Honor:

My name is Qingwen REN, and I respectfully submit this statement pursuant to the Crime Victims' Rights Act, 18 U.S.C. § 3771. I am a direct financial victim of the offenses of conviction.

Summary of losses and impact

- Total net loss: $118,653.31 invested in UST/LUNA/Anchor.
- Consequences: loss of reserve for daily expenses; and out-of-pocket professional fees of $4,500 for legal consulting.
- Continuing effects: ███████████████████████; delays in my business advancement.

How the offense caused these losses

- I purchased LUNA & UST between October 2021 ~ May 2022, relying on public statements and materials from Mr. Kwon and Terraform that described UST's stability, risk controls, reserves, algorithmic safeguards, and Anchor yield as reliable and sustainable. These representations were material to my decisions.
- When warning signs appeared in May 2022, leadership publicly minimized risk and reassured stability. I reasonably deferred liquidation based on those statements, which increased my losses when the collapse occurred.
- In hindsight and as established at trial, these assurances were false and misleading. But for those misrepresentations and omissions, I would not have invested as I did or would have exited earlier, avoiding a substantial portion of my losses.

Material and financial harm

- Savings wiped out: The $118,653.31 constituted 30% of my liquid savings, earmarked for emergency reserve when I just resigned from my previous job and started my own business.
- Debt: I incurred $77,000 in credit card loans at 2.2% APR to cover rent, and daily expenses.

Psychological harm

- I had consistent anxiety and insomnia related to financial stress which distracted me from my new business inititatives. I had to delay my fund raising trips and work extra to stablize my finances.

Ongoing impact

- Rebuilding will take years. I am still carrying $20,000 in debt attributable to the event, and I remain behind typical life milestones for about 3.5 years.

Requests to the Court

- Restitution: I request restitution in the amount of $118,653.31, subject to documentation, and ask that the Court direct an efficient victim identification and claims process with clear deadlines and transparent reporting.
- Sentence: I ask the Court to impose a sentence that reflects the seriousness of the offense, promotes respect for the law, provides just punishment, and affords adequate general deterrence, particularly for executives who control information that retail investors rely upon.
- Supervision/Conditions: I request conditions limiting Mr. Kwon's future roles involving custody of client funds, investment solicitation, or representations about risk without independent compliance oversight and disclosure requirements.

Closing
No sentence can restore what my lost, but accountability matters to victims and to market integrity. I appreciate the Court's consideration and the opportunity to be heard.

Sincerely,

Qingwen Ren
Hong Kong
Email: ███████████████

**From:**      Voltart
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] INVESTOR PERSPECTIVE REGARDING THE TERRA/LUNA COLLAPSE
**Date:**      Saturday, December 13, 2025 12:08:50 PM

---

**Honorable Judge Engelmayer,**

I respectfully write to you as an individual investor in the Terra/Luna ecosystem. The two main wallets related to my investment are:

█████████████████████████████████

In 2021, I invested tens of thousands of dollars in Terra/Luna. By the end of that year, my portfolio had grown substantially in unrealized value, as it did for many other participants. Like countless investors, I understood that I was participating in a high-risk, emerging financial system and accepted that risk in pursuit of potential returns.

In May 2022, the UST stablecoin lost its dollar peg, and the Terra/Luna ecosystem collapsed with extraordinary speed. As an investor who experienced significant losses, I can attest to the financial and emotional impact of that event.

I do not write to dispute the Court's findings or to minimize the seriousness of the outcome. Rather, I wish to share my perspective as a participant who voluntarily assumed the risks inherent in such investments. Based on my understanding, the Terra/Luna project was an ambitious and highly complex technological experiment. Its failure, while devastating, **does not necessarily imply malicious intent.**

At the time of the collapse, **Mr. Kwon himself appears to have suffered immense financial loss, as well as lasting professional and personal consequences. From my perspective, this weighs against the view that he orchestrated the project for personal enrichment through fraud, rather than pursuing a model that ultimately failed under extreme market stress.**

Am I disappointed by what happened? Of course. Losing a substantial investment is painful. But I also recognize that investing—particularly in innovative and speculative technologies—carries the possibility of loss, sometimes total loss.

With respect for the Court and its responsibilities, I ask that my experience as an investor who accepted those risks be considered as a mitigating perspective when determining an appropriate and proportionate outcome in this matter.

Thank you for your time and consideration.

**Respectfully,**

Ramon Nodal

**From:** RAUL ROMERO
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
**Date:** Thursday, December 11, 2025 11:30:27 AM

Dear Judge,

I am one of the many individuals who placed their trust—and a significant portion of their savings—into the Terra ecosystem, specifically through UST. The financial loss I suffered was substantial, but the deeper wound is not economic.

What hurt the most was the betrayal of trust. I believed in the promise of decentralization, transparency, and a better financial future through blockchain. Instead, what we got was manipulation disguised as innovation.

This collapse didn't just affect my finances; it shattered my confidence in an entire sector I once believed in. It also made it harder to explain to my family and others why I had invested in this space at all. The damage goes far beyond numbers—it's emotional, psychological, and communal.

It is heartbreaking that those who exploited our trust continue to live freely, while we, the victims, carry the burden of their actions.

Thank you for allowing us to be heard.


Sincerely,

Raúl Romero

**From:** Roberto Rojas
**To:** Defendre, Valeen (USANYS)
**Subject:** [EXTERNAL] My ust impact story
**Date:** Thursday, December 11, 2025 12:11:09 PM

Tell us your story. How has this event affected your mental health, relationships, and your life?

My story, are all our stories so different from each other? They are very different, yet are all the same because they are intertwined by the same root that kept us grounded prior to this devastating loss of wealth. Each and every one of us are all the same because we all wanted prosperity, security, freedom, control, sanity, stability, and the list goes on. We were all stripped of these together. I am a man's man. I am your everyday person. I am a firefighter who responds to people on the worst day of their life. I am the one that solves the problem. I am the fixer who saves the lives and property of strangers everyday. But now, the tables have quickly turned and I am a victim, the help seeker, the one praying for fair restitution for my life savings. I am asking for help from strangers because I feel powerless and defeated. I am like you and the only comfort I find these days is that I am not alone. I have a family, blessed with one baby boy, and another on the way. I had a plan, a dream, and a means to obtain it until last week when I lost everything I have been working for, for years. I recently sold our property, all that money was going to fund a new house that my wife and I had lined up, it is gone. The funding for my son's childcare and schooling is coming up, it is gone. The nest egg we have saved up so my wife could work less and go part time to care for our 2 children, that is gone. Writing this makes me sick as it brings the reality and the severity of my loss to the forefront of my mind when I have been just trying to forget it is really happening. Somehow, I have a twisted hope or idea that Do Kwon would actually see this and care. I am not like him, I am an everyday worker like you. We are not like him, we have nothing left and he has billions left. We are in this together, I keep repeating to myself, as I speak with strangers from around the world. My life has become increasingly grey and numb because I am recovering from an injury that I suffered while on the job last year and just when I think I am getting past that hurdle, not only is my health recovering but now I need to heal my family's entire financial backbone. I have yet to be able to return to full duty. It has even crossed my mind to return to work now, even though I shouldn't, because we need money. Looking back on these past few days, my family's future last week looked completely different from what my family's future looks like today, grim. I am not sure what our future holds or a timeline to be honest. We have moved into my in-laws home and it looks like the grim reality is showing that we will be navigating

that situation for a while.

My wife still has trust in me that we will come back and be ok, or at least she tells me.  That is quite the weight to carry though as each day that passes, reality sets in deeper.  A stablecoin, an "algorithmic" stablecoin, come on...this was never supposed to happen and is misleading.  I don't gamble, I don't bet, I don't risk my hard earned money on something that is less than a sure thing.  A stablecoin is that, stable.  I didn't want it to go up in value nor did I want it to go down like other crypto currencies.  I do not want the 100x, 50x, microcaps, or meme coins. I want the security and stability that was guaranteed to me when I "did my own research" and found this project.  I want my money back, nothing more and nothing less. I want my future back.  I want my goals back, I want my aspirations back. I kind of want my life back because it feels like it was stripped away as I saw my monetary savings bleed to zero as Do Kwon was telling the world, "...steady lads." in a snarky way.  That life savings was my only avenue to reach the future that I promised myself, my wife, and my babies. I am just sick and desperate all at the same time. We are all in this together, I keep telling myself to lessen the pain as I pray we will get restitution for the UST holders.


Roberto

| | |
|---|---|
| **From:** | saha abdolali |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Victim Impact Statement – United States v. Do Hyeong Kwon (23 Cr. 151) |
| **Date:** | Tuesday, December 16, 2025 3:57:24 AM |

**Victim Impact Statement**
**United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)**

Honorable Judge Engelmayer,

I respectfully submit this statement as a victim of the crimes committed in connection with Terraform Labs and its founder, Do Hyeon Kwon.

I wish to state clearly that I have fully complied with all required procedures related to my Crypto Loss Claim. I submitted my claim properly and on time, provided all requested documentation, and followed every instruction communicated by the Plan Administrator and Kroll. Despite this, I did not receive any determination or meaningful update within the originally stated review timeframe, and to this day, my claim remains unresolved, with no clear information as to when a final decision will be issued.

This prolonged uncertainty has caused me significant financial and psychological distress. I acted in good faith at all times. At the time of my investment, I purchased LUNA based on its relationship and perceived stability relative to Bitcoin, relying on public representations, market positioning, and the apparent legitimacy of the Terraform ecosystem. Like many other victims, I trusted that the system was sound and that the information presented to the public was truthful.

The collapse of Terraform Labs and the subsequent loss of my investment had a severe impact on my life. Beyond the direct financial damage, the ongoing lack of resolution has placed sustained pressure on my personal life, my mental well-being, and my ability to plan for the future. This stress has not been momentary; it has extended over many months, compounding the harm already caused by the initial loss.

What has been particularly difficult is the feeling of powerlessness — having done everything required of me, yet remaining in a state of limbo with no clarity, no closure, and no accountability that meaningfully addresses the harm suffered. For ordinary individuals like myself, these losses are not abstract numbers; they represent years of effort, savings, and security that cannot easily be replaced.

I respectfully ask the Court to consider not only the scale of the financial misconduct, but also the human consequences — the prolonged anxiety, uncertainty, and disruption to the lives of victims who relied on the integrity of the financial and technological systems promoted by the defendant.

Thank you for taking the time to consider my statement and for giving victims the opportunity to be heard.

Respectfully submitted,
**Saha Abdolali**
Email: ███████████████████

Claim Number: ███████████████

| From: | Liquidity Unchained |
|---|---|
| To: | Defendre, Valeen (USANYS) |
| Subject: | [EXTERNAL] Fwd: 390778N Terra Blast: Notice of Sentencing of Do Kwon |
| Date: | Thursday, December 11, 2025 7:54:53 PM |
| Attachments: | 2025 12 09 Email from Kroll.pdf |

Dear Judge Engelmayer,

I am one of 350 victims from the Singapore lawsuit against TFL and Do Kwon.

I know you have already received 100s of letters so I'll try cut it short for you.

We are all victims of DKs scam, it's been 3.5 years and we are still trying to get our hard earned money back. In the US reliance is proven but in Singapore for some reason they want us to prove reliance, when infact it's obvious everyone relied on DKs false misrepresentations and lies. I don't understand why the justice system doesn't work better and why we still are unable to get our funds back from our SG suit.

Todd Snyder seems to be playing games with us here in Singapore with WongP lawyers which are representing TFL, instead of releasing our 57m escrow, which still only around 85% of our funds as a group, the Plan admin continues to drag on the case, causing us further financial and mental harm.

I personally sold my apartment back in 2021-2022 to put my money into UST, long story short, after the depeg, ███████████████████ this financial loss still haunts me till today.

I please urge and ask for your help, and please speak with Todd Snyder the Plan admin to release our 57m escrow funds to us victims and urge him to stop playing chess like games. It's our money, and we are entitled to it. Todd Snyder is literally using TFl funds (victims money) to fund himself and WongP against us victims. That money needs to stop been spent and used for all victims!

I really hope you take this email seriously and act accordingly. Bless you for your time in advance!

Kind regards
SG lawsuit victims


---------- Forwarded message ---------
From: **Tammie Khor** ████████████████████████
Date: Tue, 9 Dec 2025, 8:29 pm
Subject: 390778N Terra Blast: Notice of Sentencing of Do Kwon
To:

████████████  █  ██████  █  █████████████
██████████  ████████  ███████████████



Dear all,

Some of you have received the attached email from Kroll informing you that Do Kown is being sentenced in the United States criminal proceedings on 11 December 2025 at 11am Eastern Standard Time. We understand that this email was sent to those Claimants who have filed a CLC form in the US bankruptcy proceedings in accordance with our advice in April 2025.

As set out in the email, as victims of the fraud perpetrated by Do Kwon and TFL, you may submit a victim impact statement describing how Do Kwon's crimes have affected you and your family. The statement does not have to be formal, and can simply be an email explaining how you had purchased UST in reliance on his representations, how his fraud has caused you to suffer loss, and how this loss has affected you and your family. The Court will consider any statements sent in connection with the sentencing of Do Kwon.

Please send any victim impact statements to Valeen.Defendre@usdoj.gov before 11 December 2025. Please **_do not_** send us your victim impact statements, as we cannot submit them on your behalf.

We stress that sending the victim impact statement is voluntary, and not compulsory. It also has **no effect** on the Singapore proceedings or the US bankruptcy proceedings, and will only affect the sentence to be imposed on Do Kwon in the United States (that is, the punishment that he will receive for his crimes).

Best regards,

Tammie Khor
Senior Associate



D: ▮▮▮▮▮▮  F: ▮▮▮▮▮▮  E ▮▮▮▮▮▮▮▮▮▮
10 Collyer Quay, #10-01 Ocean Financial Centre, Singapore 049315  www.drewnapier.com
Part of DREW NETWORK ASIA   www.drewnetworkasia.com
Singapore • Indonesia • Malaysia • Philippines

This message is intended for the recipient named above. It may contain confidential or privileged information. If you are not the intended recipient, please notify the sender immediately by replying to this message and then delete it from your system. Do not read, copy, use or circulate this communication.

Internet communications are not secure. While every reasonable effort has been made to ensure that this communication has not been tampered with, Drew & Napier LLC cannot be responsible for alterations made to the contents of this message without its express consent. If you wish to receive a hard copy of this message for comparison or should you require any other form of confirmation of the contents of this message, please contact the sender. Opinions, conclusions and other information in this message that do not relate to the official business of the company shall be understood as neither given nor endorsed by Drew & Napier LLC.

In providing personal data to us in the course of our work, you consent to us using it for such purposes. For more details, please refer to our personal data policy at: https://www.drewnapier.com/data-protection-privacy-policy.

DREW & NAPIER LLC is a law corporation with limited liability.

| | |
|---|---|
| **From:** | Stefano |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Vicitim Impact Statement-Unted States v. Do Kwon (23 Cr.151) |
| **Date:** | Saturday, December 13, 2025 4:59:05 PM |

Honorable Judge Englemsyer,

My name is Stefano Pirini (from Italy), and I respectfully submit this statement as one of the victims of the Terra/Luna collapse.

At the time of my  investment, i was 25 years old. I was a small retail investor, not wealthy, and not backed by family resources. I had limited financial capital, but i was not acting recklessly. I had solid technical background, studied the blockchain sector extensively, and made what i believed to be a reasoned and informed decision.

The Terra ecosystem appeared, at the time. to be active, innovative and widely trusted. It was supported by a large and enthusiastic community, and its growth narrative was consistent with other emerging technology project. The expected returns were attractive. but not so extreme as to clearly signal fraud to an ordinary investor acting in good faith.

I ultimately invested approximately €8/9,000 which represented a significant portion of my personal savings, accumulated over many years of work and personal sacrifice. I did not come from a wealthy background, and those funds were intended to help secure my future.

When the collapse occurred, those savings were effectively wiped out overnight. The speed and totality of the loss left me in a state of shock. The financial damage was severe, but the psychological impact was even greater. I experienced deep shame, anxiety, and depression. It took me more time than expected to recover emotionally, and even today, I have not resumed investing (in finance) for my future due to the fear created by this experience.

The consequences of this loss have extended well beyond the initial event. It altered my relationship with financial planning, risk, and trust. As someone now preparing for marriage, I often think about how even a partial recovery of what was lost could have helped me build stability and plan responsibly for this next chapter of my life.

I submit this statement not out of anger, but to help the Court understand that the harm caused by these actions was real, personal, and lasting. For victims like myself, this was not a speculative gamble, it was a sincere attempt to participate in what we believed was a legitimate technological and financial innovation.

Thank you for considering my experience.

Respectfully,
Stefano Pirini

| | |
|---|---|
| **From:** | as |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] |
| **Date:** | Thursday, December 11, 2025 12:48:52 PM |

**Subject:** Victim Impact Statement – United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)

Dear Judge Engelmayer,

My name is Suren Emirveliev and I am submitting this statement as a victim of the Terraform Labs fraud. I lost approximately **$180,000** during the UST depeg, funds that represented years of savings and financial security for my family.

The collapse of UST was not an unavoidable market failure but the direct result of deliberate deception. Investors like myself were misled into believing that UST was stable, audited, and backed by responsible risk management. These representations turned out to be false. The consequences for me were devastating: I lost nearly everything I had saved, and the financial shock severely impacted my ability to support myself and plan for the future.

This loss caused ongoing stress, anxiety, and a profound sense of betrayal. It destabilized my financial life and placed an enormous emotional burden on me and my family. No restitution can fully repair this harm.

I respectfully ask the Court to consider the full scope of the damage inflicted on victims like myself when determining an appropriate sentence for Mr. Kwon. His actions caused extraordinary financial and emotional harm to countless individuals, and accountability is essential.

Thank you for your attention.

Sincerely,
Suren Emirveliev

Tashkent Uzbekistan

**Fabien Marret**


Aydat
France

Clermont Ferrand, le 11 décembre 2025

# Victim Impact Statement

**United States v. Do Hyeong Kwon, 23 Cr. 151 (PAE)**

**To the Honorable Judge Engelmayer,**

## 1. Identification

My name is **Fabien Marret**, and I am submitting this statement as a verified victim in the Terraform Labs case.

## 2. Nature of the Loss

In May 2022, I lost approximately **€100,000** within a matter of hours when the Terra ecosystem collapsed—an amount that represented **nearly the entirety of my savings at that time**. These savings were accumulated over many years of work and formed the financial foundation on which my family relied.

## 3. Financial Impact

The financial consequences were immediate and severe:

- The funds lost were **my primary financial buffer** for my family.
- As an entrepreneur with variable income, these savings were essential for maintaining stability and security.
- Losing almost all of them at once forced me to cancel or delay long-term plans.
- I had to operate for years under significant financial pressure.
- The loss restricted my ability to support my family and invest in my professional projects.

This event set me back years financially, and the consequences are still felt today.

## 4. Emotional and Personal Impact

The collapse caused profound emotional and psychological stress:

- The shock of losing nearly all my savings in a matter of hours was devastating.

- I experienced anxiety, fear, and a deep sense of vulnerability regarding my family's future.
- I felt responsible for trusting a system that I later learned was built on deception.
- The stress affected my well-being and my family environment for a long period.

## 5. Long-Term Consequences

The effects of the loss continue today:

- My financial recovery has been long and remains ongoing.
- The event damaged my confidence in financial systems and institutional trust.
- Important personal and professional opportunities had to be postponed or abandoned.
- This event fundamentally altered the trajectory of several years of my life.

## 6. Request to the Court

I respectfully ask the Court to consider the magnitude of the harm I suffered when determining Mr. Kwon's sentence and during the restitution process.

This loss was not caused by ordinary market volatility but by **fraudulent conduct** that caused severe and lasting damage.


**Sincerely,**

**Fabien Marret**

**From:**      Night Walker
**To:**        Defendre, Valeen (USANYS)
**Subject:**   [EXTERNAL] Statement of the consequences of a crime
**Date:**      Friday, December 12, 2025 3:31:49 AM

Hello, dear Judge Engelmayer!

I'm writing this letter because I really hope for your help.

I'm from Ukraine, my name is Volodymyr, and I'm 57 years old. As you know, we're going through a terrible war. At the beginning of the war, our country had huge problems with its financial system. I was afraid of losing all my savings, which I was saving for surgery. At the end of 2021, I was diagnosed ████████. I saw no other way out, so in the spring of 2022, I used all my savings to buy cryptocurrency. Mostly UST (Terra USD).

Starting on April 15, 2022, I transferred funds to my Terra Station wallet.

According to my calculations, the total amount deposited into my wallet before the collapse (de-pegging) was over 30,000 UST.

On April 21, 2025, I filed a claim for compensation for cryptocurrency losses (claim number ██████████████).

I apologize for such a long letter, but the loss of this money was a great shock for me and my family. I sincerely hope to recover at least some of the lost money. This is vitally important to me and my family.

Thank you very much!!! I wish you a peaceful and calm day!!!

With deepest respect, Volodymyr!

| | |
|---|---|
| **From:** | Yakir Matusovsky |
| **To:** | Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Fwd: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Saturday, December 13, 2025 5:44:00 AM |

Greetings,

Writing to you as I am one of many victims of Do Hyeon Kwon. My cryptocurrency business, started in 2020, has been substantially affected by Terra Luna collapse and mainly the collapse of their stable coin UST. I was unlucky to do a short-term-convert of majority of my earned profits into UST, losing a total of around 27,000 USD not accounting for the speculative Terra cryptocurrency losses. That amounted to 40% of my portfolio in the business at the time. Due to the timing of the event versus New Zealand tax years, it pressed my business significantly because I was required to pay a large income tax from money I have already lost. I had been very close to the point where I seriously considered declaring bankruptcy. That is not to mention the amount of stress this had caused to my family and myself.

I don't have any special statements to make. My only hope is that some of the lost monies would be returned via claims made to Kroll.

Appreciate your time!

Sincerely,
Yakir Matusovsky

Address: ███████████Prebbleton ███ New Zealand
Business name: WebThreeBiz; NZBN (9429052513220)
Business email: webthreebiz@gmail.com

---------- Forwarded message ---------
From: **Terraforminfo@ra.kroll.com** <terraforminfo@noticing.ra.kroll.com>
Date: Tue, Dec 9, 2025 at 11:16 AM
Subject: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET)
To: <webthreebiz@gmail.com>


Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences

| | |
|---|---|
| **From:** | Эрик Иваньков |
| **To:** | terraforminfo@ra.kroll.com; Defendre, Valeen (USANYS) |
| **Subject:** | [EXTERNAL] Re: Notice of Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (ET) |
| **Date:** | Thursday, December 11, 2025 3:05:03 PM |

Good afternoon. I will tell you my story about how I invested all my money in this fraudulent Terra project in 2021. I live in Melitopol, Zaporizhzhia region, which was Ukraine in 2021. I invested my family's last money in this project, but then the war broke out, and I was left without any means of survival because I believed that this project was created by an honest person. Now I am a refugee with no home or money. We were living in poverty, but I believed in innovation and that this project could help me earn some money to live on. I sold my car to buy this cryptocurrency. As a result, I lost \$3,867. I have attached the purchase screenshots. Perhaps this is not a lot of money for this scammer, but it is a lot of money for me and my family in a war-torn country. I want you to tell this scammer to burn in hell. He has stolen our money, hope, and faith in justice. Because of him, I have to go hungry, and I don't believe that anyone can punish him. This is my story.

Regards, Denis Shcherbakov





















Вт, 9 дек. 2025 г. в 01:16, Terraforminfo@ra.kroll.com <terraforminfo@noticing.ra.kroll.com>:

Hello,

You are receiving this email because our records indicate that you submitted a CLC form. Please take notice that on December 8, 2025 the Plan Administrator filed the *Notice of the Sentencing of Do Hyeon Kwon on December 11, 2025, at 11:00 a.m. (prevailing Eastern Time)*, notifying CLC claimants that Judge Engelmayer scheduled the sentencing for Terraform's founder, director, and former Chief Executive Officer Do Hyeon Kwon in connection with criminal proceeding *United States v. Do Hyeong Kwon*, 23 Cr. 151 (PAE) for December 11, 2025, at 11:00 a.m. (prevailing Eastern Time) in Courtroom 1305 of the United States Courthouse, 40 Foley Square New York, NY 10007.

Additional information regarding the sentencing and the rights of victims is available on the case website maintained by the United States Attorney's Office for the Southern District of New York at https://www.justice.gov/usao-sdny/united-states-v-kwon-23-cr-151-pae-terraform-labs-fraud.

If you are a victim, and would like to send Judge Engelmayer a victim impact statement, which describes how these crimes impacted you and your family, your statement can be emailed to Valeen.Defendre@usdoj.gov.  The Court will consider any statements sent in connection with the sentencing of defendant Do Kwon.

If you are a victim and would like to speak at the sentencing to describe to the Judge how these crimes impacted you and your family please email Valeen.Defendre@usdoj.gov.

Thank you.

Terraforminfo@ra.kroll.com

Kroll Restructuring Administration LLC, 1 World Trade Center, 31st Floor, New York, NY 10007

Unsubscribe - Unsubscribe Preferences